**Defendant's Motion for Summary Judgment**
Civil Action No. 1:15-cv-02387-RPM
November 7, 2016

## Index of Exhibits

| Exhibit A | Weli Farah Deposition Transcript Excerpts |
|---|---|
| Exhibit B | Job Change Form |
| Exhibit C | Yulibeth Rocha Deposition Transcript Excerpts |
| Exhibit D | Kacem Andalib Deposition Transcript Excerpts |
| Exhibit E | Xasan Declaration |
| Exhibit F | Marrietta Herrera Lopez Statement of March 10, 2015 |
| Exhibit G | Alicia Serrano Statement of March 10, 2015 |
| Exhibit H | Chandra Acharya Statement of March 10, 2015 |
| Exhibit I | Khin Ou Statement |
| Exhibit J | Andalib Notes |
| Exhibit K | Personnel Action Form dated March 11, 2015 |
| Exhibit L | Miguel Muniz Statement of March 11, 2015 |
| Exhibit M | Efrah Abdellah Interview Notes of March 11, 2015 |
| Exhibit N | Abdelilah Karim Statement of March 13, 2015 |
| Exhibit O | Anab Ali Statement of March 11, 2015 |
| Exhibit P | Andalib Investigation Summary |
| Exhibit Q | Personnel Action Form dated March 13, 2015 |
| Exhibit R | Anab Ali Statement of April 1, 2015 |
| Exhibit S | JBS Employee Handbook |
| Exhibit T | Farah Employee Handbook Acknowledgment Receipt |
| Exhibit U | JBS Code of Conduct |
| Exhibit V | Farah Code of Conduct Acknowledgment Receipt |
| Exhibit W | Harassment Alchemy Training Slides |
| Exhibit X | Farah's Unemployment Benefits Application |
| Exhibit Y | Farah's Unemployment Benefits Appeal Statement |
| Exhibit Z | Brandon Sellers Deposition Transcript Excerpts |