# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-CV-02387-RPM

_____

DEPOSITION OF WELI A. FARAH
EXAMINATION DATE:  APRIL 29, 2016

_____

WELI A. FARAH,

Plaintiff,

v.

JBS USA, LLC d/b/a SWIFT COMPANY,

Defendant.

_____


        PURSUANT TO NOTICE, the deposition of
WELI A. FARAH was taken at 9:03 a.m. on April 29, 2016,
at 633 Seventeenth Street, Suite 3000, Denver, Colorado,
before Nathan Stormo, Registered Professional Reporter
and Notary Public in and for the State of Colorado, said
deposition being taken pursuant to the Federal Rules of
Civil Procedure.



                    Nathan Stormo
            Registered Professional Reporter

EXHIBIT A

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

|  | Page 6 |
|---|---|

1    A    Okay.
2    Q    If you don't understand the question, please
3  let me know, and I will be happy to rephrase it for you.
4    A    Okay.
5    Q    If you need a break at any time, just let me
6  know.  I would ask that you answer any pending question,
7  but then we can take a break.
8    A    Okay.
9    Q    And you understand that you are under oath
10  today just as if you were in court?
11    A    Yes.
12    Q    Is there any reason that you are not able to
13  answer my questions truthfully today?
14    A    No.
15    Q    Mr. Farah, where were you born?
16    A    I was born in Somaliland.
17    Q    Somaliland?
18    A    Yes.
19    Q    And what city or town?
20    A    Hargeisa.
21    Q    How do you spell that?
22    A    It's spelled H-a-r-g-e-i-s-a.
23    Q    What year were you born?
24    A    January 1, 1975.
25    Q    And you will have to explain to me Somalia and

|  | Page 7 |
|---|---|

1  the parts of the country you are talking about.
2  Somaliland, is that part of Somalia?
3    A    It used to be, but now it's a self-government
4  separated from the rest of Somalia.
5    Q    Is it the north or south?
6    A    Northwest.
7    Q    And when did Somaliland become a separate part
8  of Somalia?
9    A    1991.
10    Q    Is it recognized as a separate country?
11    A    Some countries do, but with the United Nations,
12  not yet.
13    Q    What languages do you speak?
14    A    I speak Somali, which is my first language.  I
15  speak Swahili, and I speak English.
16    Q    Do you speak Arabic?
17    A    Some, not fluently.  I can read, I can
18  understand, but I cannot speak fully.
19    Q    Okay.  And you read and speak English, Somali,
20  and Swahili?
21    A    Yes.
22    Q    Is there a town or city in Somalia named Burco?
23    A    Burco, B-u-r-c-o.
24    Q    Correct?
25    A    Yes.

|  | Page 8 |
|---|---|

1    Q    Were you born there, or did you live there?
2    A    I was born there.
3    Q    And tell me then where is Burco in relation to
4  Hargeisa?
5    A    Hargeisa is the main city.  Burco is a suburb,
6  small town outside of Hargeisa.
7    Q    And what year did you first come to the United
8  States?
9    A    1994.
10    Q    And tell me, which states have you lived in in
11  the U.S.?
12    A    Colorado.
13    Q    No others?
14    A    No others.
15    Q    And within Colorado, which cities have you
16  lived in?
17    A    I have lived Denver, I lived Aurora, Greeley,
18  Longmont, Glendale.  Pretty much that's all I can
19  remember.
20        MR. OKUNADE:  Heather, let me interject.
21  Before I forget, I just remember that Ms. Yulibeth Rocha
22  is also going to be a witness in this case.
23        MS. VICKLES:  Correct.
24        MR. OKUNADE:  So I just want to have a standing
25  objection to her being here, as she is also going to be

|  | Page 9 |
|---|---|

1  a witness in this case.
2        MS. VICKLES:  Okay.
3        MR. OKUNADE:  I want to make it clear on the
4  record.
5        MS. VICKLES:  For the record, she is here as
6  the defendant JBS's representative and a management
7  representative of the company.
8        MR. OKUNADE:  Okay.
9        MS. VICKLES:  So I think she is entitled to be
10  here.
11        MR. OKUNADE:  That's fine.  Again, she can have
12  access to the transcript to the extent she needs that.
13  I mean, she is not in HR, is she?
14    Q    (By Ms. Vickles)  Mr. Farah, was there a period
15  of time when you left the U.S. and lived somewhere else?
16    A    Yes.
17    Q    When was that?
18    A    There were several times.  I can't remember
19  exactly dates, but it was about four or five times that
20  I left the U.S.
21    Q    And where did you go?
22    A    Been to abroad, went back to Somaliland.
23    Q    How many times have you been back to
24  Somaliland?
25    A    Five, four or five times.

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

**Page 26**

1    A   Exactly.
2    Q   How much did you pay?
3    A   $33,000.
4    Q   Did you steal $33,000 from Central Parking?
5        MR. OKUNADE:  Object to the form.
6    A   No.
7    Q   (By Ms. Vickles)  What did the restitution
8  represent?
9    A   I don't know.
10   Q   You don't know why you had to pay them back?
11   A   I had to pay them back.
12   Q   Central Parking?
13   A   Yes.
14   Q   Who at Central Parking uncovered this scheme?
15   A   I don't remember.
16   Q   Who fired you?
17   A   I can't remember.
18   Q   Did you serve any time in jail?
19   A   No.
20   Q   Never?
21   A   I have done -- for my time when I came back
22  from filing probation, yes, 90 days.
23   Q   Okay.  So you served 90 days?
24   A   Yes.
25   Q   What jail?

**Page 27**

1    A   Denver County.
2    Q   Any other times you've served time in jail?
3        MR. OKUNADE:  Object to form.
4    A   Yes.
5    Q   (By Ms. Vickles)  What other times?
6    A   There was -- in Gilpin County.
7    Q   How long were you jailed in Gilpin County?
8    A   Seven months.
9    Q   A months?
10   A   Seven months.
11   Q   What was that for?
12   A   DUI.
13   Q   When were you convicted of that DUI?
14       MR. OKUNADE:  Objection; form.
15   A   2001.
16   Q   (By Ms. Vickles)  And a seven-month jail term?
17   A   Yes.
18   Q   That seems pretty steep.  Was that a repeat
19  DUI?
20       MR. OKUNADE:  Objection; form.
21   A   No.  It was not following the probation terms.
22   Q   (By Ms. Vickles)  So for violating probation,
23  you were sent to jail?
24   A   Yes.
25   Q   How many times have you been charged with a DUI

**Page 28**

1  or a DWAI?
2        MR. OKUNADE:  Objection to form.
3    A   Two times.
4    Q   (By Ms. Vickles)  One in Gilpin County?
5    A   Yes.
6    Q   Where was the other one?
7    A   Arapahoe County.
8    Q   Any other times spent in jail besides Gilpin
9  County and Denver County?
10   A   That's all I can remember.
11   Q   And when was the DUI in Arapahoe County?
12   A   It was also 2001.  It was about a week apart.
13   Q   What was the next job you held after Central
14  Parking?
15   A   I believe it was -- there was a time I worked
16  for Golden Aluminum.  I don't think it was for a long
17  time, but it was a few months that I worked for.  It's
18  up in Fort Lupton.
19   Q   What did you do there?
20   A   I was a technician.
21   Q   And was that after you had been fired from
22  Central Parking when you worked there?
23   A   Yes.
24   Q   Was that before or after you went to the UK?
25   A   I believe it was before.

**Page 29**

1    Q   And why did you leave your job with Golden
2  Aluminum?
3    A   That's when we broke up, me and my girlfriend
4  during that time.
5    Q   Any other jobs you held in the U.S. that we
6  haven't talked about before you worked for JBS?
7    A   That's all I can remember for now, but I will
8  let you know if I remember any more.
9    Q   Okay.
10       (Deposition Exhibit 3 was marked.)
11   Q   (By Ms. Vickles)  I'm going to have you look at
12  Exhibit 3.  Is that a copy of the application for
13  employment you submitted to JBS?
14   A   Yes.
15   Q   Is that your signature on the last page?
16   A   Yes.
17   Q   This indicates you applied March 3, 2009; is
18  that right?
19   A   March 3, 2009, that's when I was hired.
20   Q   Is that the same day you submitted your
21  application?
22   A   No.
23   Q   Were you hired for a production position?
24   A   Yes.
25   Q   On the first shift?

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

Page 46

1  positions, or did you just work on certain lines?
2    A   I worked certain lines, but I worked for JBS
3  long enough to know most positions.
4    Q   Okay.  And you talked about we were the leads.
5  Who else was a lead?
6    A   Miguel Muniz.
7    Q   The two of you?
8    A   Correct.
9    Q   Okay.  Did you both get a raise at the same
10 time?
11   A   I don't remember if he got a raise, but I'm
12 pretty sure I got one.
13   Q   You don't know if he did?
14   A   No.
15   Q   When you spoke to Brandon Sellers or Kelly
16 Johnson about becoming a lead, was Miguel there also?
17   A   No.
18   Q   Just you?
19   A   Just me.
20   Q   Do you know if there is any documentation that
21 you've seen that reflects that you were a lead?
22   A   No.
23   Q   Or that Miguel Muniz was a lead?
24   A   No.
25   Q   Okay.  Just a conversation and then the raise?

Page 47

1        MR. OKUNADE:  Object to form.
2    A   Yes.
3    Q   (By Ms. Vickles)  Okay.  So if I wanted to try
4  to figure out when you got the lead title, if I looked
5  back and see when you got a dollar or so raise, that
6  would be when?
7    A   Correct.
8    Q   So your first supervisor when you became a
9  classroom trainer, was that Lupe Garza?
10   A   Yes.
11   Q   Did you ever have any issues or problems with
12 Lupe?
13   A   Never.
14   Q   And were you supervised by someone named Sandra
15 Meyer after Lupe Garza?
16   A   Correct.
17   Q   Did you ever have any issues with Sandra?
18   A   Never.
19   Q   Were you supervised by someone named Felix
20 Gonzales?
21   A   Correct.
22   Q   After Sandra?
23   A   Yes.
24   Q   Any problems or issues with Felix?
25   A   Never.

Page 48

1    Q   I think your next supervisor then was Megan
2  Stolle, Stolle?
3    A   Correct.
4    Q   Did you ever have any issues or problems with
5  Megan?
6    A   Never.
7    Q   And after Megan was it Jason Miller?
8    A   Yes.
9    Q   Any issues or problems with Jason?
10   A   No.  There was slight, small with Megan Stolle.
11 It was just -- I recall it was just -- we were strict on
12 overtime during that time, and I believe I went over a
13 certain amount.  I can't remember exactly how many
14 minutes, but I did have a write-up for two minutes
15 overtime with Megan Stolle.
16   Q   Did Megan Stolle write others up as well if
17 they had unapproved overtime?
18   A   I didn't know about anybody else, but I know
19 myself.
20   Q   Did you understand that the problem was you
21 needed to get approval ahead of time if you were going
22 to work any overtime at all?
23        MR. OKUNADE:  Object to form.
24   A   I'm not understanding what you just said.
25   Q   (By Ms. Vickles)  Did you understand the issue

Page 49

1  was you needed to get preapproval before working any
2  overtime?
3        MR. OKUNADE:  Object to the form.
4    A   Yes.
5    Q   (By Ms. Vickles)  And the occasion you were
6  written up by Megan was because you hadn't gotten
7  approval, and you had two minutes of overtime?
8    A   I had two minutes of overtime.
9    Q   Any other issues you had with Megan Stolle?
10   A   No.
11   Q   And after Jason Miller, were you supervised by
12 Brandon Sellers?
13   A   No.  You're forgetting --
14   Q   I forgot someone?
15   A   Yes.
16   Q   Who did I forget?
17   A   Matthew Lovell.
18   Q   Matthew Lovell?
19   A   Yes.  Matthew Lovell was our supervisor.  I
20 can't recall exactly when, but I'm sure he was before
21 Jason Miller.
22   Q   So after Megan Stolle and before Jason Miller?
23   A   I believe so.  Matthew Lovell was in charge of
24 us at that time.
25   Q   Did you have any issues with Matthew Lovell?

13  (Pages 46 to 49)

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

| Page 50 | Page 52 |
|---------|---------|

**Page 50**

1   A  Never. I used to help him a lot.

2   Q  Did I forget anyone else up to Brandon?

3   A  Up to now, no.

4   Q  Next was Brandon Sellers?

5   A  Yes.

6   Q  Any issues or problems with Brandon?

7   A  Never.

8   Q  And then was there somebody named Soila or Sola

9  Delgado?

10   A  There was, before we -- go back to Brandon,

11 there was another issue with the overtime that I recall.

12 Like during December, around that time, he wrote me up

13 for overtime, which I did not agree with him during that

14 time. But that's the issue I had with him also. There

15 was an overtime, he wrote me up for.

16   Q  And that was Brandon Sellers?

17   A  That was Brandon Sellers, yes.

18   Q  And what was it you disagreed with Brandon

19 about on that write-up?

20   A  The overtime. I had -- what they call that, I

21 did have overtime, but I wasn't sure. But I remember

22 not wanting to sign the write-up that was given to me

23 during that time.

24   Q  Why did you not want to sign it?

25   A  Because I didn't agree with it.

**Page 51**

1   Q  Do you remember what you didn't agree with?

2   A  I did not agree with the overtime, because I

3 don't think -- or even if I did during that time, I was

4 the only one that was get a write-up for, nobody else.

5 Because I know -- I'm pretty sure I was the only one

6 that got a write-up for that.

7   Q  Did you feel there were others who should have

8 also been written up?

9   A  Yes.

10   Q  Who else?

11   A  Most of the trainers that were there. We all

12 have overtime. I'm not sure. I wasn't checking the

13 time, but I'm pretty sure there was some overtime.

14   Q  Do you know anyone for certain who had

15 unapproved overtime that didn't get written up?

16   A  No.

17   Q  Okay. Any other issues then with Brandon

18 besides the one write-up?

19   A  That's all that I can remember.

20   Q  And then were you supervised by Soila or --

21   A  Soila Delgado.

22   Q  Any issues with her?

23   A  No.

24   Q  And then I believe your next supervisor was

25 Yuli Rocha, or was there anyone else?

**Page 52**

1   A  No, that was it.

2   Q  And then I want to ask, did you have any issues

3 with Ms. Rocha prior to the investigation in March of

4 2015?

5     MR. OKUNADE: Objection; form.

6   A  No.

7   Q  (By Ms. Vickles) No issues had come up before

8 then?

9   A  No.

10   Q  Did Maxamed Xasan, who ever calls Max, do you

11 remember when he -- his first day at the Greeley plant?

12   A  No.

13   Q  Do you remember approximately when he arrived?

14   A  I believe it was October of 2014.

15   Q  During the deposition, can we agree that we

16 will refer to him as Max? Is that how you know him?

17   A  Yes.

18   Q  Max, okay. So you know who I'm talking about

19 when I ask you about Max?

20   A  Of course.

21   Q  Now, Max was never your immediate, direct

22 supervisor, was he?

23     MR. OKUNADE: Object to form.

24   A  The directors are always our directors, so I

25 don't know what you're trying to say, but they are

**Page 53**

1 always in charge of us.

2   Q  (By Ms. Vickles) You didn't report to Max. He

3 was not your immediate supervisor?

4   A  There was a lot of things that I reported to

5 him, but --

6   Q  He didn't directly supervise your job, that was

7 the training manager, correct?

8   A  He did supervise me. He used to come upstairs

9 and tell me what to do.

10   Q  He was two or three levels above you, correct?

11     MR. OKUNADE: Objection; form.

12   A  Two or three levels above me. I don't get what

13 you're trying to say.

14   Q  (By Ms. Vickles) Your immediate supervisor was

15 the training manager, correct?

16   A  Correct, but he can also come and tell me what

17 to do, yes.

18   Q  And at some times you also reported to the

19 safety manager, right?

20   A  Who are we talking about?

21   Q  Was the training department sometimes governed

22 by the safety department and not HR?

23     MR. OKUNADE: Objection.

24   A  No.

25   Q  (By Ms. Vickles) You don't remember that?

| Page 54 | Page 56 |

**Page 54**

1    A   No, not at all.  It never happened.
2    Q   And Max, he is also black, right?
3        MR. OKUNADE:  Objection; form.
4    A   Yes.
5    Q   (By Ms. Vickles)  He is also African-American,
6  right?
7        MR. OKUNADE:  Objection; form.
8    A   Yes.
9    Q   (By Ms. Vickles)  And he is also from Somalia,
10  right?
11        MR. OKUNADE:  Objection; form.
12    A   Yes.
13        (Deposition Exhibits 7 through 11 were marked.)
14    Q   (By Ms. Vickles)  Mr. Farah, can you take a
15  look at Exhibit 7, which is the employee handbook.
16    A   Yes.
17    Q   You are familiar with this handbook, correct?
18    A   Yes.
19    Q   And, actually, Exhibit 8 is the acknowledge
20  receipt.  Do you see that?
21    A   Yes.
22    Q   And did you sign the acknowledgment and receipt
23  on May 6, 2009?
24    A   No.
25    Q   That's not your signature?

**Page 56**

1    A   Yes.
2    Q   And you're very familiar with JBS's employee
3  handbook, correct?
4    A   Of course.  I translated it.
5    Q   And you received the management support
6  handbook?
7    A   Yes.
8    Q   You read it?
9    A   Like I told you, I translated the whole thing.
10    Q   You understood it?
11    A   I translated the whole thing.
12    Q   In fact, you trained other employees on it,
13  right?
14    A   I don't know what to tell you.  I translated
15  the whole thing.  Do you know how hard it is to
16  translate this book?
17    Q   I can imagine.
18    A   Well, I did that, so I know everything about
19  this book.
20    Q   And you're familiar with the open-door policy
21  in the handbook?
22    A   Of course.
23    Q   And you're familiar with the EEO policy?
24    A   Equal employment, yes.
25    Q   And you're familiar with the harassment policy?

**Page 55**

1    A   That's my signature.
2    Q   And why did you say no?
3    A   Because the handbook the first time I signed
4  was March 3 -- March 9 of 2009.  This was some other
5  dates that we signed also.  It is my signature, but the
6  first signing that I did for the handbook was March 9.
7    Q   If you look back at Exhibit 7, is this the
8  handbook that you received following your promotion to
9  the classroom trainer position?
10    A   I'm sorry.  Say again.
11    Q   Is this the handbook that you received
12  following your promotion to the classroom trainer
13  position?
14    A   Yes.  This is a management handbook.
15    Q   So does that refresh your recollection that you
16  signed Exhibit 8, the acknowledgment, after your
17  promotion?
18    A   Right -- no.  My promotion was, I believe,
19  April -- April, so this came out later during that time.
20  But my promotion was 4/14 of '09, so that's when I
21  became management.  And this was after a month or so.
22    Q   So you signed the handbook acknowledgment about
23  three weeks later?
24    A   Later, yes.
25    Q   Three weeks?

**Page 57**

1    A   All of it.
2    Q   You know where to go if you have a problem?
3    A   Exactly.
4    Q   You know what do if you have a complaint?
5    A   Yes.
6    Q   You know you can talk to your supervisor?
7    A   That's what I was training, that's what I used
8  to do.  That was my job.
9    Q   That's what you trained people to do?
10    A   Exactly.
11    Q   And then if a supervisor couldn't help, they
12  could go to HR?
13    A   Direct him step to step where to go to.
14    Q   If HR couldn't help, they could call corporate
15  HR?
16    A   Exactly, the hotline.
17    Q   They could also call the corporate hotline?
18    A   Exactly.
19    Q   I will have you look at Exhibit 9 also, which
20  is the JBS code of conduct.
21    A   Correct.
22    Q   You're familiar with that document too?
23    A   Yes.
24    Q   And you received it?
25    A   Yes.

15  (Pages 54 to 57)

Stormo Reporting, Inc.   (303) 200-4792

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

## Page 58

1   Q   You read it?
2   A   Correct.
3   Q   You understood it?
4   A   Yes.
5   Q   And the code of conduct also talks about how to
6   report a concern?
7   A   Correct.
8   Q   And it talks about how you can call the
9   hotline?
10   A   Similar to the handbook, yes.
11   Q   You can contact corporate HR?
12   A   I believe so.
13   Q   And it also contains a statement about the
14   company's EEO policy, doesn't it?
15   A   Yes.
16   Q   And it talks about the antiharassment policy,
17   right?
18   A   Correct.
19   Q   And if you could look at Exhibit 10. Is that
20   your acknowledgment that you received the code of
21   conduct?
22   A   Correct.
23   Q   And you signed that document on May 6, 2009 as
24   well?
25   A   Yes.

## Page 59

1   Q   And Exhibit 11, is that a copy of the corporate
2   hotline poster?
3   A   Correct.
4   Q   Is that posted around the plant?
5   A   It is posted inside the classroom.
6   Q   Did you look at it every day?
7   A   All the time.
8   Q   Did you ever call the hotline?
9   A   No.
10   Q   Why not?
11   A   There was no need for me to call the hotline.
12   (Deposition Exhibit 12 was marked.)
13   Q   (By Ms. Vickles)  Exhibit 12, I just printed
14   out the first slide of some of the Alchemy modules that
15   JBS uses. Do you recognize those?
16   A   I am kind of familiar with the system, yes.  I
17   don't know how you got these.
18   Q   There are five pages there, if you look through
19   them.
20   A   Oh, I see what you did.  You just got some
21   clips from the Alchemy system video.
22   Q   Do you recognize those?
23   A   Yes.
24   Q   Clips from Alchemy?
25   A   Yes.

## Page 60

1   Q   And did you provide training to employees on
2   each of these Alchemy videos?
3   A   Correct.
4   Q   And you translated it for the employees?
5   A   Those who needed translations, yes.
6   Q   And were these Alchemy videos presented during
7   orientation?
8   A   Both annual and orientation.
9   Q   And you're very familiar with the contents of
10   all of the harassment and the appropriate conduct and
11   the discrimination training?
12   A   Yes.  I went over them a thousand times.
13   (Deposition Exhibit 13 was marked.)
14   Q   (By Ms. Vickles)  Exhibit 13 is a little hard
15   to read.  These are FMLA forms that you turned in to
16   JBS.  Do you recognize these?
17   A   Yes.
18   Q   Did you take FMLA leave in March of 2011?
19   A   Yes.
20   Q   And I gather from these forms, it was because
21   your son was ill?
22      MR. OKUNADE:  Objection to form.
23   A   Correct.
24   Q   (By Ms. Vickles)  Was that your son Yussuf?
25   A   Yes.

## Page 61

1   Q   Where was he living at the time?
2   A   At that time I was living in Hargeisa, and we
3   were back and forth from Ethiopia to Hargeisa during
4   that time.
5   Q   How long were you gone when you took FMLA
6   leave?
7   A   It was about 28 days.
8   Q   And the company gave you that time off?
9   A   Correct.
10   Q   Did you have any problems with your FMLA leave?
11   A   Not at all.
12   Q   You said you were back and forth between
13   Somaliland and Ethiopia?
14   A   Correct.
15   Q   What did you do in Ethiopia?
16   A   I was at the hospital.
17   Q   The hospital was in Ethiopia?
18   A   It was a medical hospital, yes.  We were taking
19   our son back and forth from our country, Somaliland, to
20   Ethiopia, yes.
21   Q   Were there any other times during your
22   employment with JBS that you took FMLA leave?
23   A   No.
24   Q   Or other leaves of absences?
25   A   No.

16  (Pages 58 to 61)

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

Page 70

1    Q   So my question was, did Mr. Sellers show you
2  the Kronos printout from --
3    A   No.
4    Q   -- the day you were written up?
5    A   No.
6    Q   Did you ask to see it?
7    A   No.  I was pretty upset because I didn't think
8  I had overtime during that time, because I was very
9  careful on my punches, and I was very upset when he
10  called me up and told me that I'm getting a write-up for
11  overtime.  So I didn't want to sign it because I was
12  kind of sure, I'm not 100 percent, but I was very
13  careful with my punches.
14    Q   So even though you were very upset, you didn't
15  think it was fair, and you didn't think you had any
16  overtime, you didn't ask to see the printout?
17    MR. OKUNADE:  Object to form.
18    A   Not really.  I didn't want to -- I didn't ask
19  him for a printout, but I think we can still get the
20  printout.
21    (Deposition Exhibit 15 was marked.)
22    Q   (By Ms. Vickles)  Exhibit 15 is a personnel
23  action record from March 11, 2015 that indicates you are
24  being placed on an indefinite suspension.  Did you sign
25  this document?

Page 71

1    A   Yes.
2    Q   And who informed you that you were being
3  suspended?
4    A   It was Kacem Andalib, and I believe during that
5  time Yuli Rocha was present, and Virginia Ramirez was
6  also present.
7    Q   What was Virginia's job?
8    A   I don't know.  She was new.  She was there for
9  about a month or so.  I never knew what was her role
10  there.  She was just there.
11    Q   And were you told why you were being suspended?
12    A   They pretty much told me they were doing an
13  investigation, but I was never given exactly why I was
14  being suspended.
15    Q   Did they tell you what they were investigating?
16    A   They were investigating a lady named Efrah
17  Abdellah, who was my translator, that used to help me
18  translate.  And they wanted to do some investigation,
19  and that's when they told me, We will call you, and you
20  are being put on suspension.
21    Q   Okay.  Did they tell you anything else about
22  what they were investigating?
23    A   Other than Efrah, no.
24    Q   Did they tell you anyone had complained?
25    A   Never, not a single word about complaints from

Page 72

1  anybody else.
2    Q   During the meeting when you were informed that
3  you were being suspended, who was speaking?
4    A   Kacem.
5    Q   Kacem told you?
6    A   Yes.
7    Q   Did you understand that it was Kacem and Yuli's
8  decision to suspend you?
9    MR. OKUNADE:  Objection to form.
10    A   I don't know whose decision was that during
11  that time and who made that decision, but when I came
12  in, I was told that you are being put on suspension.
13    Q   (By Ms. Vickles)  And were you interviewed by
14  Kacem and Yuli as a part of their investigation?
15    A   Yes, they did.
16    Q   What do you remember of the interview?
17    A   It was pretty much the interview was all about
18  Efrah.  They had asked me why Efrah was coming up to the
19  training classroom.  And I would tell them exactly what
20  I am about to tell you right now, is that she was there
21  to help me with the translation of languages that I
22  couldn't spoke; that I needed help with.
23    Q   What languages did Efrah help you?
24    A   Efrah helped me out with the Oromo language,
25  which is Ethiopian language.

Page 73

1    Q   Any other languages?
2    A   No.  That was the only language that she would
3  help me out with.
4    Q   When you were interviewed by Kacem and Yuli,
5  was this the same meeting when they told you you were
6  being suspended, or were there two meetings?
7    A   When I was being suspended, it was just, Hey,
8  here, let's have your ID, you are suspended.  But prior
9  to that date is when they were asking me about Efrah
10  Abdellah.
11    Q   Was it the same day?
12    A   It was the same day.
13    Q   Do you remember what time of day you were
14  called in for the interview?
15    A   Yes.  It was 3:30, I believe, p.m., right
16  before my scheduled time ended; right before I go home.
17  They waited until the end of the shift.  I was working
18  during that day.
19    Q   So the interview meeting, how long did it last?
20    A   It lasted for about 15 minutes or so.
21    Q   And then did you leave the room, or did Kacem
22  and Yuli leave?
23    A   I left the room, and I don't know what
24  happened; what they discussed during that time.
25    Q   And then were you called back in and --

19  (Pages 70 to 73)

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

## Page 74

1    A  Yes.
2    Q  -- informed of the suspension?
3    A  Yes.
4    Q  How much later were you called back in?
5    A  Like two minutes.
6    Q  Just a couple minutes?
7    A  A couple minutes.  They already made up their
8  mind.
9    Q  Who else was in the room with Kacem and Yuli;
10  just Virginia?
11    A  Those are the three that I remember.  I'm
12  sorry.  There was another guy from Nebraska.  I don't
13  know his name, but he was sitting there also.  I can't
14  remember.  He was a supervisor or some manager from
15  Nebraska plant that was also just there sitting.  That's
16  the fourth person that I remember that was in the room.
17    Q  What room were you in?
18    A  We were -- one of the rooms, human resources,
19  they have two rooms, one was Mr. Max, and one was the
20  other room.
21    Q  You were in the other room that was not Max's
22  office?
23    A  It was across from Max's office.
24    Q  And that's where Kacem's office was, he had a
25  desk there?

## Page 75

1    A  I believe so, yes.
2    Q  The other person from Nebraska --
3    A  Yes.
4    Q  -- was he an HR employee?
5    A  I have no idea.
6    Q  Do you remember his name?
7    A  No.
8    Q  Do you remember whether it was Rigo?
9    A  I don't know.
10    Q  Do you remember if it was Justin Bstandig?
11    A  I have no idea.
12    Q  When you were called in that day, was Max in
13  his office?
14    A  Yes.
15    Q  What was he doing?
16    A  I don't know.
17    Q  Big glass window.  Was he looking at you?
18    A  No.  I don't remember if he was looking at me,
19  but he was there, I believe.
20    Q  And when you -- when you left the other HR
21  office after the interview, you said it was just a
22  couple minutes.  Did you just stand in the HR section?
23  Where did you go?
24    A  Kind of stepped outside.  There is a door that
25  you can step outside from HR, but you still can't see

## Page 76

1  everything inside.
2    Q  And then who called you back in?
3    A  I don't know if it was Yuli or Kacem.  I can't
4  remember.  One of them did call me back in.
5    Q  Had they asked you to wait --
6    A  Yes.
7    Q  -- for a couple minutes while they discussed?
8    A  They didn't say a couple minutes.  They just
9  say, Just go outside.  We are discussing.  Give us a
10  minute, and we will let you know.  So I had a phone in
11  my hands as I was working during that day.  They pretty
12  much kind of got me off guard.  I was about to make a
13  phone call where there was an employee going to supply
14  to get something from supply that I was waiting to make
15  that phone call.  And I had the phone in my hand.  I
16  don't know if they know that, if they remember, but I
17  had the phone in my hand when they called me down.  I
18  was doing my work.
19    Q  They called you on the phone to come back?
20    A  Yes.  They told me to -- usually when they
21  needed help for translation or anything, they would
22  always call us from the line saying, Hey, can you come
23  down?
24    Q  And do you remember who it was that called you
25  to come down?

## Page 77

1    A  Kacem Andalib.
2    Q  Kacem?
3    A  Yes.
4    Q  I think I interrupted you when you were telling
5  me what you remember from the interview meetings.  So
6  you told me it was all about Efrah?
7    A  Correct.
8    Q  Why was she coming to the classroom.  And you
9  told them it was to help you with translation?
10    A  Exactly.
11    Q  What else?
12    A  That was pretty much it.
13    Q  Did you tell them that you and Efrah were
14  friends from outside of work?
15    A  No.
16    Q  Did you tell them that you were talking to
17  Efrah in the Alchemy room about how she could become a
18  trainer?
19    A  No.
20    Q  Did you and Efrah ever discuss that?
21    A  Yes.
22    Q  Did she want to be a trainer?
23    A  She wanted to move up within the company.
24    Q  When did the two of you talk about that?
25    A  I don't recall exactly what day, but most of

## Page 78

1  the time when she did that was my interviews with
2  translating, she would help me out. She would ask me
3  how to get ahead or how can I apply for certain
4  positions before she goes back to production line.
5     Q    And were you friends with Efrah outside of
6  work?
7     A    No.
8     Q    Did you ever see her outside of work?
9     A    No.
10    Q    Never?
11    A    Never.
12    Q    Never spent any time together?
13    A    No.
14    Q    Did you go to the same mosque?
15    A    No.
16    Q    Did you tell Kacem and Yuli that sometimes you
17 would meet with female employees in the training room
18 with the door closed?
19    A    No.
20    Q    Did you tell them anything else?
21    A    I pretty much tell them what they were asking
22 me about, why was she there and what was she doing
23 there. And pretty much I tell them exactly what I am
24 about to tell you right now, that she was helping me
25 with translation.

## Page 79

1     Q    Nothing else?
2     A    Nothing else.
3     Q    And that took 15 minutes?
4     A    They were asking me all kinds of questions.
5     Q    What else?
6     A    Just like you're about to do the same question,
7  trying to get it from all different angles, they were
8  doing the same thing.
9     Q    What else did they ask that you remember?
10    A    That's all I remember.
11    Q    Did they ask you about any other employees that
12 you called to help translate?
13    A    No.
14    Q    Do you remember them asking you about anyone
15 besides Efrah?
16    A    No.
17    Q    When you called Efrah up to help you translate,
18 did you speak to her supervisor first?
19    A    Yes.
20    Q    Who was her supervisor?
21    A    They had numerous changes. It's not a place
22 where they have steady supervisors. They had one week
23 one supervisor will be there, and then another person,
24 so there were numerous supervisors that were supervising
25 on hind quarter pack areas; that's where she worked.

## Page 80

1     Q    What was her line, hind quarter pack?
2     A    Hind quarter pack; packaging area. So there
3  wasn't just one supervisor. There was numerous
4  supervisors.
5     Q    Who do you remember?
6     A    I remember Bereket was one of them that
7  supervised, and I would get ahold of him first, and I
8  would tell him I need her to help me out with
9  translation. If he can cover up while she is gone, he
10 would let me know, or he would ask me for one of the
11 trainers to replace her.
12    Q    Did you always ask the supervisor first before
13 calling someone off the line?
14    A    Always, always.
15    Q    Was there ever a time when you just sent the
16 floor trainer to replace somebody and didn't talk to the
17 supervisor?
18    A    That never happened.
19    Q    Never. How did you call the supervisors, on
20 the radio?
21    A    I would personally go ahead and tell them ahead
22 of time. I pretty much even walked into their meetings
23 before the shift starts if I know I had somebody that I
24 needed translation. I would inform them ahead of time
25 that I'm going to need Efrah to translate for me.

## Page 81

1     Q    So you would always talk to them in person?
2     A    I would do it in person, and sometimes if I
3  can't get to them in person, I will call on the
4  telephone directly to fabrication line.
5     Q    The fab office?
6     A    The fab office.
7     Q    You didn't use the radio?
8     A    I did use the radio also, but not most of the
9  time because the radio is -- basically it's always busy.
10 It's kind of hard to get in. If you need somebody right
11 away, you can call them directly on the line. Otherwise
12 you will sit there and wait for a while trying to get
13 through the radio.
14    Q    In late 2014, early 2015, who answered the
15 phone in the fab office? Did they have a clerk?
16    A    They had a fab clerk, yes, they always had a
17 fab clerk.
18    Q    Who was the fab clerk?
19    A    I don't know. There were numerous. Several
20 employees worked there. It changes all the time.
21    Q    You don't remember any of their names?
22    A    One of them, Juliana Ramirez, Juliana, yes,
23 Ramirez. I recall her.
24    Q    Did the superintendents ever answer the phones?
25    A    No. They have different lines. They have

21  (Pages 78 to 81)

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

Page 86

1    JBS's case.
2        Q    So she asked to talk to you?
3        A    She asked Kaise if I can come over to talk
4    about what had happened.
5        Q    And when was this meeting that you had with
6    Anab Ali?
7        A    This was after her -- like when I find out
8    about her, which is, I think was June, May; around May.
9        Q    About a year ago?
10       A    Yes.
11       Q    And tell me about your meeting.
12       A    Well, she pretty much just say that, you know,
13   it wasn't -- it wasn't her; that she was forced to say
14   what she had to say because she was threatened that they
15   will take her ID away.  And due to her background of
16   numbers of write-ups, she was afraid to be terminated
17   her employment, so --
18       Q    Did she tell you what she told JBS?
19       A    No.  She pretty much just told me that they
20   were threatening her.
21       Q    Who threatened her?
22       A    It was Kacem Andalib that was doing an
23   investigation.  He tried to take her ID away.  And
24   that's when I asked her, did you have any statement that
25   you wrote?

Page 87

1        And she say, No, he wrote everything and make
2    me sign.
3        Q    Did you believe her?
4        A    That's what she told me.  I'm not saying I
5    believe her.  I'm not saying anything, but that's what
6    she say.
7        Q    Have you ever spoken to Anab Ali again?
8        A    No.  That was the last time.
9        Q    One meeting?
10       A    One meeting, and she left Greeley.  I don't
11   know where she went after that.  I heard she moved out
12   from Greeley.
13       Q    Did you ever ask Anab Ali out on a date?
14       A    Never.
15       Q    You never called her?
16       A    Never, never.
17       Q    And you didn't expose yourself to her in the
18   training office?
19       A    That is one single lie I ever heard in my life.
20   I would never do that.  I would never do that to anybody
21   in my life.  And that was a very disgrace to my name.
22       Q    After you were interviewed by Kacem and Yuli,
23   and then they informed you you were being suspended, did
24   you speak to anyone else from JBS before you were
25   informed you were being fired?

Page 88

1        A    No.
2        (Deposition Exhibit 16 was marked.)
3        Q    (By Ms. Vickles)  Exhibit 16 is a personnel
4    action record dated March 13, 2015 that indicates your
5    employment was terminated via telephone for harassment
6    and violation of company policy.  Did you receive a
7    phone call informing you about your termination?
8        A    Yes.  That phone call from Kacem and, yes,
9    that's when he just pretty much told me that we just
10   here to let you know that your employment with JBS has
11   ended.  And I remember having my daughter on my
12   shoulders that day.  I had her with me sitting right
13   here, and we were standing up.  I never expected a phone
14   call to be terminated.  And when he told me that you are
15   terminated, I didn't know what to do.  I was very
16   shocked.
17            I just said -- he asked me, Do I have any
18   questions?  And I was in shock where to the point that I
19   didn't believe what I just heard, and I just said no,
20   and I sat.
21       Q    Did you know who else was in the room when
22   Kacem made the phone call to you?
23       A    He had mentioned that he was with Yuli Rocha
24   and Virginia Ramirez.
25       Q    Did Virginia or Yuli say anything?

Page 89

1        A    No.
2        Q    Kacem did all the talking?
3        A    Yes.  There was not a lot of talking.  It was
4    just, Hey, Weli, you're terminated, pretty much.  That
5    was it.  There was not a lot of conversation in between.
6        Q    Did Kacem tell you why you were being fired?
7        A    No.
8        Q    And he asked if you had questions, and you said
9    no?
10       A    Well, he asked me if I had a question, but I
11   was shocked not to even know what to say, and I end up
12   just saying no.
13       Q    Did you call Kacem back later or ask to meet
14   with him to discuss why you were fired?
15       A    No.
16       Q    Did you try to meet with Max to discuss why you
17   were fired?
18       A    No.
19       Q    Did you discuss your termination with anyone
20   from corporate?
21       A    Yes.
22       Q    Who?
23       A    I have called Juliana, who was the HR director.
24   I believe it was Max's boss during that time.
25       Q    You mean Juriana?

Page 94

1    Q   Did you talk to him?
2    A   No.
3    Q   When is the last time that you actually spoke
4  to Max?
5    A   I don't remember.
6    Q   Do you remember what you spoke about the last
7  time you talked to him?
8    A   No.
9    Q   Tell me the interactions that you do remember
10  that you had with Max.
11   A   He is a person that I didn't want to remember
12  at all, so I tried to not to remember at all about him.
13  Before Max came to JBS, I was in a great role, position
14  with JBS.  After he became director, things start
15  changing, people, supervisors that I knew were no longer
16  there.  I didn't know why, but management that I knew
17  was changing, is what I'm trying to say, after he came
18  to the office.
19   Q   So tell me what interactions you had with Max.
20   A   After Brandon Sellers was gone, I was
21  interested in a supervisor position for the training
22  department.  And those are the first interactions I
23  actually had with Mr. Max.
24   Q   When did Brandon leave?
25   A   I believe it was around December or January of

Page 95

1  2015, or it could be December.  I'm not sure, but I know
2  it was around 2015, the beginning of 2015.
3    Q   Okay.  And then tell me what interaction you
4  had with Max about the training supervisor position.
5    A   I applied for the position, and --
6    Q   Did you apply for it the same way you had
7  applied for the classroom trainer, by submitting the
8  internal résumé?
9    A   Yes.
10   Q   So you completed an internal résumé the same as
11  Exhibit 4?
12   A   It was an internal -- it was kind of different.
13  It's not the same anymore.
14   Q   How was it different?
15   A   Well, it was longer.  There was a lot of
16  fill-ins that you have to do.  It wasn't just one page.
17  It was two.
18   Q   It was two hard-copy pages?
19   A   Yes, it was two pages.
20   Q   Did you keep a copy of that?
21   A   No.
22   Q   Did you actually turn that in to somebody?
23   A   Yes.  I turned it into the employment office.
24   Q   Who did you give it to?
25   A   Irene Lovato.

Page 96

1    Q   And was that training department supervisor
2  position posted?
3    A   No.  It was never posted.  And that's one thing
4  that actually was out of the -- out of the awkward,
5  because when a position comes up within the plant, we
6  have a bulletin board where all the positions were
7  posted, for management position.  Production positions
8  they had a different bulletin board, and management
9  positions.
10        So within the plant if there was any department
11  that had an opening position that you were interested
12  in, there would be a place that you could go look.
13  Unfortunately this position was never posted.
14   Q   Do you remember when you gave Irene Lovato your
15  internal résumé?
16   A   Just right after Brandon Sellers was gone, so
17  it was around January or December.  I'm not 100 percent
18  sure, but it was during that time.  It was just a few
19  weeks that I turned it in.
20   Q   Did Irene say anything to you about the
21  position?
22   A   No.  I just left it there, and we were
23  waiting -- normally what happens is when you turn it in,
24  you wait for an interview; to get interviewed for the
25  position.  So I was waiting to be called for an

Page 97

1  interview.
2    Q   And were you interviewed for the job?
3    A   No.
4    Q   Did you follow up with Irene about it?
5    A   No, because Max told me that -- not to bother
6  because he already had -- he already had a plan of
7  bringing in Yuli to that position, and --
8    Q   Do you know if anyone was interviewed for the
9  job?
10   A   Nobody was interviewed for the job, not that I
11  know of.  I haven't heard anybody saying that they were
12  interviewed for that position.  Even though there was a
13  lot of supervisors within the plant that were interested
14  if that position would have been posted, people would
15  have applied for it, but it was never posted.
16   Q   Was that the first conversation you ever had
17  with Max?
18   A   No.  That was -- I believe when Max was gone,
19  this was a few other times that we have talked.  So I
20  can't remember exactly how many times, but that was one
21  of the times that we were discussing about me being
22  interested in that position.  And it was a time that he
23  told me, Hey, you don't have enough education to be in
24  this kind of position, so, you know, this is kind of
25  like above your level.

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

Page 98

1    And he already had her, Yuli Rocha, picked for
2  that position. I guess they were in some training
3  together. I remember seeing Mr. Max and Ms. Yuli Rocha
4  before he became our director with Juriana. They were
5  in our conference room doing some kind of training
6  together. So she was from Texas, Cactus, and he was
7  from Nebraska plant. So they were there doing some kind
8  of training, and I believe that's how they met during
9  that time.
10    So Mr. Max had already picked her before he
11  even came to our plant. He already had chosen who he
12  wants to be -- or who he wants to be his supervisor.
13    Q   And do you know what Yuli's qualifications are
14  for the training manager job?
15    A   No, but I knew she was doing the same job I was
16  doing. I believe she was the same position as I was in
17  when she was in Cactus. That's what I heard. I never
18  asked her.
19    Q   Do you know whether Yuli was more qualified
20  than you were for the training supervisor job?
21    MR. OKUNADE: Objection; form.
22    A   No.
23    Q   (By Ms. Vickles) Before your interaction with
24  Max in late December or early January 2015 about this
25  training supervisor position, had Max done or said

Page 99

1  anything that you felt was discriminatory?
2    MR. OKUNADE: Objection; form.
3    A   Mr. Max never wanted me there. I can tell,
4  because he had -- he find out that we are not from the
5  same place. We were different -- I'm originally, my
6  ancestors are from Somaliland. That where my tree comes
7  from. Mr. Max, he is a southern Somalian, so when he
8  was there he heard a lot of rumors about me that he
9  wanted me gone, from the day he stepped in there.
10    Q   (By Ms. Vickles) What rumors did he hear about
11  you?
12    A   Rumors he had heard was I was pretty much
13  terminating his clan or his people.
14    Q   Who did he hear that from?
15    A   The Somalis that worked within the plant,
16  because most of them were not the same place that I was
17  from.
18    Q   So tell me, I'm curious, the Somali employees
19  who work in the Greeley plant, do they have conflicts
20  among themselves based on their clan?
21    A   No, they don't have conflict. They only have
22  conflict with me for who I am.
23    Q   So no other Somali employees were from your
24  clan?
25    A   Exactly.

Page 100

1    Q   You were the only one?
2    A   I was the only one in the plant that was from
3  the Somaliland ancestry. Quote that down, I was the
4  only one.
5    Q   I heard some allegations that you believe
6  others in the community wanted you out from your job.
7  Tell me about that.
8    A   I was employed for JBS where I treat everybody
9  the same. I didn't care where you were from or who you
10  were or what color skin, I treated everybody equally.
11  Now, southern Somalian people wanted me to do favoritism
12  when it comes to things that are JBS policies. They
13  wanted me to go around the policy in order for them to
14  get -- accomplish whatever they wanted.
15    I will give you an example. Forklift training,
16  okay, that's one thing that I was in charge of when it
17  comes to translating. If an employee didn't know,
18  didn't speak English, I would translate for them.
19  However, they would want me to give them the answers.
20  That was a no-no to me. I would never give them an
21  answer. I will say, You know what? I will translate
22  this for you, but it is your decision to give me the
23  answers. I will give them all three -- A, B, C, D, I
24  will translate, and he will need to give me an answer.
25    Most of them would know -- they wouldn't want

Page 101

1  to study for the forklift because they think they can
2  come to me and get the license right away. In order to
3  get the license, you have to pass the handwritten test.
4  And those were about, I don't know, 60 -- I can't
5  recall -- 30, 40, 50 questions that was on a packet, and
6  you have to pass those in order to get to the next
7  level. So I was refusing to do that, and those are the
8  one things that they were actually fighting with me.
9  And --
10    Q   Can you give me other examples?
11    A   Other example, yes. They wanted me to -- when
12  I take them -- especially when a new hire comes in, they
13  want me to go talk to production supervisors that hire,
14  which is the superintendent, and try to get them a
15  lesser, not very physical job, okay? Such as packaging
16  or trim areas, which most of them like to work in the
17  trim areas where you don't use any equipment. All you
18  do is just turn on the top of the meat, and you hand
19  picked bones out of the conveyer belt.
20    So those are the things that they wanted me to
21  accommodate for them so they can, you know, be proud of
22  me and say, Okay, we've got somebody there for us. But
23  I wasn't. I was equal to everybody.
24    Now, when Mr. Max came into this -- oh. I will
25  continue to tell you one more thing. When people do

26  (Pages 98 to 101)

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

Page 106

1    Q   So he told you people were upset that this
2  older man had been fired?
3    A   Yes.  These people that you were in the lead,
4  you know, Mr. -- I can't remember his name, the
5  termination, the reason that he was terminated.  And
6  people were upset about that.
7    Q   When did that happen?
8    A   I'm not good with the years.
9    Q   Was it early on in your employment with JBS in
10  2009?
11    A   No, no.  It was -- it was between '12, '13,
12  I'll say 14, around '14; 2014.
13    Q   So in your time at JBS, did you ever see Somali
14  employees at JBS disagreeing with each other, falling
15  into two groups?
16    A   No, but I have seen a guy that was harassing a
17  female inside my classroom, which I took an action.
18  That was another person that was terminated before he
19  even got to the production that was also Somalian.
20    Q   Okay.  Let's go back.  You were telling me
21  about your interactions with Max, and you told me about
22  your interaction when you expressed interest in the
23  supervisor position.  It was either late December 2014
24  or January 2015?
25    A   Yes.

Page 107

1    Q   And Max arrived sometime in October --
2    A   Yes.
3    Q   -- of 2014?
4        So between October and December, did you have
5  any conversations or interactions with Max that you felt
6  were unfair or discriminatory?
7    A   A lot.
8    Q   What?
9    A   I mean, I cannot count because he used to come
10  upstairs every day, every single day I would see him
11  pretty much.  He would come upstairs.  Most of the time
12  he used to go to her office a lot, so before he goes
13  through, you know, there is a big hallway that he has to
14  come through, and the first thing that he sees is me.
15  And he wanted to always intimidate me in a different
16  way, a lot of things.  He wanted me to just look at him
17  as a person to be scared of all the time, where he was
18  above me.  And that was something that he wanted me to
19  feel because I was from Somaliland.  He wanted to show
20  Somaliland person that he was above me.
21    Q   Tell me, what did he do to make you feel
22  that way?
23    A   Well, he would just come up to me and tell me,
24  hey -- about the position that I was asking, he would
25  tell me, Don't bother.

Page 108

1    Q   Okay.  Before that, did he say or do anything
2  before that?
3    A   Before what?
4    Q   Before you had the conversation about the
5  position, the supervisor position.
6    A   Like I'm telling you, this is single, every
7  day.
8    Q   So tell me, what did he say, what did he do?
9    A   Okay.  I'm getting to that if you would just
10  give me a chance.  I will tell you everything he did,
11  okay?  Mr. Max was somebody who wanted me gone.  He
12  would just come up to me and say, Hey, what happened
13  to -- you know, back home, so on and so forth.  He would
14  just talk about something that was not within the plant.
15    Q   Like what?
16    A   Like Somaliland.  Most of our conversation was
17  about back in Somaliland.
18    Q   What about; politics, refugees, war?
19    A   He would --
20    Q   What did he say?
21    A   He would talk about politics.  He would say
22  things like, first was, why would you want to break
23  away.  Why would Somaliland want to be the only
24  independent government?  Why can't we just stick
25  together?  And those are very intimidating to me

Page 109

1  because, yes, I'm from Somaliland.  I was born there,
2  but I'm not involved in any kind of politics.  I always
3  try to stay away from those things.  And I wasn't
4  following what was going on.  That's another thing.  I
5  was not like following what was happening like he was.
6  He knew there was some issue back home that, you know,
7  people were not letting them in and stuff like that.  I
8  wasn't even aware of that.  Those are the things that
9  was intimidating to me because --
10    Q   What else?  You talked about politics and
11  Somaliland.  What else?
12    A   What else?  It was -- just make me feel I was
13  like nobody there.
14    Q   How?  What did he do?
15    A   He told me to bring him -- most of the time
16  when he is there, there used to be frocks; for instance,
17  white shirts.  That wasn't my job.
18    Q   He wanted you to get him a frock?
19    A   Well, he was my boss.  I mean, he was -- he
20  wanted me to get his, frock especially the main
21  conference room where there were nicer frocks there.  He
22  wanted to get him to go hang up for him in his office.
23  I would do it.  So what?  But he was making me feel
24  like, you know what?  I was above you, and I can tell
25  you whatever I want, okay?  It was either me or the

28  (Pages 106 to 109)

Stormo Reporting, Inc.   (303) 200-4792

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

Page 110

1  highway.
2      Another incident was I was with him, and there
3  is a lady named Olivia Mercado. She is a safety lady.
4  She had wanted a vacation to be gone December, the whole
5  month, when she was having a problem with the
6  supervisor. So I kind of mentioned to him, because when
7  he was talking about Somalis, and all this stuff, I just
8  wanted to change the conversation. And I did that by
9  saying, Hey, there is an employee here that needed help
10  with the time off, vacation. So since you are here, do
11  you want to just see if you want to talk to her and see
12  what is the problem.
13      And the doors are very close. My door and
14  Olivia's door is just a couple steps away. When I was
15  walking to HR, I said, This is the lady right here. So
16  we went in, and she explained her situation about not
17  getting time off. But what really triggered me was
18  after, when we left when we left the room as we were
19  walking by to his office, he turned to me and said, I'm
20  not that loyal. I'm not very loyal like you people. I
21  am the HR director. She needs to come and see me. I
22  don't need to go see her. That was his exact words. He
23  turned to me and said, I'm not that loyal like you guys.
24  If she wanted to see me, she can come to my office and
25  see me.

Page 111

1  Q   Okay. Anything else?
2  A   I never told Olivia about that, but I just let
3  it go, because during this time, he was asking me
4  about -- you know, before the first couple times we met,
5  it was about, Hey, where are you from? This is how he
6  knew where I was from, because you can tell the type of
7  person or the clan that you're from by the city that you
8  say you're from. You can say 90 percent or 95 percent
9  of that person is this. So when he asked me, Where are
10  you from?
11      I say Hargeisa, he knew exactly I was already a
12  Somalilander by the clan name Issaaq. If he say I'm
13  from Mogadishu, 90 percent is Hawiye clan, where he is
14  from. We had conversation where he asked me how things
15  are. He said, you know, I'm almost relocating my wife
16  and my child to the United States. The timing was
17  really, like, he already planned it, because he wanted
18  me to -- this is just kind of his revenge, and he is
19  doing it because we're not from the same place.
20      My wife was relocating to the United States
21  during that time. He knew it. I have used the last
22  amount of money that I had to send them plane ticket.
23  Q   Before we get to that, I want to finish, what
24  else did Max do or --
25  A   Well, I'm getting to that.

Page 112

1  Q   What did Max do or say during your employment
2  that you felt was discriminatory?
3  A   Well, this is what I'm telling you. All this
4  discriminatory, because he wanted me gone before my
5  family would --
6  Q   I understand what you believe he wanted and how
7  he felt.
8  A   Yes.
9  Q   What did he do or say during your employment
10  with JBS that makes you believe that?
11  A   I like I just told you.
12  Q   Anything else that you haven't told me about?
13  A   As I was saying, this was going to lead to
14  that, but there is a lot of things I can't just -- those
15  are just a few simple things that I remember right now.
16  Q   Do you remember anything else that Max actually
17  said to you or did that made you believe he was
18  discriminating against you because of where you're from?
19  A   Yes.
20  Q   What else?
21  A   He would say, Why won't you guys let the
22  refugees back to your country? I mean, those are the
23  things that I know nothing about.
24  Q   Anything else?
25  A   If you give me a chance, I can continue because

Page 113

1  I don't have all recorded it at the top of my head, but
2  those are the intimidating things that he did to me.
3  Q   Did you keep any notes of these things?
4  A   No.
5  Q   You didn't write them down?
6  A   No, I didn't have to, because I just -- I
7  remember.
8  Q   Do you remember anything else?
9  A   I will let you know in a minute if it comes to
10  my head.
11  Q   Okay. So before you were terminated March 13,
12  2015, do you remember anything else that Max did or said
13  to you that you felt was discriminatory?
14      MR. OKUNADE: Objection; form.
15  A   Yes.
16  Q   (By Ms. Vickles) What else?
17  A   Well, he told me I wasn't educated enough.
18  Q   For the supervisor position?
19  A   Yes. And --
20  Q   We talked about that. Anything else?
21  A   You're not able to do that position, so, yes,
22  that was very discriminatory. He didn't give me a
23  chance. I was qualified enough with all the many years
24  I was there. I was capable of doing that job.
25  Q   Anything else?

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

## Page 114

1    A  Yes. I just don't remember. I don't have
2  everything recorded, but as we continue, I will let you
3  know if it comes to my head.
4    Q  Okay. So me from my perspective, how could I
5  tell which Somalis are from the Issaaq clan and which
6  are from the Hawiye clan?
7    A  Like I just told you, you can tell by the
8  person where they are from.
9    Q  You told me 90 percent maybe of people from
10  Mogadishu are --
11    A  Exactly.
12    Q  How can I tell if somebody is the 10 percent
13  that is from another clan?
14    A  Well, you can tell by the way they talk.
15    Q  How? Do they have a different accent?
16    A  Exactly.
17    Q  You speak the same language, right, Somali?
18    A  Right, but with a different accent. You can
19  tell a person from the northern part and southern part.
20    Q  Just like northern and southern U.S.?
21    A  No.
22    Q  People speak differently?
23    A  It's totally different. It's not even close.
24    Q  But you can understand somebody from the north
25  or the south?

## Page 115

1    A  Yes.
2    Q  The same language?
3    A  Yes, with a different accent. We have
4  different words that we use in different ways.
5    Q  Are there any differences in appearance?
6    A  No.
7    Q  Dress?
8    A  No.
9    Q  Religious practices?
10    A  No.
11    Q  So the only thing you can tell me would be the
12  accents?
13    MR. OKUNADE: Objection; form.
14    A  The accent and the clan that you -- what clan
15  you are.
16    Q  (By Ms. Vickles) What if I talked to someone,
17  is there any other way I can tell which clan they are
18  associated with besides their accent?
19    A  You can tell a person is from northern and
20  southern part by the accent.
21    Q  That's it?
22    A  Yes.
23    Q  The only distinction?
24    MR. OKUNADE: Objection; form.
25    A  You can tell that this person is Issaaq and

## Page 116

1  this is person is Hawiye by the accent. We speak
2  differently.
3    Q  (By Ms. Vickles) I've seen an allegation that
4  you believe Max told Brandon Sellers to reprimand you.
5  Is that based on the write-up that Brandon gave you for
6  the overtime, or something else?
7    A  I believe that was his intentions since the
8  first time he got there. All these allegations,
9  everything that sits in front of me here, except
10  previous ones, all the other ones from Mr. Kacem
11  Andalib, they got together. It was all just a cover-up.
12  All those were just to find a way to get rid of me.
13    Q  That wasn't my question. My question was,
14  there is an allegation that you believe Max told Brandon
15  Sellers to reprimand you. Are you referring to the
16  write-up Brandon gave you about the overtime or
17  something else?
18    A  Like intimidating, singled out, yes, those are
19  the things that he would go ahead and write me up for.
20  Anybody else didn't get a write-up during that time. I
21  was the only person.
22    Q  Did Mr. Sellers give you any other write-ups
23  besides the one we looked at?
24    A  I don't remember. That's all I see right now.
25  I don't think he ever gave me any write-ups.

## Page 117

1    Q  Do you have any firsthand knowledge that Max
2  directed Brandon Sellers to write you up, or is it just
3  what you heard from Brandon Sellers?
4    MR. OKUNADE: Object to form.
5    A  By the way he was acting towards me, I knew he
6  wanted me gone.
7    Q  (By Ms. Vickles) Do you have any firsthand
8  knowledge that Max said he wanted to get rid of you,
9  other than what Brandon Sellers told you?
10    MR. OKUNADE: Objection to form.
11    A  There were other people that told me that.
12    Q  (By Ms. Vickles) Who else told you that?
13    A  It was Jama.
14    Q  Jama Ismael?
15    A  Yes. He heard rumors that Mr. Max was plotting
16  a way to get rid of me. But unfortunately during that
17  time, the managers and the people that worked
18  together knew me before him, and they knew my character
19  and the type of person I was. So any allegation what
20  they brought to me, they knew was being forced. So he
21  had to create a whole new group, which he did, in order
22  to get rid of me.
23    Q  Do you believe there were some elders in the
24  Somali community who wanted you out of your position
25  with JBS?

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

## Page 118

1    A   There was some people that used to come and see
2   him at the office from the outside.
3    Q   That would come to see Max?
4    A   Yes.
5    Q   Who were those people?
6    A   It was one of the community leaders in Greeley.
7    Q   One person or more than one?
8    A   No. There were several, like three or four
9   people. I don't know exactly their names, but I know
10  that person would present most of the communities in
11  Somali that was --
12    Q   Do you know any of their names?
13    A   The guy named Asad, I only know his first name.
14    Q   Asad Abdi?
15    A   I don't know his last name.
16    Q   Do you know any of the other names?
17    A   No. He was the only one, but he was the one
18  that was involved with Mr. Max. They were very close.
19    Q   How many times did you see Asad meet with Max?
20    A   Inside the plant --
21    Q   Or outside the plant.
22         MR. OKUNADE: Object to form.
23    A   Inside the plant, I saw him numerous times that
24  he was there.
25    Q   (By Ms. Vickles) How many times?

## Page 119

1    A   Like you say, you have that big old window.
2  Sometimes I will come downstairs and drop in some
3  paperwork to HR, and there they were talking. So it was
4  a lot of times that he would be in the office.
5    Q   Did you ever see them together outside the
6  plant?
7    A   Yes, I did.
8    Q   Where would they be?
9    A   They would be at the Somali market areas. They
10  will be outside on the 8th Avenue. There is a shop
11  there where everybody goes to hang out. I would drive
12  by there as I go home, and then I will see them.
13    Q   Max and Asad?
14    A   And some other people.
15    Q   That were community leaders?
16    A   I don't know if they were, but I knew Asad was
17  a community leader.
18    Q   Were you ever present when they had a
19  conversation, Max and those community leaders?
20    A   Yes.
21    Q   What did they talk about?
22    A   There was a time I was dropping some paperwork
23  downstairs in HR, and they were in the office. And
24  that's how -- they called me up, and there was something
25  that Max was asking me about the training upstairs. And

## Page 120

1  that's why I ended up going back there. I believe it
2  was how many people that we were training during that
3  week, because we had numbers that we needed to hit every
4  week.
5    Q   So they asked you about how many people were
6  scheduled to go through training?
7    A   No. How many averages that we had, you know,
8  for the past three or four days. Because there was a
9  time that we didn't have anybody that was coming off
10  from production, so they just want to know the estimate
11  of people that were showing up.
12    Q   Were they talking about Somali employees or
13  just all employees?
14    A   No. He was generally asking me that question,
15  so that's when I went back there as they were talking.
16    Q   And the community leaders were talking about
17  that?
18    A   I don't know what they were talking about.
19    Q   That was my question. Were you present during
20  any conversations between Max and these community
21  leaders?
22    A   Yes, but --
23    Q   And it was the one about training?
24    A   They were talking about the training, and they
25  were chit-chatting. But as soon as I sit down and start

## Page 121

1  talking for a few minutes about the training, I kind of
2  the got cold, isolated. You can feel you just
3  interrupted something that was going on, and I felt like
4  I just needed to leave after I told him what he needs to
5  hear, and I left. And so they continued with the
6  conversation, but I never heard what they said.
7    Q   Were you present for any other meetings between
8  Max and these community leaders?
9    A   Not that I remember.
10    Q   Do you believe the community leaders told Max
11  they wanted you to be fired?
12         MR. OKUNADE: Object to form.
13    A   I'm 100 percent sure that Mr. Max was getting
14  all of his information from the community leaders and
15  from those employees that were -- wanted me gone from
16  JBS.
17    Q   (By Ms. Vickles) Which employees were those
18  that wanted you gone?
19    A   Those are the employees that I told you wanted
20  me to give them favoritism, or they wanted me to, you
21  know, go around the policy to help them out, so they --
22    Q   Can you give any names?
23    A   No names. I don't have any, but there were a
24  lot of them.
25    Q   Just Asad?

Stormo Reporting, Inc.  (303) 200-4792

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

## Page 126

1  believe it was the anniversary of employees. They all
2  came, they were getting jackets. We provide employees,
3  every year they had an anniversary, those employees that
4  had been there for 10, 15, 20, 30 years, they get some
5  kind of a dinner. And that's when I recall, during that
6  time.
7      Q   Do you know when that was?
8      A   It was December.
9      Q   Okay. What prompted you to call Matt Lovell?
10     A   Because I wanted to tell him the discomfort
11  that I feel while I work for the plant; how I was
12  feeling; how I was being intimidated. I wanted to
13  inform him of that.
14     Q   Did something in particular prompt you to call
15  Matt when you did?
16     A   Of course. It was Mr. Max.
17     Q   Well, had he --
18     A   How he was treating me.
19     Q   Did he say something or do something in
20  particular that prompted you to call when you did?
21     A   Exactly. Because I knew he wanted me gone.
22     Q   Did something happen?
23     A   I already explained that to you. I can't go
24  back again.
25     Q   So you don't remember anything specific that

## Page 127

1  happened the day you called Mr. Lovell?
2      A   I can't remember.
3      Q   And Mr. Lovell told you to call Eric Ray?
4      A   Yes.
5      Q   And then did you call Eric Ray?
6      A   Yes.
7      Q   And when was this, also in December?
8      A   Yes.
9      Q   2015?
10     A   Yes.
11     Q   Did you reach Mr. Ray?
12     A   I left a message and never got a call back.
13     Q   What did your message say?
14     A   I told him this is Weli, I wanted to talk to
15  you, if he could call me back.
16     Q   And he didn't call you back in December?
17     A   No.
18     Q   Did you talk to Mr. Ray at any time then before
19  you were -- before you called him after your
20  termination?
21     A   No. That was it. I called him back after I
22  was terminated.
23     Q   And your message didn't give him any details
24  about why you were calling?
25         MR. OKUNADE: Object to form.

## Page 128

1      A   I did not leave details.
2      Q   (By Ms. Vickles) You just asked him to call
3  you?
4      A   I just asked him if he had a chance to call me
5  back.
6      Q   And did you try to reach Mr. Ray again in
7  December?
8      A   No.
9      Q   Did you try to report your discomfort with Max
10  to anyone else at corporate HR?
11         MR. OKUNADE: Object to form.
12     A   No.
13     Q   (By Ms. Vickles) You didn't call the hotline
14  about your discomfort with Max?
15     A   No.
16         (Deposition Exhibit 17 was marked.)
17     Q   (By Ms. Vickles) After you were terminated,
18  you filed for unemployment benefits?
19     A   Yes.
20     Q   And this document, Exhibit 17, is a page that
21  you produced in this lawsuit. And I believe this page
22  contains information that you gave to the unemployment
23  insurance division about your claim. Do you recognize
24  that?
25         MR. OKUNADE: Object to form.

## Page 129

1      A   Yes.
2      Q   (By Ms. Vickles) And I want to ask you about a
3  statement in the middle of the page where they ask you
4  to describe what you feel was the reason for your
5  discharge. You typed, "I was promised to get move up
6  within the company. For that reason my cotrainer did
7  not like that, so he started acted up and from that
8  point on he started saying bad things about me."
9      A   Yes.
10     Q   So who is the cotrainer you're referring to?
11     A   Miguel Muniz.
12     Q   What bad things did Miguel start saying about
13  you?
14     A   Well, when I filled out for unemployment, I put
15  the reason of Miguel Muniz because he was always a
16  person that can backstab you because he never wanted to
17  move up. He is certified. He has been there for
18  27 years. He never wanted to get ahead. I was
19  interested in becoming a supervisor in the training
20  department. He was the one -- he kind of wanted me to
21  be in the same spot as he was. I never knew there was
22  allegations. That was put together by HR. When I was
23  applying for unemployment, I knew Mr. Max's
24  intimidation. I had it, I remember it. But my firing
25  didn't know about the harassment, about Anab Ali. When

Page 130

1    I filed it, I got the answer back. That's when I knew
2    this was all set up.
3        Q    So when you wrote this form, Exhibit 17, what
4    bad things had Miguel Muniz started saying about you
5    that you were referring to?
6        A    Miguel Muniz always said bad things, such as,
7    you will find out all my 360 evaluations. My coworkers
8    will say great things about me, but he will say negative
9    things.
10       Q    What did he say?
11       A    I can't remember, but he always put things that
12   I needed to improve. He never said positive things,
13   because he just didn't like how I was getting ahead of
14   him when it comes to that department. Employees trusted
15   me more than him, even though he had been there for
16   27 years.
17       Q    So you didn't like Miguel?
18           MR. OKUNADE: Object to form.
19       A    No, I didn't say I didn't like Miguel.
20       Q    (By Ms. Vickles) Did you get along with him?
21       A    Of course I get along with him.
22       Q    But when you filled out Exhibit 17 at least,
23   you felt Miguel was responsible for your discharge?
24       A    Well, he is the one that informed, as I came to
25   find out on my hearing testimony unemployment, that

Page 131

1    Ms. Yuli was saying Miguel was the first person that
2    went to her and saying some allegation about Weli was
3    with some female in the room. She said that in her
4    statement.
5        Q    Okay. I thought you said at the time you
6    filled out Exhibit 17, you didn't know that, right?
7        A    I didn't know that.
8        Q    So I want to know what you're talking about
9    when you filled out Exhibit 17, why you fell Miguel was
10   responsible for your discharge?
11           MR. OKUNADE: Object to form.
12       A    Because Miguel was always that kind of person
13   that would say things behind your back.
14       Q    (By Ms. Vickles) So you just didn't trust him?
15       A    I don't say I don't trust him, but I knew he
16   was an instigator; that he would go say things behind
17   your back.
18       Q    Was there anything specific that made you think
19   that Miguel was the reason that you were fired?
20       A    Say again.
21       Q    Is there anything specific that made you
22   believe that Miguel was the reason you got fired?
23           MR. OKUNADE: Object to form.
24       A    No.
25       Q    (By Ms. Vickles) And you also said you were

Page 132

1    promised to get moved up in the company. Who made you
2    that promise?
3        A    Soila Delgado was the supervisor, the last one.
4    She did not promise me, but she said, you know, if I
5    have to leave for anybody in this position, I would want
6    you to be the one. I want you to go ahead and apply for
7    this position because you are capable of doing it, and I
8    think -- and I know you are going to be a great
9    supervisor.
10       Q    When did Soila -- sorry -- when did she leave?
11       A    Well, I think she left right around December or
12   January.
13       Q    Had you ever applied for the training manager
14   position before?
15       A    I'm sorry?
16           MR. OKUNADE: Object to form.
17       A    I don't understand what you're saying.
18       Q    (By Ms. Vickles) You told me you applied for
19   the training manager job.
20       A    I didn't say manager job. I said supervisor,
21   first of all.
22       Q    Supervisor.
23       A    Yes.
24       Q    Had you ever applied for that position before
25   the time that you turned in your internal résumé to

Page 133

1    Irene?
2        A    No.
3        Q    Just the one time?
4        A    Yes.
5           (Deposition Exhibit 18 was marked.)
6        Q    (By Ms. Vickles) Exhibit 18 is another
7    document that you produced in this litigation from the
8    unemployment process. Is that your writing?
9        A    No.
10       Q    In No. 7, is that your writing there?
11       A    No.
12       Q    Is that your lawyer's writing?
13       A    Yes.
14       Q    Ira Sanders?
15       A    No.
16       Q    Rick Blundell?
17       A    Yes.
18       Q    And Mr. Blundell was representing you during
19   the unemployment process?
20       A    Yes.
21       Q    Did you tell Mr. Blundell what you wanted him
22   to write in No. 7?
23       A    Yes.
24       Q    And it says, "No rule violated. Employer
25   lying. It wanted to replace me with another employee,

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

Page 134

1  and is using this as a pretext and thus constitutes
2  unemployment fraud"?
3    A   Yes.
4    Q   So who do you believe JBS wanted to replace you
5  with?
6    A   There was numbers of people that wanted to take
7  over my position when it comes to Somali trainer.  Now,
8  once Max find out that I was not part of Somalia and I'm
9  Somaliland, he wanted to replace me with somebody from
10  the southern part.
11    Q   Who was that person?
12    A   There was another person that they hired, I
13  believe, right after I was terminated.  I don't know his
14  name, but it was a Somali guy.
15    Q   Okay.  Who is the employee you were talking
16  about when your lawyer filled out Exhibit 18?
17    A   It was -- it was an employee that wanted to
18  take over my position.  Is that what you're saying?
19    Q   Yes.  Were you referring to someone in
20  particular?
21    A   No.
22    Q   Just somebody else?
23    A   No.  I just knew that that was the intention of
24  Mr. Max.
25    Q   He wanted to replace you with someone else?

Page 135

1    A   No.  He wanted to replace me with someone from
2  his clan, not Issaaq clan.  He knows that we don't
3  deserve that kind of position up there.
4    Q   But you didn't have a specific person in mind
5  when your lawyer wrote down that JBS wanted to replace
6  you with another employee?
7    MR. OKUNADE:  Objection; form.
8    A   No.
9    (Deposition Exhibit 19 was marked.)
10    Q   (By Ms. Vickles)  So Exhibit 19 is the intake
11  questionnaire you filled out for the EEOC.  Do you
12  recognize that document?
13    A   Yes.
14    Q   And is this your writing?
15    A   Yes.
16    Q   And did you sign the last page?
17    A   Yes.
18    Q   On June 9th of 2015?
19    A   Yes.
20    Q   And on the questionnaire it asks, "What is your
21  race?"
22    And you said, "Black or African American,"
23  correct?  It's on the first page.
24    A   Second page?
25    Q   First page.  Do you see where it asks, "What is

Page 136

1  your race?"
2    A   Yes.
3    Q   And you marked "Black or African American,"
4  correct?
5    A   Correct.
6    Q   And then it asks, "What is your national
7  origin?"
8    And you wrote in "Somali"?
9    A   Yes.
10    Q   And on the second page of the intake
11  questionnaire, you indicated that you thought Maxamed
12  Xasan and Yuli Rocha were responsible for discrimination
13  against you; is that right?
14    A   Correct.
15    Q   And do you remember the interview by the EEOC
16  investigator when you submitted your intake
17  questionnaire?
18    A   Yes.
19    Q   Do you remember telling the EEOC investigator
20  that you and Max were racially and ethnically the same?
21    A   No.
22    Q   Do you deny telling her that?
23    A   I don't recall telling her that we are the same
24  race.
25    Q   Do you remember the investigator, a woman named

Page 137

1  Myrna?  I'm not sure how to pronounce her last name.
2  DeQuiroga?
3    A   I know it was a female lady.
4    Q   And she was taking notes while she talked to
5  you?
6    A   Yes.
7    Q   Have you reviewed her notes?
8    A   No.
9    Q   Her notes indicate that you told her that you
10  and Max were racially and ethnically the same?
11    MR. OKUNADE:  Object to the form of the
12  question.
13    A   No, that's not true.
14    Q   (By Ms. Vickles)  But that you were divided as
15  a country?
16    MR. OKUNADE:  Objection to form.
17    Q   (By Ms. Vickles)  Did you tell her that?
18    A   What I meant was we are Somali, but we are
19  different people; two different countries.
20    Q   Do you remember telling her that you believed
21  Max removed you and fired you to replace you with
22  another southern Somalian, Fardowsa?
23    MR. OKUNADE:  Objection; form.
24    A   There was rumors that Mr. Asad, the community
25  leader person, wanted Fardowsa to replace me.

35 (Pages 134 to 137)

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

Page 138

1    Q    (By Ms. Vickles)  Fardowsa who?
2    A    I don't know her name.  That's all I know is
3    the first name.
4    Q    You told the EEOC investigator that Fardowsa
5    was in HR but floats as a trainer?
6    A    That's correct.
7    Q    You don't know her last name?
8    A    I don't know her last name because she started
9    after I was terminated.
10   Q    Oh, so she never worked there while you worked
11   there, in HR?
12   A    Exactly.  She was hired right after I was
13   terminated.
14   Q    So how could I identify who Fardowsa is if you
15   don't know her last name?
16   A    Fardowsa, I don't know her last name.
17   Q    Do you know what position she was hired for?
18   A    No.
19   Q    But you think she was working in HR in
20   training?
21   A    She was hired right after I was terminated,
22   so --
23   Q    But you told the investigator that she was
24   working in HR and floating as a trainer?
25   A    That's what I was informed.

Page 139

1    Q    By who?
2    A    People from outside the Somalians.
3    Q    Who told you that?
4    A    Just friends.  I don't know the names.
5    Q    Was it your understanding this Fardowsa was
6    doing floor training or classroom training?
7    A    No.  My understanding was that she replaced me.
8    Q    Doing classroom training?
9    A    Yes.
10   Q    Orientation training, Alchemy training?
11   A    She was just replacing me as a trainer.
12   Q    And did you tell the EEOC investigator there
13   were no derogatory comments?
14        MR. OKUNADE:  Object to form.
15   A    I don't understand what you're trying to say.
16   Q    (By Ms. Vickles)  Did you tell the EEOC
17   investigator that there were no derogatory comments?
18        MR. OKUNADE:  Same objection.
19   A    No.
20   Q    (By Ms. Vickles)  No.  If her notes reflect
21   that --
22        MR. OKUNADE:  Object to form.
23   A    No.
24   Q    (By Ms. Vickles)  No, you never told her that?
25        Do you remember telling the investigator that

Page 140

1    around February of 2015 Yuli mentioned to you that the
2    training staff was overstaffed and one person had to go?
3    A    Yes.
4    Q    You told her that?
5    A    She told me.
6    Q    And you told investigator that?
7    A    Yes.
8    Q    What did Ms. Rocha tell you?
9    A    Well, she mentioned that there was four people,
10   and, you know, HR was wanting only three trainers, so
11   one person had to be gone.
12   Q    Did she say anything else?
13   A    No.  She didn't mention who.
14   Q    And did you hear anything else about
15   eliminating one of the positions after that?
16   A    No.  That was it.  That's the only time I heard
17   after that.
18   Q    Do you remember telling the EEOC investigator
19   that you meant to mark "retaliation" on your intake
20   questionnaire rather than "religion"?
21   A    I'm sorry.
22        MR. OKUNADE:  Object to form.  And can I ask
23   you, what is the document that you're reading from?  I
24   don't know if I have that.
25        MS. VICKLES:  This document is Bates numbered

Page 141

1    EEOC 18 through 21.  It's the investigator's notes that
2    were produced to us by the EEOC, and I believe they are
3    also in the documents you produced to us that you got
4    from the EEOC.
5        MR. OKUNADE:  Okay.  I just didn't know what
6    you were you reading from.  Sorry.
7        MS. VICKLES:  I don't have an extra copy
8    because I wasn't planning to mark it.
9    Q    (By Ms. Vickles)  So do you remember telling
10   the investigator that you meant to mark "retaliation" on
11   your questionnaire, not "religion"?
12        MR. OKUNADE:  Object to form.
13   A    I'm sorry.  Again.
14   Q    (By Ms. Vickles)  Did you tell her you meant to
15   mark "retaliation" on your questionnaire and not
16   "religion"?
17   A    Of course there was not religion violations,
18   but there was retaliation.
19   Q    Do you remember telling her that you believed
20   that the retaliation stemmed from a previous 2008 EEOC
21   investigation where you were a witness for the employer?
22   A    No.
23        MR. OKUNADE:  Object to form.
24   Q    (By Ms. Vickles)  You didn't tell her that?
25   A    No.  I was involved in the investigation.  I

Page 142

1   was part of the witness for JBS at that time.  That's
2   what I told her.
3       Q   Do you believe JBS retaliated against you for
4   participating as a witness in that lawsuit?
5       A   JBS didn't retaliate. Mr. Max retaliated me.
6       Q   Do you believe that Max knew that you had given
7   a deposition as a witness in another lawsuit?
8       A   Of course.  Yes.
9       Q   Why would Max care about that?
10      A   Because he asked me about it.  Those are the
11  things that we talk about.  He also one of the days, he
12  was talking about the deposition that I had taken.
13      Q   What did he ask you about?
14      A   He just asked me when was the deposition taken
15  place and how did it go.  So pretty much just explained
16  how the deposition went.
17      Q   What did you tell him?
18      A   I tell him I took the deposition.  I tell him
19  everything he wanted to know.
20      Q   But did you think Max held that against you?
21      MR. OKUNADE: Object to form.
22      A   I don't know.
23      Q   (By Ms. Vickles) The fact that you had given a
24  deposition.
25      MR. OKUNADE: Form.

Page 143

1       A   I don't know.
2       Q   (By Ms. Vickles) Okay.  I'm trying to
3   understand why you believe you were retaliated against
4   by giving a deposition in another lawsuit.
5       A   I was retaliated because I had fired one of his
6   clans, one of his people, who he brought him back.  As
7   soon as he took over the office of director, he brought
8   him back.  So it was retaliation because he knew that I
9   was involved in terminating a few Somalis while I was in
10  the position.
11      Q   Are you referring to the elderly man you
12  reported for the safety violation?
13      A   Yes.
14      Q   That was investigated by Brandon Sellers?
15      A   Correct.
16      Q   So you don't believe you were retaliated
17  against for giving a deposition in another lawsuit?
18      A   No.
19      Q   Did you tell the EEOC investigator that?
20      A   Yes.
21      Q   Do you remember the EEOC investigator telling
22  you that it was unlikely to investigate your charge?
23      MR. OKUNADE: Objection; form.
24      A   No.
25      Q   (By Ms. Vickles) Do you remember her telling

Page 144

1   you that that was because you and Max are of the same
2   race and national origin?
3       MR. OKUNADE: Object to form.
4       A   No.
5       Q   (By Ms. Vickles)  And do you remember her
6   telling you that your issues are political, which are
7   not protected by our lawyers?
8       MR. OKUNADE: Object to form.
9       A   I don't remember.
10      (Deposition Exhibit 20 was marked.)
11      Q   (By Ms. Vickles)  Is Exhibit 20 a copy of the
12  charge of discrimination that you filed with the EEOC?
13      A   Yes.
14      Q   And is that your signature on the first page?
15      A   Yes.
16      Q   You filed this charge June 19, 2015?
17      A   Correct.
18      Q   In here you are claiming that you were
19  suspended and discharged because of your race and your
20  national origin, correct?
21      A   Yes.
22      Q   And your charge, the first allegation that you
23  raise against Max is December 2014 when you said you
24  made him aware you were interested in the training
25  supervisor job, correct?

Page 145

1       A   Correct.
2       Q   And you indicate that Max told you you weren't
3   educated enough for the position, and he intended to
4   bring someone from another plant, right?
5       MR. OKUNADE: Object to form.
6       A   Yes.
7       Q   (By Ms. Vickles)  And he was going to make it a
8   manager position, not supervisor?
9       A   Yes.
10      Q   And is that what he did?
11      A   Yes.
12      Q   And then you mentioned the February 2015
13  comment from Ms. Rocha that the training staff was
14  overstaffed and one person had to go, right?
15      A   Exactly, yes.
16      Q   And then the next incident mentioned is that
17  you were suspended on March 11, 2015, right?
18      A   That's what it says.
19      Q   For pulling someone off the line to translate?
20      A   Yes.
21      Q   And you indicated in your charge that that was
22  something you had always done, but Ms. Rocha was a new
23  manager and didn't know that; is that right?
24      A   I don't know if she was aware of it, but, yes,
25  we have done that for the past six years that I was

Stormo Reporting, Inc.   (303) 200-4792

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df

Page 182

1     MR. OKUNADE:  Objection; form.
2     A   No, absolutely not.
3     Q   (By Ms. Vickles)  Who is Waldo Gomez?
4     A   He was the one supervisor that was Efrah
5  Abdellah's, the claimants, what they were saying.  Maybe
6  that was upstairs when they started my investigation.
7     Q   What knowledge do you believe Mr. Gomez has
8  that will support your claims?
9     A   The truth.
10    MR. OKUNADE:  Objection; form.
11    Q   About what?
12    A   (By Ms. Vickles)  About what he knows me and --
13    Q   Your character?
14    A   No.  How I was working at JBS.
15    Q   Is there any specific knowledge that you think
16  Mr. Gomez has that supports your claims?
17    A   Yes.
18    Q   What is that?
19    A   How we used to interact with the employees, and
20  how we used to figure out how to get to the training
21  room while they translate, or how they used to come to
22  the training.
23    Q   Anything else Mr. Gomez knows that will support
24  your claims?
25    MR. OKUNADE:  Objection; form.

Page 183

1     A   No.
2     Q   (By Ms. Vickles)  And Crista Lewis is the
3  mother of your son?
4     A   Correct.
5     Q   And how is it that you think she can support
6  your claims?
7     MR. OKUNADE:  Objection; form.
8     A   She helped me heal during my depression time.
9     Q   (By Ms. Vickles)  How did she help you?
10    A   I talked to her.
11    MS. VICKLES:  Can we just take a quick break?
12  I think I'm done.
13    (A recess was taken from 2:21 to 2:34 p.m.)
14    MS. VICKLES:  I don't have any more questions.
15  I'm done.
16    MR. OKUNADE:  I don't have any rebuttal.
17    MS. VICKLES:  Okay.  I guess we are done.
18  Thank you.
19    MR. OKUNADE:  Thank you.
20    (The deposition concluded at 2:34 p.m.)
21
22
23
24
25

Page 184

1               A F F I D A V I T
2
3  STATE OF COLORADO        )
                            ) ss.
   COUNTY OF                )
4
5     I have read my deposition, and the same is true
6  and accurate, save and except for changes and/or
7  corrections, if any, as indicated by me on the amendment
8  sheet(s) attached hereto as indicated.
9
10 Amendment Sheet(s) attached [ ]
11 No changes; no amendment sheet attached [ ]
12
13    _____
            WELI A. FARAH
14
15 SUBSCRIBED AND SWORN TO before me on this
16 _____ day of _____, 2016.
17 My commission expires:
18
19    _____
            NOTARY PUBLIC
20
21 in and for the State of _____
22
23
24
25

Page 185

1               C E R T I F I C A T E
2  STATE OF COLORADO    )
3                       ) ss.
   COUNTY OF DOUGLAS    )
4
5
6     I, Nathan Stormo, Registered Professional
   Reporter and Notary Public in and for the State of
   Colorado, duly appointed to take the deposition of
7  WELI A. FARAH, certify that prior to the examination the
   deponent was duly sworn to testify to the truth in the
8  matters in controversy between the parties herein; that
   the deposition was taken in shorthand by me at the time
9  and place aforesaid and was thereafter reduced to
   typewritten form by me and processed under my
10 supervision, the same consisting of 184 pages, and that
   the same is a full, true and complete transcription of
11 my shorthand notes.  I further certify that I am not
   related to, employed by, nor counsel to any of the
12 parties herein, nor otherwise interested in the events
   of the within cause.
13
14
      A transcript review of this deposition was
15 requested and is available to the deponent as notified
   by me.
16
17
      IN WITNESS WHEREOF, I have affixed my notarial
18 seal this 16th day of May, 2016.  My commission expires
   November 20, 2017.
19
20
21
      _____
22          Nathan Stormo
            Registered Professional Reporter
23
24
25

7c87d2bb-332d-49f2-a67c-8c6c2e44d2df