# Exhibit B

# Job Change Form

**Swift & Company**

3/9/09

Effective Date: 4-14-09
☐ Hire  ☒ Change  ☐ Correction

Empl ID: 3082225  SSN: 452 97-708  First Name: Udi  Middle Initial: A  Last Name: Farah

| CURRENT (Enter all fields) | CHANGE TO (Only enter an item if it changes) |
|---|---|

**WORK LOCATION**

| Company: 003 – Swift Beef | Company: 003 – Swift Beef |
| Business Unit: 0006 – Beef Companies | Business Unit: 0006 – Beef Companies |
| Department: 208 | Department: 41800 / 10808 |
| Location: 00195 – Greeley (Beef Plant) | Location: 00195 – Greeley (Beef Plant) |
| | 10 26701 Capetusta |

**JOB INFORMATION**

| Reg/Temp/FT/PT: Reg/FT | Standard Hours: 40 | Shift: 1 | Reg/Temp/FT/PT: Reg/FT | Standard Hours: 40 | Shift: 2 |
| | | | Non-E3 | | |

**EMPLOYMENT DATA**

| Business Title: Cote Top Butt | Business Title: Classroom Trainee |

**JOB LABOR/PAYROLL**

| Union Code: | Seniority Date: | Seniority Order: | Union Code: | Seniority Date: | Seniority Order: |
| EE Type: | Pay Group: | | EE Type: 77247 | Pay Group: | |

**SALARY PLAN**

| Salary Plan: | Grade: | Step: | Salary Plan: N.O2xx | Grade: 005 | Step: |
| Min: | Mid: | Max: | Min: | Mid: | Max: |
| Review Date | Overall Rating: | | Rvw Date: | KPI: | Behavior: | Overall: |

**COMPENSATION**

| Comp Rate: | Date of Last Incr: | Comp Rate: | |
| Last Promotional Incr Amt: | | Promotional Amt: | % Base Incr: |
| Last Merit Incr Amt: | | Merit Amt: | % Annual Incr: |
| Last Mkt/Equity Incr Amt: | Total Amt Last Incr: | Mkt/Equity Amt: | Total $ Incr: |

**EMPLOYMENT DATES**

| Last Date Worked: | Expected Return Date: |

Comments: ad oac FWD

**HR Use Only:**

| SEQ | ACTION | REASON | SEQ | ACTION | REASON | SEQ | ACTION | REASON |
|---|---|---|---|---|---|---|---|---|
| | Hire | | | Transfer | 1. Job Change (JOB) | | Demotion | |
| | Family Status Chg | | | | 2. Dept. Loc. CO (TPD) | | Job Release | Job Reclassification (JRC) |
| | Leave for Absence | | | | | | Promotion | 1. Career Progression (CAR) |
| | Paid leave for Abs | | Date Chang | 1. Performance Review (RVW) | | (use for hourly ees) | |
| | Layoff | | | | 2. Status Change (STC) | | Pay Rate Change | 1. Merit (MER) |
| | Recall | | | | | | | 2. Market/Equity (MKA) |
| | Other | | | | | | (use for hourly ees) | |

ENTERED
APR [Date]
[Date?] 2009
HUMAN RESOURCES

**CORPORATE APPROVAL**

| Manager Approval: | Date: |
| Next Level Approval: | Date: |
| HR Approval: | Date: |
| Comp Committee: | Date: |

**PLANT APPROVAL**

| Manager Approval: | Date: 4-13-09 |
| Next Level Approval: | Date: |
| GM Approval: | Date: |
| HR Approval: | Date: |

SETUP/UPDATED BY (First and Last Name)  DATE:
Make sure to check/verify the employee's taxes if the work state changes

M10-02 OMX

DEPOSITION EXHIBIT
Farah 5
4/24/16

Exhibit B

JBS 00071