# Exhibit C

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

---

**Page 1**

```
1              IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF COLORADO
3    Civil Action No. 1:15-CV-02387-RPM

4    _____
     WELI A. FARAH,
5
          Plaintiff,
6
     vs.
7
     JBS USA, LLC d/b/a SWIFT COMPANY,
8
          Defendant.
9
     _____
10            DEPOSITION OF YULIBETH ROCHA
11                  June 22, 2016
12   _____

     APPEARANCES:
13
     ON BEHALF OF THE PLAINTIFF:
14         TAYO O. OKUNADE, ESQ.
           Okunade, LLP
15         10200 East Girard Avenue, Suite C-250
           Denver, Colorado 80231
16         Phone:  303-440-7855
           Email:  tayo@okunadellp.com
17
     ON BEHALF OF THE DEFENDANT:
18         HEATHER FOX VICKLES, ESQ.
           Sherman & Howard L.L.C.
19         633 Seventeenth Street, Suite 3000
           Denver, Colorado 80202
20         Phone:  303-299-8194
           Email:  hvickles@shermanhoward.com
21
22
23
24
25
```

**Page 2**

```
1          PURSUANT TO WRITTEN NOTICE, the deposition of
2    YULIBETH ROCHA, called for examination by the
3    Plaintiff, was taken at the offices of Sherman & Howard
4    L.L.C., 633 Seventeenth Street, Suite 3000, Denver,
5    Colorado, commencing at 9:00 a.m., on June 22, 2016,
6    before Lisa Persichitte Reed, a Notary Public and
7    Certified Realtime Reporter in and for the State of
8    Colorado.
9
10
11                      I N D E X
12   EXAMINATION:                          PAGE:
13   By Mr. Okunade                        4, 294
     By Ms. Vickles                        280
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1    EXHIBITS:                                    PAGE:
2    26    Defendant's Second Supplemental         62
           Responses to Plaintiff's First Set
3          of Written Discovery to Defendant
4    27    Job Posting for Classroom Instructor    112
           JBS 00218
5
6    28    Time Detail, JBS 00305                  120
           00323 - 00325
7    29    Report generated from Alchemy           129
           JBS 00504 - 00506
8
9    30    Report generated from Alchemy,          132
           JBS 00986 - 00987
10   31    Hand-drawn diagram                      152
11   32    Packet of documents,                    206
           JBS 00040 - 00056
12
13   33    Personnel Action Record,                276
           JBS 00686 - 00691
14
15   PREVIOUSLY MARKED EXHIBITS:                  PAGE
16   6     Classroom Trainer Expectations          40
17   15    Personnel Action Record                160
18
19
20
21
22
23
24
25
```

**Page 4**

P R O C E E D I N G S

YULIBETH ROCHA,
having been first duly sworn, was examined and
testified as follows:

EXAMINATION

BY MR. OKUNADE:

Q.   Good morning, Ms. Rocha.

A.   Hi.

Q.   Could you please, just for the record, spell your first name and last name.

A.   Y-u-l-i-b-e-t-h.  Last name is Rocha, R-o-c-h-a.

Q.   And we've met before, but for the record, my name is Tayo Okunade, and I represent Weli Farah in the employment dispute with JBS.

I'll be asking a series of questions this morning about the employment dispute.

A.   Okay.

Q.   Now, sometimes I'll refer to Weli Farah as Weli or Mr. Farah.  Do you understand who I'm talking about?

A.   Yes.

Q.   Have you ever had your deposition taken before today?

A.   No.

EXHIBIT C

Weli A. Farah vs.
JBS USA, LLC

Page 9

1    Q.    I'm sorry?
2    A.    Josephine. And then that is the biggest
3    area of employment in that area, so it's like the --
4    JBS is the biggest employer, so everybody knows about
5    JBS there.
6    Q.    And Josephine, does she have your last name?
7    A.    No.
8    Q.    What is her last name?
9    A.    Chairez Soto, C-h-a-i-r-e-z.
10   Q.    And Soto, S-o-t-o?
11   A.    Mm-hmm.
12   Q.    And how long has she been working with JBS;
13   do you remember?
14   A.    A long time.
15   Q.    In what capacity?
16   A.    Just hourly production.
17   Q.    And so you applied to JBS in Texas?
18   A.    Mm-hmm.
19   Q.    And did you interview for any specific
20   position?
21   A.    Hourly position.
22   Q.    Hourly position?
23   A.    Mm-hmm.
24   Q.    Production?
25   A.    Mm-hmm.

Page 10

1    Q.    Who did you interview with?
2    A.    I want to say the recruiter was -- I can't
3    recall. I can't recall. There were several.
4    Q.    And were you hired on as a specific employee
5    at JBS?
6    A.    (Nodding head.)
7    Q.    What was the role to which you were hired?
8    A.    Just production and fab, hourly production.
9    Q.    And you started working at the Texas
10   location in Cactus?
11   A.    Yes.
12   Q.    And then as -- did you get any promotion
13   after you were hired on?
14   A.    Yes.
15   Q.    When was your promotion?
16   A.    I don't remember exactly, but I was promoted
17   into a human resources clerk. I don't remember the
18   time frame.
19   Q.    You said human resources what?
20   A.    Clerk.
21   Q.    Okay. Do you remember, roughly, how many
22   years or months after you started that you got that
23   promotion?
24   A.    Less than six months. I don't remember,
25   exactly, the time frame.

Page 11

1    Q.    Did you apply to be HR clerk?
2    A.    Mm-hmm, yes.
3    Q.    Do you remember who you interviewed with as
4    HR -- in the process of applying to an HR clerk
5    position?
6    A.    I don't recall.
7    Q.    Okay. Was the interview done in Cactus,
8    Texas?
9    A.    Yes.
10   Q.    And as an HR clerk, how long were you in
11   that position?
12   A.    Less than six months. Then I went to
13   training clerk. I got the opportunity to cross-train
14   in all three departments. So I don't remember the
15   exact dates, but I was a clerk.
16   Q.    Now, just to be clear, you are talking about
17   cross-training as an HR clerk or as a training clerk?
18   A.    Both, HR clerk, training clerk, and
19   employment clerk, three clerks, three different
20   departments.
21   Q.    Okay. So --
22   A.    Go ahead.
23   Q.    I don't want to speak over you. Your
24   official title on your first promotion was HR clerk?
25   A.    Yes.

Page 12

1    Q.    Then after that, you were promoted to a
2    training clerk?
3    A.    Yes.
4    Q.    Were you promoted to another clerk?
5    A.    Employment clerk.
6    Q.    Employment clerk.
7    A.    I don't know if I officially held that
8    title, but I was there for a while. I spent different
9    months, different time frames, depending on the needs
10   in each department.
11   Q.    So were you sort of like a floating clerk --
12   A.    Kind of.
13   Q.    -- in the HR department?
14   A.    Yes.
15   Q.    How long were you -- do you recall that you
16   were a training clerk?
17   A.    That's probably the one that I spent the
18   most time in, maybe a year.
19   Q.    Okay. And then as an employment clerk, do
20   you know how long, roughly, you were there?
21   A.    That was in and out. It could be two
22   months, could be four months, at different times.
23   And then I was classroom instructor.
24   Q.    So after your employment clerk position, you
25   then -- is it a promotion to a classroom instructor?

Page 21

1 left.
2    Q.  And did you talk to him prior to your trip
3 to the Grand Island plant?
4    A.  No. I never met him before that.
5    Q.  And so moving forward now, you said you
6 received the offer once you visited the Greeley plant.
7 And then did you start immediately or was there sort of
8 a transition process?
9    A.  There was a transition process.
10    Q.  Okay. Do you remember when you received the
11 offer?
12    A.  I do not remember.
13    Q.  Okay. And do you remember exactly when you
14 started?
15    A.  I started in January.
16    Q.  Of?
17    A.  2015.
18    Q.  Do you remember when you actually moved to
19 Greeley?
20    A.  The same time.
21    Q.  January of 2015?
22    A.  Mm-hmm, January.
23    Q.  And you said you didn't have to submit your
24 application or resume or anything like that to the
25 training manager position?

Page 22

1    A.  No.
2    Q.  Okay. But you received a letter saying you
3 were now accepted as a training manager?
4    A.  Yes.
5    Q.  Okay. Do you know who sent that letter?
6    A.  Max.
7    Q.  And that is Mr. Xasan that we were referring
8 to?
9    A.  Yes.
10    Q.  So if we call him Max, we'll know who we're
11 talking about?
12    A.  Yes.
13    Q.  So Max is the one that sent you the hire
14 letter?
15    A.  (Nodding head.)
16    Q.  At that point, was it your understanding
17 that he was at the Grand Island plant?
18    A.  No. He was already in Greeley.
19    Q.  Okay. Did you know when he moved to
20 Greeley?
21    A.  I do not.
22    Q.  But you just received a letter from him
23 saying, Congratulations. Welcome to the Greeley plant?
24    A.  Yeah. Because I came out to Greeley, so I
25 met him in Greeley after that training session. That

Page 23

1 training session was, like, in 2014. So before I
2 accepted the offer, I came out to Greeley.
3    Q.  Oh, so you came back to Greeley --
4    A.  Yes.
5    Q.  -- before you accepted the offer?
6    A.  Mm-hmm.
7    Q.  Okay. When was that?
8    A.  A couple weeks before.
9    Q.  So sometime in --
10    A.  Sometimes in December.
11    Q.  2014?
12    A.  Yeah, because I also met with the general
13 manager and Max, met a few of the people there, the
14 team, before I accepted the offer.
15    Q.  How did that meeting go?
16    A.  Good.
17    Q.  Did you just meet them at the plant? Did
18 you guys go outside the plant?
19    A.  Just at the plant.
20    Q.  Did you say it was a meeting?
21    A.  Yeah.
22    Q.  And was that because of the position that
23 you then moved to Greeley?
24    A.  Yes.
25    Q.  So you started the job sometime around

Page 24

1 January 2015. Did you have to go through another
2 training to sort of get a handle on what's going on
3 in the Greeley plant?
4    A.  No.
5    Q.  Okay. Did you meet with -- so you inherited
6 the team. Did you meet with your team to find out who
7 they are, what's going on?
8    A.  Yes.
9    Q.  Okay. Do you know when that meeting
10 occurred?
11    A.  Immediately after I started.
12    Q.  And when you started, did you have an
13 understanding of who your immediate supervisor would
14 be?
15    A.  Yes.
16    Q.  Okay. Who was the immediate supervisor?
17    A.  Max.
18    Q.  How did you come to that understanding?
19    A.  The way our business is structured.
20    Q.  What do you mean?
21    A.  From Cactus, I knew the training manager
22 reported to the director.
23    Q.  Okay. And Max was the director of HR?
24    A.  Yes.
25    Q.  And as director of HR, was he just the

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 29

1  departments and shifts.
2      Q.    And they're in department what?
3      A.    In their department and shifts.  So they
4  were, like -- on Fab A would be the superintendent on
5  Fab A.
6      Q.    And so as a training manager, you said you
7  initially reported to Mr. Max?
8      A.    Yes.
9      Q.    And then he left at some point.  Do you know
10  when that was?
11      A.    I don't remember exactly.
12      Q.    Do you know roughly when?
13      A.    I want to say Rigo went over there in
14  August, September, so sometime before that.
15      Q.    So around August/September of 2015?
16      A.    Before that.
17      Q.    He left before August?
18      A.    Yeah, I think so.  Somewhere in that time
19  frame.  I don't remember exactly.
20      Q.    Okay.  And then, as you mentioned, Rigo took
21  over his position?
22      A.    Correct.
23      Q.    And that was the same Rigo -- I believe you
24  mentioned his name, but I didn't catch his last name.
25  What was his last name?

Page 30

1      A.    Mendiola.
2      Q.    How do you spell that?
3      A.    M-e-n-d-i-o-l-a.
4      Q.    And was Rigo Mendiola your supervisor
5  throughout the time until he left?
6      A.    In Cactus or here?
7      Q.    In Greeley.  Sorry.
8      A.    In Greeley, yes.
9      Q.    And now you're back in Cactus, Texas?
10      A.    Yes.
11      Q.    As a training HR?
12      A.    Hiring.
13      Q.    So as a training manager -- let's talk about
14  the people that reported to you.  Did you have
15  employees, JBS employees, that were under your
16  supervision?
17      A.    Yes.
18      Q.    Okay.  Were they in categories or just can
19  anybody that was sort of in a training reported to you?
20      A.    Categories.
21      Q.    Okay.  So tell me a little bit about that.
22      A.    There is two different ones: the classroom
23  trainer and then the production trainer.  And we could
24  also have a classroom clerk, so three different
25  positions.

Page 31

1      Q.    Okay.  So as the classroom trainers --
2  well, I'll get to that in just a minute.
3          Other than the classroom trainer, the
4  production trainer, and the classroom clerk, was there
5  anybody else that would report to you in your
6  day-to-day activities?
7      A.    Yes.
8      Q.    Who else?
9      A.    Interns, summer interns, or internal talent,
10  which is --
11          THE REPORTER:  Which is what?
12      A.    Internal talent, six-month supervisor
13  program, and JBS trainee program.  So those are more
14  for supervisor levels, but they would report to me.
15      Q.    (By Mr. Okunade)  And they were called a JBS
16  training program?
17      A.    Trainees.
18      Q.    Trainees?
19      A.    Yeah, so three different categories.
20      Q.    Under interns?
21      A.    No.  So it's interns, internal talent, and
22  JBS trainee, three different categories.  And those
23  would just be for extended periods of time, so it just
24  depends.  Not all the time did they report to me.
25      Q.    Okay.  Sure.  Anybody else other than those

Page 32

1  that you've listed out?
2      A.    No.
3      Q.    Okay.  I'll talk more specifically about
4  that, but I just wanted to nail down your daily
5  activities.
6          So as a training manager, how would your day
7  start?  How would it end?
8      A.    It would vary, depending on the day.  But we
9  oversaw all of the new hires, all of the nonqualified.
10  So a lot of my time was spent on the production floor
11  with the floor trainers, the new hires.  And of course
12  orientation was Monday through Friday, so also spending
13  time in there.
14          When the summer interns were there, then
15  that would take up a lot of my time.  When they weren't
16  there, then I would focus more on new hires, trainers.
17      Q.    Sorry.  Go ahead.
18      A.    Just new-hire turnover.
19      Q.    So you would come in, go to your office --
20      A.    Mm-hmm.
21      Q.    -- and then go to the production floor?
22      A.    Yes.
23      Q.    And when you say you oversaw all new hires,
24  these would be new hires that have gone through the
25  training and then are on the production floor?

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 37

1    Q.    What was the shift time frame for A shift?
2  When would A shift start?
3    A.    6:00.
4    Q.    A.m.?
5    A.    A.m., to 2:30.  That was on the fab.
6    Q.    And that would be a shift that would be on
7  the fab?
8    A.    Yes.
9    Q.    And when you say "fab," explain what you
10 mean by that.
11   A.    That's the fabrication floor.
12   Q.    What did they do?
13   A.    Break down product, the cold side.
14   Q.    Okay.  And then the B shift would start
15 when?
16   A.    3:00.
17   Q.    P.m.?
18   A.    Yeah, 11:30.  It was eight hours.
19   Q.    So 3:00 p.m. until 11:30 p.m.?
20   A.    (Nodding head.)
21   Q.    And then was there another shift that went
22 from midnight to 5:00 a.m.?
23   A.    Not in operations.  They would have cleanup
24 crew contractors, so different.
25   Q.    So just those two shifts?

Page 38

1    A.    Mm-hmm.
2    Q.    So basically your schedule sort of went in
3  between those two shifts?
4    A.    Yes.
5    Q.    And were the production trainers divided up
6  evenly between A shift and B shift?
7    A.    Yes.
8    Q.    So it would be 13 in A shift and 13 in
9  B shift?
10   A.    No.  That included classroom trainers, so
11 10 on fab, one in slaughter for both shifts.
12   Q.    Okay.
13   A.    And then four classroom instructors, so
14 that's 26.
15   Q.    So 26 total --
16   A.    Yes.
17   Q.    -- employees, not just production trainers?
18   A.    Yes.
19   Q.    I got you.  How many production trainers
20 were there?
21   A.    So we were crewed for 11 on A shift and 11
22 on B shift, so 22.
23   Q.    Oh, so --
24   A.    22.
25   Q.    Okay.  And you said something very

Page 39

1  important.  The production trainers are the same ones
2  that are referred to as the floor trainers?
3    A.    Yes.
4    Q.    Okay.  So you had 11 floor or production
5  trainers in A shift, 11 production trainers on B shift?
6    A.    Yes.  When we were fully staffed, yes.
7    Q.    Okay.  And you would oversee all 22 of
8  those?
9    A.    Yes.
10   Q.    You managed all 22 of them as well?
11   A.    Yes.
12   Q.    Okay.  Now, did the employees that worked A
13 shift -- can they switch to B shift?  Is the schedule
14 that flexible or they just have to manage their
15 schedule within A shift?
16   A.    The production trainers, they mainly stick
17 to their shifts.  There's occasions where we can ask
18 them to help out on B shift if we need to for an
19 extended amount of time, but they stick to their
20 shifts.
21   Q.    Okay.  Let's move on to the classroom
22 trainers.  While you were the training manager, how
23 many classroom trainers were there?
24   A.    Four.
25   Q.    And what were their names?

Page 40

1    A.    Weli, Miguel, Chandra, and Khin.
2    Q.    Okay.  And you're referring to Weli Farah?
3    A.    Yes.
4    Q.    And then Miguel Muniz?
5    A.    Mm-hmm, yes.
6    Q.    What is Chandra's last name?
7    A.    Starts with an A.
8    Q.    Okay.  Acharya?
9    A.    Acharya.
10   Q.    And Khin?
11   A.    Aye, A-y-e.
12   Q.    So tell me about classroom trainers.
13 What would you say their role was when you were
14 training manager?
15   A.    Their job was to put new hires through
16 orientation, also annual retraining.
17   Q.    The first exhibit --
18   MS. VICKLES:  If you're just going to refer
19 to the exhibits that have already been marked, I can
20 show Ms. Rocha in this notebook.
21   Q.    (By Mr. Okunade)  Okay.  The first exhibit
22 is going to be an exhibit that has been marked prior
23 as Exhibit 6 in this deposition.  And this is the
24 classroom trainer expectations exhibit.  It has JBS
25 00062 and JBS 00063 marked on the bottom right-hand

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 53

1    Q.   Okay.  But one was on the third floor?
2    A.   Yes.
3    Q.   Was that just one on the third floor or were
4  there many more on the third floor?
5    A.   They were all on the third floor.
6    Q.   All on the third floor?
7    A.   Mm-hmm.
8    Q.   And how often would you notice employees
9  checking their paystubs?
10    A.   All the time.
11    Q.   And when you say on the third floor, was
12  that anywhere near the training room?
13    A.   So HR is on the second floor.  There are
14  stairs leading up.  As soon as you get to the top of
15  the stairs, that's where the kiosks are.  You have to
16  walk through a conference room and another conference
17  room to get to the training areas.  So they are kind of
18  separate.
19    Q.   Okay.  So there is stairs that -- you walk
20  up the stairs.  On the right was the kiosks?
21    A.   Yes.
22    Q.   On the left were the offices and training
23  room?
24    A.   Yes.
25    Q.   Looking at this now that we've gone through

Page 54

1  that classroom trainer expectations, do you remember or
2  recall anything else that you added to your list that's
3  not on this classroom trainer expectations?
4    A.   I would have to review it just to make sure.
5  There were some things that I added on leading by
6  example.
7    Q.   Okay.  Did you add anything about how the
8  actual training should be conducted?
9    A.   I would have to review it.  It's been a
10  while since I've seen it.
11    Q.   Okay.  Let's go back to the classroom
12  trainers.  You named off four of them.  Were these also
13  split into A shift and B shift?
14    A.   Yes.
15    Q.   Can you tell me -- Weli, what was his shift
16  at the time that you came to the JBS Greeley plant?
17    A.   B shift.
18    Q.   How about Miguel?  What was his shift?
19    A.   A shift.
20    Q.   And then Chandra?
21    A.   B.
22    Q.   And Khin Aye?
23    A.   A.
24    Q.   Okay.  Now, the time of this A and B shifts,
25  was that the same time as the production floor

Page 55

1  trainers' time; in other words, the people on the
2  B shift would come in at 3:00 p.m. and then leave at
3  11:30 p.m.?
4    A.   No.
5    Q.   Okay.  What was the B shift time frame for
6  the classroom trainers?
7    A.   It just varied.
8    Q.   Okay.  Tell me more.
9    A.   It varied.  They could start at 2:30 and end
10  at eight hours.  They could start at 3:00 and end at
11  eight hours or 3:30 and then at eight hours.  That
12  would be the start.
13    Q.   So generally, 2:30 or 3:00 --
14    A.   Right.
15    Q.   -- is the start?
16    A.   Yes.
17    Q.   And then end?
18    A.   Eight hours.
19    Q.   So it would be generally 10:30 or 11:00?
20    A.   Yes.
21    Q.   Okay.  And the A shift, what was their shift
22  time for the classroom trainers?
23    A.   6:00 or 7:00, and then eight hours.
24    Q.   6:00 a.m.?
25    A.   6:00 a.m.

Page 56

1    Q.   And then end eight hours later?
2    A.   Yes.
3    Q.   Now, were these times interchangeable for
4  the classroom trainers?  In other words, can B shift
5  classroom trainer decide to work A shift?
6    A.   Yes.  Theirs is more flexible than
7  production trainers.
8    Q.   Okay.  And would they have to clear that
9  with you or would they just have to work it out amongst
10  themselves?
11    A.   They would clear it with me.
12    Q.   So back to Weli specifically.  Even though
13  he was B shift, sometimes he would work A shift while
14  you were his supervisor?
15    A.   Split.  I don't think he ever came in in
16  A shift.  Split shift is somewhere in between both
17  shifts.
18    Q.   Oh, so there is another shift that is called
19  split shift?
20    A.   Could be.  Like I say, their jobs are more
21  flexible, so if we needed to cover -- depending on what
22  we needed to cover, their hours could be flexible.
23    Q.   Did Weli have a specific shift that he
24  generally came in on?
25    A.   B shift.

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 57

1    Q.   So it was B shift?
2    A.   Yes.
3    Q.   And then what is the split shift time frame?
4    A.   It would just vary.  If I can remember
5  correctly, it could have been from 10:00 a.m. to
6  whatever eight hours were, and that is kind of catching
7  both shifts.
8    Q.   So 10:00 a.m.?
9    A.   Mm-hmm.
10    Q.   Okay.  And then 8:00 p.m. --
11    A.   To whatever the eight hours were.
12    Q.   Okay.  Now, when you first came back to this
13  Exhibit 6, did you train your classroom trainers or
14  retrain your classroom trainers on these expectations?
15    A.   No.
16    Q.   Okay.  Did you get an impression that they
17  had an understanding of what was expected of them?
18    A.   Yes.
19    Q.   Now, are you familiar with the terms "lead
20  trainers," "team lead" at all at JBS?
21    A.   Yes.
22    Q.   What does that term mean to you?  What does
23  it refer to?
24    A.   Which one?
25    Q.   Okay.  Let's start with lead trainer.  What

Page 58

1  does that refer to?
2    A.   On the production floor, since there is 10,
3  there is usually one that takes the lead.
4    Q.   Okay.  Back in your testimony, you said
5  there is always generally 11 in production?
6    A.   There is one on slaughter, one is on the
7  kill floor, 10 are on fab, so it's combined.
8    Q.   Oh, okay.
9    A.   That's per shift.
10    Q.   So 10 fab, one on kill floor?
11    A.   Yes.
12    Q.   And one of the 10 on the fabrication floor
13  would be a lead trainer?
14    A.   Yes.
15    Q.   Okay.  And you said there's another document
16  that spells out what the production trainer's
17  expectations were?
18    A.   Yes.
19    Q.   Would that also spell out what the lead
20  trainer for the production trainer is?
21    A.   No.
22    Q.   How would they know what their
23  responsibilities would be as a lead trainer?
24    A.   We reviewed them.  I had one trainer -- I
25  only had a team on A shift.  We would review what

Page 59

1  they were expected -- pretty much, they still had a
2  line, they still had responsibilities.  They just had a
3  couple extra things that they would do.
4    Q.   Okay.  And then team lead, does that refer
5  to something different?
6    A.   Yes.
7    Q.   Okay.  What does that refer to?
8    A.   Team lead out on the production floor is a
9  right hand to a supervisor, does a lot of stuff for the
10  supervisor.
11    Q.   So that would be more on the production
12  floor itself --
13    A.   Yes.
14    Q.   -- not any of the trainers?
15    A.   Correct.
16    Q.   Now, among the classroom trainers, were
17  there any team leads or lead trainers among the
18  classroom trainers?
19    A.   No.
20    Q.   Okay.  Was there any -- was anyone
21  considered with seniority in the classroom trainer
22  position?
23    A.   No.
24    Q.   Now, how often would you have meetings with
25  your classroom trainers?

Page 60

1    A.   I talked to them pretty much daily.
2  Official meetings, once a week, once every other week,
3  but I saw them the most than I did the production
4  trainers.
5    Q.   And on your daily nonofficial or unofficial
6  talk with them, what would that generally entail?
7    A.   What's going on with the class, any
8  problems, any concerns, how is annual, just basic
9  day-to-day stuff.
10    Q.   Was that something that you would conduct
11  or would there be somebody else with them on those
12  unofficial talks?
13    A.   Usually just in the new-hire training
14  classroom.
15    Q.   So you would stop by --
16    A.   Yeah.
17    Q.   And then on the official weekly meetings
18  that you would have, is that something that was
19  conducted by you?
20    A.   Yes.
21    Q.   Okay.  Is that also conducted in the
22  training room?
23    A.   Actually, they would just sit in when we had
24  the floor trainer meetings, so that's when we would
25  meet too, or around new hires, just day-to-day stuff

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 77

1  jobs at that time?
2      A.   Yes.  That's when they would really meet
3  their floor trainer and -- yeah, transition to the
4  floor.
5      Q.   Okay.  One of the things that is at issue
6  here in this case relates to translating for the new
7  hires.  Tell me what you know about how that is
8  handled.
9      A.   We do -- and even in the interview process,
10  so we don't interview anybody that doesn't have a
11  translator and we don't provide translators.
12          So from there, we tell them, If you want a
13  specific trainer -- I mean, if you want a specific
14  language, you are more than welcome to bring somebody
15  to sit in with you in orientation and help you
16  translate.  Some people take that route.  If not, then
17  we do the best that we can with the translators that
18  are available.
19      Q.   Okay.  So some of the new hires actually
20  bring their translators to the new-hire classes?
21      A.   There is some that do.
22      Q.   Okay.  And that is encouraged by JBS?
23      A.   It's their preference.  It's their option.
24      Q.   And the ones that don't actually have
25  translators that need translators, JBS provides

Page 78

1  translation to them?
2      A.   We do the best that we can with the
3  classroom instructors that are available.
4      Q.   Okay.  And, again, just making sure that I
5  have the terminology, when you say classroom
6  instructors, classroom trainer, those are the --
7      A.   Classroom.
8      Q.   -- same people?
9      A.   Yes.
10      Q.   So the classroom instructors, let's say,
11  gets a new hire of 30 people, 15 of them need
12  translators that they didn't bring their translators
13  in, how is that process generally handled?
14      A.   You know, now, especially these past couple
15  of years, there is always -- for the most part, not all
16  the time, but for the most part, there is new hires in
17  the orientation class that speak different languages
18  and have good English knowledge.  So for the most part
19  now, that's how -- you know, we ask them to help
20  translate and they do.
21      Q.   Do you know if that was how it was done
22  before you came on?
23      A.   Yes.  That's how it's done for -- yeah.
24      Q.   How do you know that?
25      A.   Based on what I saw in -- based on what

Page 79

1  I saw and what I understood from the classroom
2  instructors reporting to me at that time.
3      Q.   Okay.  Did you have an understanding of
4  whether the classroom instructors had a group of people
5  that helped them interpret or translate?
6      A.   No.
7      Q.   Okay.  So it wasn't your understanding that
8  there were people that they could call on to help
9  translate for new hires?
10      A.   No.
11      Q.   Okay.  So now, going back to the schedule.
12  Friday comes around.  They pretty much are set up.
13  Alchemy finishes on Friday.  And then if nothing else,
14  they start the actual work they are going to do.  Do
15  they get then -- or transfer to the production trainer,
16  sort of, on the floor to help them integrate?
17      A.   Yes.
18      Q.   And then let's say the new hire starts, and
19  week one has some questions, how is that generally
20  handled?
21      A.   Week one of employment or week one on the
22  production floor?
23      Q.   Week one on the production floor.
24      A.   Their trainer.
25      Q.   Which trainer?

Page 80

1      A.   Production trainer.
2      Q.   The production trainer helps them with that?
3      A.   Yes.
4      Q.   If it's something the production trainer
5  cannot help them with, does that go to a classroom
6  trainer or does that go to you or somebody else?
7      A.   From the production trainer, for the most
8  part, they understand and they reach out to
9  supervisors.  If the supervisor can't give them the
10  answer, then they come to me.  The classroom
11  instructor -- they have another class to handle.
12      Q.   Oh, right, because new hires are coming --
13      A.   Right.
14      Q.   Okay.  And then who makes the schedule --
15  well, maybe I didn't understand.  But the schedule for
16  the classroom trainer, that's something you and the
17  classroom trainer sort of work together on?
18      A.   Yes.
19      Q.   Now, these floor trainers or production
20  trainers, as you referred to, the function, as I get it
21  from what you're telling me, is that they were just on
22  the production floor helping out the new hires.  Are
23  they also in the training room at any point during the
24  new-hire training?
25      A.   So on the knife-sharpening class, Charles

Page 81

1  would be there.  Sometimes during exercises, if I
2  needed a production trainer to cover that at the
3  beginning, so before 6:00, 5:50-ish, there was a couple
4  trainers that would go up there and lead exercises for
5  the new hires.  But outside of that, no.
6      Q.    And they would lead exercises with the
7  classroom trainer there as well, or is that --
8      A.    Generally, if I had the production trainer
9  in there, it's because the classroom trainer was doing
10  other things or was busy.
11      Q.    Okay.  It wasn't a practice.  As you were
12  saying, a floor trainer would be in the classroom at
13  the same time a classroom trainer was there?
14      A.    No.
15      Q.    Did that ever happen while you were there?
16      A.    Not that I can recall.  I mean, trainers
17  would stop in and say, Hey, I need this or I need that
18  or help me with that, but nothing
19  officially doing their job, that it was their job
20  responsibilities.
21      Q.    Did the floor trainers -- did they ever help
22  with translation at all?
23      A.    Yes, but not in the classroom.  Not like the
24  whole day, no.
25      Q.    Okay.

Page 82

1      A.    But that was one of the things with the
2  trainers, is that we had different trainers that knew
3  different languages, especially on the B shift.  So
4  when they did get to the floor, they could communicate
5  with the employees better.
6      Q.    Okay.  So when you say different trainers
7  knew different languages, you are referring to
8  production trainers?
9      A.    Yes, production floor trainers, yes, because
10  usually that is when most of the questions pop up, is
11  once the new hires are on the floor.
12      Q.    Okay.  And did you ever -- back to the
13  classroom trainers.  Do you ever remember a time,
14  during the time that you were training manager at the
15  Greeley plant, when a classroom trainer needed
16  translation that any of the -- none of the floor
17  production trainers could help?
18      A.    What was your question again?
19          MR. OKUNADE:  Can you read that back.
20          (The last question was read back.)
21      A.    No.
22      Q.    (By Mr. Okunade)  Okay.  Do you remember an
23  employee by the name of Anab Ali?
24      A.    Yes.
25      Q.    Do you know an employee by the name of

Page 83

1  Efrah?
2      A.    Yes.
3      Q.    Do you know anything about Efrah?
4      A.    Like what?
5      Q.    I'm just asking you.  Do you know anything
6  about her other than that she was a JBS employee?
7      A.    (Shaking head.)
8      Q.    Do you know what language she spoke?
9      A.    After we interviewed her for this, yes, I
10  found out what language she spoke.
11      Q.    Interviewed her for what?
12      A.    For the case or when she submitted her
13  statement.
14      Q.    Okay.  I'll get to that.  It was just
15  generally.
16          Did you know whether Efrah helped with the
17  translation at all while you were training manager?
18      A.    No.
19      Q.    Did you know of any other employees that may
20  have helped with translation at all while you were in
21  the JBS Greeley plant as a training manager?
22      A.    No.
23      Q.    So what, in your opinion, would you say
24  differentiates the floor production trainers from the
25  classroom trainers?

Page 84

1      A.    Can you repeat that again.
2          MR. OKUNADE:  Can you read that.
3          (The last question was read back.)
4      A.    It could be a lot of things, but one of the
5  biggest things is production trainers are hourly
6  employees.  Classroom trainers are support employees,
7  so very different responsibilities.  I don't know how
8  you want me to explain it because it's a lot of
9  different, a lot of differences.
10      Q.    (By Mr. Okunade)  Okay.  Let me try to break
11  it down.  Would you say that both the classroom
12  trainers and the production trainers are subject to the
13  same JBS company policies?
14      A.    Yes.
15      Q.    The same -- or being covered through the
16  Alchemy courses, correct?
17      A.    Yes.  But there is a difference since the
18  classroom trainers are management support.  I mean,
19  it's different.  They are not covered by the union.
20  With the union employee, production trainers -- I mean,
21  we've got a union contract we have to go by.  So there
22  is some differences.
23      Q.    But all in all -- I mean, JBS policies
24  apply --
25      A.    To everybody.

Page 89

1  was there.
2     Q.   What kind of supervisor did he promote to?
3     A.   Slaughter supervisor.
4     Q.   On the production floor?
5     A.   Yes.
6     Q.   And then Jason Davis?
7     A.   I inherited him too.
8     Q.   Was he still there when you left?
9     A.   Yes.  There is another one, Abdullahi
10 Hussein.  He -- I promoted him to trainer.  A couple
11 months after that, he promoted to supervisor.
12    Q.   So he was supervisor while you were still
13 at --
14    A.   Yes.
15    Q.   -- the Greeley plant?  So out of these floor
16 trainers, you remember -- whether you inherited them or
17 not, were you part of any firing of any of these floor
18 trainers?
19    A.   No.  They are all still there.  Daniel
20 Walter promoted to supervisor and then -- he doesn't
21 work there anymore.  But no, I wasn't part of that
22 decision, not as a supervisor.
23    Q.   Do you know if Khin Ou is still there?
24    A.   No, she resigned too.  She resigned.
25    Q.   She wasn't fired.  She resigned?

Page 90

1     A.   She resigned.
2     Q.   Do you know why she resigned?
3     A.   I don't remember because I remember trying
4  to talk her out of it, but she decided to quit.  I
5  don't remember.
6     Q.   Is there a reason you were trying to talk
7  her out of it?
8     A.   Because she didn't need to quit, but I think
9  she chose a different job anyway.
10    Q.   Okay.
11    A.   But I don't even remember what it was.
12 I was already pretty much -- they were already
13 reporting to operations when that happened.
14        MR. OKUNADE:  We can take a break now if you
15 want to, but I'm good with going.
16        THE DEPONENT:  I'm good.
17    Q.   (By Mr. Okunade)  I'm going to ask you some
18 questions specifically.  It's my understanding that you
19 supervised -- you inherited them, first of all?
20    A.   Yes.
21    Q.   And then you supervised them up until his
22 suspension and eventual termination?
23    A.   Yes.
24    Q.   Did you form an understanding of where Weli
25 was from when you were supervising him?

Page 91

1     A.   No.
2     Q.   Did he talk to you about where he was from?
3     A.   No.
4     Q.   Did he talk to you about where he was born?
5     A.   No.
6     Q.   Did you get to know where his country of
7  origin was?
8     A.   No.
9     Q.   Did you tell him anything about your
10 ancestry?
11    A.   No.
12    Q.   Did you guys talk about where you were from
13 and those kinds of things?
14    A.   No.
15    Q.   But you came to an understanding of where he
16 actually came from, right?
17    A.   No.
18    Q.   As you sit here today, do you know where
19 Weli is from?
20    A.   I have an idea, but just from what he said
21 at the last -- the last time we were here.
22    Q.   And what's the idea?
23    A.   He said Somaliland.  That's all I know.
24    Q.   And you formed that idea or that
25 understanding -- when you're referring to "the last

Page 92

1  time," you are referring to his deposition?
2     A.   Yes.
3     Q.   Do you have any understanding as to how many
4  people from Somaliland were actually in the HR at the
5  Greeley plant?
6     A.   I don't know.
7     Q.   Do you know how many people were from
8  Somalia in the HR, just the HR department of the
9  Greeley plant?
10    A.   I don't know.  We never discussed any of
11 that.
12    Q.   And I just remembered something.  In your
13 role as a training manager at Greeley, did you interact
14 with HR at the Greeley plant?
15    A.   What do you mean, did I interact?
16    Q.   Did you talk to them?  Did you have meetings
17 with them, anybody up there?
18    A.   Anybody in HR?
19    Q.   In HR.
20    A.   I communicated with them.
21    Q.   Okay.  And when would you normally
22 communicate with them?
23    A.   It just depends if we had issues with new
24 hires, issues with IDs, pay cards, that kind of stuff.
25 They also do a new-hire benefits orientation with the

Page 117

1  fellow classmates, if there were no fellow classmates
2  that spoke the same language as one or two or any one
3  of the new hires, specifically, again, how was that
4  handled?
5      A.    During the time I was at Greeley, we didn't
6  have cases like that or I would have known.  In Cactus,
7  we would reach out to the production trainers if they
8  had -- from my previous experience.
9      Q.    Okay.
10     A.    If we had production trainers that knew the
11 language, we would pull them in, otherwise, we would do
12 the best that we can.
13     Q.    Were you aware that classroom trainers were
14 actually pulling in either production trainers to
15 translate at the Greeley plant or production employees
16 to translate?
17     A.    No.
18     Q.    Did you ever become aware of that?
19     A.    After this incident happened.  This is the
20 first time I had heard that's what they were doing.
21     Q.    What incident are you talking about?
22     A.    With Weli.
23     Q.    Okay.  So after the investigation with Weli,
24 that's when you found out that a classroom trainer was
25 actually pulling employees in to help translate?

Page 118

1      A.    Correct.
2      Q.    And up to that point, you were not aware of
3  that practice?
4      A.    Correct.
5      Q.    Had you spoken with either the classroom
6  trainers or the production trainers about that practice
7  of how translation was done prior to the Weli incident,
8  as you put it?
9      A.    No.  It wasn't a subject.  It never came up.
10     Q.    Okay.
11     A.    It wasn't an issue.
12     Q.    Okay.  You are saying you never raised it
13 with either your classroom trainers or your training
14 manager -- sorry, production trainers?
15     A.    No.
16     Q.    Did you have an understanding as to how they
17 were doing it; in other words, how they were requesting
18 the translation of -- or how they were requesting
19 translators while you were at the Greeley plant?
20         MS. VICKLES:  Object to form.  Can you
21 repeat that.
22         MR. OKUNADE:  That may have been -- I may
23 have stumbled on that question.  I'll repeat that.
24     Q.    (By Mr. Okunade)  So my question is, do you
25 have any idea as to how the classroom trainers were

Page 119

1  dealing with translators?  And we're talking
2  specifically about translators that the new hires
3  didn't bring in when there was nobody in that classroom
4  to translate.  Were you aware of how that was being
5  handled by the classroom trainers when you arrived at
6  the Greeley plant?
7          MS. VICKLES:  Object to form.  You can
8  answer, if you know.
9      A.    I'm just -- it's a long question.
10     Q.    (By Mr. Okunade)  It was.
11     A.    I mean, I wasn't aware that it was an issue
12 or concern, but it was never brought up.  It wasn't an
13 issue.
14     Q.    Okay.
15     A.    So we didn't talk about it.
16     Q.    Okay.  None of your classroom trainers came
17 to you and said, Hey, how do I handle when nobody knows
18 any language in my --
19     A.    No.
20     Q.    -- orientation class?
21     A.    No.
22     Q.    But there was no procedure as to -- let me
23 ask -- I'm not going to ask you a leading question, but
24 let me ask you this:  Was there any procedure of how
25 the classroom trainer would handle the situation when

Page 120

1  the new hire, A, didn't bring his or her translator, B,
2  there were no translators in that classroom?  Were
3  there any procedures at the Greeley plant that you are
4  aware of that were in place when you were there?
5      A.    No.
6      Q.    Were there any policies that you were aware
7  of relating to that same question?
8      A.    No.
9      Q.    So you didn't talk to the classroom trainers
10 about how it was handled -- "it" being those two
11 situations when there was no translators that were
12 brought by the new hires or there was nobody in the
13 classroom to translate -- you didn't talk to your
14 classroom trainers about that?
15     A.    No.
16     Q.    Okay.  Now, the classroom trainers kept time
17 logs of the hours that they worked, correct?
18     A.    They clock in and out.
19     Q.    Clock in and out.  Do they also keep time
20 logs of the training that they were doing?
21     A.    On annual, yes.
22         (Exhibit 28 was marked.)
23     Q.    What you are looking at there, it says on
24 the top, Time Detail.  And the name, just a little bit
25 under that left-hand column, is Farah, Weli.  Have you

Page 161

1    A.    Yes.
2    Q.    What date do you remember that as?
3    A.    I remember when we suspended him.  I don't
4  remember the exact date off the top of my head right
5  now.
6    Q.    Okay.  I'm going to have you refer to what
7  was previously marked as Deposition Exhibit 15.
8    A.    March 11th.
9    Q.    So that refreshes your memory?
10    A.    Yes.
11    Q.    And do you know who was involved in the
12  decision to suspend Weli?
13    A.    Kacem and myself.
14    Q.    Okay.  Let me have you refer back to what
15  was marked today as Exhibit 26 and specifically on
16  Page 5.
17        And before we talk about that, you said
18  Kacem and yourself were involved in the decision to
19  suspend Weli, correct?
20    A.    Yes.
21    Q.    Anybody else?
22    A.    No.
23    Q.    Okay.  Did you talk to anyone regarding the
24  decision to suspend Weli?
25    A.    Yes.

Page 162

1    Q.    Who did you talk to?
2    A.    The HR director.
3    Q.    Who was that?
4    A.    Max.
5    Q.    Okay.  Who else?
6    A.    That would be it.
7    Q.    Okay.  And did you know -- do you know if
8  Kacem talked to anyone else about the decision to
9  suspend Weli?
10    A.    I don't know that information.
11    Q.    Okay.  When you spoke with the HR director
12  Max, Mr. Max, was Kacem present at that time?
13    A.    Not that I recall.
14    Q.    So it was just you and Max that discussed
15  the decision to suspend Weli?
16    A.    We discussed about what was happening.  I
17  brought it up to him, Hey, this is what's going on.
18  What do you think?  He said, It's your decision.  You
19  make the call.  So that's what we discussed.
20    Q.    Okay.  Do you remember when that meeting
21  occurred between you and Max?
22    A.    I want to say the day prior to suspending
23  him.
24    Q.    That would have been March 10th?
25    A.    10th, or that morning.  I can't recall

Page 163

1  exactly, but it was before we suspended him.
2    Q.    And how did the meeting go?  Did you say --
3  I don't want to put words in your mouth.  How did the
4  meeting with Max go?
5    A.    As a director, I wanted him to be in the
6  loop of what was going on.  So I said, Hey, this and
7  this is going on.  What do you think?  We have these
8  statements -- so it had to have been that morning -- we
9  have these statements.  What do you think?  What do you
10  think we should do?  He said, It's your decision.  It's
11  your call.  I trust what you decide.
12    Q.    Did you at that point express what your
13  decision would be with him?
14    A.    No.  I mean, I got -- it was pretty clear I
15  needed to make my own decision.
16    Q.    Okay.  Did you discuss your decision to
17  suspend Weli with him at any point after that initial
18  meeting?
19    A.    No.  Then we suspended him, and that's
20  why --
21        THE REPORTER:  I'm sorry.  That's what?
22    A.    Then we decided -- after we suspended him,
23  then I told Max, He is suspended.  So after.
24    Q.    (By Mr. Okunade)  So you had another meeting
25  after the suspension occurred?

Page 164

1    A.    I don't think it was a meeting.  I think it
2  was just -- I don't remember where we were at, but it
3  was just, He is suspended.
4    Q.    Was it an email you sent to him?
5    A.    No.
6    Q.    Phone call?
7    A.    No.
8    Q.    Just in person?
9    A.    In person.
10    Q.    But at the initial meeting with Max prior to
11  the suspension, you brought the statements -- or you at
12  least talked to Max about some of the statements that
13  you somehow collected during your investigation?
14    A.    We talked about it.  I didn't show him.
15    Q.    And had your -- well, let me back up.
16        So on the day of the suspension, March 11,
17  2015, can you walk me through exactly what happened on
18  that day.  I just want focus on March 11, 2015.  What
19  happened on that date related to Weli and his
20  suspension?
21    A.    What happened on that day?  Kacem and I
22  reviewed all the statements, all the information we
23  had.  Then we decided we were going to go ahead and
24  suspend him, because we felt we had -- we felt that
25  was, you know, the right thing to do at that point.

Weli A. Farah vs.
JBS USA, LLC

Page 165

1    Then we called him in. I do believe
2 Virginia was present too, but she didn't have much to
3 do with it. She was just sitting there as a sharing
4 office. Then Kacem asked Weli what's on the statement,
5 you know, those questions that he answered.
6    Then at that point, we gave him the
7 opportunity to tell us what was going on. I do
8 remember specifically he said, It will never happen
9 again.
10    Q.   Do you know what he was referring to when he
11 said that when he said that?
12    A.   Taking girls up there, because we said,
13 Why is there girls up there and why are the doors
14 closed? And he said, It won't happen again.
15    At that point, we still hadn't told him he
16 was suspended. So he did step, I think, out of the
17 office, and we discussed a little bit. But I still --
18 we still felt it was enough to suspend him and get more
19 information. We brought him back in, told him he was
20 suspended, and that was it.
21    Q.   So I just want to be clear as far as the way
22 things proceeded.
23    A.   Okay.
24    Q.   You said you met with Kacem, you reviewed
25 the statements, and then you decided to suspend him?

Page 166

1    A.   Yes.
2    Q.   Then you called him up?
3    A.   Yes.
4    Q.   Or called -- were you up or down? I mean,
5 where were you at that point when you met with Kacem?
6    A.   HR.
7    Q.   So you were on the second floor?
8    A.   Yes.
9    Q.   So you called out to Weli to come downstairs
10 after you made your decision to suspend him?
11    A.   Yes.
12    Q.   Okay. And then you asked him for his
13 statement, saw what he had to say, and then you sent
14 him back out again?
15    A.   (Nodding head.)
16    Q.   You talked a little bit with Kacem. You
17 said you think Virginia was there as well?
18    A.   (Nodding head.)
19    Q.   Did she have anything to say during the
20 meeting?
21    A.   No.
22    Q.   Okay. And then you called Weli back and
23 told Weli about the decision to suspend him?
24    A.   Correct.
25    Q.   Is that a correct summary or recitation of

Page 167

1 what you just said happened?
2    A.   Yeah. The only thing was that we called him
3 in because we were going to get his side of the story.
4 Depending on what he said -- I mean, it could have
5 changed our decision. But based on what he said, we
6 continued with that. So yes, we decided to suspend
7 him.
8    Q.   Okay. Now, did you base your decision to
9 suspend -- let me ask you this, a more open-ended
10 question: What did you base your decision to suspend
11 him on? What exactly?
12    A.   The statements that we reviewed. One, the
13 fact that he was misusing company time, which led into
14 the whole Marietta thing. She missed her meeting. You
15 know, that wasn't part of his duties to do, one.
16    And then, two, what we found out on the
17 harassment issues from Anab Ali and then the other
18 trainers that reported that they were scared of
19 retaliation. It was just a mix of things. It wasn't
20 one specific thing.
21    Q.   And that's what I'm trying to get ahold of.
22 You said statements. The statements consisted of what
23 you determined to be misusing company time based on
24 Marietta's missing a meeting?
25    A.   Correct.

Page 168

1    Q.   So that is number two. And then number
2 three, you said Anab Ali and her statement, I would
3 imagine?
4    A.   Yes.
5    Q.   What else, other than those three things
6 that you've told me, did you base your decision to
7 suspend Weli on?
8    A.   Then the other trainers too. I mean, they
9 felt that he would retaliate against them. I mean,
10 that led me to believe that there was more and we
11 needed to dig more because those trainers wouldn't feel
12 intimidated, I guess, if you will, or have that sense
13 of fear if there was nothing going on.
14    So those combined, we said, Let's suspend
15 him. Let's figure out what else is going on.
16    Q.   Okay. So the statements that you are
17 referring to, those would be statements that would be
18 prior to the March 11, 2013, date that you reviewed in
19 order to make that decision to suspend, correct?
20    A.   Correct.
21    Q.   Okay. Now, let's go back to Exhibit 26 on
22 Page 5. The question says, "Describe in detail any
23 investigation conducted by Defendant relating to
24 Plaintiff's conduct resulting in his suspension and/or
25 termination." Do you see that?

Page 169

1    A.    (Nodding head.)
2    Q.    Okay.  And there is a response saying that
3   you initiated an investigation into plaintiff's
4   conduct, right?
5    A.    (Nodding head.)
6    Q.    How did that happen?  Tell me.
7    A.    How did what happen?
8    Q.    Your initiation into plaintiff's conduct.
9    A.    So Marietta missed her meeting.  Then also,
10  when I was walking the floor -- I'll have to remember
11  if it was before or after -- I was walking the floor.
12  The supervisor on the rib line, which is the area
13  Marietta worked on, he said, Marietta is never out
14  here.  She is never on her line.  And at a previous
15  meeting, we just talked about them being out on the
16  production floor on time, in their areas, checking in
17  with the supervisors, see what was going on.  So that
18  didn't click to me, and then she missed that meeting.
19       So at that point, I remember talking to
20  Marietta, Hey, what's going on?  Why were you not at
21  the meeting, and why is a supervisor saying that you're
22  not in the area?  You are supposed to be in your area.
23  And she said, Well, Weli has me doing other things.
24  And that is what really started all of this.
25    Q.    Okay.  So let me just ask some clarification

Page 170

1   questions about your statements there.  Marietta missed
2   a meeting.  What meeting did she miss?
3    A.    My weekly trainer meeting.
4    Q.    So the weekly meeting with the floor
5   trainers?
6    A.    Correct.
7    Q.    When was that held?
8    A.    I don't remember exactly because -- for the
9   most part, we met on Thursdays or Fridays, but I don't
10  remember specifically that week, but a couple days
11  before this.
12    Q.    Okay.  All right.  So do you know what day
13  March 11th falls on, 2015?
14    A.    I don't recall.
15    Q.    Okay.  So you are saying the meeting, the
16  training meeting that you were referencing, would have
17  occurred prior to that March 11th date?
18    A.    I believe so, yes, unless -- I mean, I'm
19  assuming there were some weeks where we just had a
20  meeting on a Monday or on a Tuesday, depending on what
21  was going on.
22    Q.    Yeah.  I understand that.  I'm just asking
23  specifically about the meeting that you said --
24    A.    Can I see a calendar?
25    Q.    Let me finish.

Page 171

1    A.    Okay.  Go ahead.
2    Q.    I'm referring to the weekly meeting that you
3   said Marietta missed.  You said she missed a meeting,
4   and I'm trying to find out when that meeting occurred.
5   Do you have any idea as to when that occurred?
6    A.    Can I see a calendar of what 2015 is?
7    Q.    Sure.  Do you want to pull it open on your
8   phone?
9    A.    Sure.  Friday, the 6th.
10    Q.    Okay.  So the meeting that you were
11  referring to that she missed was Friday, the 6th?
12    A.    Yes.
13    Q.    Friday, March 6th, 2015.  Do you know what
14  time the meeting was held?
15    A.    Usually at 4:00 p.m.
16    Q.    And do you know if Marietta was B shift or
17  A shift?
18    A.    B shift.
19    Q.    Okay.  And do you have a different meeting
20  for A shift?
21    A.    Yes.
22    Q.    What time would that usually occur?
23    A.    8:00.
24    Q.    Okay.  So the meeting occurred March 6th,
25  2015.  She missed that meeting.  Did you talk to her

Page 172

1   after the March 6th -- on March 6th, 2015, about her
2   missing the meeting?
3    A.    No.
4    Q.    Okay.  When did you talk to her about her
5   missing the meeting?
6    A.    It was either Monday or Tuesday.
7    Q.    So that would be Monday, the 9th, or
8   Tuesday, the 10th?
9    A.    Yes.
10    Q.    Okay.  Now, did she come up to you and tell
11  you that she missed the meeting, or did you just notice
12  that she missed the meeting?
13    A.    I noticed she missed the meeting.
14    Q.    But you didn't approach her until either
15  Monday or Tuesday of the following week?
16    A.    It was after the meeting on that Friday, I
17  remember I left as soon as the meeting was done.  I had
18  other things I had to do.  I remember I left fast.
19    Q.    I'm sorry.  You have to speak up and --
20    A.    I left fast that Friday.  And I remember I
21  didn't get a chance to follow up with her and see where
22  she was at.  So it had to have been that Monday or
23  Tuesday.
24    Q.    But you don't know if it's Monday or
25  Tuesday?

Page 173

1    A.    I don't remember.
2    Q.    Okay.  And when you noticed that she missed
3    that meeting on March 6th, is that when you called down
4    to her supervisor to see where she was at?
5        MS. VICKLES:  Object to form.
6    A.    Can you repeat that question.
7        MR. OKUNADE:  Would you mind reading it
8    back, please.
9        (The last question was read back.)
10    A.    No.
11        MS. VICKLES:  Object to form.
12    Q.    (By Mr. Okunade)  You didn't call down or
13    ask her supervisor whether the supervisor knew where
14    she was, did you, on March 6th, 2015?
15        MS. VICKLES:  Object to form.
16    A.    No.
17    Q.    (By Mr. Okunade)  Okay.  But, then, you just
18    testified now that you were walking the floor and you
19    talked to Marietta's supervisor.
20        MS. VICKLES:  Object to form.
21    A.    That would have been when Monday or Tuesday,
22    not Friday.
23    Q.    (By Mr. Okunade)  Okay.  What is the name of
24    Marietta's supervisor?
25    A.    At that time, it was Campos -- Robert

Page 174

1    Campos.
2    Q.    Do you know if Robert Campos -- let me ask
3    you this:  Was Robert Campos still her supervisor at
4    the time that you left the Greeley plant?
5    A.    No.
6    Q.    Do you know if he was still working at JBS
7    by the time you left the Greeley plant?
8    A.    No.
9    Q.    Okay.  Do you know if he is still at JBS?
10    A.    No.
11    Q.    You don't know that he is still at JBS, or
12    no, he is not at JBS?
13    A.    No, he is not at JBS.
14    Q.    Do you know when he actually left JBS?
15    A.    No.  I do not know.
16    Q.    But it was prior to you leaving the Greeley
17    plant?
18    A.    Yes.
19    Q.    Okay.  So you were walking the floor, and
20    then did you approach Robert or did Robert approach you
21    about Marietta?
22    A.    Robert approached me.
23    Q.    Okay.  And what did he tell you?
24    A.    He said, Marietta is never on the line.
25    She is never here on time.

Page 175

1    Q.    Did he tell you why?
2    A.    What do you mean, "why"?
3    Q.    Just a question.  Did Mr. Campos tell you
4    why Marietta is never here, why she is never on the
5    line on time?
6    A.    He was just telling me that she was never on
7    the line.
8    Q.    So he didn't tell you why?  I mean, that is
9    my question.
10    A.    No.
11    Q.    All right.  Now, between March 6th and the
12    time that you talked to Robert Campos, did you talk to
13    Marietta during that time?
14    A.    After.
15    Q.    So you talked to Marietta after you talked
16    to Campos?
17    A.    Yes.
18    Q.    And when you talked to Marietta, how did
19    that happen?  Did you call her in or did she come see
20    you?
21    A.    It happened on the third floor, so she was
22    up in training.  It was just outside my office, so I
23    don't remember how we ended up there, but we were
24    outside my office.  And then I said, Hey, Robert is
25    telling me you're never in your area on time and you

Page 176

1    missed Friday's meeting.  What's going on?  And then
2    she said, Weli has me doing other things.
3    Q.    Okay.  And what is your understanding of
4    when she was supposed to be at her line, if you will?
5    A.    Before start, 3:15 or before.
6    Q.    So 3:15 p.m. or before.  And then she would
7    be on that line throughout the eight-hour shift?
8    A.    Correct.
9    Q.    Okay.  And then did you get an
10    understanding, by talking to Mr. Campos, generally
11    around what time she got there, if she is never on
12    time, as he said?
13    A.    After start-up.
14    Q.    Okay.  And you never asked Mr. Campos why
15    that was, did you?
16    A.    I did say I don't know why.  She should be
17    out here.
18    Q.    That is not the question I'm asking you.
19    I'm asking whether you asked Mr. Campos why -- if he
20    knew why Marietta wasn't at the line?
21    A.    No.
22    Q.    But you did talk to Marietta and then asked
23    her what's going on, and she said, Weli has me doing
24    other things?
25    A.    Correct.

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 177

1    Q.    Did she explain what she was talking about
2  at that point?  What does she mean by "other things"?
3    A.    Yes.  Then I had her step into my office and
4  we talked about what those things were.
5    Q.    Okay.  And what are the things that you
6  talked to her about that constituted other things?
7    A.    She said, I missed the meeting Friday
8  because I was in packaging all day.  I said, In
9  packaging.  Why in packaging?  She said, Weli told me
10  to go take the girl's place so she could come up here
11  and they could talk.  And I said, Who is this girl?
12  I don't know.  She couldn't recall the name, but she
13  said, I know who she is.  She is bagging product at the
14  end of the arm line, or whatever line that was.  And
15  she said, I was there most of the day.
16    Q.    Okay.  Did she tell you what time -- actual
17  time frame that she was there?
18    A.    I don't recall because then she went in and
19  explained other times, so I don't want to mix the times
20  up, but she said, I was there the majority of the time.
21    Q.    And she was referring specifically to that
22  Friday meeting --
23    A.    Yes.
24    Q.    -- that she missed?
25    A.    Yes.

Page 178

1    Q.    Okay.  But then you also asked her about
2  other times that she -- that you found out that she
3  wasn't on the line, did you not?
4    A.    I asked her, What about Robert?  He is
5  saying you're never on time.  She said same thing, Weli
6  has me sometimes for 30 minutes, sometimes an hour,
7  sometimes all day.
8    Q.    Okay.  So your understanding of the
9  statement that Mr. Campos provided you that Marietta
10  was not on the line or either late or not on time, from
11  your conversation with Marietta, was every time that
12  happened, she was doing something for Weli?
13    A.    That's what I understood.
14    Q.    Okay.  Did she give you any specific dates
15  other than that March 6th, 2015, date?
16    A.    I don't recall talking about specific dates.
17    Q.    Okay.  Did she tell you when the last time
18  Weli called her up or had her doing other things?
19    A.    That Friday.
20    Q.    That Friday?
21    A.    (Nodding head.)
22    Q.    Okay.  So you talked to her.  What else did
23  she tell you in the meeting when you pulled her into
24  your office?
25    A.    I asked her, why hadn't she told me.  We had

Page 179

1  several meetings, and she knew she could come talk to
2  me about anything.
3    She said, I would feel -- I don't want Weli
4  to find out what we're talking about because he might
5  retaliate against me.  That's why I never told you.
6  So I told her, You should be telling me these things.
7  I give you direction.  I tell you what to do, not Weli.
8  And that was her response.
9    Q.    That she didn't want Weli to find out
10  because she feared Weli would retaliate against her?
11    A.    Yes.
12    Q.    Did she tell you how Weli would retaliate
13  against her?
14    A.    That is what I said.  I asked her how or
15  why.  And she said he is here on B shift with us.  You
16  go home.  He would just retaliate.
17    Q.    Okay.  Now, Weli wasn't her direct
18  supervisor, you testified to, correct?
19    A.    Correct.
20    Q.    Did she tell you whether Weli had retaliated
21  against her at other instances?
22    A.    I asked her and she couldn't give me an
23  answer of yes or no.  I don't know.
24    Q.    Okay.  Let me make sure I understand.  You
25  asked her and she -- do you recall exactly what she

Page 180

1  said when you asked her whether Weli had retaliated
2  against her prior?
3    A.    I don't recall.
4    Q.    Okay.  Would you have recalled -- would you
5  have recalled if she said yes?
6    A.    Yes.
7    Q.    Okay.  So, then, you kept asking her some
8  other questions.  What else did you talk about in that
9  meeting with Marietta?
10    A.    That I can remember, that was it.
11    Q.    Okay.  And how did you leave the meeting
12  with her?
13    A.    What do you mean, how did I leave?
14    Q.    How did the meeting conclude?
15    A.    She kept repeating, Don't tell Weli.  Is
16  Weli going to find out?  Don't tell him.  I said, No.
17  This is confidential.  We're going to do the right
18  thing here, and you shouldn't be taking -- if he tells
19  you to do this again, you need to come tell me.  She
20  agreed and went back to the production floor and that
21  was that.
22    Q.    Okay.  So let me just understand.  From the
23  meeting with Marietta, you got the fact that Weli was
24  asking her to replace other production employees,
25  correct?

Page 181

1     A.    Correct.
2     Q.    Did you have a sense of where those
3  production employees were being sent?
4     A.    Yes.
5     Q.    Where were they being sent?
6     A.    Upstairs, third floor.
7     Q.    What was upstairs on the third floor?
8     A.    Weli and training.
9     Q.    Okay.  So did you -- is it your
10 understanding at that time, when you were talking to
11 Marietta, that they were being sent for training?
12    A.    Yeah.  She -- can you repeat that again.
13         MR. OKUNADE:  Would you mind reading that
14 back.
15         (The last question was read back.)
16    A.    Is it my understanding?  All I knew was that
17 they were getting sent up to the third floor.  I didn't
18 know if it was for training.  I didn't know if it was
19 for translating.  I didn't know if it was for personal.
20 I just knew they were going to the third floor.
21    Q.    (By Mr. Okunade)  Okay.  And then did you
22 ask her whether she knew what they were being sent up
23 for?
24    A.    What I gathered, after that conversation,
25 is that she didn't know either.

Page 182

1     Q.    So when she was saying, Don't tell Weli,
2  what do you think that she was referring to?  What
3  didn't she want you to tell Weli?
4     A.    That she was telling me that he was using
5  her as a replacement to get girls upstairs.  That's
6  what I gathered.
7     Q.    Did she actually tell you that or is that
8  something that you just came to a conclusion of?
9     A.    Like I said, that is what I gathered.
10    Q.    I'm trying to understand what the word
11 "gathered" means.
12    A.    That is what I understood.
13    Q.    Okay.  All right.  And then when she was
14 telling you, Don't tell Weli, what did you -- what, if
15 anything, did you tell her?
16    A.    I said, What do you mean, don't tell Weli?
17 That's a pretty bold statement.  And she said, I just
18 don't want him to know.
19         I tried to get more out of her, but at that
20 point, I could tell she was not feeling the most
21 comfortable.
22    Q.    How did you gather that?
23    A.    Because I figured she would tell me exactly
24 what she meant and go into details, but she was
25 pretty -- just telling me what I needed to hear, and

Page 183

1  that was it.
2     Q.    But you were asking her questions about what
3  was going on?
4     A.    Right.
5     Q.    And she was answering your questions?
6     A.    For the most part, but I felt like she was
7  still holding back, like, she wasn't telling me
8  100 percent.  She was not the most comfortable.
9     Q.    Okay.  And did you understand why she wasn't
10 comfortable?
11    A.    I don't, but I wasn't going to force her.
12 I could tell she was already, like, done with the
13 conversation.  So that is when I said, Okay.  We'll do
14 the right thing.  If this comes up again, you need to
15 tell me.  And she left.
16    Q.    Okay.  And then what did you do after she
17 left?
18    A.    I don't recall what I did next on that.
19    Q.    Did you go talk to Campos?
20    A.    No.
21    Q.    Did you go talk to anyone else after
22 Marietta left your office?
23    A.    No, but if this was on Tuesday, then the
24 next thing that I did was talk to Kacem.  And that's
25 when we decided to go ahead and initiate the

Page 184

1  investigation, because then he talked to all witnesses
2  on Tuesday, the 10th.
3     Q.    So you are saying you don't know if this was
4  on Tuesday that you talked to Marietta?
5     A.    Like I said, I was remembering if it was the
6  9th or the 10th.  I can't remember exactly if it was
7  the 9th or the 10th.  But it was a little before we
8  started the investigation.
9     Q.    What if it was the 9th?  Would you have then
10 talked to Kacem right away on the 9th?
11    A.    Yes.  Yeah.  I believe the next step was
12 that I talked to Kacem.
13    Q.    Okay.  Either the conversation with Marietta
14 happened on the 9th or on the 10th --
15    A.    Yes.
16    Q.    -- and it didn't matter.  After the
17 conversation with Marietta, you went and talked to
18 Kacem?
19    A.    Yes.
20    Q.    Did you go down to the HR office and talk to
21 Kacem?  Did you call him on the phone?  How did that
22 occur?
23    A.    I went to HR.
24    Q.    Okay.  And when you say you went to HR,
25 did you -- does Kacem have an office?

Page 185

1    A.    Yes.
2    Q.    Was he the only person in his office?
3    A.    Yes.
4    Q.    When you went down to talk to him, was he
5  the only one in the office at that time?
6    A.    Yes.
7    Q.    Okay.  So you initiated the conversation
8  with Kacem.  How did that occur?
9    A.    I said, Hey, Kacem, this is what I have.
10  What do you think?  Marietta missed this meeting.  She
11  is telling me that Weli is using her to send girls
12  upstairs.
13        And then that incident where -- there was an
14  incident where I was there and training too and one of
15  the instructors had said, Hey, there is girls in there
16  now.  You should go check it out.  So this might have
17  been Monday.
18        When I passed through there, the doors were
19  open.  Then later, as I remember back, it was either
20  Efrah that walked down the stairs as I was going in,
21  but at that time, I didn't know that was her until
22  later, I learned that was her.  So that was one, but I
23  didn't think it was enough to trigger anything.
24        Then the Marietta thing happened, so that
25  must have been Tuesday.  So at that point, that is when

Page 186

1  I went to Kacem and said, Hey, Kacem, I've got this and
2  I've got this.  What do you think?  Something is going
3  on.  I think we should talk and get some statements and
4  see what we find.
5    Q.    Oh, so you suggested to get statements and
6  initiate the investigation?
7    A.    Yes.
8    Q.    Okay.  Now, let's go back to the incident
9  that you talked about where you said somebody told you
10  that there was girls in there.  Who told you that?
11    A.    It was another classroom instructor.  I want
12  to say it was Miguel.  I can't remember exactly.  It
13  was -- a lot of stuff happened in those days.
14    Q.    Sure.  I can understand that.  But to the
15  extent that you can --
16    A.    Right.
17    Q.    -- you would tell me, right?
18    A.    Right.
19    Q.    So when you said Miguel, you are referring
20  to Miguel Muniz?
21    A.    Yes.
22    Q.    And he said -- and, again, I'm trying to get
23  your statement -- that there were girls in there.  Who
24  was he referring to?
25    A.    Weli being in there, that there was females

Page 187

1  up there in that room.
2    Q.    Did he say Weli was up there?
3    A.    No.  I think all he said was, There's girls
4  in that room, or --
5    Q.    I'm sorry?
6    A.    I'm trying to remember.  He said there is
7  girls in that room, and he was referring to that back
8  room that has those two doors.
9    Q.    Which you drew out?
10    A.    Which I drew out, yes.
11    Q.    Okay.  Where did you meet Miguel that he
12  told you this?
13    A.    I was turning the corner right in between
14  the orientation classroom and my office.
15    Q.    Okay.  Just for reference sake, can you pull
16  up that diagram or the drawing that you made.
17    A.    So I remember being in this area
18  (indicating).  And I don't remember if it was Miguel
19  or Chandra -- Maybe Miguel, maybe Chandra.  Anyway, we
20  were here (indicating), and he said, There is girls in
21  there.
22    Q.    So you were in the --
23    A.    Like in this area (indicating).  I think I
24  was going into my office.
25    Q.    Okay.  Right almost in front of the door

Page 188

1  with the glass on it?
2    A.    Yes.
3    Q.    Okay.  That led to the new-hire orientation
4  room?
5    A.    Yes.
6    Q.    Okay.  Told you that.  Did you know -- you
7  said you don't know if it was Miguel or Chandra at this
8  point?
9    A.    I don't remember which one it was.
10    Q.    Okay.  So either Miguel or Chandra, were
11  they coming out of the training room?
12    A.    They must have been.  I just remember
13  turning here, and then that is how we bumped in.  I
14  can't recall if they were walking through here or
15  through here.
16    Q.    But you don't know if they had been in the
17  room or where they were coming from?
18    A.    No.
19    Q.    Okay.  So they told you there was girls in
20  the room, referring to the -- did he specify whether it
21  was the new-hire orientation room or the back room?
22    A.    They said the back room.
23    Q.    So they said there were girls in the back
24  room?
25    A.    Mm-hmm.

Page 189

1    Q.    Did they say how many girls were in the back
2    room?
3    A.    I didn't ask.  At that point, though,
4    thinking back and remembering, when I was walking in
5    through this hallway, Efrah was just walking out that
6    way.  At that point, I didn't know who she was.  She
7    was just an employee.  But when I figured out that that
8    was her, I remember that we crossed paths here.  But I
9    turned this way and she left.
10    Q.    She left while you were still talking to
11    Miguel and/or Chandra?
12    A.    Before, because -- there is a hallway here
13    (indicating), so I was coming up and she was leaving.
14    And then when I turned here, that is when I bumped into
15    Miguel or Chandra.  I can't remember who it was.
16    Q.    Did you know where she was leaving from?
17    A.    It had to have been from up here, but I
18    don't know.
19    Q.    Okay.  You don't know?
20    A.    She was leaving the third floor training
21    area.
22    Q.    Okay.  But you didn't bump into her in the
23    training room or anywhere there.  You bumped into her
24    kind of next to your office?
25    A.    Yes.

Page 190

1    Q.    Which is on the other side of the training
2    room?
3    A.    Yes.
4    Q.    Okay.  But now -- you didn't know who she
5    was back then, but now you realize, through your
6    investigation, that it was Efrah?
7    A.    Yes.
8    Q.    Okay.  Then once you turned the corner, you
9    saw Efrah pass you by.  That's when either Miguel or
10    Chandra, as you testified, approached you and said,
11    There are girls in that room?
12    A.    Yes.
13    Q.    When they told you that, what did you do?
14    A.    At first, I was like, What are you talking
15    about?  I didn't -- I wasn't looking for anything.
16    I was, like, What are you talking about?  So I said,
17    Okay.  I just walked in through here (indicating), and
18    the door was open at this point.  And Weli was in
19    there.  I want to say that is the same time that Anab
20    was standing there -- unless it's two different
21    times -- but I walked in, the doors were open, and I
22    didn't see anything.
23    Q.    Okay.  So as soon as Miguel or Chandra told
24    you that, you went and walked in.  Did you see Weli in
25    there?

Page 191

1    A.    Weli was in there.
2    Q.    Did you see anybody else other than Weli in
3    that room?
4    A.    I want to say that is the same time that I
5    explained to you about Anab standing there and Weli was
6    there, but I just walked in and walked out.
7    Q.    Okay.
8    A.    But that was two different times.  That is
9    what I'm trying to remember.
10    Q.    Take your time.  I just want to make sure I
11    get the sequence.
12    A.    Right.  That was the same time.
13    Q.    Okay.
14    A.    That was the same time.
15    Q.    All right.  So you -- once you heard Miguel
16    or Chandra tell you that there was girls in that room,
17    you said, What are you talking about?
18    A.    (Nodding head.)
19    Q.    Did Miguel or Chandra respond at that time?
20    A.    That is when they just stated, There is
21    girls in that back room.  Because at first, they said,
22    There is girls in that room, like, what room what are
23    you talking about?  And they said, In that back room.
24    Q.    Did they tell you what the girls were doing?
25    A.    No.  That is when I just walked in there.

Page 192

1    Q.    So you walked in to go check?
2    A.    Mm-hmm.
3    Q.    You were saying, as you recall now, that is
4    when you saw Weli there with Anab.  And then if it's
5    the same time that you testified earlier, Weli was on
6    one side and Anab was on the other side?
7    A.    (Nodding head.)
8    Q.    And you told me you don't know -- it was
9    during the shift change?
10    A.    Yes.
11    Q.    All right.  So you walked in.  From the
12    information that you had gotten from either Miguel or
13    Chandra, did you ask Weli, Hey, I just heard somebody
14    say there was girls in here.  What's going on?
15    A.    No.
16    Q.    You said you didn't talk to Weli at that
17    point, correct?
18    A.    No.  Correct.
19    Q.    And you walked in and you walked out?
20    A.    Yes.
21    Q.    Then what happened?  Did you go somewhere
22    else, to HR after that?
23    A.    No.  I don't remember putting too much
24    thought into that.  I just thought it was nothing
25    major.

Page 193

1    Q.    Okay.
2    A.    Because I have still didn't understand what
3  all they were talking about.  It was shift change,
4  busy.  But then the meeting thing was Tuesday with
5  Marietta and then piecing those together is what Kacem
6  and I discussed.
7    Q.    Okay.  And so the Miguel/Chandra incident
8  would have happened on Monday, the 9th?
9    A.    Yep.  So on Tuesday would have been the
10 Marietta.
11   Q.    And when you walked past that, was there
12 anybody else either in the new-hire orientation room or
13 in the other room?
14   A.    I'm sure there was people in this area.
15 I just -- I don't recall exactly who or what they were
16 doing.  But at shift change, we always have people in
17 that area.
18   Q.    Do you know what they were doing?
19   A.    Getting ready for exercises or finishing up
20 for the day.
21   Q.    Do you recall how many people, roughly, were
22 in there?
23   A.    I don't recall.
24   Q.    Okay.  And you testified -- and, again, I
25 don't want to get your testimony wrong -- that the door

Page 194

1  that led to that back room was not locked when you
2  walked in there?
3    A.    Right.
4    Q.    It wasn't closed?
5    A.    It was --
6    Q.    I'm sorry?
7    A.    Repeat that.
8    Q.    I said it wasn't closed, right?
9    A.    The door into the back room?
10   Q.    Right.
11   A.    It wasn't locked, is what I said.
12   Q.    I'm asking you, was it closed?
13   A.    This one (indicating) was.  This one
14 (indicating) was.  This one (indicating) was open
15 because when I left, it was wide open.  But this one
16 (indicating), I do remember opening it.
17   Q.    Okay.  So you're referring --
18   A.    But it wasn't locked.  It was closed.
19   Q.    You are referring to the one that is closed
20 as the one between the new-hire orientation room and
21 that room?
22   A.    Yes.
23   Q.    Okay.  The room next to the smaller room,
24 that second smaller room, did you check in there as
25 well?

Page 195

1    A.    No.
2    Q.    Was the door open or closed; do you
3  remember?
4    A.    I believe it was open.  And that one usually
5  stays open.  It's hardly ever closed.
6    Q.    Okay.  And you didn't notice if there was
7  anybody in that second room?
8    A.    I don't remember.
9    Q.    And then you walked out through -- you said
10 there was another meeting room, that area.  Were there
11 people in the meeting room area?
12   A.    This room is usually always vacant.  Nobody
13 is usually there unless there is a meeting, so no, not
14 that day.
15   Q.    That was my question.  So not that day.
16 You don't remember if there was anybody in that room?
17   A.    Not that day.
18   Q.    Okay.  All right.  So back to the sequence
19 here.  The 9th, the incident happened where either
20 Miguel or Chandra told you that there was girls in that
21 room.  And, again, I just want the clarify.  Did they
22 say the back room or is that just something that you
23 assumed?
24   A.    They said the back room.
25   Q.    Okay.  Did they say Weli was in the back

Page 196

1  room as well?
2    A.    Not at that specific conversation that we
3  had, no.
4    Q.    Okay.  All right.  So then you walk through
5  and go out.  That incident happened.  And then on the
6  10th, you had a meeting with Marietta about her not
7  being in line?
8    A.    Correct.
9    Q.    Okay.  And then after the meeting with
10 Marietta, you went and talked to Kacem?
11   A.    Correct.
12   Q.    And then you relayed what you just told me
13 that happened, the meeting on the 6th, the 9th, and
14 then the 10th?
15   A.    Correct.
16   Q.    Was there anything else that you and Kacem
17 discussed at your meeting when you went down to his
18 office relating to Weli at that point?
19   A.    Okay.  So that Monday, like I said, that was
20 shift change, so I didn't pay much attention to it.
21 But when shift change cleared out, closer to the end of
22 the day, maybe 5:00, 6:00, I remember talking to
23 Chandra.  I pulled him into the office and I said, Hey,
24 what is going on?  What was that about?  What is going
25 on?

Page 197

1  Then Chandra started saying, That's normal
2  for Weli. Weli brings girls up here all the time.
3  They work very closely together. Weli trained Chandra.
4  I said, What do you mean, brings them up here all the
5  time? Yeah, he just brings them up here. What do they
6  do? Sometimes they are in that back room and I have to
7  do everything. I have to manage the Alchemy. I have
8  to manage the new hire because he is just talking to
9  the girls. That's what he said.
10  Like I said, at that point, I still didn't
11  go talk to Kacem. It wasn't until Tuesday's incident
12  that those were the things we discussed.
13  Q. Okay. So when you talked to Chandra --
14  and you are talking about Chandra Acharya?
15  A. Yes.
16  Q. Was he -- do you know whether he was
17  referring to a specific time when Weli brings girls
18  in the room?
19  A. I asked him because I said, I haven't seen
20  it, but I'm on A shift. And he says, Oh, this happens
21  on B shift. And I do remember him saying, It even
22  happens in your office. He's got keys to your office.
23  Q. That what happens in your office?
24  A. That he takes girls into my office. And he
25  had keys to my office. Then that is when I was like,

Page 198

1  Okay. If this is serious, I need you to be serious.
2  And he said, He's done this before.
3  Q. Okay. Did anybody else have keys to your
4  office?
5  A. When I got there, we had to get them
6  replaced. So before they were replaced, that is when
7  Weli had them. It was Weli, myself, and Max.
8  Q. Okay. No other classroom trainer other than
9  Weli had keys to your office?
10  A. No.
11  Q. Was there a reason that he was the only
12  classroom trainer that had keys to your office?
13  A. Not that I know of. Then shortly after
14  that, that is when we replaced them. And then only I
15  had them and the director. I don't know. I don't know
16  what happened before my time.
17  Q. I'm sorry. When did you replace the keys to
18  your office?
19  A. Sometime after that.
20  Q. After what?
21  A. After all this incident. I can't remember.
22  Sometime in 2015. I don't remember.
23  Q. After Weli had left the company?
24  A. Yes.
25  Q. Oh, I see. Okay. But in the time you came

Page 199

1  January of 2015, Weli, you, and Max had the keys to
2  your office?
3  A. That I know of, yes.
4  Q. Okay. What I'm asking you is why do you
5  think he was the only one that had keys to your office?
6  A. I don't know.
7  Q. Did you ask him whether he had keys to your
8  office?
9  A. I knew he had them. He had rearranged my
10  desk shortly after I got there.
11  Q. Okay.
12  A. And he told me, I have keys. I said,
13  Okay. I didn't think anything of it.
14  Q. Did you ask him why he had keys?
15  A. No.
16  Q. Okay. Have you seen -- did you see him in
17  your office prior to March 10, 2015, other than the
18  time that you just testified to that he went in your
19  office and rearranged your office?
20  A. No.
21  Q. Did anybody -- strike that.
22  So you talked to Kacem and Kacem -- and you
23  said, We need to investigate this. Then what happened?
24  A. Then I left for the day, so it was pretty
25  late Tuesday. He said he would start talking to the

Page 200

1  B shift since he was on B shift. And most of the
2  people he did talk to worked B shift.
3  Q. Okay. So was it your understanding that as
4  of that date, March 10th, that you talked to Kacem,
5  that he was going to start that investigation?
6  A. Yes.
7  Q. Okay. And your understanding was that he
8  started that?
9  A. Yes.
10  Q. Okay. All right. Let me refer you back to
11  Exhibit 26 on Page 5. So still on Question 6 and the
12  response, which starts with, Ms. Rocha and Mr. Andalib
13  conducted the investigation from March 11th, 2015, to
14  13, 2015. Do you see that?
15  A. Yes.
16  Q. Does that jog your memory when the
17  investigation started?
18  A. He was suspended on the 11th. And at that
19  time, we already had statements from the night before.
20  Q. Okay. So if I understand, your statement
21  was that Kacem alone, after you left, interviewed all
22  the people that you had statements for. And then when
23  you came back on the 11th, the decision to suspend was
24  determined?
25  A. He didn't talk to everybody. He talked to

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 209

1    A.    We just read them -- I mean, what Chandra
2    and Alicia and Marietta put on their statements.
3    Q.    Okay.  So you actually read the statements
4    on the 11th when you came in?
5    A.    Correct.
6    Q.    Okay.  Back to JBS 00043, there is a
7    paragraph that starts with, On Thursday.  Do you see
8    that?
9    A.    Yes.
10    Q.    I was doing locker audit.  This one girl
11    told me to tell Weli, I miss him.  When you were
12    reading this, do you know who the one girl was being
13    referred to there was?
14    A.    I don't recall which girl it was, either
15    Anab or Efrah.  Those are the only two girl names that
16    came out of this investigation.  I don't recall.
17    Q.    Right.  But on 3/10 -- we're talking about
18    3/10, right?  Maybe I'm jumping the gun here.
19         As of 3/10/2015, did you know of any of the
20    girls, the names of any girls that you testified to,
21    that were up there in the training room?
22    A.    As of 3/10 -- I just knew based off this.
23    I didn't know who they were.
24    Q.    Oh, okay.  So on 3/11, when you were reading
25    it, you found out, Oh --

Page 210

1    A.    Yes.  Before that, no.
2    Q.    But on 3/11, you still didn't know who this
3    girl was?
4    A.    Correct.
5    Q.    And then on the JBS 00045, again, it says,
6    On Thursday, I crossed path with a tall girl.  Do you
7    see that on the bottom there?
8    A.    Yes.
9    Q.    Okay.  Do you know who the girl -- or let me
10    ask you this:  As of 3/11/2015, did you know who the
11    girl was?
12    A.    Anab.
13    Q.    How did you know it was Anab?
14    A.    I want to say Alicia found out what her
15    name was and brought it to our attention.
16    Q.    On 3/11 or 3/10?
17    A.    3/11, not 3/10, because she didn't know.
18    Q.    Okay.  Did she add it somewhere else?
19    Did she revise that in her notes?  She just told you
20    verbally, right?
21    A.    Yes.  From what I can remember, it was
22    verbally.
23    Q.    Okay.  And then it says on JBS -- sorry, JBS
24    00047, there is a statement by Chandra.  It says on the
25    bottom, "Around 45 minutes later, Daniel" -- I can't

Page 211

1    really pronounce the last name, starts with an M --
2    "called asking for Marietta."  Do you see that section
3    there?
4    A.    Yes.
5    Q.    Okay.  This paragraph -- take a quick second
6    to read it.  This is referring to Efrah, right?
7    A.    Yes.
8    Q.    Now, moving on to JBS 00049, it looks like
9    it's dated 3/11/2015.  Were you present when the
10    conversation with Efrah Abdella happened?
11    A.    Yes.
12    Q.    Okay.  So this is when you came back to
13    work and you were present during this interview?
14    A.    Yes.
15    Q.    Okay.  So who was taking notes during the
16    conversation with Efrah?
17    A.    Kacem.
18    Q.    Okay.  Do you know why?
19    A.    He was the one leading the investigation.
20    Q.    Okay.  And then he asked why Weli was --
21    why she was upstairs.  In the second paragraph, it
22    says, I refused because -- do you see where I'm
23    reading, where it says, About a month ago --
24    A.    Yes.
25    Q.    -- Marietta came and asked me to come to go

Page 212

1    to training.  I refused because I had a lot of work.
2    A.    (Nodding head.)
3    Q.    Do you know -- did she tell you, that month
4    ago, why Marietta was asking her to go to training?
5    A.    I remember we asked her, and she said, Oh,
6    Weli sends the trainer girls -- Weli sends the trainer
7    girls to take my position, and then I go up there with
8    him.
9    Q.    Did you ask her why she was going up there
10    with him?
11    A.    Yes.
12    Q.    And what did she tell you?
13    A.    She said different things, but one, she
14    said, I help translate.  Then she said, Weli is also
15    a family friend.  He helps me out if I have
16    questions/advice.  She specifically talked about her
17    mom and needing a lawyer for her mom and that Weli was
18    a contact for a good lawyer.
19    Q.    Right.  I guess my question was more
20    specific.  In terms of her going upstairs when Weli
21    requests her to go upstairs, did you ask her why Weli
22    was requesting her to go upstairs?
23    A.    Yes.
24    Q.    And -- sorry.  Go ahead.
25    A.    All she said was, Translation, but we're

Page 217

1    A.    I don't.
2    Q.    And you saw these notes as well, the
3  3/11/2015?
4    A.    Yes.
5    Q.    Were you present at the meeting with Anab
6  Ali?
7    A.    Yes.
8    Q.    Was there a reason you didn't ask Anab Ali
9  to also submit an employee statement?
10   A.    We asked her.  Yes, we did.
11   Q.    When you said "we," you or Kacem or both?
12   A.    I don't recall who, but we did ask.
13   Q.    Okay.  Did she submit one?
14   A.    No.
15   Q.    Do you know why she didn't?
16   A.    She couldn't write or she didn't want to
17  write or she couldn't.
18   Q.    Okay.  But on JBS 00050, there is a -- last
19  line there looks like it says signature.
20   A.    Yes.
21   Q.    Do you know who signed that?
22   A.    Anab.
23   Q.    You don't know if she could write or didn't
24  want to write?
25   A.    So when they don't want to do their own

Page 218

1  writing, we'll take notes for them.  We'll read it back
2  to them.  It's up to them if they want to sign off on
3  the notes or not just stating that we had the
4  conversation.  Not all employees can read or write or
5  even want to submit a statement.
6    Q.    Okay.  And so the conversation with Anab on
7  3/11/2015, how did that occur?  Did you call her off
8  the production line or was it at the end of their shift?
9    A.    We called from the production line.
10   Q.    And said, Come upstairs.  We want to talk to
11  you?
12   A.    Yes.
13   Q.    Okay.  And how did that conversation go?
14   A.    We reached out to the supervisor who was in
15  that area.
16   Q.    But you don't remember who the supervisor
17  was?
18   A.    That was a new supervisor.  He was only
19  there, like, a couple days.  We knew Shelby Jackson had
20  just taken over that area for the day.  They made a lot
21  of changes on supervisors.  So I knew he didn't know
22  much about her, but I knew that he was in charge for
23  the day.  So we reached out to him, and he sent her to
24  HR.
25   Q.    Okay.  And then she came up.  And how did

Page 219

1  the conversation start?  Did you start asking questions
2  or did Kacem?
3    A.    Kacem did.  For the most part, I just sat
4  in.  Since it was his investigation, he was the one
5  asking.  He was taking notes.  I would step in if I
6  felt like I needed to, but he started.
7    Q.    Did you take any notes yourself?
8    A.    No.
9    Q.    Okay.  So Kacem started asking the
10  questions.  Do you remember anything that Kacem asked
11  her?
12   A.    I don't recall specifically.
13   Q.    Okay.  Did you recall whether Kacem asked
14  her about Efrah?
15   A.    I don't recall specifically.
16   Q.    During the conversation with Efrah that's
17  documented on JBS 00049, which you testified that you
18  were also an observant in that interview, did you take
19  any notes of that?
20   A.    No.
21   Q.    Do you recall what questions were asked of
22  Efrah?
23   A.    I don't specifically.
24   Q.    Did you recall if Kacem asked Efrah about
25  Anab Ali?

Page 220

1    A.    I don't remember specifically.
2    Q.    Did you talk to Efrah's supervisor?
3    A.    They were both in packaging.  Shelby sent
4  both of them, one at a time.
5    Q.    So that is a yes.  You talked to Efrah's
6  supervisors?
7    A.    I spoke to Shelby.
8    Q.    And Shelby is one of the supervisors?
9    A.    He was a supervisor in that area for that
10  week.
11   Q.    Did you take a note from Shelby?
12   A.    No.
13   Q.    Do you remember if Kacem took any notes from
14  Shelby?
15   A.    No.
16   Q.    Were you sitting in the conversation that
17  you had with Shelby?
18   A.    It was through the radio.  We just said, We
19  need to talk to two of your employees.  They work in
20  this job.  Please send them to HR.
21   Q.    Oh, okay.  And I think we're not
22  understanding each other.  My question was whether you
23  ended up talking to Efrah's supervisor -- any of
24  Efrah's supervisors at all --
25   A.    No.

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 225

1    A.    The items we talked about, different ones
2    coming in from him -- misuse of company time, calling
3    up people upstairs, different statements saying that
4    he was engaging in unethical behaviors, and then the
5    statements from Anab and -- yeah, those things.
6        Q.    Okay. The only two females that were in the
7    statements that we looked at so far in Exhibit 32 that
8    you recall were Efrah and Anab, correct?
9    A.    Correct.
10       Q.    Were there any other females, in your review
11   prior to that suspension, that came up about Weli
12   bringing that female up?
13       A.    Khin Ou was brought up too.
14       Q.    By who?
15       A.    When she gave her statement, she said that
16   she had encountered previous -- how do you say it --
17   that Weli was making advances towards her.
18       Q.    Right. But --
19       A.    So her name was brought up too.
20       Q.    Okay. So I'm looking -- I didn't see Khin
21   Ou's statement up to 3/11/2015. Am I missing
22   something?
23       A.    It's in here. I don't see that it has a
24   date.
25       Q.    Okay. What JBS number are you looking at?

Page 226

1    A.    00054.
2        Q.    Okay. So do you know when Khin Ou was
3    talked to?
4    A.    It would have been the first night, the
5    10th.
6        Q.    March 10th?
7    A.    Mm-hmm.
8        Q.    Okay. So she -- were you in that
9    conversation or was it just Kacem?
10       A.    Just Kacem.
11       Q.    But you had a chance to look at Khin Ou's
12   statement on the 11th when you came back to work?
13       A.    Correct.
14       Q.    Okay. And did you talk to Khin Ou --
15   any of the supervisors that Khin Ou worked for?
16       A.    On the production floor?
17       Q.    Correct.
18       A.    No.
19       Q.    Okay. Did you have Khin Ou also write an
20   employee statement?
21       A.    I believe so, but I also don't see it in
22   here, so I'm not sure.
23       Q.    All right. So you look at the statements.
24   Three female names come up. It was Khin Ou, Anab Ali,
25   and Efrah?

Page 227

1    A.    Correct.
2        Q.    And based on the conversation with Efrah,
3    what did you determine that justified suspension?
4    A.    So the conversation with Efrah was after the
5    fact. He was already suspended.
6        Q.    Okay. So Efrah wasn't considered in his
7    suspension?
8    A.    Her name got brought up by the trainer's
9    statements, but hers -- we didn't talk to her until
10   after Weli was already suspended.
11       Q.    Okay. So you based -- but you are saying
12   you based your decision to suspend him based on
13   statements from Efrah, is what I --
14       A.    No.
15       Q.    Did I misstate?
16       A.    (Shaking head.)
17       Q.    Okay. My apologies. Based on statements
18   from Anab Ali?
19       A.    No.
20       Q.    Based on statements from Marietta?
21       A.    Yes.
22       Q.    Based on a statement from Alicia?
23       A.    Yes.
24       Q.    Based on statements from Chandra?
25       A.    Yes, everybody that was talked to on the

Page 228

1    10th.
2        Q.    Okay. Other than those three, do you
3    remember anybody else that was talked to on the 10th?
4    A.    Who did you name again?
5        Q.    Chandra, Marietta, and Alicia.
6        A.    Chandra, Marietta, Alicia, Khin Ou. And
7    Weli is the fourth before we actually went ahead and
8    suspended him. We were taking his side too.
9        Q.    Okay. But other than Weli, the four
10   statements that you based the suspension on was
11   Chandra, Alicia, Khin Ou, and Marietta, correct?
12       A.    And my conversation with Robert Campos.
13       Q.    Anything else?
14       A.    Not that I can recall.
15       Q.    Okay. And you hadn't talked to either
16   Efrah or Anab Ali at the time that you decided to
17   suspend Weli, correct?
18       A.    Correct.
19       Q.    Now, did you base your decision to suspend
20   on any documents other than the statements?
21       A.    No.
22       Q.    Did you review any other documents other
23   than the statements that we've talked about prior to
24   March 11, 2015, to base your decision to suspend Weli?
25       A.    Can you repeat that one more time.

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 245

1  B shift or A shift?
2      A.    Those additional names were all A shift.
3      Q.    All A shift?
4      A.    That's why they didn't appear on your list.
5  I don't recall what the difference was.
6      Q.    Okay.  Did you suggest to Kacem whether he
7  talk to any of the other B shift floor trainers on this
8  list here on Page 11 and Page 12 other than the ones
9  that you've mentioned that you spoke with?
10      A.    I don't recall having that conversation.
11      Q.    Do you recall if he spoke with any other
12  floor trainers on this list other than the ones you
13  just listed to me?
14      A.    I'm not sure.
15      Q.    Did you yourself speak to any floor
16  trainers, other than those three, Alicia, Khin Ou,
17  and Marietta?
18      A.    No.
19      Q.    Other than Weli, do you recall whether any
20  classroom trainer at the JBS plant was put on
21  suspension for harassment while you were training
22  manager?
23      A.    No.
24      Q.    What about any other floor trainers?  Do you
25  recall if any floor trainers at the JBS Greeley plant

Page 246

1  have been put on suspension for harassment?
2      A.    No.
3      Q.    Do you recall if any other -- or any
4  classroom trainers were put on suspension for violating
5  a company policy?
6      A.    Yes.
7      Q.    Do you recall who those were?
8      A.    Just Khin.
9      Q.    Khin Ou?
10      A.    Khin Aye.
11      Q.    Khin Aye, okay.  Do you recall if any
12  classroom trainers were terminated for violation of
13  company policy?
14      A.    Khin Aye.
15      Q.    Okay.  Do you recall if any floor trainers
16  were terminated for harassment?
17      A.    No.
18      Q.    So after Weli was suspended on 3/11/2015,
19  who else did you talk to other than the ones that were
20  in that statement?
21      A.    No one else that I can recall.
22      Q.    Okay.  Let's go back to Exhibit 32 for just
23  a second and JBS 00042.  Do you know why Marietta
24  Lopez's statement would have been dated 3/26/15?
25      A.    Yes.  During an employment hearing, our HR

Page 247

1  clerk was responsible for submitting paperwork for
2  that.  She had the file.  And I remember hearing from
3  Kacem that there was a time where he was trying to look
4  for the file and he thought the file was gone, lost.
5  So he was trying to go back and try to get some
6  statements that we already had.
7      Q.    Okay.
8      A.    In that time frame, we found out that the
9  HR clerk had the file all along, so we didn't need to
10  re-create it.  We had the originals.
11      Q.    Okay.  But --
12      A.    So I know that's why some of the dates are
13  off.
14      Q.    It was because it was being re-created for
15  the unemployment hearing?
16      A.    Right.
17      Q.    Okay.  You're saying that Marietta Lopez
18  would have made a statement, employee statement, during
19  March 10th or 11th?
20      A.    Correct.
21      Q.    Okay.  You just found it after the fact that
22  she rewrote it again?
23      A.    Correct.
24      Q.    Do you know what was in that employee
25  statement from Marietta Lopez?

Page 248

1      A.    I would have to look at it, but pretty
2  similar to this, I would imagine.
3      Q.    Okay.  So, then, just trying to circle back.
4  Weli was suspended on 3/11/2015.  After his suspension,
5  what did you end up doing to further investigate
6  whether his actions constituted termination?
7      A.    After we suspended him, we spoke to Anab and
8  Efrah.  I'm not exactly sure who else Kacem would have
9  spoke to because he was taking the lead, but I know
10  those were the two that I saw.
11      Q.    And it looked like you spoke to Anab on 3/11
12  and Efrah on 3/11 as well based on the date on their
13  statements?
14      A.    Correct.
15      Q.    Okay.  Who else do you recall that you spoke
16  to after the suspension?
17      A.    I don't remember exactly if it was the
18  12th or the 13th.  It might have been the 12th.
19          Marietta and Alicia, I remember they went
20  into the HR department.  I was there, so it was
21  sometime after shift change.  Kacem and I were
22  discussing other things -- or it might have been me and
23  Virginia.  Anyway, they walked into the office, they
24  asked to close it, they needed to talk to us.
25          So I said, Sure.  Come on in.  What's going

Page 249

1  on?  They were both really hesitant to even talk and
2  just kept looking at each other.  And I said, What is
3  it, you guys?  What is it?  Just let me know.  Then
4  they said, We just want to know if Weli is returning.
5  I said, Okay.  Well, we haven't made a decision yet.
6  We're still running an investigation.
7          They said, Well, can we at least get a
8  heads-up so if he is, we're going to turn in our hats
9  and we want white hats and we'll work for operations
10  and we'll no longer be trainers?
11         And I said, Oh, no.  Why?  That's
12  significant.  Is there more you want to add?  What else
13  is going on?  Why would you say that?
14         And they said, We just won't feel
15  comfortable at all if he returns and we fear
16  retaliation because he is going to know and he is aware
17  that me -- that we both submitted statements.
18         And I said, No.  This stuff is confidential.
19  So if you didn't say it, he wouldn't know.  They are
20  like, We know how it is, how operations works, people
21  talk, and there is already a lot of talk out there.
22         I told them, Well, at this point, I can't
23  tell you if he is or he is not.  If he is, you know,
24  we'll talk again.  And if he is not, then we'll go from
25  there.

Page 250

1      Q.   Okay.
2      A.   So that was before we decided to term him.
3      Q.   That was around March 12th or 13th?
4      A.   I want to say the 12th.
5      Q.   And then it was a conversation between both
6  Marietta and Alicia --
7      A.   Yes.
8      Q.   -- and then you, and you don't know if
9  Virginia was present?
10     A.   I don't know if Virginia was present.  I
11  want to say -- it was either Kacem or Virginia that
12  was present.
13     Q.   Was Max there too?
14     A.   No.
15     Q.   Okay.  And then -- but you told them you
16  hadn't made a decision?
17     A.   Correct.
18     Q.   Did they tell you how they knew that Weli
19  found out about them making statements?
20     A.   I asked and they said, Production talks.
21  There is already a lot of rumors out there and we're
22  getting blamed for submitting statements.
23     Q.   Do you know who was spreading the rumors?
24     A.   I tried to ask them and they said, Oh, just
25  production.  They wouldn't say.  There was no names to

Page 251

1  go off of.
2      Q.   Okay.  And then you also again mentioned
3  that they were afraid of retaliation.  Did they express
4  what kind of retaliation was going to occur if Weli
5  came back?
6      A.   I asked them and I told them, you know, I'm
7  the manager.  He has no say-so.  He doesn't report to
8  you.  You shouldn't fear anything.  And they said, No,
9  but we already know.  We know how he is.  And I asked
10  for examples.  They didn't tell me anything.
11     Q.   They didn't tell you any examples?
12     A.   They just said, Overall, we just don't feel
13  comfortable and we wouldn't feel comfortable.
14     Q.   Did they tell you why they wouldn't feel
15  comfortable other than the retaliation that they said
16  potentially?
17     A.   They just said, We already know him.  We've
18  worked with him.  And I tried and I tried asking them
19  for more.  They just said, We just don't feel
20  comfortable.
21     Q.   Okay.  In your interview of Weli on
22  3/11/2015, did you remember asking him about any
23  potential retaliation that any of these ladies were
24  alluding to?
25     A.   I don't recall.

Page 252

1      Q.   Okay.  So March 12, March 13th, you spoke
2  with Marietta.  And then after that, did you speak with
3  anybody else or did anybody else come to your office to
4  discuss Weli?
5      A.   No, not that I can remember.
6      Q.   Okay.  And at some point, you told Max that
7  Weli was suspended?
8      A.   Yes.
9      Q.   Do you remember when that was?
10          MS. VICKLES:  Objection, asked and answered.
11     A.   I just had those two conversations with him.
12     Q.   (By Mr. Okunade)  You can answer my question
13  if you know a date.
14     A.   I'm trying to remember.  I know I already
15  answered it.  When we were -- we gathered the
16  statements the 10th.
17     Q.   Let me make it easy for you.  Between
18  March 11 and March 13, 2015, did you speak with Max?
19     A.   Yes, we spoke.
20     Q.   How many times did you speak with him?
21     A.   I don't know the exact amount.
22     Q.   Approximately how many times?
23     A.   Just depends.  Sometimes maybe once,
24  sometimes up to 10 times.  It just depends on what
25  issues are going on.

Page 253

1    Q.    I'm only asking about those two dates,
2  March 11th and March 13th.  Do you remember -- and you
3  said you spoke with him.  Do you know how many times
4  you spoke with him during those times?
5    A.    I don't remember.
6    Q.    But you spoke with him at some point during
7  that time?
8    A.    Yes.
9    Q.    And you would have spoken with him about
10  Weli?
11    A.    Correct.
12    Q.    Did you know if Kacem spoke with Max between
13  March 11 and March 13, 2015?
14    A.    I wouldn't know that information.
15    Q.    Did he tell you that he spoke with Max?
16    A.    Not that I can recall.
17    Q.    Okay.  So, then, a decision was made to
18  terminate Weli's employment, correct?
19    A.    Correct.
20    Q.    Who made that decision?
21    A.    I did.
22    Q.    And what did you base that decision on?
23    A.    So initially, you know, the misuse of
24  company time, replacing trainers, replacing employees
25  with trainers to go upstairs, to not -- I mean, not do

Page 254

1  anything.  I didn't get that it was just translating.
2        And then Anab's --
3    Q.    I'm sorry.  You said you didn't get that, it
4  was just translating?
5    A.    Right.
6    Q.    What do you mean by that, you didn't get
7  that it was just for translating?
8    A.    If I would have confirmed that it was just
9  for translating purposes -- and the harassment -- or
10  sexual harassment stuff wouldn't have came up, I don't
11  think Weli would have been termed.  It would have just
12  been, Hey, this is not what we do anymore.  This is
13  what we do, things going forward, and it wouldn't have
14  been a termination of employment.
15        But -- I mean, it was both of those things.
16    Q.    Okay.
17    A.    Misuse of company time and the harassment,
18  stuff that followed.
19    Q.    If Weli had been calling people up, girls,
20  anybody from the production line up to training to help
21  him translate, you are saying that would not have been
22  a terminable offense --
23    A.    Correct.
24    Q.    -- by itself?
25    A.    By itself.

Page 255

1    Q.    Okay.  So, then, you found out about sexual
2  harassment stuff, you said?
3    A.    Correct.
4    Q.    What kinds of sexual harassment stuff
5  factored into your determination to terminate Weli?
6    A.    Anab's statement.
7    Q.    That would be Anab's statement prior to
8  March 13, 2015, correct?
9    A.    Yes.
10    Q.    Okay.  Do you remember anything specifically
11  about Anab's statement that factored into your decision
12  to terminate Weli?
13    A.    Yeah.  I mean, she pretty much told us that
14  he was harassing her constantly.  He would call her up
15  there for personal reasons.  She ended up switching her
16  cell phone number three times so he wouldn't -- you
17  know, to get him to stop going after her.
18    Q.    Okay.  Anything else about Anab's statement
19  that factored into your determination to terminate
20  Weli?
21    A.    She pretty much just told us he kept making
22  advances to her going out on dates.  Especially in
23  Weli's position and then as member of management
24  support and our zero-harassment policy at JBS, we
25  couldn't just put this under the rug and pretend it

Page 256

1  wasn't there.
2    Q.    Did you ask Weli, during your conversation
3  with him specifically, whether he asked for Anab Ali's
4  number?
5    A.    No, because we didn't have that information
6  at that point.  He was already suspended.
7    Q.    Right.  So when you had this information
8  from Anab Ali, did you ask him whether he asked for
9  Anab Ali's number?
10    A.    No.  I don't recall.  Not that I recall
11  because he was already suspended.  We didn't reach out
12  to him while on suspension.
13    Q.    Did you ask him to make another statement
14  based on additional information that you received from
15  Anab Ali and from Efrah?
16    A.    No, not that I recall.
17    Q.    Other than the issues with replacing
18  trainers that you talked about in the harassment, the
19  alleged sexual harassment that led to your decision to
20  terminate Weli, was there anything else specifically
21  that factored into your decision to make that call?
22    A.    The trainers' statements as well, Khin Ou's,
23  that she had already been in that situation, Marietta
24  and Alicia willing to give up their hats if he
25  returned.  Those are all things that came through my

Page 257

1  mind for sure.
2      Q.   Okay.  Did you ask Weli about Khin Ou's
3  statement between -- after you got her statement and by
4  the time that Weli was terminated, did you ask him
5  specifically about Khin Ou's statement?
6      A.   No.
7      Q.   Did you ask Weli specifically about any kind
8  of harassment that you, I guess, determined in your
9  interpretation of the statements that was submitted?
10     A.   Can you rephrase that.
11     Q.   Yeah.  That was a bad question.
12     A.   Sorry.
13     Q.   It's getting late.  I'm almost there.
14          My question is whether you asked Weli for
15  his statements relating to any of the alleged
16  harassment that you said your decision was based on.
17  Did you ask him about that prior to the decision to
18  terminate his employment?
19     A.   I did not.
20     Q.   Do you know if Kacem asked about that?
21     A.   I wouldn't know that information.
22     Q.   Okay.  So trainers' statements, Marietta and
23  Alicia coming to your office saying they felt that they
24  couldn't continue on if Weli came back, anything else
25  specifically that you based your decision to terminate

Page 258

1  Weli on?
2      A.   You said the misuse of company time.
3      Q.   And that was based on, by the way -- sorry
4  to interrupt, but that was based on him pulling
5  production employees off the floor, as you testified?
6      A.   Correct.  Misuse of company time, the sexual
7  harassment, the harassment, and the statements.  Yep,
8  that's what we used.
9      Q.   And if Weli had pulled the production
10  employees off the floor for translation, that would not
11  have been a terminable offense?
12     A.   Not on its own.
13     Q.   Okay.  And then once that decision was made
14  by you, did you discuss that with anybody else in HR or
15  any other supervisors?
16     A.   With Kacem.
17     Q.   Okay.
18     A.   Just Kacem.
19     Q.   And when did that discussion occur?
20     A.   Before we decided to call him and terminate
21  him.
22     Q.   Right on March --
23     A.   13th.
24     Q.   How did the conversation go?
25     A.   We were just thinking, you know, What do you

Page 259

1  think?  Is this enough?  Is this the right thing to do?
2  Reviewing all of these statements, is there more we can
3  get?  What else can we do?  We said, Well, with Anab's
4  statement, we can't just pretend that's not there and
5  not do anything about it.  We have Efrah, which at one
6  point we determined that they are still friends and she
7  wasn't going to say anything against Weli.
8      Q.   You are saying that Efrah and Weli were
9  friends?
10     A.   Mm-hmm.
11     Q.   Okay.
12     A.   And then just taking into account
13  everything -- all the other trainers' statements, how
14  they felt, we believed it was the right thing to do,
15  that we had enough to go to termination.
16     Q.   Did you confer with anybody else that you
17  had enough information?
18     A.   No.
19     Q.   Do you know how long Kacem was working in HR
20  at the time that this happened, March 11th?
21     A.   He was promoted sometime before I got to
22  Greeley.
23     Q.   Do you know how long, sometime before you
24  got to Greeley?
25     A.   I don't know exactly.

Page 260

1      Q.   Okay.  Do you know, has he been there for
2  three months, six months, a year before the March 11
3  incident?
4      A.   So I got there in January.  So he was in
5  HR sometime in November, I want to say.
6      Q.   Okay.  So you and him determined that that
7  was enough information?
8      A.   Correct.
9      Q.   How did you know that Efrah and Weli were
10  friends?
11     A.   Weli.  I think Weli said, We know each other
12  outside of work.
13     Q.   And you're referring to Weli's statement?
14     A.   Yes.  She is my friend.  I know her from
15  outside.
16     Q.   Okay.  And did she -- did Weli tell you at
17  that time that he and Efrah hung out outside of work?
18     A.   He just said, I know her from outside of
19  work.
20     Q.   Did he tell you how he knew her from outside
21  of work?
22     A.   I don't recall.
23     Q.   But you didn't ask, though.  You just
24  assumed that they were friends?
25     A.   I don't recall specifically.  I don't

Page 281

1  8 1/2 hours?
2      A.   Yes, 8 1/2.
3      Q.   This morning, Mr. Okunade asked you a
4  question that said other than Khin Aye, were you
5  involved in the termination process for any other
6  classroom trainer.  Do you recall that?
7      A.   Yes.
8      Q.   And, obviously, you were involved in the
9  termination of Weli Farah as well, right?
10     A.   Correct.  Weli and Khin, yes.
11     Q.   And there were some questions this morning
12  about differences between the position of classroom
13  trainer and floor trainer or production trainer.
14  Do you recall those?
15     A.   Yes.
16     Q.   Are there actually separate employee
17  handbooks for hourly production employees and
18  management support and salary employees?
19     A.   Yes.
20     Q.   And are the production or floor trainers
21  actually union employees?
22     A.   Yes.
23     Q.   So the terms and conditions of their
24  employment are also governed by the collective
25  bargaining agreement?

Page 282

1      A.   Correct.
2      Q.   Mr. Farah's employment was not part of the
3  bargaining agreement, was it?
4      A.   No, correct.
5      Q.   If you can look at Exhibit 26.  Mr. Okunade
6  asked you this morning if you recalled when Eyerusalem
7  Anulo was hired for the clerk position?
8      A.   Yes.
9      Q.   I would like to direct your attention to the
10  response to Interrogatory 23, which is at Page 16.
11         MR. OKUNADE:  Page 16?
12         MS. VICKLES:  Yes.
13     Q.   (By Ms. Vickles)  About the middle of that
14  response, it indicates that Ms. Anulo was hired in
15  January of 2016 as a training clerk.  Does that refresh
16  your recollection regarding her hire date?
17     A.   Yes.
18     Q.   And during your tenure as the training
19  manager at the Greeley plant, are you aware of any
20  classroom trainer, other than Weli Farah, who pulled
21  production employees from the floor --
22     A.   No.
23     Q.   -- to translate specifically, to translate
24  for training?
25     A.   No.

Page 283

1      Q.   And if one of your classroom trainers needed
2  help with translating, how would you expect them to
3  handle that?
4         MR. OKUNADE:  Object to form.
5      A.   I would expect them to let me know and then
6  I would help assist in any way possible to get a
7  translator.  And it's always the last resort to pull
8  employees off the production floor.  Then I would have
9  to communicate with the superintendent and make -- on
10  that level and say yes, we can pull somebody, or no.
11     Q.   (By Ms. Vickles)  And did a classroom
12  trainer even have the authority to pull a production
13  employee off the floor?
14         MR. OKUNADE:  Object to form.
15     A.   No.
16     Q.   (By Ms. Vickles)  And the floor trainers, is
17  it correct that their role is to actually be training
18  the production employees on the line?
19     A.   Correct.  Their job is to train the gold
20  hats.
21     Q.   And is it part of their job to fill in for
22  production employees on the line if they have to be
23  absent for some reason?
24     A.   No, but if our attendance is extremely high
25  and they know a critical job, then they can be placed,

Page 284

1  but that is the only exception.
2      Q.   So if a floor trainer, say Mr. Farah, has
3  pulled a floor trainer up to the training room for
4  whatever reason, that floor trainer is not doing the
5  job of training?
6      A.   Correct.
7      Q.   If that had been the only issue you
8  discovered with Mr. Farah, that he had pulled a
9  production employee from the floor to help him
10  translate, would he have been fired for that?
11     A.   No.
12     Q.   What would you have done if that were the
13  only issue?
14     A.   We would have discussed it and said, Going
15  forward, this is not the expectation.  That's not what
16  we do.  This is what we need to do going forward.
17  There might have been a write-up, depends, but not
18  termination.
19     Q.   Did you discuss -- after Mr. Farah was
20  terminated, did you discuss with the other floor
21  trainers this issue that had come to light about
22  pulling the production employee off the floor?
23     A.   Yes.
24     Q.   What was that discussion?
25     A.   I remember talking to them and saying, Hey,

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 285

1  you know, is this what you guys have done?  Is this
2  what you are accustomed to?  Have you done it?  I know
3  I've only been here a short time, but I haven't seen
4  it.  And they said, No.  That's not what we do.  We
5  know that that's not that.
6      And when we talked about Weli, they said,
7  Oh, that's just Weli.  Those are his friends.  That's
8  why he is freeing them up here.  He does it for
9  personal use.  We know that is not a practice.  That
10  is not in our job duties.
11      Q.   And Mr. Okunade asked you some questions
12  about the time detail records, Exhibit 28.  And he
13  asked you if you were aware of a practice where a
14  supervisor could adjust an employee's clock-in or
15  clock-out time, and you testified that there was a
16  process to do that, right?
17      A.   Correct.
18      Q.   However, if an employee actually worked
19  overtime, whether it was approved or not, would they be
20  paid for that time?
21      A.   Yes.
22      Q.   So the only time a supervisor adjusts a
23  clock-in or clock-out time is if the employee has
24  punched in early, but hasn't started working yet?
25      A.   Correct.

Page 286

1      Q.   Are you aware of any practice where
2  employees who work unapproved overtime did not get paid
3  for it?
4      A.   Not that I'm aware of.
5      Q.   I want you to look at Exhibit 28, the
6  last page, which has the Bates number of JBS 325,
7  shows Mr. Farah's punch-in and punch-out times.  And
8  I want to direct your attention to the time he punched
9  out on Tuesday, March 10th, 2015.
10      MR. OKUNADE:  His time card?
11      MS. VICKLES:  It's Exhibit 28.
12      Q.   (By Ms. Vickles)  Can you tell what time
13  Mr. Farah punched out on March 10, 2015?
14      MR. OKUNADE:  I'm sorry.  What JBS number
15  are you on?
16      MS. VICKLES:  It's the last page.
17      MR. OKUNADE:  00325?
18      MS. VICKLES:  Yes.
19      A.   1609.
20      Q.   (By Ms. Vickles)  Would that be 4:09 p.m.?
21      A.   Yes.
22      Q.   Is that consistent with your testimony that
23  Mr. Farah had already left for the day when you spoke
24  to Kacem about starting the investigation?
25      A.   Yes.

Page 287

1      Q.   I'll have you look at Exhibits 29 and 30
2  that you testified were some Alchemy reports.  Do you
3  recall that?
4      A.   Yes.
5      Q.   So would these reports show every Alchemy
6  training that was facilitated by Mr. Farah?
7      A.   No.
8      Q.   Can you explain why not.
9      A.   Like I said, there is different reports on
10  Alchemy.  This one specifically tells us which portions
11  were completed on that status by Weli.
12      But the way our Alchemy is set up is you can
13  only have one facilitator.  So let's say Miguel and
14  Weli were both conducting classes and Miguel was the
15  first one there, he would put his name as the
16  facilitator even though Weli was still there helping
17  and interacting and facilitating courses, but it
18  wouldn't be on the record.
19      Q.   So is there typically only one facilitator
20  name reflected for each day on each shift?
21      A.   Yes, and each course.  Each course taken in
22  Alchemy has one facilitator.
23      Q.   Even though other classroom trainers might
24  end up doing the same work?
25      A.   Correct.

Page 288

1      Q.   So can you think of a way it is possible now
2  to determine every training that Mr. Farah conducted?
3      A.   I would say there is no way to pull it.  I
4  mean, we can pull the ranges that Weli was up there,
5  but that would include training on everybody.  And they
6  might have other facilitators, but we won't know if
7  Weli was present or not, which classes he actually did.
8  So I would say no.
9      Q.   So it's probably not possible at this point
10  to compile a record of every training he did?
11      MR. OKUNADE:  Objection to form.
12      A.   Correct.
13      Q.   (By Ms. Vickles)  I think you testified that
14  you generally left the plant by 6:00 or 7:00 p.m.?
15      A.   Yes.
16      Q.   And while Weli was covering B shift, he
17  would be there until about 11:00 p.m.?
18      A.   Yes.
19      Q.   And --
20      A.   11:30.
21      Q.   Would he be generally working alone without
22  supervision during that time?
23      A.   Yes.
24      Q.   On your sketch, Exhibit 31, I just wanted to
25  have you fill out a couple details so that I can

Page 289

1  remember a year or two from now what this means.  Can
2  you actually write "door" by each of the doorways you
3  drew.
4      A.    (Deponent complied.)  These are doors too
5  (indicating).
6      Q.    And you indicated that the door into the
7  new-hire orientation room does have glass in it?
8      A.    Yes.
9      Q.    Do any of the other doors have glass in
10 them?
11     A.    No.
12     Q.    Okay.  Thank you.  Mr. Okunade referred to
13 Mr. Campos several times as Marietta Lopez's
14 supervisor.  Was he her supervisor?
15     A.    I was her supervisor.
16     Q.    Not Mr. Campos?
17     A.    No.
18     Q.    Earlier, you testified that you remembered
19 that Virginia Ramirez was in the HR office when you and
20 Kacem were meeting with Mr. Farah on March 11th, 2015.
21     A.    Yes.
22     Q.    Have you since remembered that it wasn't
23 Virginia who was present, but it was somebody else?
24     A.    Yes, I do remember now.  We had a -- the HR
25 manager from Grand Island, he came in to -- I don't

Page 290

1  remember what the main purpose was, but he was at
2  Greeley for, I want to say, a week or close to a week.
3  He was sitting in that room with us.  For some reason I
4  forgot about that, but his name was Bob Meier.
5      Q.    Was he sitting at Virginia's desk?
6      A.    Yes.
7      Q.    Did he say anything or participate in any
8  way in the meeting with Mr. Farah?
9      A.    No.  I mean, he was present when we talked
10 to Weli, but then after we decided to suspend him, then
11 he was just like, Wow.  I can't believe that, but that
12 was it.  He didn't have input on the decision or
13 anything.  He was just sitting there.
14     Q.    We just looked at some documentation about
15 Khin Aye's suspension and termination.  What exactly
16 was the violation that Khin Aye was terminated for?
17     A.    Pretty much, he decided to take it upon
18 himself to complete a supervisor Alchemy training.
19 So we saw it as a falsification of records.
20     Q.    And you testified a few different times
21 about conversations you had with Max, the HR director,
22 about Mr. Farah's, I guess, conduct, the investigation,
23 suspension, and termination.  So from the time period
24 of March 10th through March 13th of 2015, can you just
25 describe again the specific conversations you remember

Page 291

1  with Max during that time period about Mr. Farah.
2          MR. OKUNADE:  Object to form.
3      A.    Okay.  After we received the complaints and
4  I decided to get with Kacem on continuing the
5  investigation, that's when I notified Max.  I said,
6  Hey, this is what I'm getting.  He is going to be
7  investigated.  He said, Okay.  Do what you got to do.
8  He didn't have any input.
9          Then we made a decision to suspend him.
10 Then before we decided to terminate him, I did run it
11 through him one more time telling him, This is what we
12 found.  We're going to go ahead and terminate.  And he
13 said again, I support your decision.  You do what you
14 have to do.
15         Those were the two main ones that I
16 specifically remember having with him.  But never did
17 he say, Do this or do that.  He said, It's your
18 decision.
19     Q.    (By Ms. Vickles)  Did Max try to influence
20 your decision in any way one way or the other?
21     A.    No.
22     Q.    Did Max ever share with you any opinion he
23 had about Mr. Farah?
24     A.    No.
25     Q.    Did Max give you any opinion about whether

Page 292

1  he should be suspended?
2      A.    No.
3      Q.    Did Max give you any opinion about whether
4  he should be terminated?
5      A.    No.
6      Q.    Did Max ever say that the community leaders
7  that Mr. Okunade was talking about had expressed any
8  opinion about Mr. Farah?
9      A.    No.
10     Q.    Did you ever notice any kind of animosity or
11 tension between Mr. Farah and Max, Mr. Xasan?
12     A.    No.  The only interaction that I saw then
13 was -- actually, we were in this area.  Max and I were
14 walking out, and I don't remember the time frame of
15 when.  I just remember we were walking out, Weli was
16 walking in, they shook hands, said something, and we
17 left and he came this way, but that's the only
18 interaction that I ever saw between them two.
19     Q.    Do you know now what tribe in Somalia
20 Mr. Farah is associated with?
21     A.    No.  I still don't fully understand it.
22     Q.    Do you know whether Mr. Xasan is associated
23 with any particular tribe in Somalia?
24     A.    No.
25     Q.    Did Mr. Xasan ever instruct you to make up

Page 293

1  or falsify any allegations against Mr. Farah?
2      A.   No.
3      Q.   As a result of the investigation that you
4  and Kacem conducted, did you conclude that Mr. Farah
5  had engaged in misconduct?
6      A.   Yes.
7      Q.   And was that your honest, good faith belief?
8      A.   Yes.
9      Q.   And did you conclude, based on the
10 investigation, that he had abused his position?
11     A.   Yes.
12     Q.   And did you conclude he had wasted time when
13 he should have been working?
14     A.   Yes.
15          MR. OKUNADE:  Object to form.
16     Q.   (By Ms. Vickles) Did you conclude that he
17 had engaged in inappropriate conduct with female
18 employees?
19          MR. OKUNADE:  Object to form.
20     A.   Yes.
21     Q.   (By Ms. Vickles) And was all of that the
22 basis for your decision to terminate him?
23     A.   Correct.
24     Q.   If you had been the decision maker promoting
25 Mr. Farah to the position of classroom trainer and if

Page 294

1  you had known that he had pled guilty to a felony
2  charge of forging documents and stealing money from a
3  prior employer, would you have promoted him to
4  classroom trainer?
5          MR. OKUNADE:  Object to form.
6      A.   No.
7          MS. VICKLES:  That's all I have.  Thank you.
8          MR. OKUNADE:  I have a few follow-up
9  questions.
10             EXAMINATION
11 BY MR. OKUNADE:
12     Q.   You testified a moment ago that you had a
13 discussion with the other classroom trainers after
14 Mr. Farah was let go, and those classroom trainers
15 indicated to you that they never pulled any employee
16 off the floor to do translation.  Is that your
17 testimony?
18     A.   Correct.
19     Q.   Was there a policy that existed that
20 directed them not to do such?
21     A.   I'm not sure.
22     Q.   What do you mean, you don't know, or there
23 may have been and you are not aware of?
24     A.   I'm not sure.
25     Q.   You never saw any policy that directed the

Page 295

1  classroom trainers not to pull employees up for
2  translation, did you?
3      A.   No.
4      Q.   With regard to the difference between
5  classroom trainers and floor trainers, specifically
6  with the JBS policy relating to harassment, did the
7  floor trainers have a different policy than the
8  classroom trainers?
9      A.   No.
10     Q.   They had the same policy that they referred
11 to --
12     A.   Yes.
13     Q.   -- that governed their action, correct?
14     A.   Yes.
15     Q.   You also were asked a little bit further
16 about Khin Aye's termination.  My understanding was
17 that you were not involved in the termination process,
18 correct?
19     A.   Correct.
20     Q.   How did you know what the reason for his
21 termination was?
22     A.   After the fact, I read all the notes.
23     Q.   Okay.  So this was something that was
24 relayed to you after the fact?
25     A.   Correct.

Page 296

1      Q.   When did you read the notes?
2      A.   I mean, that long one, I haven't even read
3  completely.  What I did read was -- I don't know.
4  Virginia might have talked to me about it and said,
5  Hey, this is what Khin said.  Mike Murray said he was
6  never up there, but it was brief discussion.
7          Like I said, that long form that you showed
8  me, I haven't read it all, which was the whole
9  notes, but basically, falsification of records.
10     Q.   But you weren't involved in that process at
11 all, the suspension or termination?
12     A.   Right.
13     Q.   And then a moment ago, you talked about
14 Bob Meier that was present at the meeting in which Weli
15 was told he was being suspended?
16     A.   Yes.
17     Q.   And you mentioned that he said something to
18 the effect, I can't believe that.  Do you know what he
19 was referring to?
20     A.   He just made a comment.  I don't recall
21 exactly his exact words, but from what I remember, it
22 was just comments towards, you know, what we had told
23 him what was going on, what the issue was, because he
24 asked before, What's going on?  And we just kind of
25 gave him a rundown.

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 301

1    talked about just recently about the interaction
2    between Weli and Kacem -- sorry, Weli and Max, Mr. Max,
3    you testified that you didn't witness any other
4    interactions between Mr. Max and Weli during the time
5    that you were supervising Weli's employment, correct?
6        A.    Correct.
7            MR. OKUNADE:  That's all I have.
8            MS. VICKLES:  I don't have anything else.
9            MR. OKUNADE:  Thank you.
10           *   *   *   *   *   *   *
11           (WHEREUPON, the foregoing deposition was
12    concluded at the hour of 4:31 p.m. on June 22, 2016.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 303

1        CERTIFICATE OF DEPOSITION OFFICER
2
3    STATE OF COLORADO    )
4    COUNTY OF DENVER     )
5
6        I, Lisa Persichitte Reed, a Certified
7    Realtime Reporter and Notary Public within and for the
8    State of Colorado, commissioned to administer oaths, do
9    hereby certify that previous to the commencement of the
10    examination, the deponent was duly sworn by me to
11    testify the truth in relation to matters in controversy
12    between the said parties; that the said deposition was
13    taken in stenotype by me at the time and place
14    aforesaid and was thereafter reduced to typewritten
15    form by me; and that the foregoing is a true and
16    correct transcript of my stenotype notes thereof.
17        That I am not an attorney nor counsel nor in
18    any way connected with any attorney or counsel for any
19    of the parties to said action nor otherwise interested
20    in the outcome of this action.
21        My commission expires:  April 15, 2020.
22
23        _____
24        Lisa Persichitte Reed
         Certified Realtime Reporter
         Notary Public, State of Colorado
25

Page 302

1        I, YULIBETH ROCHA, the deponent in the above
2    deposition, do hereby acknowledge that I have read the
3    foregoing transcript of my testimony, and state under
4    oath that it, together with any attached Statement of
5    Change pages, constitutes my sworn testimony.
6
7    _____  I have made changes to my deposition.
8    _____  I have NOT made changes to my deposition.
9
10
11        _____
         YULIBETH ROCHA
12
    Subscribed and sworn to before me this _____ day of
13
    _____, 2016.
14
15    My Commission expires:_____
16
17
18        _____
         NOTARY PUBLIC
19        Address:
20
21
22
23
24
25