# Exhibit D

Case No. 1:15-cv-02387-RPM     Document 20-5     filed 11/07/16     USDC Colorado     pg 1 of 13

Page 1

```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02387-RPM
_____
WELI A. FARAH,
     Plaintiff,
vs.
JBS USA, LLC d/b/a SWIFT COMPANY,
     Defendant.
_____

          DEPOSITION OF KACEM ANDALIB

              August 1, 2016
_____

APPEARANCES:
ON BEHALF OF THE PLAINTIFF:
     TAYO O. OKUNADE, ESQ.
     Okunade, LLP
     10200 E. Girard Avenue, Suite C250
     Denver, Colorado 80231
     Phone:  303-440-7855
     Email:  Tayo@okunadellp.com

ON BEHALF OF THE DEFENDANT:
     HEATHER FOX VICKLES, ESQ.
     Sherman & Howard, LLC
     633 Seventeenth Street, Suite 3000
     Denver, Colorado 80202
     Phone:  303-299-8194
     Email:  Hvickles@shermanhoward.com
```

Page 2

```
         PURSUANT TO WRITTEN NOTICE, and the appropriate
rules of civil procedure, the deposition of
KACEM ANDALIB, called for examination by the Plaintiff,
was taken at the Law Offices of Sherman & Howard, LLC,
633 Seventeenth Street, Suite 3000, Denver, Colorado,
commencing at 9:56 a.m. on August 1, 2016, before
Holly M. Faddis, a Notary Public and Registered
Professional Reporter in and for the State of Colorado.

                     I N D E X

EXAMINATION:                                    PAGE

By Mr. Okunade                                  5, 207
By Ms. Vickles                                  194
```

Page 3

```
EXHIBITS:                                              PAGE
34    Expectations & Responsibilities for          30
      Classroom Instructors
      JBS 01057
35    Expectations & Responsibilities for          31
      Production Trainers
      JBS 01058
36    Defendant's Second Supplemental              35
      Responses to Plaintiff's First Set
      of Written Discovery to Defendant
      (With Correction to Response to
      Interrogatory No. 6)
37    Agreement Between JBS USA, LLC               119
      Greeley, Colorado, and United Food
      and Commercial Workers Local No. 7
      2014-2019 Contract
      JBS 00221 - 00245 (not continuous)
38    JBS Policy: Workplace Investigations         136
      JBS 00219 - 00220
39    Declaration of Adriana Escobar               160
      JBS 00507 - 00513
40    Defendant's Responses to Plaintiff's         192
      Second Set of Requests for Production
      of Documents to Defendant
41    Diagram                                      193
42    Alchemy Report for Efrah Abdella             193
      JBS 01048 - 01054
43    Time Sheet for Efrah Abdella                 193
      3/2/15 to 3/8/15
      JBS 01055
```

Page 4

```
PREVIOUSLY MARKED EXHIBITS:
6     Classroom Trainer Expectations               30
      JBS 00062 - 00063
7     Employee Handbook                            134
      JBS 00001 - 00027
9     Code of Conduct                              134
      JBS 00028 - 00034
15    Personnel Action Record - Weli Farah         49
      3/11/2015
      JBS 00058
16    Personnel Action Record - Weli Farah         146
      3/13/2015
      JBS 00057
28    Time Detail for Weli Farah -                 50
      12/31/12 - 3/18/16
      JBS 00305 - 00325
32    Statements Re: Weli Farah 3/11/2015          68
      JBS 00040 - 00056
```

Page 5

1  PROCEEDINGS
2  KACEM ANDALIB,
3  having been first duly sworn, was examined and testified
4  as follows:
5  THE DEPONENT: I affirm.
6  EXAMINATION
7  BY MR. OKUNADE:
8  Q. Good morning, Mr. Andalib. My name, as we
9  met, is Tayo Okunade, and I represent Weli Farah in the
10 employment dispute that he has against JBS.
11 A. Good morning.
12 Q. All right. Good morning. And I'll be
13 asking you a series of questions about the employment
14 dispute. Now, if I refer to Weli Farah as Weli, you
15 would understand who I'm talking about?
16 A. Yes, sir.
17 Q. Okay. Have you ever had your deposition
18 taken before?
19 A. No.
20 Q. Okay. Let me just go over some ground
21 rules. Essentially, I'll be asking you some questions.
22 As the court reporter sitting to your right has sworn
23 you, you're under oath. I want to make sure that you
24 understand the questions that I'm asking you. If you
25 don't, ask me to clarify and I'll do my best to clarify

Page 6

1  for you. Also, in order to get clarity of record, let's
2  go ahead and give verbal responses.
3  A. Perfect.
4  Q. Yes and no, or however you want to answer,
5  as opposed to mm-hmm, uh-huh.
6  A. Yes.
7  Q. Okay?
8  A. Yes, sir.
9  Q. And the other thing too is when I'm asking
10 questions, just let me finish, and I'll let you finish
11 your responses before we each chime in. Okay?
12 A. Okay.
13 Q. All right. That way, it's easier for the
14 court reporter to take down everything that's being said.
15 A. Perfect.
16 Q. Is there any reason that would prevent you
17 from testifying clearly, thinking clearly, today?
18 A. No.
19 Q. Okay. Are you taking any medications?
20 A. No.
21 Q. Okay. And in the course of the day, if you
22 need any breaks, certainly ask me and I'll accommodate
23 the breaks as needed.
24 A. Okay.
25 Q. It's important, though, that if there's a

Page 7

1  question pending, we finish the question and you respond
2  to it before we go on break.
3  A. Okay.
4  Q. All right?
5  Prior to today's deposition, did you review
6  any written materials that either your attorney provided
7  you or you looked at on your own?
8  A. Would you please repeat the question?
9  Q. Sure. Did you review any written materials
10 prior to your deposition today?
11 A. I've -- I've went over a few notes that I
12 had before.
13 Q. Okay. And were those notes that you
14 created while at JBS or the notes that you created
15 after -- well, let me scratch that.
16 Were they notes you created before this
17 litigation began?
18 A. Correct. Yes.
19 Q. Okay. So they are not new notes?
20 A. No, sir.
21 Q. Okay. And these are notes -- did you
22 provide the notes to your attorney?
23 A. Yes. They were the same notes that were
24 provided.
25 Q. Okay. Do you remember what the notes were

Page 8

1  called?
2  A. I believe it was just the investigation in
3  itself.
4  Q. Okay. All right. Other than that,
5  anything else?
6  A. No, sir.
7  Q. Okay. And then other than, obviously, your
8  communication with your attorney, did you talk to anybody
9  else regarding your deposition today?
10 A. No.
11 Q. Okay. Are you currently employed at JBS?
12 A. Yes.
13 Q. What's your title at JBS?
14 A. I'm the human resource supervisor on the B
15 shift.
16 THE REPORTER: On the B shift?
17 THE DEPONENT: Second shift. Yes, ma'am.
18 Q. (By Mr. Okunade) Okay. And B shift, from
19 what I recall last time, usually your hours would be from
20 about 2:30 or 3:00 on till about 11:00 or so?
21 A. Pretty much, yes.
22 THE REPORTER: Could you please speak a
23 little louder?
24 THE DEPONENT: Sure.
25 Q. (By Mr. Okunade) And when did you start

Page 41

1  A. We would discuss things about Alchemy
2  sometimes, as in how we need people to come in to work.
3  Q. Okay. And during that time, did you form
4  an understanding as to where Weli came from?
5  A. What was your question exactly?
6  Q. Did you form an understanding as to where
7  Weli was born?
8  A. Yes.
9  Q. Okay. Where do you know that Weli was
10 born?
11 A. Somalia.
12 Q. Okay. Do you know where in Somalia?
13 A. No, I do not.
14 Q. Do you know if it's the north part or the
15 south part?
16 A. No. That, I didn't know.
17 Q. Did he tell you he was from Somaliland?
18 A. Yes.
19 Q. And did you tell him --
20 A. He didn't say Somaliland. He just said
21 Somalia.
22 Q. I'm sorry?
23 A. Somalia.
24 Q. He just said Somalia?
25 A. Somalia, yes.

Page 42

1  Q. Did you tell him where you were from?
2  A. Yes.
3  Q. Okay. Are you aware of any other
4  individual at the JBS plant that was from Somaliland?
5      MS. VICKLES: Object to form.
6  A. Yes.
7  Q. (By Mr. Okunade) Who?
8  A. A lot of people. A lot of folks were from
9  Somalia.
10 Q. Oh, you're talking Somalia. Do you
11 understand that there's a difference between Somalia and
12 Somaliland?
13 A. No. I did not know that.
14 Q. Okay. So the people in the JBS plant that
15 you're talking about are from Somalia, is what you just
16 testified to?
17 A. That's my understanding, yes. Just like
18 Weli. I told you I never heard Somaliland before. I
19 just hear -- I knew about Somalia. Somalia. The country
20 of Somalia.
21 Q. Do you know where Max is from?
22 A. Somalia.
23 Q. Okay. Do you know which part of Somalia?
24 A. No.
25 Q. Do you know whether it's the north part or

Page 43

1  the south part?
2  A. I do not know.
3  Q. Okay. And at the JBS plant, are you aware
4  of any alliances, if you will, between employees of the
5  same ethnic groups?
6  A. What do you mean by alliances?
7  Q. Where people meet together, in terms of
8  eating lunch together, those kinds of things.
9  A. For Somali folks?
10 Q. No, just in general, any different ethnic
11 groups.
12 A. In the cafeteria. Most everybody eats
13 lunch in the cafeteria, in the plant cafeteria.
14 Q. Yeah. So my question specifically is would
15 they eat together as a group? For example, were there
16 other Moroccans at the JBS plant?
17 A. Just one.
18 Q. One? Who was that person?
19 A. Abdelilah.
20 Q. And what's Abdelilah's last name?
21 A. Karim.
22 Q. Okay. And would you eat lunch with
23 Abdelilah Karim, for example?
24 A. No.
25 Q. Okay. Do you normally each lunch by

Page 44

1  yourself at JBS?
2  A. Yes.
3  Q. Okay. And do you eat in the cafeteria? Do
4  you eat outside of the plant?
5  A. Mainly, in the office.
6  Q. Okay. You just bring your own lunch --
7  A. Yes.
8  Q. -- or is there a place to buy lunch there?
9  A. The cafeteria. A lot of folks buy lunch at
10 the cafeteria.
11 Q. Would you ever buy lunch at the cafeteria?
12 A. On occasions. On occasion. But I try to
13 bring my own.
14 Q. And then times that you buy lunch at the
15 cafeteria, you just take it back up to your office?
16 A. Most of the times, yes.
17 Q. Okay. Do you normally eat lunch with other
18 HR people, people in HR at JBS?
19 A. No.
20 Q. Okay. Have you ever taken a lunch break
21 with Max before?
22 A. There were times when we'd go down to the
23 cafeteria, when we had, like, employee meals. We would
24 have like, for example, during the 4th of July, during
25 Christmas, and days like that, we serve meals for

Weli A. Farah vs.
JBS USA, LLC

Deposition of Kacem Andalib
August 01, 2016

Page 53

1    A. I did.
2    Q. So let's talk a little bit about your
3  involvement in his investigation. Okay? And you're
4  aware that Yulibeth Rocha's deposition has already been
5  taken in this case, correct?
6    A. Yes.
7    Q. Did you talk to her prior to you coming
8  this morning --
9    A. No.
10   Q. -- about her deposition?
11   A. No.
12   Q. Okay. Tell me what you remembered about
13  the events that led to Weli being put on the indefinite
14  suspension that you wrote about in this Exhibit 15.
15   A. What do you mean exactly, sir?
16     MR. OKUNADE: Can you repeat the question.
17     (The last question was read.)
18   A. Okay. So I was informed by Ms. Yulibeth
19  Rocha that one of her trainers might be involved in some
20  unethical behavior, which led to starting the
21  investigation.
22   Q. (By Mr. Okunade) Okay. And I'm going to do
23  my best to try and get specific dates and times too, if
24  you don't mind. Okay?
25   A. Okay.

Page 54

1    Q. When you said you were informed by Yulibeth
2  Rocha, can you remember when that information was given
3  to you by her?
4    A. I believe it was Tuesday, March 10th. I
5  believe it was a Tuesday.
6    Q. Okay. And did she come to your office and
7  tell you that? Were you in her office when she told you
8  that? How did that happen?
9    A. She came to my office.
10   Q. Okay. And she said what exactly, if you
11  remember?
12   A. She said on how she -- she pretty much told
13  me that we needed to investigate because there was some
14  things going on with Weli.
15   Q. Did she explain what -- the things that
16  were going on with Weli?
17   A. Yeah, she explained that -- how can I say?
18  First thing she said -- give me one second.
19     On how he was observed inside the room with
20  another female by himself, and on how Marietta, the
21  trainer, had -- would be sent out to get other trainers,
22  something like that.
23     THE REPORTER: To get what?
24     THE DEPONENT: Other trainers -- other
25  employees. I'm sorry.

Page 55

1    Q. (By Mr. Okunade) Okay. And you said on how
2  Weli was observed inside the training room?
3    A. Correct.
4    Q. Okay.
5    A. Inside the room in the training department.
6    Q. Okay. And at that time, and again I'm
7  talking March 10th, did Yuli tell you who observed Weli
8  inside the training room? Did she have anything to say
9  about that, if you recall?
10   A. I believe she said Chandra or Miguel, one
11  of those two trainers, I think, or both.
12   Q. Okay. And then she wanted you to
13  investigate Weli based on that information that she gave
14  you?
15   A. She wanted me to investigate the situation.
16   Q. Okay. Did she tell you anything else that
17  you remember on that March 10th?
18   A. Not that I remember right off the top of my
19  head.
20   Q. Okay. And do you know what time around
21  March 10th she came to your office?
22   A. Sometime in the afternoon.
23   Q. Did she tell you about Marietta missing a
24  meeting or a training class, anything like that?
25   A. Something like that, yes.

Page 56

1    Q. Okay. You said "something like that." Do
2  you remember what she said about that?
3    A. To where Marietta missed a meeting, and
4  when -- when Yulibeth tried to inquire to why she missed
5  a meeting, she was informed that -- that Weli had sent
6  her down to replace another employee.
7    Q. Okay. And did she tell you that -- at that
8  time again, March 10th, did she tell you that Weli
9  shouldn't be sending Marietta to replace an employee?
10   A. I don't remember if she directly made the
11  exclamation of he should not.
12   Q. You don't remember if she said that?
13   A. I don't remember if she said that.
14   Q. Okay.
15   A. That day.
16   Q. All right. What was your understanding
17  then of what she -- how she wanted you to go about the
18  investigation?
19   A. My understanding was that I needed to
20  investigate by asking trainers to see if there was
21  anything going on that we need to be aware of.
22   Q. Okay. And did she give you names of people
23  to talk to, or did you just start your investigation
24  right there and then?
25   A. We decided that we needed to investigate

Case No. 1:15-cv-02387-RPM   Document 20-5   filed 11/07/16   USDC Colorado   pg 6 of 13

Weli A. Farah vs.                                                           Deposition of Kacem Andalib
JBS USA, LLC                                                                August 01, 2016

Page 57

1  with the folks from training.
2      Q.  With the folks from training?  And that was
3  you and Yulibeth at that time?
4      A.  Correct.
5      Q.  Let me have you turn to that Exhibit 36
6  that I just gave you.  It's not in the packet.  It's a
7  big -- I'm going to ask you to go to page 6 of that
8  document.
9          Before I ask my question on that page, once
10 Yulibeth Rocha came to your office and told you all that
11 you've expressed to me about the need to investigate
12 Weli, then did she leave your office, or what happened
13 after that?
14     A.  Yes, she eventually left my office.
15     Q.  Okay.  And was there somebody in your
16 office at the time that she was saying this, if you
17 remember?
18     A.  Not that I recall.
19     Q.  Okay.  And you said sometime in the
20 afternoon?
21     A.  Correct.
22     Q.  Do you know if it was early in your shift,
23 or later?
24     A.  More -- more of like later afternoon.
25     Q.  Any specific or any general time that

Page 58

1  you're talking about?
2      A.  After three o'clock.
3      Q.  After 3:00?
4      A.  Mm-hmm.
5      Q.  Okay.  And then what did you do after she
6  left your office on March 10th?
7      A.  After she left my office, I don't remember
8  exactly what I did.  But as far as the investigation
9  goes, is that the question?  Or, I mean, what did I do?
10 I'm not sure.
11     Q.  Okay.  In terms of how you proceeded with
12 your investigation, based on what she told you, what did
13 you do?
14     A.  In those terms, I proceeded by calling
15 different trainers in.
16     Q.  Okay.  So interviewing different trainers?
17     A.  Correct.
18     Q.  Okay.  All right.  Back to Exhibit 36.
19 There's a question there, Question 7.  It says:  Identify
20 each and every person you consulted with and/or
21 interviewed as part of the investigation into Plaintiff's
22 alleged conduct relating to his suspension and/or
23 termination.
24         Did I read that correctly?  That was the
25 question that was asked.

Page 59

1      A.  Yes.
2      Q.  Then response, it said, A, Efrah Abdella.
3  That's one of the persons that you talked to, right?
4      A.  Yes.
5      Q.  In fact, this is a list of the people that
6  you interviewed in response to the investigation that was
7  being conducted into Weli, correct?
8      A.  Correct.
9      Q.  Okay.  So I want to go through this list
10 here real quickly to try and get a sense of who you
11 interviewed first, second, those kinds of things.  I'm
12 looking at -- here it says you interviewed Marietta
13 Herrera Lopez on March 10, 2015.  Do you see that?
14     A.  Yes.
15     Q.  And that's Number E?
16     A.  Mm-hmm.
17     Q.  Okay.  Was that the person you spoke to
18 first?
19     A.  I do not recall.
20     Q.  Okay.  And looking at this document, you
21 would recall that you interviewed her on the 10th?
22     A.  Yes.
23     Q.  Okay.  And then on page 7, the response
24 continued onto Subsection F, and it says Alicia Serrano.
25     A.  Yes.

Page 60

1      Q.  S-e-r-r-a-n-o.
2      A.  Yes.
3      Q.  Okay.  And it indicates that you
4  interviewed her on the 10th as well?
5      A.  Correct.
6      Q.  Okay.  Do you remember if you interviewed
7  her before Marietta or after Marietta?
8      A.  I honestly do not recall exactly what
9  order, before or after.
10     Q.  Did you interview them together?
11     A.  No.
12     Q.  Okay.  Separately?
13     A.  Separately.
14     Q.  And then on Subsection G it says Chandra
15 Acharya, and there's no date given.  Do you remember --
16 do you recall when you interviewed Chandra Acharya?
17     A.  I believe it was on the same day.
18     Q.  The 10th?
19     A.  The 10th.
20     Q.  Okay.  And then on Subsection H it says
21 Khin Ou.  Do you remember if you also interviewed Khin Ou
22 on March 10th?
23     A.  I believe so.
24     Q.  Okay.  And tell me what the -- in your
25 mind, when you're -- before you started the interview,

Page 97

1 recall at the moment.
2   Q.  Okay.  And you didn't ask her about Khin
3 Ou's statement, correct?  Or you didn't ask Weli about
4 Khin Ou's statement?
5   A.  I don't recall at the moment.
6   Q.  Okay.  And you would agree that the
7 majority of the notes that you took on 3/11 during the
8 interview of Weli related to Efrah, correct?
9   A.  Yes.
10   Q.  Okay.  And at the time you spoke with Weli
11 on 3/11, you had not spoken with Efrah, correct?
12   A.  I don't recall exactly.
13   Q.  Okay.  So after the interview with Weli,
14 can you tell me what you concluded about Weli's action
15 after his interview?
16   A.  I concluded that there was misuse of
17 company time and resources.
18   Q.  Okay.  And that was based on what exactly?
19   A.  Based on all the information gathered by
20 then.
21   Q.  Okay.  Specifically looking at --
22   A.  Everything.
23   Q.  -- her -- well, let me finish.  You were
24 looking at Weli calling -- or having the floor trainers
25 replace employees to go up to training, correct?

Page 98

1       MS. VICKLES:  Object to form.
2   A.  Looking at him being witnessed by
3 coworkers.
4   Q.  (By Mr. Okunade) Okay.  But you didn't -- I
5 mean, at the time, you didn't know what those employees
6 were going up to do, other than for translation, correct?
7       MS. VICKLES:  Object to form.
8   A.  Wasn't sure if it was for translation.
9   Q.  (By Mr. Okunade) You were just -- all you
10 were concerned about was that there were employees going
11 up to the training room?
12       MS. VICKLES:  Object to form.
13   A.  There was female employees going upstairs
14 and being in the same room with a manager.
15   Q.  (By Mr. Okunade) Okay.  If those female
16 employees had been up there for translation, would you
17 still have concluded that it was for misuse of company
18 time?
19       MS. VICKLES:  Object to form.
20   A.  Misuse of company time and resources.
21       MR. OKUNADE:  Can you repeat my question
22 for him, please.
23       (The last question was read.)
24       MS. VICKLES:  Object to form.  Asked and
25 answered.

Page 99

1       You can answer again.
2   A.  Misuse of company time and resources it
3 would be.
4   Q.  (By Mr. Okunade) You would still give me
5 that conclusion?
6   A.  Yes.
7   Q.  Okay.
8       MS. VICKLES:  He just asked if we could
9 take a restroom break.
10       MR. OKUNADE:  A break?
11       THE DEPONENT:  Just restroom.
12       MR. OKUNADE:  Sure.  I mean, there's no
13 question pending, so...
14       (Recess from 12:05 p.m. to 12:14 p.m.)
15   Q.  (By Mr. Okunade) We're back on the record.
16       Before you went on break, we were looking
17 at JBS 00041.
18   A.  Okay.
19   Q.  Your notes regarding the interview that you
20 had with Weli.  So after this interview with him, did you
21 ask him then to step outside of the room, after you
22 interviewed with Weli?
23   A.  I don't recall exactly what happened right
24 after I interviewed him.
25   Q.  Okay.  Was he suspended right after your

Page 100

1 interview with him?
2   A.  He was suspended on the same day.
3   Q.  On the same day?
4   A.  Yes.
5   Q.  You don't know timewise how much time had
6 elapsed after you interviewed him?
7   A.  Honestly do not know exactly.
8   Q.  Okay.  On JBS 00049 you spoke with --
9 sorry.  This is a document of your notes regarding your
10 interview with Efrah Abdella, correct?
11   A.  Okay.
12   Q.  Is that correct?
13   A.  That's correct.
14   Q.  Okay.  And do you know whether this
15 interview with Efrah occurred prior to the interview with
16 Weli?
17   A.  I don't recall at this exact moment.
18   Q.  Okay.  Do you know what time, around, this
19 interview took place with Efrah?
20   A.  Do not recall the exact time.
21   Q.  Okay.  Who else was present during the
22 interview with Efrah other than yourself and her?
23   A.  I'm not really sure.  Maybe -- I would say
24 maybe Yulibeth Rocha may have been present.
25   Q.  Okay.  So the fact that she was present

Case No. 1:15-cv-02387-RPM   Document 20-5   filed 11/07/16   USDC Colorado   pg 8 of 13

Weli A. Farah vs.                                                                Deposition of Kacem Andalib
JBS USA, LLC                                                                            August 01, 2016

Page 145

1  harassment policy within the JBS company policy, have you
2  participated in investigation alleged against a classroom
3  trainer?
4      A.  Not that I recall.
5      Q.  Okay.  Do you recall any classroom trainer,
6  other than Weli, that was put on suspension, whether or
7  not you investigated that classroom trainer, that was put
8  on suspension for harassing another employee at the JBS
9  Greeley plant?
10     A.  From January on?  January 2015 on?
11     Q.  2015.
12     A.  Please repeat that question.
13     Q.  Sure.  Since January 2015, has there been
14 any employee -- any classroom trainer that you are aware
15 of at JBS Greeley plant that was put on suspension for
16 harassment?
17     A.  For harassment.  Not that I'm aware of.  I
18 can't recall of anyone right now.
19     Q.  Okay.  And are you aware of any floor
20 trainer since January 2015 that was put on suspension for
21 harassment?
22     A.  I would say that on the B shift, I don't
23 believe so.  I'm not very aware of what happens on A
24 shift, so I can't really know what's going on on A shift.
25 But not to my recollections on B shift.

Page 146

1      Q.  Did you hear of any employee is what I'm, I
2  guess, trying to find out.
3      A.  I mean, but I don't have the details.
4      Q.  I'm not asking for details.  I just asked
5  whether you were aware that there were any either floor
6  trainer or classroom trainers that were suspended or
7  terminated for harassment.
8      A.  Not that I'm aware of.  I can't recall
9  exactly right now.
10     Q.  Okay.  Let me direct your attention to
11 Exhibit 16.  This is the personnel action record
12 documenting the termination of Weli, correct?
13     A.  Yes.
14     Q.  And again, is this your handwriting?
15     A.  Yes.
16     Q.  And on the bottom the left-hand corner
17 there, is that your signature?
18     A.  Yes.
19     Q.  Okay.  So this is dated March 13, 2015,
20 correct?
21     A.  Correct.
22     Q.  From the time Weli was suspended on
23 March 11, 2015, through March 13, 2015, tell me what you
24 did in terms of additional investigation that led you to
25 the conclusion here in this personnel action report.

Page 147

1      A.  Put everything together, all the facts that
2  I had together.
3      Q.  You put all the facts together?
4      A.  As far as I remember.
5      Q.  Okay.  Did you talk to any additional
6  employees other than the ones that we've already spoken
7  of?
8      A.  Not that I recall at the moment.
9      Q.  Okay.  Other than the employees that you
10 interviewed, did you talk to Ms. Yulibeth Rocha?  And I'm
11 talking about the time frame between March 11 and
12 March 13.
13     A.  I'm sure I have.
14     Q.  You're sure you have?  Did you talk to Max
15 during this time frame?
16     A.  Could you be specific with your question,
17 please, sir?  I mean, yes, I did talk to Max.
18     Q.  Okay.
19     A.  I said, Good morning.  How are you?  I
20 mean, is that what you mean by just speaking with him?
21 Or regarding the case?
22     Q.  It was a general question, so, I mean,
23 that's fine.
24     A.  I'm sure I've said hi.
25     Q.  Okay.  So then the more specific question

Page 148

1  is:  Did you talk to him about the case, the
2  investigation into Weli, during the -- March 11 and
3  March 13?
4      A.  The person that I spoke to regarding the
5  case of Weli would mainly be Yulibeth Rocha.
6          MR. OKUNADE:  That's not my question,
7  though.  Can you repeat that question, please.
8          (The last question was read.)
9      A.  How -- I'm trying to recollect.  I mean,
10 the suspension -- the investigation was my responsibility
11 along with Yulibeth Rocha.  Barely spoke to Max about it
12 at all.
13     Q.  (By Mr. Okunade) Okay.  But you did speak to
14 him?
15     A.  I'm sure, yes.  Speak with him every day,
16 as my boss.
17     Q.  Okay.  Did you talk to him before writing
18 this Exhibit 16?
19     A.  Not that I recall.
20     Q.  Did he express any opinion about you
21 writing this Exhibit 16?
22     A.  No, not that I recall.
23     Q.  Okay.  Let's go back to Exhibit 32.  Okay.
24 JBS 00053.
25     A.  Okay.

Page 157

1  see that? It's about eight lines down.
2       A. I see that.
3       Q. Okay. When did Weli go to A shift?
4       A. Permanently? I mean, just to be specific.
5  I'm not sure when he went to A shift. Prior to -- I'm
6  not sure when he went to A shift.
7       Q. It would have been prior to the
8  investigation, correct?
9       A. (Nodded head.)
10      Q. Okay. But in your testimony, you only
11 interviewed B shift employees?
12      A. Yes.
13      Q. Okay.
14      A. Except for one.
15      Q. Which was?
16      A. Miguel.
17      Q. Okay.
18      A. Muniz.
19      Q. Muniz. You didn't interview any A shift
20 production, floor trainers, correct?
21      A. No.
22      Q. Okay. On that same note, there's a
23 paragraph where it starts with, Then Monday. You see
24 that?
25      A. Yes.

Page 158

1       Q. So I'm going to quote that here. It says,
2  quote, Then Monday went upstairs and was talking with
3  Daniel Walter and Yuli Rocha. Do you see that part that
4  I'm reading?
5       A. Yes.
6       Q. Okay. Did you talk to Daniel Walter during
7  your investigation into Weli's alleged conduct?
8       A. No.
9       Q. Even though his name came up in the notes,
10 you didn't talk to him?
11      A. I did not talk to him.
12      Q. Okay. Now, the last document on Exhibit 32
13 that I want to talk about is Bates number JBS 00056. And
14 this one is dated April 1, 2015. This is your
15 handwriting, correct?
16      A. Correct.
17      Q. This is you documenting an interview with
18 Anab Ali?
19      A. The question is?
20      Q. This is you documenting the interview with
21 Anab Ali, correct?
22      A. That's me, yeah, taking notes, yes.
23      Q. Taking notes, right. And it says, Present,
24 Adriana Escobar, parentheses, union, closed parentheses.
25      A. Union director.

Page 159

1       Q. It says "union" on this document, right?
2       A. Yes. Yes. It says union.
3       Q. Okay. But you're saying she's a union
4  director?
5       A. Correct.
6       Q. And April 4 -- April 1st, 2015, would have
7  been after Weli was terminated, correct?
8       A. Correct.
9       Q. Okay. Was there still an investigation
10 going on after the termination on the 13th?
11      A. No.
12      Q. Okay. And you're saying that -- or are you
13 saying that Anab Ali came up to you on her own volition
14 on this date?
15      A. What was the question? I'm sorry.
16      Q. Are you saying that Anab Ali came up to you
17 to talk to you on April 1st, 2015, by herself, without
18 being called up?
19      A. No. She came with Adriana, the union lady.
20      Q. Did you call her up to HR?
21      A. No.
22      Q. Okay. Did Adriana tell her to go up to HR,
23 do you know?
24      A. I wouldn't know.
25      Q. Okay.

Page 160

1       (Exhibit 39 was marked.)
2       Q. I'm handing you what's marked as
3  Exhibit 39. This is a declaration that was provided in
4  this case of Adriana Escobar. On JBS -- about three or
5  four pages into that exhibit is JBS 00056, which is the
6  same that we're talking about that was attached to
7  Exhibit 1. Would you agree that's the same document as
8  the one we were just talking about?
9       A. Correct.
10      Q. Okay. But then it also has a JBS 00510
11 just to be a sequence of this exhibit?
12      A. Yes.
13      Q. Okay. The next page is an Exhibit 2. It's
14 JBS 00511.
15      A. Okay.
16      Q. See that? And these were -- purportedly,
17 these are notes that Adriana took during the interview
18 with Anab Ali. Would you have any reason to dispute
19 that?
20      A. Have any reason to...
21      Q. Dispute that these were -- that these were
22 Adriana's handwriting?
23      A. I wouldn't know. I don't know her
24 handwriting.
25      Q. Okay. Was she taking notes during the

Page 169

1  alligated -- or the allegations that were made, if he had
2  removed those, to help him translate, would that have
3  been a violation of company policy?
4      A.  He should definitely check with the
5  higher-ups on the floor before we can remove anybody from
6  the floor, as in superintendents and supervisors needs
7  made of aware of who is going to be leaving the line at
8  any given time.
9      Q.  Fair.  Okay.  The question that I asked
10  you, though, was: If that had been the case, if he
11  was -- those employees were going up for translation
12  purposes, would that have been a terminable offense due
13  to violation of company policy?
14      A.  It could be.
15      Q.  Okay.  Explain.
16      A.  Explain to where, for example, if he goes
17  and if employees have been removed from production floor,
18  and the supervisor, the direct supervisor, does not know
19  where they are, then in case, God forbid, something
20  happens and there was a fire in the plant, the
21  supervisor's the sole responsible for all his line.  And
22  if he does not know where that employee is, then he
23  may -- he may think, well, the employee is still on the
24  line, and he may try to go back to save him and get
25  burned himself, for example.  Or situations like this.

Page 170

1      Q.  Okay.  But that wasn't the case with Weli,
2  right?
3      A.  What do you mean by "that wasn't the case"?
4      Q.  So the only supervisor you spoke to in your
5  investigation was Abdelilah Karim?
6      A.  Correct.
7      Q.  Did Abdelilah Karim tell you that Weli was
8  removing an employee of his without his permission?
9      A.  He did not say that.
10      Q.  Okay.  So if he had told you that Weli was
11  removing employees to go upstairs to training without him
12  giving permission, you would have put it down in your
13  notes?
14      A.  The question never came about.
15      Q.  Okay.  But you terminated Weli because he
16  was removing employees from production for his personal
17  reasons, right, for his own personal reasons?
18          MS. VICKLES:  Object to form.
19      Q.  (By Mr. Okunade) That's one of the reasons
20  that Weli was terminated, correct?
21      A.  Weli was terminated for misuse of company
22  time and resources and harassment.
23      Q.  Okay.  And as evidence for the misuse of
24  company time was based on the fact that he was removing
25  employees from production line to go to training for

Page 171

1  personal reasons?
2      A.  And also assigning other trainers to do job
3  of production employees, when they were supposed to be
4  doing a different job.
5      Q.  Okay.  So my question is: If Weli had been
6  removing those employees to help him translate, right,
7  would that have been a violation of company policy?
8      A.  In order to remove them to translate, he
9  would also have to replace them with the other trainers,
10  and it is not their responsibility to do our reproduction
11  work.  And that's where the misuse of company resources
12  comes to play.
13      Q.  Okay.  But it's your testimony that the
14  floor trainers that you spoke to, specifically Marietta
15  Lopez and Alicia Serrano, were the ones mostly were
16  upstairs; they weren't on the production floor?
17      A.  They were back and forth.
18      Q.  Okay.  But the reason you spoke to them was
19  because most of the time you saw them upstairs?
20      A.  And they're called B shift -- they're B
21  shift employees.
22      Q.  Well, that's not my question.  My question
23  is: The reason you spoke to them, according to your
24  testimony earlier, was because, for the most part, you
25  saw them upstairs?

Page 172

1      A.  That was a part of the reason.
2      Q.  That was part of the reason?
3      A.  Right.  Right.
4      Q.  And they were upstairs; and when they're
5  upstairs, they weren't on the production floor?
6      A.  Yes.
7      Q.  Okay.  Were there any other reasons, other
8  than violation of company policy and violation of JBS
9  anti-harassment and discrimination policy, that Weli was
10  terminated?
11      A.  No.
12      Q.  Was he terminated because there was --
13  training staff was overstaffed?
14      A.  No.
15      Q.  After Weli was terminated, did you talk to
16  Max about the termination?
17      A.  No.
18      Q.  Did you talk to anyone about Weli's
19  termination, anyone else -- or anyone?
20      A.  No.
21      Q.  You just went about your day-to-day
22  activities?
23      A.  It was regretful, you know.  It was
24  regretful to -- that the conclusion had to be this way.
25  But just -- we're not supposed to be discussing

Page 193

1 statements made by any JBS employee which JBS considered
2 in its decision to suspend and/or terminate plaintiff's
3 employment. Do you see that?
4    A. Yes.
5    Q. And the response is, quote, All statements
6 have previously been produced. See JBS 00041-00055,
7 closed quote. You see?
8    A. Yes.
9    Q. My question to you is whether -- did you
10 provide your attorneys all the statements that you
11 considered in the suspension and termination of Weli?
12 Did you provide that information to your attorney?
13    A. Yes.
14    Q. Okay. And before I close, let's just mark
15 this document here, the handwritten drawing, as
16 Exhibit 41.
17        (Exhibit 41 was marked.)
18        MR. OKUNADE: And I will pass the witness.
19 No further questions.
20        MS. VICKLES: Could we take a five-minute
21 break? I do have a little bit of follow-up.
22        (Recess from 3:27 p.m. to 3:38 p.m.)
23        (Exhibits 42 and 43 were marked.)
24 /////
25 /////

Page 194

1        EXAMINATION
2 BY MS. VICKLES:
3    Q. So I have a few follow-up questions for you
4 Mr. Andalib.
5        Did you ever observe any conflict or
6 tension between Max and Weli Farah?
7    A. Never.
8    Q. Based on your observations, did you think
9 they had a good relationship?
10    A. I thought they were best friends.
11    Q. Did they ever socialize outside of work, to
12 your knowledge?
13    A. To my knowledge, yes.
14    Q. And what do you know in that regard?
15    A. I do know that they had dinner together at
16 Weli's house.
17    Q. Do you know how that came about? Did Weli
18 invite Max over?
19    A. I'm honestly not sure about how it came
20 about. I would think so.
21    Q. Did Max ever tell you that he disliked Weli
22 Farah?
23    A. Never.
24    Q. Did Max ever direct you or tell you that he
25 wanted to get rid of Weli Farah or terminate him?

Page 195

1    A. Never.
2    Q. Did Max direct you to suspend Weli?
3    A. No.
4    Q. Did Max direct you to terminate Weli?
5    A. Absolutely not. No.
6    Q. Did Max share his opinion with you of the
7 decision to suspend Weli?
8    A. No.
9    Q. Did Max share an opinion concerning the
10 decision to terminate Weli?
11    A. No.
12        MR. OKUNADE: Objection to form.
13    Q. (By Ms. Vickles) Did Max try to influence
14 the decision to suspend Weli?
15        MR. OKUNADE: Objection, form.
16    A. No.
17    Q. (By Ms. Vickles) Did Max try to influence
18 the decision to terminate Weli?
19        MR. OKUNADE: Object to form.
20    A. No.
21    Q. (By Ms. Vickles) When you and Ms. Rocha made
22 the decision to terminate Weli Farah, did you believe
23 that he had engaged in misconduct?
24        MR. OKUNADE: Object to form.
25    A. Yes.

Page 196

1    Q. (By Ms. Vickles) And did you believe that
2 Mr. Farah had violated JBS policies?
3        MR. OKUNADE: Object to form.
4    A. Yes.
5    Q. (By Ms. Vickles) Do you still believe that
6 today?
7    A. Yes.
8    Q. And today, do you believe that your
9 decision to terminate Mr. Farah was the right decision?
10        MR. OKUNADE: Object to form.
11    A. Yes.
12    Q. (By Ms. Vickles) Did Mr. Farah's race or
13 national origin play any part whatsoever in your decision
14 to suspend him?
15        MR. OKUNADE: Object to form.
16    A. Not at all.
17    Q. (By Ms. Vickles) Did Mr. Farah's race or
18 national origin play any part in your decision to
19 terminate him?
20        MR. OKUNADE: Object to form.
21    A. No.
22    Q. (By Ms. Vickles) When you interviewed Anab
23 Ali and Khin Ou as a part of your investigation and they
24 reported allegations that Mr. Farah had harassed them,
25 did you take the opportunity to remind them of JBS's

Page 201

1   A. It means that, yeah, that he did not
2 personally punch out himself. Yes.
3   Q. Someone else punched out for him?
4   A. Someone just pretty much did it on the --
5 on the system.
6   Q. Someone entered that on the system?
7   A. Did that on the system, correct.
8   Q. But he left the plant without punching out
9 that day?
10      MR. OKUNADE: Object to form.
11   A. Correct.
12   Q. (By Ms. Vickles) During orientation, does
13 JBS provide employees with any training about the union
14 contract?
15   A. Not to my knowledge, no.
16   Q. I wanted to ask you a couple questions
17 about Exhibit 32, your interview notes.
18   A. Mm-hmm.
19   Q. And I note that many of your notes are
20 signed by the employee that you were interviewing. Is
21 that right?
22   A. Correct.
23   Q. And how does that come about?
24   A. We take the notes. We ask questions, take
25 the notes. Write them down. Reread them to the

Page 202

1 employee. And have them even read them themselves, if
2 they're able to read, and then to sign off on them.
3   Q. Do you ask the employee to confirm that
4 your notes are accurate?
5   A. Yes.
6   Q. Do you ask the employee if there's anything
7 they would like to change or add to your notes?
8   A. Yes.
9   Q. And then you ask them to sign?
10   A. Yes.
11   Q. Would there be any reason, to your
12 knowledge, that Weli Farah would be asking Anab Ali to
13 help him translate a training session?
14   A. No.
15   Q. They both speak Somali, right?
16   A. Correct.
17   Q. And I just wanted to be sure that your
18 testimony was clear on the record. Was there a time --
19 after your investigation, was there a time that
20 Mr. Farah's file was misplaced?
21   A. Yes.
22   Q. And is that when you asked Marietta Lopez
23 to rewrite a statement?
24   A. Correct.
25   Q. And that's the statement that's dated

Page 203

1 March 26th of 2015?
2   A. Correct.
3   Q. Was there any other reason you asked her to
4 rewrite a statement that day?
5   A. No.
6   Q. And did you locate the file then shortly
7 thereafter?
8   A. Correct.
9   Q. Okay. I'd like to have you look at what we
10 have marked as Exhibit 42.
11      MS. VICKLES: I'll give you a copy here,
12 Tayo.
13   Q. (By Ms. Vickles) Can you identify that
14 document?
15   A. Yes. It looks like the Alchemy report.
16   Q. For?
17   A. For Abdella.
18   Q. And does this indicate that Ms. Abdella was
19 doing Alchemy training on March 6th of 2015?
20   A. Yes.
21   Q. If you go to the third page, can you tell
22 what time Ms. Abdella -- approximately what time she
23 started doing Alchemy training on March 6, 2015? It
24 starts on the third page, March 6th.
25   A. 6:37.

Page 204

1   Q. 6:37 p.m.?
2   A. P.m.
3   Q. Is when she started her first Alchemy?
4   A. That's what it looks like, yes.
5   Q. Then it looks like she continued doing
6 Alchemy sessions that night. Can you tell what time she
7 finished her last Alchemy session that night? Looks like
8 actually the early morning hours of March 7 when she
9 finished.
10   A. It looks like she went on until 12:40 a.m.
11 the next day shift. The same night, but it's March the
12 7th at 20 minutes until one o'clock in the morning.
13   Q. And would that have been after the shift
14 concluded for the night that she was still doing Alchemy
15 training?
16   A. Yes. Way after.
17   Q. What time does the B shift end?
18   A. B shift ends no later than 11:30, 11:45 at
19 the most.
20   Q. And was it acceptable for a trainer to keep
21 an employee overtime to finish training?
22      MR. OKUNADE: Object to form.
23   A. No.
24   Q. (By Ms. Vickles) When you interviewed Efrah
25 Abdella as a part of your investigation, did she report

Page 217

```
 1            CERTIFICATE OF DEPOSITION OFFICER
 2   STATE OF COLORADO         )
 3   CITY AND COUNTY OF DENVER )
 4           I, Holly M. Faddis, a Registered Professional
 5   Reporter and Notary Public within and for the State of
 6   Colorado, commissioned to administer oaths, do hereby
 7   certify that previous to the commencement of the
 8   examination, the witness was duly sworn by me to testify
 9   the truth in relation to matters in controversy between
10   the said parties; that the said deposition was taken in
11   stenotype by me at the time and place aforesaid and was
12   thereafter reduced to typewritten form by me; and that
13   the foregoing is a true and correct transcript of my
14   stenotype notes thereof.
15           That I am not an attorney nor counsel nor in any
16   way connected with any attorney or counsel for any of the
17   parties to said action nor otherwise interested in the
18   outcome of this action.
19           My commission expires August 14, 2020.
20
21           _____
             HOLLY M. FADDIS
22           Registered Professional Reporter
             Notary Public, State of Colorado
23
24
25
```