# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02387-RPM

WELI A. FARAH,

      Plaintiff,

v.

JBS USA, LLC d/b/a SWIFT COMPANY,

      Defendant.

---

## DECLARATION OF MAXAMED XASAN

---

I, Maxamed Xasan, being duly sworn state as follows:

1.      I am over the age of 18 years and am fully competent to testify concerning the matters contained within this Declaration.

2.      I have been employed by JBS USA, LLC (or its successor entity JBS USA Food Co.) ("JBS") since 2009.  I have held various human resources positions with JBS from 2010 to the present.  My current position is Human Resources Director at JBS' plant in Santa Fe Springs, California.  I was the Human Resources Director at JBS' Greeley, Colorado plant from October 20, 2014 to August 21, 2015.

3.      I am a black, African American.  I was born in Somalia and moved to the United States in 2001.  I grew up in the U.S. and do not consider myself to be associated with any particular region, clan or tribe of Somalia.

EXHIBIT E

4.    I came to know Weli Farah through my employment with JBS. I know Mr. Farah is from Somalia, but we never discussed Somali clans, politics or regional disputes. I do not know whether Mr. Farah considers himself to be from a particular tribe or clan in Somalia.

5.    I liked Mr. Farah, thought he was talented and promotable, and hoped he would have a successful career with JBS. When I became the Greeley Human Resources Director, I offered Mr. Farah a position as a Human Resources Coordinator on the A shift. Mr. Farah declined this opportunity and told me he was happy with his Classroom Trainer position.

6.    I never supervised Mr. Farah.

7.    I was aware of an investigation into Mr. Farah's conduct and that he was, ultimately, discharged as a result of that investigation. Yulibeth Rocha, the Training Manager, and Kacem Andalib, the Human Resources Supervisor on B Shift, initiated and conducted the investigation, and they were solely responsible for making the disciplinary decisions relating to Mr. Farah. I did not advise Ms. Rocha or Mr. Andalib regarding their investigation of Mr. Farah's conduct, nor did I participate in the investigation. I did not recommend or advise on what disciplinary action, if any, should be taken based on the results of the investigation. I was not involved in the decision to investigate Mr. Farah's conduct, the decision to suspend Mr. Farah, or the decision to terminate Mr. Farah's employment with JBS.

8.    I did not direct Brandon Sellers, or any other JBS employee, to discharge or "get rid of" Mr. Farah.

Active/44003668.1

I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 7th day of November, 2016.


s/ _____
Maxamed Xasan

Active/44003668.1