# Exhibit F

03-10-2015

3060630   Marietta Herrera Lopez

Marietta today
says: - I came upstairs (Training room) for a co-workers' birthday.
- Willy came up and asked me to go take Frah' spot so that he can talk to her for 30 minutes.

- I went down and told Frah that I'm replacing her, and for her to go upstairs.

- She left the floor around 15:15 and came back down at 17:00.
- Last Friday (03-06) I was doing her job the whole day as instructed by Willy.
- She stayed there all day (training room)
- We always have supervisors send their employees up, and not Willy to call specific people.

- On Thursday I was doing locker audit, this one girl told me to tell Willy I miss him, when I told him, he asked me to go take her place and send her up to him. She went up around 17:15 and came back down after break, after 18:30.
- This has been ongoing since around ~~August~~ November/Dec.
- I never questioned it because he is my ~~team lead~~.

EXHIBIT F

JBS 00043

One other time, he asked me to replace her because he needed her for translation. It was a Monday and she stayed up there from begining of shift until break. Alicia and Khin were also wondering why she had to be upstairs translating when he speaks Somali and Swahili.

Plus there were many other instances that I couldn't recall the dates for.

Notes taken by Nacem (HR)

marietta Herrera Lopez
marietta Herrera Lopez

JBS 00044