# Exhibit G

Alicia Serrano        03-10-15
(512 604)

About 2-3 months ago, Willy would ask me to go and replace I Faah in Packaging because he needed to talk to her or he needed help with translations. He would always say it would only take 30 minutes but she never comes back for at least an hour.
- This happened at least 6 or 7 times.
- The first time he explained that he needed her, after that it became a "routine." he would just say "go get her."
- One day he touched her on the elbow saying "come on," she said "again?" (feeling embarrassed).

- On Thursday I crossed path with a tall girl by the name of "didn't recall name", I asked her where she was, and she replied she was with Willy kissing.

Notes taken by Kacem (HR)

Alicia Serrano