# Exhibit H

03-10-2015

Chandra (3082939) class trainer was called to HR to report a co-worker's miss conduct.

Today, at 15:15, The lady (IFrah) comes to training, and started working in the computer room.

Willy and I were down in HR, and proceeded back up to the training room.

I went to alchemy room to set up the acmeter, Yuli ask me to go get something from supply.

I came back upstairs to the training room, Miguel (The other trainer) had opened up the right corner alchemy class room, and closed it right back. after that I heard the door get locked from inside.

about 4 minutes later, Willy and IFrah opened door and kept talking.

Around 45 minutes later, Daniel Magregory? called (Floor trainer) asking for Marietta (another trainer); Willy grabbed the phone and told Daniel that she was up there helping someone, However, in Fact Marietta was Instructed by Willy to replace IFrah while she was upstairs.

Exhibit H

JBS 00047

Last Friday, Marieta was instructed to replace Trang I frah so that she can come up for alchemy.

When Willy was on B-shift, I frah used to come up about twice a week, she and Willy will get locked in the alchemy room and stay there for an hour or two.

This has been on going for two or three months

- Notes taken by Kacem Andalib (AR)

Chandra Acharya

19:49

JBS 00048