# Exhibit I

(Trainer) Khin ooh ow 485984

- When I was first hired, Willy tried to bring to Alchemy class twice within the first few months.
- The second time he brought me up he said that I didn't have to take the class, I can just stick around.
- He was making advances to me, and he would ask me stay upstairs with him even though I didn't have anything to do upstairs.
- A few months ago he asked me to go replace "IFRAH" so that he can talk to her.
- I did replace her a couple time upon his request.
- I couldn't say anything because I was afraid of his retaliation.
- In one instance, I had to go replace her (Ifrah) from begining of shift until first break. I taught she would be back to her spot after work break but she didn't go back until around 9pm. She got mad at me and reported it to Willy, and he stoped talking to me since then.

Notes taken by Kocem (HR)
Khin Ou

EXHIBIT I

JBS 00054