# Exhibit J

willy

Q - we received complaints that you instruct trainers to replace an employee in packaging

- why Alchemy.

→ talked with I Froh Abdi, talking about trainer position. I used a trainer to replace her.

- been here 6 months.
- was taking Alchemy in 6 months.
- Twice that replaced her.
- she is my Friend. I know her from outside.
- we were talking about how she can be a trainer.
- yesterday we were talking in the alchemy room.

- door will be closed during some conversation I have with the girls.

Exhibit J

JBS 00041