# Exhibit K

# PERSONNEL ACTION RECORD

Month: 03    Day: 11    Year: 2015

EMPLOYEE NAME: Cicily Farrah
PLANT: Greeley
DEPARTMENT: Training
POSITION: Instructor
SOCIAL SECURITY #: 308 22 05
HIRE DATE: 
SHIFT: A
SUPERVISOR: Yuli Rocha

NOTE TO SUPERVISOR: Complete the following section for issuance of a warning notice or violation of company policy or plant rules.

| VIOLATION | RULE NO. | EXPLANATION |
|---|---|---|
| ☐ ATTENDANCE | | |
| ☒ GENERAL POLICY & RULES | | |
| ☐ SAFETY POLICIES | | |
| ☐ OTHER VIOLATION | | |

**ACTION TAKEN**
☐ COMMENDATION    ☐ WRITTEN WARNING    ☒ SUSPENSION  indefinite
☐ TERMINATION    ☐ VERBAL COUNSELING    FROM _____ TO _____
DATE OF TERMINATION: _____    DATE LAST WORKED: _____

**SUPERVISOR'S COMMENTS:**

Cicily is being placed on suspension pending the results of investigation.

Phone: (720) 299 5415

15:55

SUPERVISOR'S SIGNATURE: W. Farah

PERSONNEL DEPARTMENT SIGNATURE

UNION SIGNATURE (IF APPLICABLE)

SIGNATURE OF EMPLOYEE INDICATING RECEIPT OF COPY

You have the right to make a written rebuttal.

WHITE COPY: EMPLOYEE PERSONNEL    YELLOW COPY: EMPLOYEE    PINK COPY: UNION    M4-26A Rev. 02/09

EXHIBIT K



DEPOSITION EXHIBIT 15

JBS 00058