# Exhibit L

03-11-2015

Miguel Muniz
10e 8018

- In December, when Olivia (Safety Trainer) was on vacation, I stayed late one day and around 16:00, Willy came out of Olivia's office and a Somali girl followed him, then he locked the door. It was just the two of them in that office.

- Yesterday, I was wondering why Chandra was doing Alchemy in the left room by the conference room, so I tried to check on the other room, and that's when I saw Willy with some girl standing at a proximity, I left the door open and walked away.

- I have personally seen Willy bring up female companions to the training area, I have seen them come out of different rooms at different times.

- During locker clean-up the employees would complain to me about this one girl is not there working, while in fact that girl would be up with Willy somewhere.

Notes taken by Kacem (HR supervisor) [signature]

Miguel P Muniz [signature]

Exhibit L

JBS 00055