# Exhibit N

03/13/15

I ABDELILAH KARIM have witnessed that SFRAH ABDELLAH refuse to go with welly FARAH to the Training departement to help him to translate. however SFRAH ABDELLAH did assist him in several occasions to translate in the Training office.

ABDELJAH

EXHIBIT N

JBS 00053