# Exhibit O

03-11-2015

ANAB ALI
564035
HD: 07-29-2014

last Thursday
- I was called to training room and got replaced by Marietta.
- Willy told me I have to go to orientation (Training)
- Thursday was day I got called up for training, but Willy cancelled it and asked me to come back the next day.
- Willy would ask for my number, and ask me out on a date.
- Everyday he would make advances to me, when he sees me in the hallway.

- I changed my number 3 times because he harrasses me.
- (During) My supervisor is aware that I refuses to go up to training when Willy asks for me to go
- Post my refusal to go upstairs, Willy started calling EFRIAM instead of me.

re signature → ANAB ALI

**EXHIBIT O**

JBS 00050