# Exhibit P

Weli Farah                                                                                              03-11-2015

Yuli Rocha (training manager) was informed that her trainer Weli Farah was engaged in some unethical behavior. Several witnesses deposited statements indicating that in more than one instance;

-Weli personally instructed different trainers to replace Efiarh Abdellah in packaging so that she can go up to the training area.

-Weli personally instructed different trainers (Alicia Serrano, Marieta Herrera Lopez, Khin oo) to replace Anab Ali so that she can go up to the training area.

-Weli was witnessed by more than one colleague locking the door of alchemy room and safety office with the company of a female and no one else.

-Weli personally called for Efirah Abdellah to take alchemy when she was only with the company for less than six months.

-Anab Ali stated that Weli was harassing her inside company property ever since she was first hired and that she had to change her phone number multiple times because of that.

-Anab Ali states that she would be embarrassed when the trainers ask her to go to the training room, so she informed her supervisor about not wanting to go up there.

-Weli admits that Efirah is a friend of his from outside the plant and that she does come up often to visit.

-Weli also admits that the door would be closed sometimes when he is having a conversation with a girl even if it's just the two of them.

-When asked about the purpose of Efirah's visit on Monday, Weli stated that she was inquiring about a trainer's position. On the other hand, Efirah stated that she went up to see Weli because her mother was sick and she needed advice from him about it.

-Based on the investigation and witnesses statements, we concluded that Weli engages in behavior that violates company policy. Harassing female employees and using company time, property and resources for personal purposes.