# Exhibit Q

# PERSONNEL ACTION RECORD

| 03 | 13 | 2015 |
|---|---|---|
| Month | Day | Year |

| EMPLOYEE NAME Farah | PLANT Greeley | DEPARTMENT 100/MIX | POSITION Trainer / Instructor |
|---|---|---|---|
| SOCIAL SECURITY 868 22 05 | HIRE DATE 03-09-2009 | SHIFT A | SUPERVISOR Yuli Rocha |

NOTE TO SUPERVISOR: Complete the following section for issuance of a warning notice or violation of company policy or plant rules.

| VIOLATION | RULE NO. | EXPLANATION |
|---|---|---|
| ☐ ATTENDANCE | | |
| ☒ GENERAL POLICY & RULES | | Harassment / Violation of company policy |
| ☐ SAFETY POLICIES | | |
| ☐ OTHER VIOLATION | | |

### ACTION TAKEN

| ☐ COMMENDATION | ☐ WRITTEN WARNING | ☐ SUSPENSION |
|---|---|---|
| ☐ TERMINATION | ☐ VERBAL COUNSELING | FROM _____ TO _____ |
| DATE OF TERMINATION: _____ | | DATE LAST WORKED _____ |

**SUPERVISOR'S COMMENTS:**

Today 03-13-2015 Cindy Farah
was terminated via phone with
the presence of Virginia Ramirez
and Yuli Rocha.

DEPOSITION EXHIBIT 16
Farah
4/29/16

SUPERVISOR'S SIGNATURE

UNION SIGNATURE (IF APPLICABLE)

PERSONNEL DEPARTMENT SIGNATURE

SIGNATURE OF EMPLOYEE INDICATING RECEIPT OF COPY

You have the right to make a written rebuttal.

WHITE COPY: EMPLOYEE PERSONNEL    YELLOW COPY: EMPLOYEE    PINK COPY: UNION    M4-26A Rev. 02/09

**EXHIBIT Q**

JBS 00057