# Exhibit R

Present: Adriana Escobar (Union)                    07-01-2015
        Karim Andalib (AR SPV)                      09-29-2014
                                                    Anab Ali

Willie was in training class with myself and
a group of worker, he called me to next room
he closed the door and he unzipped his pants
and showed me his private parts. I got
mad and got out of the room.

He follows me everywhere, he started harassing
me and I had to change my Phone number
about 4 times, he always seems to get my
number some how.

(Willie) He sent Marietta the trainer to replace me and
I told my supervisor that I didn't want to
go. (Supr was Karim)

Willie has being harassing me since I started
working here, I was scared to say anything.

ANAB

Anab Ali could not write in english and Asked to
sign off on the notes as a formal statement.

In addition to the first statement, (Anab Ali) did not feel
comfortable stating some of the issues in the initial statement.

EXHIBIT R

JBS 00056