# Exhibit S

 MAKING YOUR WORLD STRONGER

# Employee Handbook



DEPOSITION
EXHIBIT
7

Rev. 4/2013
**JBS 00001**

EXHIBIT S

 MAKING YOUR WORLD STRONGER

## TABLE OF CONTENTS

| | |
|---|---|
| ABOUT JBS | 3 |
| WELCOME | 4 |
| HANDBOOK OVERVIEW | 5 |
| OPEN DOOR POLICY | 6 |
| EQUAL OPPORTUNITY EMPLOYER | 6 |
| HARASSMENT & WORKPLACE VIOLENCE | 6 |
| REASONABLE ACCOMMODATION | 8 |
| COMPANY CULTURE | 8 |
| COMPANY RULES & DISCIPLINE | 8 |
| INFRACTIONS | 9 |
| ATTENDANCE | 10 |
| PLANT SECURITY | 12 |
| DRUG & ALCOHOL ABUSE | 12 |
| TOBACCO | 13 |
| EQUIPMENT & SUPPLIES | 13 |
| LEAVE OF ABSENCE | 13 |
| FOOD SAFETY & EMPLOYEE HYGIENE | 16 |
| SAFETY, ERGONOMICS, & HEALTH | 16 |
| COMPENSATION | 18 |
| BENEFITS | 20 |
| CONFIDENTIALITY | 21 |
| EMPLOYEE RELATIONS, RECORDS, AND REFERENCES | 21 |
| UNSCHEDULED BREAKS | 21 |
| EMPLOYMENT OF RELATIVES | 22 |
| PERSONAL PHONE CALLS | 22 |
| COMMUNICATIONS | 22 |
| WEAPONS IN THE WORKPLACE | 25 |
| CONCLUSION | 26 |
| ACKKNOWLEDGMENT OF RECEIPT | 27 |

JBS 00002

 MAKING YOUR WORLD STRONGER

## About JBS

When Jose Batista Sobrinho, also known as "Ze Mineiro" founded our company in 1953 in Anapolis, Goias Brazil, he had no idea that just 50 years later it would unite with Swift & Co., Swift Australia, Smithfield Beef Group, Inc., and Five Rivers Ranch Cattle Feeding, LLC to create an enormous, worldwide company. Today JBS maintains businesses in such diverse areas as agribusiness, food industry distribution, transportation, household cleaning products, asset management, and retail banking.

We believe our employees are our most important asset. We believe people are equal regardless of where they live, their social class, education, background, or the position they hold. We hire people who are qualified for their jobs, have a passion to succeed, are committed to working to the best of their ability, and who want to continually learn and grow.

We emphasize that we do not believe in miraculous solutions. We believe in simple solutions for complex problems, and we believe in working hard. We rely on our employees to keep these values alive.

 MAKING YOUR WORLD STRONGER

## WELCOME

It is our pleasure to welcome you to the JBS USA (the "Company") team, where we strive to maintain the best work environment possible. We hope you will enjoy your work here. We are certain that your abilities and drive will enable you to be a valuable member of our organization.

To make your employment here productive, rewarding, and fulfilling, we have developed this handbook of policies (Handbook). These policies will help answer questions you may have regarding our policies and procedures.

Everyone benefits when Company policies are followed. These policies are not intended to infringe arbitrarily on anyone's freedom; they are in place to ensure that our employees enjoy pleasant, safe working conditions.

All of these policies are intended to help accomplish one or more of the following values:

### PLANNING
Think before you act. Look to the future. Always be prepared.

### DETERMINATION
Never give up. Be involved. Drive to meet your goals and objectives.

### DISCIPLINE
Each day, be organized and prompt. Focus on details.

### AVAILABILITY
Be supportive and accessible. Take initiative.

### SINCERITY
Be true. Disagree when necessary.
Recognize when to say no; however, be positive and offer solutions

### SIMPLICITY
Simplify. See things clearly. Make improvements.

$(\text{JBS})$ MAKING YOUR WORLD STRONGER

### IMPORTANT INFORMATION
### ABOUT THE EMPLOYEE HANDBOOK

THIS HANDBOOK IS APPLICABLE TO ALL SALARIED AND SALARIED NON-EXEMPT EMPLOYEES OF JBS AND IS DESIGNED TO ACQUAINT EMPLOYEES WITH THE COMPANY AND SOME INFORMATION ABOUT WORKING HERE. THE HANDBOOK IS NOT ALL INCLUSIVE, BUT IS INTENDED TO PROVIDE EMPLOYEES WITH A SUMMARY OF SOME OF THE COMPANY'S GUIDELINES. THIS EDITION REPLACES ALL PREVIOUSLY ISSUED EDITIONS.

THE HANDBOOK CONTENTS DO NOT CREATE A CONTRACT BETWEEN JBS USA AND ANY EMPLOYEE. EMPLOYMENT AT JBS IS AT-WILL. EMPLOYEES HAVE THE RIGHT TO END THEIR WORK RELATIONSHIP WITH THE COMPANY, WITH OR WITHOUT ADVANCE NOTICE FOR ANY REASON. THE COMPANY HAS THE SAME RIGHT. THE LANGUAGE USED IN THIS HANDBOOK AND ANY VERBAL STATEMENTS MADE BY MANAGEMENT ARE NOT INTENDED TO CONSTITUTE A CONTRACT OF EMPLOYMENT, EITHER EXPRESS OR IMPLIED, NOR ARE THEY A GUARANTEE OF EMPLOYMENT FOR A SPECIFIC DURATION. NO REPRESENTATIVE OF JBS OTHER THAN THE CHIEF EXECUTIVE OFFICER OF THE COMPANY HAS THE AUTHORITY TO ENTER INTO AN AGREEMENT OF EMPLOYMENT FOR ANY SPECIFIED PERIOD AND SUCH AGREEMENT MUST BE IN WRITING, SIGNED BY THE CHIEF EXECUTIVE OFFICER AND THE EMPLOYEE.

NO EMPLOYEE HANDBOOK CAN ANTICIPATE EVERY CIRCUMSTANCE OR QUESTION. AFTER READING THE HANDBOOK, EMPLOYEES WHO HAVE QUESTIONS SHOULD TALK WITH THEIR IMMEDIATE SUPERVISOR OR THE HUMAN RESOURCES DEPARTMENT. IN ADDITION, THE NEED MAY ARISE TO CHANGE THE GUIDELINES DESCRIBED IN THE HANDBOOK. EXCEPT FOR THE AT-WILL NATURE OF THE EMPLOYMENT, THE COMPANY THEREFORE RESERVES THE RIGHT TO INTERPRET THEM OR TO CHANGE THEM WITHOUT PRIOR NOTICE.

EACH EMPLOYEE RECEIVES A COPY OF THIS HANDBOOK UPON EMPLOYMENT. ADDITIONALLY AN ELECTRONIC VERSION IS POSTED ON THE HUMAN RESOURCES PAGE OF THE JBS INTRANET SITE, WHICH INCLUDES ALL CONTEMPORANEOUS UPDATES.

CERTAIN POLICIES (CONFLICT OF INTEREST, CONFIDENTIALITY AGREEMENT AND CODE OF CONDUCT) WILL BE MAINTAINED SEPARATELY AND REQUIRE ALL SALARIED AND SALARIED NON-EXEMPT EMPLOYEES TO ACKNOWLEDGE AND SIGN. ANNUAL REMINDERS WILL BE ISSUED TO THE EXEMPT MANAGEMENT GROUP RECAPPING THEIR SELF DISCLOSURE OBLIGATIONS UNDER THE CONFLICT OF INTEREST AND CONFIDENTIALITY AGREEMENT.

### NOTE: THIS HANDBOOK REPLACES ALL PREVIOUS HANDBOOKS

5

  MAKING YOUR WORLD STRONGER

### EMPLOYMENT POLICIES: OPEN DOOR POLICY

The Company has an Open Door Policy for resolving employee problems. This policy operates as follows:

1.  Any employee may bring a problem or suggestion to his or her immediate supervisor and then to the Department General Supervisor. It may then be passed on to the Human Resources Manager if the employee believes the initial response is unsatisfactory.

2.  If the employee is not satisfied with the manner in which the matter was resolved, he or she may submit the problem through the Human Resource Department, or call the Best Work Environment Hotline Number. In order to make this policy operate effectively, it is understood that:

    a.  An employee who is not upheld is expected to accept the decision in a professional manner.

    b.  Supervisor and Managers must understand that their authority is not being threatened, even if their decisions are overturned.

    c.  There must be no stigma attached to using the open door process. Employees may not be reprimanded or threatened by their Supervisor or Manager for implementing this process. Such reprimand can be grounds for disciplinary actions against the Supervisor or Manager.

    d.  Complaints may be verbal or written. Responses generally will be verbal.

    e.  Human Resources personnel will answer questions as to how the open-door process operates.

### Equal Opportunity Employer

This Company will not discriminate against any employee or applicant because of sex, race, color, creed, age, national origin, disability, veteran status, or religious beliefs. The Company abides by and complies with all applicable federal and state laws prohibiting discrimination.

### Harassment Policy

Company policy, along with state and federal laws, prohibit harassment on the basis of sex, race, color, religion, national origin, gender, age, veteran status, handicap, or disability.

It is the Company's policy that all employees are able to enjoy a work environment free from all forms of discrimination and harassment, including but not limited to, sexual harassment.

Everyone is responsible for maintaining a workplace free of all forms of harassment. This duty includes management's responsibility to discuss this policy with all employees and to assure them that they are not to endure obscene, hostile, insulting, degrading, and/or exploitative treatment, and encouraging them to report incidents involving such actions.

In addition, supervisors and management are expected to take immediate action to deal promptly with situations involving harassment.

Harassment, including, but not limited to sexual harassment is unwelcome conduct (whether explicit or implied) which negatively affects tangible job benefits, interferes with a team

( JBS )    MAKING YOUR WORLD STRONGER

member's work performance, creates a negative work environment, or diminishes the dignity of a person. No employee, either male or female, should be subjected to unsolicited and unwelcome verbal, physical, and/or sexual harassment.

Sexual harassment of employees by supervisors or co-workers undermines the integrity of the employment relationship and is a violation of federal law and Company rules. Sexual harassment consists of any unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature when (1) submission to such conduct is explicitly or implicitly a requirement of the individual's employment; or (2) it is used as a basis for any employment decision concerning that individual; or (3) it has the purpose or effect of unreasonably interfering with the individual's work performance; or (4) it creates an intimidating, hostile, or offensive work environment.

Examples of behavior that may constitute sexual harassment include the following:

- Hugging, grabbing, or any type of unnecessary touching of another person.
- Pretending to engage in a sexual act or using products or other objects to simulate a sexual act.
- Obscene language, images, symbols, and gestures of a sexual nature, whether verbal or non-verbal.
- Request for sexual favors in exchange for benefits or otherwise.

Specifically, no person, whether management, employees or others, shall threaten or insinuate, either explicitly or implicitly, that an employee's refusal to submit to sexual advances will adversely affect the employee's employment, evaluation, wages, advancement, assigned duties, shifts, or any other condition of employment or career development.

The Human Resources Department will commence an investigation after receiving a complaint of harassment. In most instances, an investigation will be completed within one month, and a discussion with the person raising the concern will occur, if deemed necessary.

- Retaliation against individuals who raise concerns of all forms of violence and harassment, including sexual harassment is strictly prohibited. Those who do retaliate will receive discipline up to and including termination.

Examples of behavior that may constitute retaliation include the following:

- Making another employee's job more difficult or providing undeserved negative evaluations.
- Refusing to speak to the person who made the allegation of sexual harassment.
- Transferring a person to a less desirable job.
- Damaging personal property or equipment.

An employee who believes that he or she has been or is currently being subjected to any form of harassment should bring the matter to his or her immediate supervisor, who will refer the matter to the local Human Resources Manager. If the supervisor is an involved party, or if the employee chooses, he or she may contact either the Human Resources department directly or the Corporate Human Resources Department, 1770 Promontory Circle, Greeley, CO 80634, telephone 1-888-203-9729. An investigation will be conducted as soon as is reasonably possible. All complaints, actions, and investigations to resolve such complaints will be treated sensitively, and only those who "need to know" will be involved. Retaliation against employees for making a complaint is prohibited.

7
**JBS 00007**



## Workplace Violence

The Company supports and promotes a safe working environment for all employees and maintains a program for reporting, investigating, and preventing acts of workplace violence. The Company does not tolerate workplace violence. Workplace violence can include but is not limited to:

- Violent acts against employees, vendors, or visitors;
- Hitting, shoving, pushing;
- Assaults, including those of sexual nature.
- Threats, harassment, abuse, intimidation, and/or
- Verbal or non-verbal expressions of anger.

It is crucial that employees report any violence or threats of violence or aggression—verbal or physical—immediately to their supervisors or to the Human Resources Department.

## Reasonable Accommodation

The Company recognizes that qualified persons with disabilities represent a valuable resource. In order to comply with the provisions of the Americans with Disabilities Act (ADA), the Company will attempt to make reasonable accommodations, when necessary and appropriate, so that qualified applicants and employees can perform the essential functions and participate fully in all aspects of the employment relationship as specified by law. Similarly, persons with sincerely held religious beliefs will also be provided with reasonable accommodations. Accommodations that cause an undue hardship to the Company will not be made.

## The Company's Quality Culture

From this point forward, you will hear the word quality again and again. Quality dominates our Company's history and product manufacturing. Quality is found at the heart of our corporate culture.

Company employees are expected to be active participants in quality assurance. Like your fellow employees, you might have an opportunity to play an active role in the continuous improvement process. You will consistently be encouraged to maintain and improve upon the quality of your work.

Quality improvement is vital to our competitive success. As you might guess, the quality-based philosophy is a never-ending commitment to improvement. We accomplish it only as team members in a partnership based on mutual respect and trust.

## Company Rules & Discipline

Poor performance or other forms of unacceptable behavior call for corrective or disciplinary action. The basis for using a form of corrective action discipline might be a series of incidents that combine to define a problem, or it may be a single incident that by itself requires action.

Our policy is one of progressive discipline for routine issues; however, each situation will be judged based on its own particular merits. While a progressive disciplinary system is used for routine disciplinary actions, an unpaid suspension may occur for any offense of a serious nature, or if the circumstances warrant, an employee may be terminated on the first offense. All disciplinary offenses are cumulative but should be for the same or a similar category of offense to follow the progression (e.g. safety, work performance, etc.).

Management may, depending on the degree of seriousness or the particular circumstances, apply any one of the four disciplinary actions listed below on a first infraction. The seriousness

8

(JBS)    MAKING YOUR WORLD STRONGER

of the offense can only be determined by the circumstances of the offense and after an appropriate investigation has been conducted. This disciplinary procedure is for guidance only, and steps in the procedure can be omitted at management's discretion. Individual instances and offenses may warrant suspension or termination on the first offense.

- **Corrective Counseling [Verbal Warning].** For minor violations, or first offenses, the employee would typically receive a written/verbal warning, which includes an explanation of the violation committed.

- **Written Warning.** Typically, after receiving a verbal warning, if the employee has not taken measures to correct the conduct, the employee may receive a written warning which includes an explanation of the violation committed.

- **Suspension or Final Warning.** Typically, after having received a written warning or multiple written warnings, a repeat offense by the employee will result in a final written warning stating the nature of the infraction and may be accompanied by a suspension.

- **Discharge.** Discharge may result from a first time offense if it is deemed serious or blatant by management. It may also occur after an employee accrues disciplinary actions.

The following is a list of unacceptable conduct/actions. The list is not specific to an individual facility, and may be subject to variation. This list gives representative causes which may justify disciplinary action. Obviously, all applicable rules cannot be detailed so this list is not meant to be all-inclusive, and the items included here are not necessarily in order of severity.

### Infractions

- **Dishonesty.** Falsification of any documents or giving false information or statements; covering up mistakes or faulty work; punching or tampering with another employee's time reporting, failure to report known overpayment on payroll checks, intentional failure to report injuries and conditions that place anyone in imminent danger.

- **Refusal to Work/Disobedience.** Refusal of any employee to carry out the request of management to perform work as directed or neglect of duty such as loafing, wasting working time, being out of the work area without supervisor's permission, or sleeping on the job; leaving the company premises before your work shift ends without getting permission from your supervisor or the manager in charge of your work area.

- **Poor Performance or Workmanship.** Failure to meet job performance standards or specifications as set by management; failure to pull approved count or quantity; failure to meet the reasonable expectations of management when performing assigned duties; failing or improperly completing required paperwork or documentation, failure to follow established standard or procedures; substandard work performance or failure to meet quality standards.

- **Safety.** Violation or disregard of Company or regulatory safety standards, rules and procedures; failure to observe and maintain all health, safety and/or food safety regulations, failure to immediately report to your supervisor any personal injury resulting from an on-the-job accident; action such as horseplay or jokes which injure or endanger anyone; operation or adjustment or equipment without authorization; entering or remaining in the plant at times other than the employees working ours or being in areas other than an employee's normal working area without special permission from management, failure to wear the appropriate personal protective equipment; violation of lockout/tag-out procedures; violation of electrical safety procedures; violation of confined space procedures. Smoking or use of other tobacco products other than designated areas or violating any other fire protection regulation. Any violation of the Company's safety policy and procedures may result in termination.

( JBS )    MAKING YOUR WORLD STRONGER

- **Security.** The Company has equipment and processes that it protects, and also must maintain health and safety standards, thus being in a restricted area of any company facility without permission; possessing a camera, including cellular phones with digital imaging capabilities, or a sound recording device on the production floor without specific authorization; loaning or permitting the duplication of company keys or your I.D. card; entering or leaving a company facility by other than authorized entrances and exits; refusal to identify yourself or not truthfully disclosing your identity to any member of management or security personnel upon request; refusing to comply with a request from plant security personnel; entering or remaining in the plant at time other than a reasonable time before and after an employee's normal working hours without the appropriate permission.

- **Theft, Property Destruction, or Unlawful Activities.** Unauthorized removal or appropriation of property belonging to the Company or another employee; utilizing company supplies, equipment, or resources for personal benefit or convenience; doing personal work on company time or property; entering or attempting to enter a secured physical or electronic storage area (i.e. locker, office, storage room, tool box, computer, etc.); possession of firearms or weapons on company property at any time; gross negligence or intentionally damaging, defacing, altering, vandalizing or carelessly using company property including, but not limited to, equipment, product, tools, or any other property on the Company premises.

- **Solicitation and Distribution.** In certain facilities, the Company annually participates in non-profit, charitable functions/drives dependent on availability. While our workplace may be an attractive forum for other activities, our primary responsibility is to the mission of the company, and our employees or visitors may consider other solicitation intrusive. As such—with the exception of company-sponsored campaigns or activities—solicitation and/or distribution by employees of printed material, including e-mail, is not permitted except in non-work areas on non-work time. The distribution of any literature or other material within the work areas is prohibited. Non-employees are prohibited from soliciting or distributing literature on company premises.

- **Violation of Plant Quality or Process Rules.** The smoking or use of tobacco, food, beverage, or other potential contaminant in prohibited areas; littering, poor housekeeping practices, any unsanitary/unsafe act; the failure to comply with company rules governing plant sanitation requirements; violation of HACCP program standards, practices or procedures, contamination control procedures and processes; any negligent or careless act that adversely affects the quality or quantity of production, failure to comply with the U.S. Department of Agriculture or Company rules and regulations, including the removal of, or tampering with U.S. rejected or retained tags, or quality assurance/control tags.

For additional information, please contact your local Human Resources office.

**Attendance**
*Specific policies regarding attendance and notification requests for absences may apply. Please refer to your local HR department for additional information regarding attendance.*

You are expected to arrive each day in time to begin work at your predetermined starting time. If you cannot be at work, you are expected to call the answering machine set up for this purpose before your normal starting time. Your facility has specific limitations in which advance call-ins for absences are acceptable. This call should be made by you personally when at all possible. A special employee call-in line has been set up for this purpose. Speak with your supervisor or the Human Resource Department for more information.

If you fail to call in and/or notify your supervisor of your absence, you may be subject to disciplinary action. Excessive absenteeism or tardiness cannot be tolerated and may result in disciplinary action up to and including termination.

JBS 00010

 MAKING YOUR WORLD STRONGER

If you are absent three (3) consecutive scheduled working days without notifying your supervisor or department manager, the Company will assume you have quit and as such, you may be terminated.

Failing to notify your supervisor or department manager for absences will be documented on your record throughout the year. Your facility has specific procedures regarding the documentation of un-excused absences, and the significance of its accumulation throughout the year. Please visit your facility's HR department for specific information regarding the attendance policy.

Your facility accepts Individual Absence Request forms, which are approved in advance with the assumption that the absence request is made within the parameters of the facility's absence procedure. This may not apply to emergencies or unforeseen circumstances, in such case, employees are encouraged to call-in as soon as an absence is anticipated. Shorter advance notices will be considered on a case-by-case basis.

The following absences are NOT CONSIDERED when an employee's absenteeism record is evaluated. Employees may be requested to furnish documentation supporting or proving each such absence. Furthermore, employees need to provide as much notice as possible in advance, even when taking leaves outlined below:

> Family Medical Leave Act (FMLA)
> Leave under the Americans with Disabilities Act (ADA)
> Jury Duty
> Death in the Immediate Family
> On-the-Job Injury
> Paid Holidays and Vacations
> Military Leave
> Approved Leave of Absences
> Court Subpoena

Not including the exceptions noted above, all other absences ARE CONSIDERED when an employee's absenteeism record is evaluated. An absence occurrence is an absence from work that may consist of one or more than one day of consecutive absences for the same reason.

Each absence will be counted towards the person's absenteeism record. If the absence is verified by a doctor because of an illness or injury, the absence occurrence will still count towards the person's absenteeism record (with the exceptions noted above). Illness of the employee's child or spouse will be counted as if the employee was sick (with the exceptions noted above). The employee must notify the Company on each day he or she will be absent from work unless other arrangements are made in advance. If the employee misses three or more consecutive days on account of illness or injury, the employee generally will be requested to present a doctor's note that states the employee is able to return to work with a return-to-work date. The note must also state that the employee is able to perform his/her regular duties.

Verbal or written warnings may be issued by management when it appears an employee has had excessive absences. Excessive absences or failure to comply with the Attendance Policy may result in disciplinary action, up to and including termination of employment.

It is the employee's responsibility to report to their immediate supervisor or Human Resources the following working day after an absence occurrence.

 MAKING YOUR WORLD STRONGER

## Company Facilities – Plant Security
### Admittance
The Company plant, offices, and employees are protected by Security Officers and special devices including video surveillance. Security Officers are authorized to keep the plant and offices locked and secured from all unauthorized persons. Entry to the plant or offices is not authorized other than during your regular working hours. You will be required to present your Identification Card to a Security Officer when entering. Upon leaving the plant, employees' belongings such as lunch pail, purses, etc., are subject to search and may be opened for inspection. Refusal to identify yourself truthfully or to display belongings when requested by security personnel will not be tolerated.

To ensure safety and confidentiality, non-business visitors, such as relatives or friends of employees, are not permitted beyond the reception areas of our facilities.

### Identification Cards
At the time of employment, each employee is issued an identification card. You are required to carry your I.D. at all times. Lost cards will be replaced for a fee. (Please see your local HR department regarding information on how lost card fees will be processed). In the event of termination, you are expected to return your card to the Company before issuance of your final paycheck.

### Inspection and Searches
The Company reserves the right to search employees and their property while they are on Company property. The purpose of any such search is to detect and control the use of controlled substances on the job, to eliminate theft, and to provide a safe workplace for all Company employees. Employees should have no reasonable expectation of privacy relative to lockers, desks, cabinets, toolboxes, tool chests, other storage areas, containers, or other devices on company-controlled property. A Company initiated search does not necessarily imply an accusation of theft or that an employee has broken a rule. Employees refusing to cooperate with or submit to a search will be subject to termination.

### Lockers and Personal Property
JBS maintains lockers that are available to employees, free of charge, for their personal belongings. Lockers must be kept clean and orderly according to federal regulations. The Training Department will inform you of specific rules for lockers. The Company is not responsible for the loss, damage, or theft of personal articles left in a locker. In most facilities, you will be provided a company-issued lock; all other locks are prohibited.

### Drug and Alcohol Abuse
*State specific limitations may apply; see your local HR office for more information.*
Dependency on alcohol or drugs is detrimental to the Company and its employees. Employee efforts to avoid use of, or seek treatment for, alcohol or drug problems are encouraged. Use of drugs and intoxicants cause health, attendance, safety, and security problems. Employees and Management strive to provide a safe environment in which to work. Through our safety committees and safety regulations, we are continuously working to improve our safety program. In addition, this Company is a government contractor and thus required by Federal Law to maintain a "drug-free workplace."

Following a conditional job offer, the prospective employee is required to submit to a drug and alcohol screening. Employment offers will be withdrawn from those who test positive or refuse to submit to a test.

(JBS)  MAKING YOUR WORLD STRONGER

As a condition of employment, employees must agree to abide by the following policy:

"The unlawful manufacture, distribution, dispensation, possession, or use of alcohol and/or federally classified illicit drugs (controlled substances); or working under the influence of alcohol and/or illicit drugs, is strictly prohibited in the workplace."

Employees must report any criminal drug statute conviction that happens within the facility, to the Company within five (5) days of the incidence, so that we can comply with federal law. Violation of this policy is cause for disciplinary action up to and including termination. Any employee who distributes illicit drugs in the workplace will immediately be terminated from employment. Employees involved in injuries to themselves or others, or any employee behaving in a way that would give an observer reasonable cause to believe that alcohol or drugs are being used, will be required to undergo a drug and alcohol test.

If you suspect someone is under the influence of either drugs or alcohol, contact your Human Resources Department for assistance in handling the matter. Any employee who tests positive for illicit drugs or alcohol will be terminated on the first offense. Employees involved in accidents that cause property or equipment damage will also be drug and alcohol tested. Please see the Company's Drug and Alcohol Policy for additional information.

### Smoking
The plant is a non-smoking facility. Use of tobacco products, cigarettes, cigars, chewing tobacco, or pipes is not allowed on production floors, storage, and shipping areas, including hallways leading directly to such areas. Smoking is limited to designated areas outside of the facility. Please refer to your HR department for specific information regarding smoking and tobacco use.

### Company Issued Equipment and Supplies
Employees are responsible for PPE (Personal Protection Equipment), work equipment, or supplies that are issued by the Company. These items remain the property of the Company.

Employees may be held responsible for any losses or damages to this Company-owned property. In some cases, the Company may collect through payroll deductions.

### Lost and Found
Report any items lost or found to Human Resources.

### Leaves of Absence
Personal/Military
Leaves of absence (without pay) may be granted for good and sufficient reasons on the basis of length of credited service. Generally, leaves of absence will not be granted if we cannot assure orderly operation of the Department or Plant or if the employee has remaining vacation time left.

The law also requires that employers grant its employees leave to attend mandatory or voluntary training, to restore an employee to his or her job upon return from military duty, and to make reasonable efforts to retrain or upgrade skills to qualify workers for reemployment.

Leaves of absence will not be granted for the purpose of allowing an employee to take another position temporarily, try out new work/ventures into business, or serve jail time.

Note: Employees given a personal leave of absence may be disqualified from receiving holiday pay if the time requested includes the day before or after a holiday.

 MAKING YOUR WORLD STRONGER

**Family and Medical Leave (FMLA)**

Company employees are eligible to take up to 12 weeks of unpaid family medical leave within any 12-month period and be restored to the same or an equivalent position upon his or her return from leave, subject to the rules of FMLA, provided the employee has worked for the Company for at least 12 months and has worked at least 1250 hours in the last 12 months. This "rolling" twelve (12) month period is measured backward from the date a leave under this policy is to begin.

**Reasons for Leave.** If you are eligible, you may take family/medical leave for any of the following reasons; (1) the birth of a son or daughter; (2) the placement of a son or daughter with you for adoption or foster care; (3) care of a spouse, son, daughter, or parent ("covered family member") with a serious health condition; or (4) your our own serious health condition that renders you unable to perform the functions of your position. Spouses employed by the Company who request leave because of reasons (1) or (2) above or to care for an ill parent may only take a combined aggregate total of 12 weeks leave for such purposes during any 12 month period.

**Notice of Leave.** If your need for family/medical leave is foreseeable, you must give the Company at least 30 days' prior written notice. Failure to provide such notice may be grounds for delay of leave. In cases where the need for leave is not foreseeable, you are expected to notify the Company as soon as possible, generally within 1 to 2 business days of learning of your need for leave. The Company has Request for Family/Medical Leave forms available from the Human Resources Department. You must use these forms when requesting leave.

**Medical Certification.** If you are requesting leave because of your own or a covered family member's serious health condition, you and the relevant health care provider must supply appropriate medical certification. You may obtain Medical Certification Forms from the Human Resource Department. The medical certification must be returned within 15 days after it is requested. Failure to provide requested medical certification in a timely manner will result in denial of leave, and such time will be treated as an unexcused absence. The Company, at its expense, may require an examination by a second health care provider designated by the Company if it reasonably doubts the medical certification you initially provide. If the second health care provider's opinion conflicts with the original medical certification, the Company, at its expense, may require a third, mutually agreed upon health care provider to conduct an examination and provide a final and binding opinion. The Company will also require medical recertification periodically during the leave, and following a leave for the employee's own illness, will be required to present a fitness-for-duty verification upon their return to work.

**Leave Is Unpaid.** Family/medical leave is unpaid leave. If you request leave because of a birth, adoption or foster care placement of a child, or to care for a covered family member with a serious health condition, any accrued paid vacation you have must first be substituted and used for unpaid family/medical leave. If you request leave because of your own serious health condition, any accrued paid vacation and sick time you have must be substituted and used for any family/medical leave, except where short-term disability applies. In addition, the Company's short-term and/or long-term disability may apply as part of the 12-week leave period when the leave is requested due to your serious health condition or the birth of a child. The substitution of paid leave time for unpaid leave time does not extend the twelve (12) week leave period.

**Reporting While on Leave.** If you take leave because of your own serious health condition or to care for a covered family member, you may be required to contact Human Resources regarding the status of your condition and your intention to return to work. For leaves for other purposes, you may be periodically required to report on your status and intent to return to work.

**Medical and Other Benefits.** During an approved family/medical leave, the Company will maintain your current level of health benefits as if you continued to be actively employed. If paid

14

 MAKING YOUR WORLD STRONGER

leave is substituted for unpaid family/medical leave, the Company will deduct your portion of the health plan premium as a regular payroll deduction. If your leave is unpaid, you must pay your portion of the premium during the leave. Your group health care coverage may cease if your premium payment is more than 30 days late. If you do not return to work at the end of the leave period, you may be required to reimburse the Company for the cost of the premiums paid by the Company for maintaining coverage during your unpaid leave, unless you cannot return to work because of a serious health condition or other circumstances beyond your control.

**Intermittent and Reduced Schedule Leave.** Leave because of a serious health condition may be taken intermittently (in separate blocks of time due to a single covered health condition) or on a reduced leave schedule (reducing the usual number of hours you work per workweek or workday) if medically necessary. In addition while you are on an intermittent or reduced schedule leave, the Company may temporarily transfer you to an available alternative position that better accommodates your recurring leave and has equivalent pay and benefits.

See FMLA policy for additional information including information about Military Caregiver and Qualified Exigency Leave.

### Leaves of Absence: Sick Leave
Full-time employees who are unable to work due to occasional personal illness or injury may be granted paid leave for medical absences. At times, occasional absences are unavoidable; however, employees should use good judgment when taking sick days.

Employees who are unable to work for more than three (3) consecutive days due to personal illness or injury must contact their Human Resources department. Medical certification will be required for all medical absences consisting of four (4) or more consecutive workdays, prior to returning to work. See your local Human Resources office to determine if Short Term Disability can be used for your absence.

### Leaves of Absence: Funeral Leave
In the event of the death of a member of the employee's immediate family, full-time employees are granted up to three (3) days with pay at regular straight-time rates up to a maximum of eight (8) hours per day for such periods. Immediate family is defined as employee's spouse, children, parents, grandparents, grandchildren, brother, sister, and in-laws, or "step" relatives of the same degree. Extensions of time can be taken through the use of vacation or personal/floating holidays, if these are exhausted an unpaid Personal Leave of Absence can be requested.

### Leaves of Absence: Jury and Witness Duty
Employees who are summoned for Jury Duty or Witness Duty, must notify Human Resources as soon as notification is received. The Company will continue straight-time wages for full-time employees called to duty. Employees are expected to report to work upon release each day of duty with the exception of full day trials. Employees must turn in to the Human Resources department any compensation received for duty other than travel, meal, or room allowance. Employees must turn in their release from duty to Human Resources.

 MAKING YOUR WORLD STRONGER

### Quality and Food Safety Policy

It is our objective to consistently meet or exceed our customer's needs for food safety, product quality, and service.

### Proper Storage of Equipment

The QA/FS Department and Production Supervisors provide employees specific guidelines on the dos and don'ts of storing personal items and company-issued PPE in assigned lockers according to USDA guidelines.

### Employee Hygiene Standard Operating Procedure

The Company utilizes standard policies and procedures to assure that all employees working in food processing areas maintain a high level of personal hygiene, as well as Good Manufacturing Practices (GMPs) to ensure we are providing our customers with a safe, and wholesome product. For specific information regarding Employee Hygiene, please refer to the Company's Standard Operating Procedure on Good Manufacturing Practices.

### Hard Hats & Stickers/Decals

There are important reasons that we do not want excessive/extra stickers on our hardhats. Excessive stickers include any stickers aside from the employee's name.

- The potential for the stickers to peel and drop off into our product and end up in our customer's meat products.

- We have many visitors/auditors that come into the plant, and we have always set a standard for excellence, including employee appearance. Excessive stickers of all types do not portray our usual high standard of food safety.

### The following stickers may be allowed on our hardhats in your facility.

- Your name tag on the front of the hardhat.
- Approved, facility specific stickers, based on availability.
  *If the sticker is peeling off, please remove it and get a new one.*

### Safety, Ergonomics, and Health
#### Philosophy

At JBS, we promote safety through education, communication, and leadership through encouraging our employees and management to work together.

#### Mission

The Company strives to create a safe work place and it is our policy to promptly correct safety/ergonomic hazards. Please feel free to bring any safety or ergonomic concerns you have to your supervisor, department trainer, Safety/Ergonomic committee person, or the Safety/Ergonomic Department.

All newly hired employees will be provided new-hire safety orientation training. Once yearly thereafter, all employees will be given appropriate safety refresher training.

Employee health and safety is a primary concern for the Company. Please note that as part of our commitment to safety:

- It is management's responsibility to provide all pertinent information necessary for employee protection and to furnish the proper safety equipment for employees to wear.

16
**JBS 00016**

   MAKING YOUR WORLD STRONGER

- It is the employee's responsibility to read and abide by postings, signs, and labeling in their immediate work area and chemical supply areas regarding any materials or chemicals that may be potentially harmful to their health, to wear the required protective/safety equipment furnished to each employee; and to follow the rules and guidelines of the training provided to them by the Company. This helps ensure the safety of each employee and his or her coworkers.

Your supervisor or his/her designee will go over all safety procedures with you and is always there to answer or respond to any concerns or questions that you may have. We can train and provide you with any protective equipment you might need, but that is only half the job. It is your responsibility to properly wear the required personal protective equipment.

### Injury and Loss Control
The efficiency of any department can be measured by its ability to control unnecessary loss. An incident that results in personal injury, property damage, or equipment loss is a needless waste.

It is essential that all employees know about their responsibility to control these losses and take the necessary actions to do so. If you observe an unsafe condition or work practice, you should first stop the action then report it to your supervisor.

During your orientation—and with your supervisor—you will learn about safety rules and regulations, housekeeping rules, job hazard recognition, and personal protective equipment and requirements.

### Reporting Injuries
All injuries that occur on company property, even if they seem insignificant, are to be immediately reported to your supervisor, the HR department, or Health Services (if available at your location). Failure to report an injury will be considered a refusal to carry out the reasonable request of management and, as such, is a violation that may result in discipline. Employees who are injured or cause injury, no matter how minor, through their own neglect, carelessness, or disregard of safety rules are subject to disciplinary action.

### Health Services (If applicable)
Our facility currently maintains a comprehensive Health Services Office. The office provides for the triage and treatment of work-related injuries or illnesses. In cases of job-related illness or injury, you should always report your condition before visiting any physician. Failure to do so may result in non-payment of the medical bill. Health Services is not authorized to render treatment for personal medical problems except those of a minor nature, such as headaches or minor scrapes and cuts.

### Hazard Communication Program
We have established a Hazard Communication Program that identifies and provides comprehensive information about all hazardous chemicals to which you may be exposed in the workplace. If you are required to use any chemicals or hazardous substances, you will receive specific training on safe handling procedures before undertaking the job assignment.

### Emergencies
In general, emergencies should be immediately reported to the closest supervisor or manager. If a supervisor is not immediately present, go to the nearest telephone and dial the emergency line specific to your facility. Your supervisor and the Safety Department will provide detailed information on emergency procedures related to evacuation, fire, and chemical spills.

 MAKING YOUR WORLD STRONGER

## Employment Policies: Footwear
*NOTE: The following addresses footwear on the premises of the facility. This does not address the proper footwear policies for the production floor and production areas.*

Upon entering the facility, employees need to wear appropriate footwear for the conditions that are present. Once employees have left their vehicle or mode of transportation, they are on company property and need to follow the facility's regulations concerning appropriate footwear.

Employees need to wear a shoe that is closed toe and covers the back of the foot. Examples would be:
- Tennis shoes/sneakers
- Boots
- Leather casual work shoe

Inappropriate footwear is considered any shoe that is open and has no treaded sole. Examples would be:
- Flip flops/thongs
- High heels, including high-heeled boots
- Crocs
- Sandals
- Flats/Dress Shoes

This policy is in place for your safety.

## Your Compensation
### Performance Reviews
At JBS, our ability to be successful is a direct result of the performance of our employees. As such, employees receive a 360 Performance Evaluation at least once a year. This process is very important to the success of the Company and the Development of our employees. Each participating employee also has the opportunity to review their results with a one on one meeting with their immediate supervisor once the results have been disseminated.

### Salary Review
At JBS, our ability to be successful is a direct result of the performance of our employees. Shifting markets, changing business environments and new technology require us to provide a compensation program that is designed to move both our employees and the Company forward.

The Company's compensation philosophy is based on four guiding principles:
- We emphasize performance in our compensation program: we strive to reward employees with industry-leading compensation, which is conditional upon both Company and individual performance, and ensures alignment with shareholders' interests.
- We link reward strategies to business strategies and stakeholder value creation.
- We emphasize variable pay over fixed (base salary) pay: variable compensation is key to the Company's compensation system and is designed to encourage management employees to drive short- and long-term performance of the organization.
- We communicate compensation and performance expectations before the fact.

We strive to provide rewards that are generally competitive with our labor markets and within our ability to pay. Our base salary program objectives are to be:
- Competitive – Employees' base salaries are aligned with internal and competitor pay data.

 MAKING YOUR WORLD STRONGER

- Fair – Provide a salary range for each job that fairly reflects its relationship to all other positions in the Company.
- Motivate – Provide an opportunity for future salary growth based on individual contributions and job-related performance.

For more information regarding salary administration or performance management, please contact your local Human Resources Department.

### Pay Days
Each salaried and salaried non-exempt employee is paid every other Friday one week in arrears.

### Time Tracking
The time worked by all salaried non-exempt employees must be accurately recorded. Time cards or other time tracking systems are used to record time worked for all salaried non-exempt employees.

Please be sure to observe the following:

- Record your own time.
- You are required to record time in, time out for lunch, time back from lunch, and any other time away from the Company on your time card.

### Direct Deposit
Direct deposit of your paycheck to a financial institution is encouraged at all locations. Contact your Human Resources or Payroll department for more information.

### Government Deductions
A prescribed percentage of your earnings for the year are deducted as required under the Social Security Act (FICA). The Company pays a matching amount, and both amounts are sent to the government and credited to your Social Security account.

In addition, your regular federal and state income tax deductions are forwarded to the government as required by law. If you claim more than 10 federal exemptions, a copy of your W-4 Form will be sent to the IRS. You may fill out a new W-4 Form at any time. Forms are available from the Human Resources Department.

### Lost/Washed Paychecks
If you receive a physical paycheck and lose your paycheck, please notify the Human Resources Department so that payment can be stopped and a new check issued. Depending on your plant location, there may be a cost to the employee to issue a new check. Refer to your local HR department for more details on lost/washed paychecks. If you have not received your paycheck and feel it was lost in the mail, please report the matter to the HR department. We also ask that you allow 10 days from the date the check was issued for, a "Stop Payment" action to take effect, and up to 3 weeks to replace a lost check.

### Pay Advance Policy
The Company will not honor requests for payroll advances other than vacation requests.

JBS 00019

( JBS )    MAKING YOUR WORLD STRONGER

### Benefits
### General Information

JBS has prepared an excellent benefits package for you! We offer a state-of-the-art benefits package and continue striving to keep benefits affordable, keeping you and your family in mind.

Please contact your local Human Resources department for benefit booklets and information regarding health, disability, life insurance, and 401(k) savings plans and to help you review and decide what best fits your needs.

You will need to fill out a new insurance form for any change in status, eligible dependents, or life insurance beneficiary. New forms can be obtained in the Human Resources-Benefits department. Changes that affect benefit coverage must be submitted within 30 days of the change event.

### Vacation
Vacation is currently accrued on a monthly basis throughout the calendar year. However, all vacation is available for use as of the beginning of the calendar year.

### Vacation: Pay
Vacation pay will be calculated at the employee's pay rate at the time the vacation is taken. Paid vacation time is intended to provide employees with periods of rest and relaxation without loss of pay. Therefore, employees will receive pay in lieu of taking vacation only as follows:
- At termination of employment (see "Payment of Unused Vacation at Termination of Employment.").
- As required by any applicable State Law.

### Vacation: No Vacation Carry-Over
Vacation must be used in the year earned. Unused vacation time may not be carried over to the following calendar year. Vacations may not be borrowed from the following year.

### Vacation: Scheduling
Vacation time off should be scheduled through the employee's supervisor as far in advance as possible. The employee's preference for vacation time will be approved whenever possible giving full consideration to the efficient operation of the business. Vacation time may be taken in weekly or daily increments.

### Vacation: Payment of Unused Vacation at Termination of Employment
Upon termination of employment, the employee will be paid for any vacation earned but not used. If, upon termination, an employee has used more vacation than earned, vacation pay in that amount will be deducted from the employee's final wage payment.

### Holidays
Full-time regular employees who are eligible for company benefits, currently receive six holidays:
New Year's Day
Memorial Day
Fourth of July
Labor Day
Thanksgiving
Christmas

Plus two (2) personal (floating) holidays. NOTE: Floating holidays at field locations are locally dictated.

 MAKING YOUR WORLD STRONGER

Personal (floating) holidays must be used by December 31 each year or they are lost. Upon termination Personal holidays are not paid out.

### Change of Employee Information
It is important that the Company has your current employee information (such as marital status, family information, home address, telephone number, emergency contacts, emergency phone numbers, etc.) at all times. It is your responsibility to ensure your local HR department has your correct and updated information. This helps ensure that current company mailings will reach you when necessary and that the information in your files is kept current. If your employee information changes; please notify Human Resources or Payroll immediately.

### Confidentiality
Any information an employee learns while on the job that is not known by the Company's competitors is considered confidential. The Company has expended time and money on protecting its confidential and/or proprietary information. Employees are prohibited from gathering, distributing or making public any information that the Company may consider confidential. Utilization of cameras, phones, camera phones, and recording devices are prohibited on the production floors without pre-approval from management.

### Employment Records, Verifications, and References
Each Human Resources Department maintains its facility's official personnel records. All contents of personnel files are confidential and for Company use only. No information other than dates of employment, type of position, and department and/or location is released to outsiders either during or following employment. An exception is a written request for earnings from a mortgage company, financial institution, etc., which must be signed by the employee. Please consult with your Human Resources Manager if you have questions regarding your personnel file. Our organization uses a work number to provide automated employment and income verifications. Please consult the Human Resources department for more information.

**NO ONE outside of the human resources staff is authorized to release information of any kind regarding past or present employees.**

### Unscheduled Breaks
It is the responsibility of line supervisors to release production employees for reasonable unscheduled break requests in the order in which such requests are made and within a reasonable time of the request, as operations permit.

### Employment of Relatives Policy Guidelines
Members of an employee's immediate family will be considered for employment on the basis of their qualifications. However, immediate family may not be hired if such action will result in one of the following:

- An immediate family member would be responsible for auditing the work of another immediate family member.
- An immediate family member would have the authority or practical power to supervise, appoint, remove or discipline another immediate family member.
- An immediate family member would have the authority or practical power to determine or influence the rate of compensation and/or conditions of employment of another immediate family member.
- A conflict of interest would arise or the reality or appearance of improper influence or favor would become apparent. In such a situation, the manager or supervisor will be expected to establish that such conflict of interest exists or that the reality or appearance of improper influence or favor has become apparent.

21



MAKING YOUR WORLD STRONGER

This policy must also be considered when assigning, transferring, or promoting an employee or in the event of a change in relationship (e.g., marriage). For the purpose of this policy, immediate family includes mother, father, husband, wife, son, daughter, sister, brother, mother-in-law, father-in-law, sister-in-law, brother-in-law, son-in-law, daughter-in-law, and stepchild. This policy also applies to close personal relationships.

<u>Employment of Relatives Policy: Acquisitions</u>
This policy shall not apply retroactively to employees of a newly acquired company or facility at the time of the acquisition. The policy does apply, however, to any future change in their employment status.

<u>Employment of Relatives Policy: Exceptions</u>
Departures from any part of this policy will require the prior approval of the Head of Human Resources at the Corporate Office.

<u>Personal Phone Calls</u>
The telephones are here for business use. While occasional personal calls are acceptable, excessive personal phone calls will not be tolerated. We realize that there will be times when you must make a personal call, but we request that you make it short, and in a designated area of the plant.

General personal cell phone use on production floors is strictly prohibited and may result in termination. Personal cell phone usage should be handled during regularly scheduled break times except for urgent matters. Incoming emergency calls will be routed to you through your supervisor and you will be notified as soon as possible. If your supervisor authorizes you to make a phone call during working hours, please use a public telephone or your cell phone in a designated area of the plant.

Your facility may have a specific policy regarding personal phone calls and cell phone use within, and on the facility premises, please refer to your HR department for additional information.

<u>Communications</u>
**General Statement**
The following guidelines apply to personnel, employees, contract labor, consultants, contractors, temporary employees, and any other persons (hereinafter called user) who use JBS provided systems or systems contracted through a service provider. This policy applies to any and all electronic communications systems provided to users by JBS including, but not limited to, telephone, cellular phone, voicemail, email, text messaging, Internet, Intranet, Electronic Data Interchange, facsimile, computer file systems, wireless devices, and any other electronic systems for the purpose of transmitting information between parties.

JBS electronic resources are to be used to conduct Company business. Subject to your supervisor's discretion, occasional, limited, and appropriate personal use of the company's resources is permitted when the use does not (1) interfere with the user's work performance; (2) interfere with any other user's work performance; (3) have an adverse impact on the operation of the network resources; or (4) violate any other provision of this policy or any other policy, guideline, or standard of JBS. The following standards apply at all times:

 MAKING YOUR WORLD STRONGER

- Electronic communications must be conducted in a professional and courteous manner. Users should exercise good judgment when creating, distributing, or forwarding messages electronically. Messages must not contain content or information that may reasonably be considered offensive. Offensive content includes any intimidating, hostile or offensive material on the basis of age, sex, race, religion, national origin, veteran status or disability, and any other protected group covered under federal or state law is a violation of this policy.
- All other Company policies apply to all Company provided electronic communications systems. Such policies include, among others, policies against discrimination and harassment, and policies regarding document retention, copyright infringement, business conduct, sexual harassment, and software licensing.
- Users should not communicate confidential information electronically, except on Company approved internal secure e-mail systems. The internet does not provide secure e-mail capability for the transmission of confidential information. Encryption of trade secret or employee confidential data for safe transport across the internet is required.
- Users should not communicate anything over company electronic communications systems that would result in negative or inaccurate perceptions of the Company, its products, or its employees. Users should be aware that communications created or sent by e-mail or the internet potentially may be used and are discoverable in litigation. As a result, users should use the same standards and precautions in creating electronic messages as would be utilized for other Company correspondence or memoranda.

**Standard Practices - E-Mail Usage and Etiquette**

JBS e-mail systems, including the equipment and the data stored in the systems, are the property of the Company. As such, any messages created, sent, received or stored in the systems are the property of the Company. The following standards apply at all times:

- The Company reserves the right to monitor, access, retrieve, read, and disclose all information and material - whether business related or personal - that is created, sent, received, accessed, or stored on its electronic resources.
- The Company may access such information and material at any time with sole discretion. Users, through the internet, or other computer networks, expressly waive any right of privacy in anything they create, store, send, or receive on any/all Company issued workstation equipment (including, but not limited to: desktop computers, laptops, terminals, smartphones, cellphones, etc.)
- Users should be aware that absolute privacy as to the content of any message cannot be assured.
- With the exception of the Company's right to retrieve, review and disclose messages, as described above, all messages created, sent, received or stored are considered to be confidential and as such are to be read only by the recipient or at the direction of the addressed recipient.
- Users are responsible for managing messages within specified email inbox size. The e-mail system is configured to automatically delete messages meeting the following criteria:
    - Messages in a DELETED ITEMS folder will be deleted after seven days;
    - Messages in "all other folders" will be deleted after one year.

**Standard Practices - Internet Usage**

Users using Company-provided computers and internet access are representing the Company. Therefore, users are expected to conduct all business on the internet in a professional, courteous manner. The Company electronic resources provide access to a worldwide network of computers containing millions of pages of information and many diverse points of view. While the Company filters access to unwanted sites by categories, users of the internet may still

23

 MAKING YOUR WORLD STRONGER

encounter material that is inappropriate, offensive, and often illegal. Users are responsible for the material they access, review and download from the internet. The following standards apply at all times:

- Internet access provided by the Company is primarily for business purposes only. Users should not use personal internet access accounts or personal e-mail access for Company business.
- The internet is not secure. Any information sent or received has the potential to be intercepted or seen by others. Users should not send, discuss, or otherwise disseminate Company proprietary data, trade secrets, or confidential information over the internet without approved forms of encryption.
- Setting up a Company e-mail account for automatic forwarding of e-mail from a Company e-mail system to an internet e-mail address is prohibited. This practice gives the sender a false sense that the message is protected by internal e-mail systems.
- To protect the integrity of Company systems, these policies are in effect:
  o Any file or document to be downloaded must be of a business nature and will be scanned for viruses. All inbound and outbound messages by internet e-mail that contain attachments must be virus scanned.
  o Users should not download install software or executable programs from the internet. No modem, network, or PC configuration may be modified by the user. (Only designated Information Services personnel are authorized to do any of the foregoing.)
- The following are prohibited uses of the Internet:
  o Copying, downloading, printing, or otherwise disseminating copyrighted materials (including articles and software) in violation of copyright laws.
  o Viewing, copying, downloading, or otherwise accessing on the internet any material for entertainment purposes or sexually oriented material.
  o Operating a business, usurping business opportunities, searching for jobs outside the Company; solicitation for money, "causes" or organizations; promoting events; and other activities not directly related to the Company's business.
  o Sending or forwarding chain letters, jokes, gambling, or engaging in any activity in violation of local, state, or federal law.

**Standard Practices – Cellular, Smart Phones, & Hand-Held Devices (Wireless)**
Users should recognize that cellular phones, portable phones, and hand held devices are not secure. Conversations or messages can be easily intercepted. Sensitive Company information may be intercepted and confidentiality may be compromised if cellular phones, portable phones, or hand held device communication is intercepted. Therefore, users should be highly cautious of communicating confidential material or sensitive Company information by cellular phones, portable phones, or hand held devices. The Company may specifically monitor the activity and accounts of individual users including calls, files accessed, communications, and web browsing. In addition, the Company at its discretion, or as may be required by law, may disclose the results of any such general or individual monitoring to appropriate Company personnel or law enforcement. For more information please refer to the Cell Phone/Smart Phone Use Policy which can be found on the Intranet.

**Communications Security and Compliance**
Security of electronic systems is a high priority. Each user is required to have a unique account (user-id) and use a password to access Company electronic systems. Each user will be held responsible for the actions taken by his or her assigned user-id(s) on a Company electronic system(s). Passwords are confidential and are not to be shared with others.

The reliability of passwords for the purpose of maintaining confidentiality cannot be guaranteed. Users should assume that any message could be accessed and read by persons other than

 MAKING YOUR WORLD STRONGER

those for whom the message was intended. Users should, therefore, exercise good judgment in creating and distributing messages.

### Reporting of Violations; Disciplinary Action

Users learning of any misuse of electronic communication systems or violations of this policy should notify their appropriate department manager, Information Service representative, or Human Resources representative immediately. Disciplinary action up to and including termination of employment may be taken for violation of JBS Computer Use or Cell Phone/Smart Phone Use Policies.

### Communications Technology Support

If you require assistance with any part of this policy or related standard practices, please submit a Help Desk ticket on the intranet or contact your Supervisor or Human Resources representative for guidance. Note that Support is provided for Company issued technology only. Personal devices are not supported in any way.

### Bulletin Boards

The Company maintains bulletin boards at convenient places. Special notices and other information from management are posted on the bulletin boards. It is to your advantage to consult these boards regularly. Various forms of communication between you and the Company have been established, including the bulletin boards, this handbook, benefits manuals, and periodic department meetings.

### Weather and Special Announcements

In case of special announcements, such as bad weather or the emergency cancellation of scheduled work, the Company will attempt to notify employees in advance through the media and radio stations that are posted in specified areas.

### Weapons In the Workplace

To safeguard our employees, our customers, and the public, we absolutely prohibit anyone, i.e., employees, vendors, suppliers, visitors, customers, or independent contractors, from bringing unauthorized and/or dangerous weapons into the workplace, including but not limited to firearms (regardless of any authorized permit), explosives, or any other item deemed inappropriate or dangerous.

The Company is authorized to conduct searches when there is reason to believe that a person is in possession of a firearm, explosives, or any other weapon that may be capable of producing bodily injury or death. This may include searching a person, a person's vehicle, locker, desk, or any other items on Company premises. Any violation of this policy, including refusal to consent to searches, will subject an employee to immediate suspension and discipline up to and including termination of employment. Violation by non-employees will result in their immediate removal from our premises and the filing of appropriate charges.

JBS 00025

 MAKING YOUR WORLD STRONGER

### Leaving Employment

Should the time come when you are thinking of leaving the Company, please talk it over with your supervisor and/or Human Resources. Changing employment is an important decision, and you may wish to discuss the factors involved.

If you do decide to resign, the Company appreciates at least two weeks' written notice prior to departure so that we have sufficient time to find your replacement. We also ask that you participate in an exit interview with Human Resources prior to your departure.

All Company property in your possession must be returned to the Company before you receive your final paycheck. This includes your I.D., safety equipment, and work equipment. Any outstanding Company liabilities must also be taken care of, and a forwarding address for your W-2 form must be left with Human Resources. This address should also be updated if you move prior to the end of the calendar year.

### Conclusion

Again, welcome to JBS USA. We look forward to a long, mutually rewarding employment relationship, a relationship wherein we can grow, succeed, and achieve the personal and corporate goals we envision.

JBS 00026

 MAKING YOUR WORLD STRONGER

### Employee Handbook Acknowledgment Form

By signing this Acknowledgment Form, it serves as documentation that I have received my personal copy of the Employee Handbook, which outlines the benefits and policies of JBS USA. I understand that I must read the Handbook so that I understand the Company's policies. In addition, by signing this acknowledgment form I understand that I must contact the facility's HR department for additional information regarding the policies outlined in the handbook, and the matter in which said policies are implemented at my specific facility.

I understand that the handbook contents do not create a contract between JBS USA and any employee. Nothing in this handbook binds JBS USA or any employee to any specific procedures, policies, benefits, pay, working conditions, or privileges of employment. As an employee, I am completely free to leave the Company at any time I choose, and the Company has the same right to end the employment relationship, with or without notice, with or without cause, unless otherwise limited by the terms and conditions of a collective bargaining agreement.

I understand that if I have any questions, I am to talk with my immediate supervisor or to the Human Resources.

_____

Employee Name


_____          _____

Employee Signature                                Date


This page is to be detached and submitted to the Human Resources office upon receipt of this booklet and will become a part of the Employee's Personnel File.