# Exhibit T

## ACKNOWLEDGMENT RECEIPT
*(Revised September 2006)*

I have received my copy of the Employee salaried and management support employee Handbook. I have read and acknowledge that I understand it.

I understand that the Handbook is not an employment contract, but it is an explanation of many Company policies and guidelines. The Company has not solicited my assent or agreement to the policies and guidelines and procedures set forth in this Handbook, and my employment is not in consideration of or in return for my being bound by this Handbook. I realize that the Company may interpret, clarify, revise, and/or deviate from the procedures set forth in this Handbook.

I also realize that the Company or I can terminate the employment relationship at will, at any time, without any reason given.

I understand that there are no express or implied promises of continued employment.

I understand that if I have any questions, I am to talk with my immediate supervisor or the Human Resources manager.

_____
Employee's Signature

_____Weri Abdi Farah_____ Employee's Name (Please print)

Date 5-6-09  Last four digits SS# 7078

*Upon receipt of this booklet, this page is to be detached and submitted to the Human Resources department. It will become a part of the employee's personnel file.*

20

Exhibit T



JBS 00061