# Exhibit V

## ACKNOWLEDGEMENT OF RECEIPT AND UNDERSTANDING OF THE JBS USA'S
## CODE OF CONDUCT
## &
## CONFLICT OF INTEREST POLICY

I have received my copy of the Code of Conduct/Conflict of Interest Policy. I know that I must read the Code of Conduct/Conflict of Interest Policy so that I understand my responsibilities as an employee of the Company. I also understand that if I have any questions about the Code of Conduct/Conflict of Interest Policy or knowledge of possible violations of the Code of Conduct/Conflict of Interest, I am to talk to my immediate supervisor, the Ethics Officer, or make a report on the Ethics Hotline: 1-888-203-9729.

☑  I have received and read the Code of Conduct/Conflict of Interest Policy.

Choose One:
☑  I **do not** have a Conflict of Interest
☐  I **do** have a Conflict of Interest described below or on the reverse (use additional pages as needed)
☐  I **may** have a Conflict of Interest described below or on the reverse (use additional pages as needed)

Signature _____

Name/Please Print ____Weli Abdi Farah_____

Social Security Number, where applicable ___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___

Location ____Greeley____        Date ___5-6-09___

Conflict:



EXHIBIT V

JBS 00101