# Exhibit W



# Illustrated Script
# Prohibited Harassment

Competencies:

- Define the term "sexual harassment."
- Identify examples of sexual harassment.
- Demonstrate appropriate responses to sexual harassment.
- Understand what illegal harassment is and what action to take if it is observed.
- Understand what illegal retaliation is.

Note: Sometimes the same image will appear twice in a row. Duplicating images is done to accommodate longer lines of text.

## Bookend 1 (BK1)
**Video**

Good to be back!

Our lesson today is a very important lesson for the workplace.

We'll learn about illegal harassment laws.

Yikes, what a jerk.

It looks like he needs to learn a little about what is inappropriate behavior for the workplace.



## Illustrated Script
## Sexual Harassment

Competencies:

- Define the term "sexual harassment."
- Identify examples of sexual harassment.
- Demonstrate appropriate responses to sexual harassment.

Note: Sometimes the same image will appear twice in a row. Duplicating images is done to accommodate longer lines of text.

### Bookend 1 (BK1)
### Video

Good to be back! Our lesson today is a very important lesson for the workplace. We'll learn about sexual harassment laws.

(music playing)

(scolding)

Yikes, what a jerk. It looks like he needs to learn a little about what is inappropriate behavior for the workplace.

# Workplace Harassment and Discrimination

## Illustrated Script

Harassment and discrimination in the workplace are illegal if the treatment is based upon some protected status of the employee such as his or her race, color, religion, sex, or national origin. This course identifies examples of harassment and discrimination, and covers what you should do if you are facing a situation.

### Competencies:

- Understand what discrimination is, and the types of situations that could be considered workplace discrimination.
- Identify examples of verbal or physical action that would be considered harassment in the workplace.
- Explain how discrimination and harassment can affect a victim and organization.
- Understand what to do if you are being harassed or discriminated against.
- Recognize that retaliation is never acceptable in any situation.

### Course Viewer

- View English (United States) » (courseviewer/index.php/content_branch=201304/framework_branch=SISTEM_5.0/media/logon/course_viewer.php?unit=B&mod=7&locale=en-US)
- View Spanish (United States) » (courseviewer/index.php/content_branch=201304/framework_branch=SISTEM_5.0/media/logon/course_viewer.php?unit=B&mod=7&locale=es-US)

JBS 00390



## Illustrated Script
## Appropriate Behavior in the Workplace

Competencies:

- Demonstrate proper workplace with peers and supervisors.
- Understand the importance of friendly communication with peers and supervisors.
- Identify types of behavior to avoid while working.
- Understand how to speak properly regarding work.
- Demonstrate habits that show appropriate workplace behavior.
- Identify the potential benefits of demonstrating proper workplace behavior.

Note: Sometimes the same image will appear twice in a row. Duplicating images is done to accommodate longer lines of text.

### Bookend 1 (BK1)
### Video

Hi! For the next few minutes we're going to be talking about some of the things that help us to succeed at work.

We'll talk about why it's important to keep a good attitude and to get along with the people around us.

Watch this situation and see what YOU think about our employee.

(distant female voice) "What's taking you so long?"

"Shut-up, I'm on break OK!"

"This place stinks!"

(distant male voice) "Better hurry up before the boss sees you"

"I don't know why you even #$%@% bother working here"

"I know I'm outta here as soon as I #$#$#@ can!"

(distant male voice) "Hey, get back to work."

"You can't tell me what to do you $#@#*%$@"

"Whooooaaaaa!"

Ooh, That's going to leave a mark, but it does give us some things to think about.



## Illustrated Script
## Diversity

Competencies:

- Understand that diversity can affect your attitude toward people.
- Define discrimination and identify laws that prohibit discrimination.
- Define tolerance and identify when it is appropriate to be tolerant.
- Respond to differences with others with a positive attitude.

Note: Sometimes the same image will appear twice in a row. Duplicating images is done to accommodate longer lines of text.

### Bookend 1 (BK1)
### Video

Dewayne, what is going on with these clones? --- What, you mean my entourage? My clique. My posse. --- What now?

My buddies, my pals, my friends. --- Look at all that. They're all the same. --- Yeah, exactly. I like hanging out with people who are like me.

Same goofy face... --- What? Which one? --- Wouldn't you think your life would benefit from diversity. I mean, come on... No!

Sorry, I'm not crazy about diversity. I like hanging out with people who are just like me. They make me feel comfortable.

But diversity brings us texture and vitality. It's the spice of life... --- What the heck does vitality mean?

You don't know that that means? --- All I know is that I like being with other people who are exactly like me. --- Look at that. It's obvious...

No surprises, no awkward moments, no language barriers. Hey, you! You in that pink shirt. What are you doing? --- No, what are you doing?

This is not working for me. --- Dewayne, diversity enriches our soul and it brings us together in the melting pot of America...

Definitely, definitely. I agree. Could you actually take a few steps back? --- What are you doing? Are you kicking this guy out?

Keep going... and... perfect! Now just close the door behind you. Anyway... C.J.? Oh Well. Dance party. Yeah!

JBS 00469