# Exhibit X

Remember that this is your chance to give your side of the story. Please give complete answers.

Who (name and title) fired you? KACEEM

What reason did this person give you when he or she fired you? Give as many details as you can. NOT GIVEN

What was the last thing that happened that caused the employer to fire you? NO REASON WAS GIVEN TO ME I WAS SUSPENDED AND DETERMINED OVER THE PHONE WITHOUT ANY EXPLANATION

Click on the MAIN reason the employer fired you: No reason given

If you disagree with the reason the employer fired you or if you would like to give us more information, please explain: I WORKED FOR THIS COMPANY MORE SIX YEARS AND I NEVER HAD ANY WORK RELATED ISSUE I WORKED AN NEW HIRE TRAINER I WAS CALLED IN TO HR AND I WAS INFORMED I WAS SUSPENDED AND I WAS TOLD OVER THE PHONE I WAS DETERMINED BUT NO REASON GIVEN

Please give us more information about why SWIFT BEEF COMPANY fired you.

Describe what you feel was the reason for your discharge: I WAS PROMISED TO GET MOVE UP WITHIN THE COMPANY, FOR THAT REASON MY CO-TRAINER DID NOT LIKE THAT SO HE STARTED ACTED UP AND FROM THAT POINT ON HE STARTED SAYING BAD THINGS ABOUT ME

Your impression of the reason for your discharge is important in our making a decision. Remember your employer will be asked to provide his reasons for discharging you

Please answer the following questions about receiving payments from SWIFT BEEF COMPANY

Note: You cannot type more than 1000 characters in each box. If you need to give us more information than you can type in the box, fax it to 303-318-9014 or mail it to P O Box 400 Denver CO 80201. Any time you send us paperwork, make sure you put your full name and at least the last four digits of your social security number on there. At the end of this application, we will tell you again where to send things.

Did you receive, will you receive, or are you receiving any of the following payments from SWIFT BEEF COMPANY:

Severance pay? No
Vacation pay? No
Wages in lieu of notice? (Please do not report payments for hours you worked and were paid for on your last check) No

Did you receive, will you receive, or are you receiving any of the following payments from SWIFT BEEF COMPANY:

Separation bonus? No
Other separation payments? Explain this No
Pension, retirement, or 401k distributions? No

If you have not received, but are expecting to be paid any of the above payments you must report the payment to the division when received.



EXHIBIT X

FARAH 00057

http: spweb03 SmartAdmin ClaimDetail.aspx?ResultID=2075294&ClaimType 1