# EXHIBIT 1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-CV-02387-RPM
_____

DEPOSITION OF WELI A. FARAH
EXAMINATION DATE:  APRIL 29, 2016
_____

WELI A. FARAH,
Plaintiff,
v.
JBS USA, LLC d/b/a SWIFT COMPANY,
Defendant.

_____


        PURSUANT TO NOTICE, the deposition of
WELI A. FARAH was taken at 9:03 a.m. on April 29, 2016,
at 633 Seventeenth Street, Suite 3000, Denver, Colorado,
before Nathan Stormo, Registered Professional Reporter
and Notary Public in and for the State of Colorado, said
deposition being taken pursuant to the Federal Rules of
Civil Procedure.



                    Nathan Stormo
            Registered Professional Reporter

5

P R O C E E D I N G S

WELI A. FARAH

The deponent herein, being first duly sworn to testify to the truth in the above cause was examined and testified on his oath as follows:

E X A M I N A T I O N

BY MS. VICKLES:

Q   Could you state your full name, please.

A   Weli Abdi Farah; W-e-l-i; A-b-d-i middle name; last name is Farah, F-a-r-a-h.

Q   Before we get going, I just want to remind you of a few ground rules.  One, if you could verbalize your answers with yes or no instead of uh-huh or huh-uh, that makes for a clearer record.  Okay?

A   Okay.

Q   Two, if you could wait for me to finish my question before you start your answer.

A   Okay.

Q   And I will try to do the same, let you finish your answer before I start speaking.  That also makes for a clearer record and makes the court reporter's job easier.

A   Okay.

Q   If you don't hear one of my questions, please let me know, and I will be happy to repeat it.

6

A   Okay.

Q   If you don't understand the question, please let me know, and I will be happy to rephrase it for you.

A   Okay.

Q   If you need a break at any time, just let me know.  I would ask that you answer any pending question, but then we can take a break.

A   Okay.

Q   And you understand that you are under oath today just as if you were in court?

A   Yes.

Q   Is there any reason that you are not able to answer my questions truthfully today?

A   No.

Q   Mr. Farah, where were you born?

A   I was born in Somaliland.

Q   Somaliland?

A   Yes.

Q   And what city or town?

A   Hargeisa.

Q   How do you spell that?

A   It's spelled H-a-r-g-e-i-s-a.

Q   What year were you born?

A   January 1, 1975.

Q   And you will have to explain to me Somalia and

7

the parts of the country you are talking about.  Somaliland, is that part of Somalia?

A   It used to be, but now it's a self-government separated from the rest of Somalia.

Q   Is it the north or south?

A   Northwest.

Q   And when did Somaliland become a separate part of Somalia?

A   1991.

Q   Is it recognized as a separate country?

A   Some countries do, but with the United Nations, not yet.

Q   What languages do you speak?

A   I speak Somali, which is my first language.  I speak Swahili, and I speak English.

Q   Do you speak Arabic?

A   Some, not fluently.  I can read, I can understand, but I cannot speak fully.

Q   Okay.  And you read and speak English, Somali, and Swahili?

A   Yes.

Q   Is there a town or city in Somalia named Burco?

A   Burco, B-u-r-c-o.

Q   Correct?

A   Yes.

8

Q   Were you born there, or did you live there?

A   I was born there.

Q   And tell me then where is Burco in relation to Hargeisa?

A   Hargeisa is the main city.  Burco is a suburb, small town outside of Hargeisa.

Q   And what year did you first come to the United States?

A   1994.

Q   And tell me, which states have you lived in in the U.S.?

A   Colorado.

Q   No others?

A   No others.

Q   And within Colorado, which cities have you lived in?

A   I have lived Denver, I lived Aurora, Greeley, Longmont, Glendale.  Pretty much that's all I can remember.

MR. OKUNADE:  Heather, let me interject.  Before I forget, I just remember that Ms. Yulibeth Rocha is also going to be a witness in this case.

MS. VICKLES:  Correct.

MR. OKUNADE:  So I just want to have a standing objection to her being here, as she is also going to be

45

1  them how the classes were done.  So we were pretty much
2  the leads, and that's how we became the team leads.
3      Q   Okay.  You're talking about floor trainers.
4  Was there a time that you actually were on the floor
5  training people with the floor trainers?
6      A   No.
7      Q   You were always in the classroom, right?
8      A   We -- both back and forth.  We would also go to
9  the production floor.
10     Q   But you just said no when I asked you if there
11 was a time when you were training on the floor.
12     A   Yes.
13     Q   You actually trained the production workers how
14 to do their job?
15     A   No.  You're trying to get me off --
16     Q   What is --
17     A   We were training the trainers.
18     Q   You were training the floor trainers --
19     A   Correct.
20     Q   -- on how to train people?
21     A   Yes.  And that's how we became a lead.
22     Q   Would you train the floor trainers in the
23 classroom or out on the floor?
24     A   Both.
25     Q   Were you cross-trained on all the fab

46

1  positions, or did you just work on certain lines?
2      A   I worked certain lines, but I worked for JBS
3  long enough to know most positions.
4      Q   Okay.  And you talked about we were the leads.
5  Who else was a lead?
6      A   Miguel Muniz.
7      Q   The two of you?
8      A   Correct.
9      Q   Okay.  Did you both get a raise at the same
10 time?
11     A   I don't remember if he got a raise, but I'm
12 pretty sure I got one.
13     Q   You don't know if he did?
14     A   No.
15     Q   When you spoke to Brandon Sellers or Kelly
16 Johnson about becoming a lead, was Miguel there also?
17     A   No.
18     Q   Just you?
19     A   Just me.
20     Q   Do you know if there is any documentation that
21 you've seen that reflects that you were a lead?
22     A   No.
23     Q   Or that Miguel Muniz was a lead?
24     A   No.
25     Q   Okay.  Just a conversation and then the raise?

47

1          MR. OKUNADE:  Object to form.
2      A   Yes.
3      Q   (By Ms. Vickles)  Okay.  So if I wanted to try
4  to figure out when you got the lead title, if I looked
5  back and see when you got a dollar or so raise, that
6  would be when?
7      A   Correct.
8      Q   So your first supervisor when you became a
9  classroom trainer, was that Lupe Garza?
10     A   Yes.
11     Q   Did you ever have any issues or problems with
12 Lupe?
13     A   Never.
14     Q   And were you supervised by someone named Sandra
15 Meyer after Lupe Garza?
16     A   Correct.
17     Q   Did you ever have any issues with Sandra?
18     A   Never.
19     Q   Were you supervised by someone named Felix
20 Gonzales?
21     A   Correct.
22     Q   After Sandra?
23     A   Yes.
24     Q   Any problems or issues with Felix?
25     A   Never.

48

1      Q   I think your next supervisor then was Megan
2  Stolle, Stolle?
3      A   Correct.
4      Q   Did you ever have any issues or problems with
5  Megan?
6      A   Never.
7      Q   And after Megan was it Jason Miller?
8      A   Yes.
9      Q   Any issues or problems with Jason?
10     A   No.  There was slight, small with Megan Stolle.
11 It was just -- I recall it was just -- we were strict on
12 overtime during that time, and I believe I went over a
13 certain amount.  I can't remember exactly how many
14 minutes, but I did have a write-up for two minutes
15 overtime with Megan Stolle.
16     Q   Did Megan Stolle write others up as well if
17 they had unapproved overtime?
18     A   I didn't know about anybody else, but I know
19 myself.
20     Q   Did you understand that the problem was you
21 needed to get approval ahead of time if you were going
22 to work any overtime at all?
23         MR. OKUNADE:  Object to form.
24     A   I'm not understanding what you just said.
25     Q   (By Ms. Vickles)  Did you understand the issue

49

1  was you needed to get preapproval before working any
2  overtime?
3      MR. OKUNADE:  Object to the form.
4      A  Yes.
5      Q  (By Ms. Vickles)  And the occasion you were
6  written up by Megan was because you hadn't gotten
7  approval, and you had two minutes of overtime?
8      A  I had two minutes of overtime.
9      Q  Any other issues you had with Megan Stolle?
10     A  No.
11     Q  And after Jason Miller, were you supervised by
12  Brandon Sellers?
13     A  No.  You're forgetting --
14     Q  I forgot someone?
15     A  Yes.
16     Q  Who did I forget?
17     A  Matthew Lovell.
18     Q  Matthew Lovell?
19     A  Yes.  Matthew Lovell was our supervisor.  I
20  can't recall exactly when, but I'm sure he was before
21  Jason Miller.
22     Q  So after Megan Stolle and before Jason Miller?
23     A  I believe so.  Matthew Lovell was in charge of
24  us at that time.
25     Q  Did you have any issues with Matthew Lovell?

50

1      A  Never.  I used to help him a lot.
2      Q  Did I forget anyone else up to Brandon?
3      A  Up to now, no.
4      Q  Next was Brandon Sellers?
5      A  Yes.
6      Q  Any issues or problems with Brandon?
7      A  Never.
8      Q  And then was there somebody named Soila or Sola
9  Delgado?
10     A  There was, before we -- go back to Brandon,
11  there was another issue with the overtime that I recall.
12  Like during December, around that time, he wrote me up
13  for overtime, which I did not agree with him during that
14  time.  But that's the issue I had with him also.  There
15  was an overtime, he wrote me up for.
16     Q  And that was Brandon Sellers?
17     A  That was Brandon Sellers, yes.
18     Q  And what was it you disagreed with Brandon
19  about on that write-up?
20     A  The overtime.  I had -- what they call that, I
21  did have overtime, but I wasn't sure.  But I remember
22  not wanting to sign the write-up that was given to me
23  during that time.
24     Q  Why did you not want to sign it?
25     A  Because I didn't agree with it.

51

1      Q  Do you remember what you didn't agree with?
2      A  I did not agree with the overtime, because I
3  don't think -- or even if I did during that time, I was
4  the only one that was get a write-up for, nobody else.
5  Because I know -- I'm pretty sure I was the only one
6  that got a write-up for that.
7      Q  Did you feel there were others who should have
8  also been written up?
9      A  Yes.
10     Q  Who else?
11     A  Most of the trainers that were there.  We all
12  have overtime.  I'm not sure.  I wasn't checking the
13  time, but I'm pretty sure there was some overtime.
14     Q  Do you know anyone for certain who had
15  unapproved overtime that didn't get written up?
16     A  No.
17     Q  Okay.  Any other issues then with Brandon
18  besides the one write-up?
19     A  That's all that I can remember.
20     Q  And then were you supervised by Soila or --
21     A  Soila Delgado.
22     Q  Any issues with her?
23     A  No.
24     Q  And then I believe your next supervisor was
25  Yuli Rocha, or was there anyone else?

52

1      A  No, that was it.
2      Q  And then I want to ask, did you have any issues
3  with Ms. Rocha prior to the investigation in March of
4  2015?
5      MR. OKUNADE:  Objection; form.
6      A  No.
7      Q  (By Ms. Vickles)  No issues had come up before
8  then?
9      A  No.
10     Q  Did Maxamed Xasan, who ever calls Max, do you
11  remember when he -- his first day at the Greeley plant?
12     A  No.
13     Q  Do you remember approximately when he arrived?
14     A  I believe it was October of 2014.
15     Q  During the deposition, can we agree that we
16  will refer to him as Max?  Is that how you know him?
17     A  Yes.
18     Q  Max, okay.  So you know who I'm talking about
19  when I ask you about Max?
20     A  Of course.
21     Q  Now, Max was never your immediate, direct
22  supervisor, was he?
23     MR. OKUNADE:  Object to form.
24     A  The directors are always our directors, so I
25  don't know what you're trying to say, but they are

53

1  always in charge of us.
2      Q   (By Ms. Vickles)  You didn't report to Max.  He
3  was not your immediate supervisor?
4      A   There was a lot of things that I reported to
5  him, but --
6      Q   He didn't directly supervise your job, that was
7  the training manager, correct?
8      A   He did supervise me.  He used to come upstairs
9  and tell me what to do.
10     Q   He was two or three levels above you, correct?
11         MR. OKUNADE:  Objection; form.
12     A   Two or three levels above me.  I don't get what
13  you're trying to say.
14     Q   (By Ms. Vickles)  Your immediate supervisor was
15  the training manager, correct?
16     A   Correct, but he can also come and tell me what
17  to do, yes.
18     Q   And at some times you also reported to the
19  safety manager, right?
20     A   Who are we talking about?
21     Q   Was the training department sometimes governed
22  by the safety department and not HR?
23         MR. OKUNADE:  Objection.
24     A   No.
25     Q   (By Ms. Vickles)  You don't remember that?

54

1      A   No, not at all.  It never happened.
2      Q   And Max, he is also black, right?
3         MR. OKUNADE:  Objection; form.
4      A   Yes.
5      Q   (By Ms. Vickles)  He is also African-American,
6  right?
7         MR. OKUNADE:  Objection; form.
8      A   Yes.
9      Q   (By Ms. Vickles)  And he is also from Somalia,
10  right?
11         MR. OKUNADE:  Objection; form.
12     A   Yes.
13         (Deposition Exhibits 7 through 11 were marked.)
14     Q   (By Ms. Vickles)  Mr. Farah, can you take a
15  look at Exhibit 7, which is the employee handbook.
16     A   Yes.
17     Q   You are familiar with this handbook, correct?
18     A   Yes.
19     Q   And, actually, Exhibit 8 is the acknowledge
20  receipt.  Do you see that?
21     A   Yes.
22     Q   And did you sign the acknowledgment and receipt
23  on May 6, 2009?
24     A   No.
25     Q   That's not your signature?

55

1      A   That's my signature.
2      Q   And why did you say no?
3      A   Because the handbook the first time I signed
4  was March 3 -- March 9 of 2009.  This was some other
5  dates that we signed also.  It is my signature, but the
6  first signing that I did for the handbook was March 9.
7      Q   If you look back at Exhibit 7, is this the
8  handbook that you received following your promotion to
9  the classroom trainer position?
10     A   I'm sorry.  Say again.
11     Q   Is this the handbook that you received
12  following your promotion to the classroom trainer
13  position?
14     A   Yes.  This is a management handbook.
15     Q   So does that refresh your recollection that you
16  signed Exhibit 8, the acknowledgment, after your
17  promotion?
18     A   Right -- no.  My promotion was, I believe,
19  April -- April, so this came out later during that time.
20  But my promotion was 4/14 of '09, so that's when I
21  became manager.  And this was after a month or so.
22     Q   So you signed the handbook acknowledgment about
23  three weeks later?
24     A   Later, yes.
25     Q   Three weeks?

56

1      A   Yes.
2      Q   And you're very familiar with JBS's employee
3  handbook, correct?
4      A   Of course.  I translated it.
5      Q   And you received the management support
6  handbook?
7      A   Yes.
8      Q   You read it?
9      A   Like I told you, I translated the whole thing.
10     Q   You understood it?
11     A   I translated the whole thing.
12     Q   In fact, you trained other employees on it,
13  right?
14     A   I don't know what to tell you.  I translated
15  the whole thing.  Do you know how hard it is to
16  translate this book?
17     Q   I can imagine.
18     A   Well, I did that, so I know everything about
19  this book.
20     Q   And you're familiar with the open-door policy
21  in the handbook?
22     A   Of course.
23     Q   And you're familiar with the EEO policy?
24     A   Equal employment, yes.
25     Q   And you're familiar with the harassment policy?

69

1    A   No.
2    Q   Did you ever see -- did Brandon show you the
3  Kronos printouts from that?
4    A   You can go and ask for your printout straight
5  up to HR.  You can go and walk up to them and say, Can I
6  have my Kronos?  And they will print it out for you.
7  Most of the hours, production employees, what they do is
8  they have a right to come up to HR, and they can ask for
9  their whole printout of that week.
10        Normally, most employees, they -- sometimes
11  supervisors do take the time away.  So in order for them
12  to make sure that they have the time correctly before
13  they get paid, they will come to HR, and they will get
14  their printout.
15        For the production supervisor, what they do is
16  they can take that overtime away.  For instance, if you
17  have overtime, it can be taken away and get paid for the
18  eight hours.  There is no need to be paid for.  The same
19  way they do in the production.  Every day there is a
20  printout, the supervisors they do, which is the whole
21  line of employees.  And before they go home, they will
22  sit and they will take whatever time that employee had.
23  For instance, they only paying them the gang time.  What
24  the gang time is what they work during that day.  That's
25  how it works.

70

1    Q   So my question was, did Mr. Sellers show you
2  the Kronos printout from --
3    A   No.
4    Q   -- the day you were written up?
5    A   No.
6    Q   Did you ask to see it?
7    A   No.  I was pretty upset because I didn't think
8  I had overtime during that time, because I was very
9  careful on my punches, and I was very upset when he
10  called me up and told me that I'm getting a write-up for
11  overtime.  So I didn't want to sign it because I was
12  kind of sure, I'm not 100 percent, but I was very
13  careful with my punches.
14    Q   So even though you were very upset, you didn't
15  think it was fair, and you didn't think you had any
16  overtime, you didn't ask to see the printout?
17        MR. OKUNADE:  Object to form.
18    A   Not really.  I didn't want to -- I didn't ask
19  him for a printout, but I think we can still get the
20  printout.
21        (Deposition Exhibit 15 was marked.)
22    Q   (By Ms. Vickles)  Exhibit 15 is a personnel
23  action record from March 11, 2015 that indicates you are
24  being placed on an indefinite suspension.  Did you sign
25  this document?

71

1    A   Yes.
2    Q   And who informed you that you were being
3  suspended?
4    A   It was Kacem Andalib, and I believe during that
5  time Yuli Rocha was present, and Virginia Ramirez was
6  also present.
7    Q   What was Virginia's job?
8    A   I don't know.  She was new.  She was there for
9  about a month or so.  I never knew what was her role
10  there.  She was just there.
11    Q   And were you told why you were being suspended?
12    A   They pretty much told me they were doing an
13  investigation, but I was never given exactly why I was
14  being suspended.
15    Q   Did they tell you what they were investigating?
16    A   They were investigating a lady named Efrah
17  Abdellah, who was my translator, that used to help me
18  translate.  And they wanted to do some investigation,
19  and that's when they told me, We will call you, and you
20  are being put on suspension.
21    Q   Okay.  Did they tell you anything else about
22  what they were investigating?
23    A   Other than Efrah, no.
24    Q   Did they tell you anyone had complained?
25    A   Never, not a single word about complaints from

72

1  anybody else.
2    Q   During the meeting when you were informed that
3  you were being suspended, who was speaking?
4    A   Kacem.
5    Q   Kacem told you?
6    A   Yes.
7    Q   Did you understand that it was Kacem and Yuli's
8  decision to suspend you?
9        MR. OKUNADE:  Objection to form.
10    A   I don't know whose decision was that during
11  that time and who made that decision, but when I came
12  in, I was told that you are being put on suspension.
13    Q   (By Ms. Vickles)  And were you interviewed by
14  Kacem and Yuli as a part of their investigation?
15    A   Yes, they did.
16    Q   What do you remember of the interview?
17    A   It was pretty much the interview was all about
18  Efrah.  They had asked me why Efrah was coming up to the
19  training classroom.  And I would tell them exactly what
20  I am about to tell you right now, is that she was there
21  to help me with the translation of languages that I
22  couldn't spoke; that I needed help with.
23    Q   What languages did Efrah help you?
24    A   Efrah helped me out with the Oromo language,
25  which is Ethiopian language.

73

1  Q   Any other languages?
2  A   No.  That was the only language that she would
3  help me out with.
4  Q   When you were interviewed by Kacem and Yuli,
5  was this the same meeting when they told you you were
6  being suspended, or were there two meetings?
7  A   When I was being suspended, it was just, Hey,
8  here, let's have your ID, you are suspended.  But prior
9  to that date is when they were asking me about Efrah
10 Abdellah.
11 Q   Was it the same day?
12 A   It was the same day.
13 Q   Do you remember what time of day you were
14 called in for the interview?
15 A   Yes.  It was 3:30, I believe, p.m., right
16 before my scheduled time ended; right before I go home.
17 They waited until the end of the shift.  I was working
18 during that day.
19 Q   So the interview meeting, how long did it last?
20 A   It lasted for about 15 minutes or so.
21 Q   And then did you leave the room, or did Kacem
22 and Yuli leave?
23 A   I left the room, and I don't know what
24 happened; what they discussed during that time.
25 Q   And then were you called back in and --

74

1  A   Yes.
2  Q   -- informed of the suspension?
3  A   Yes.
4  Q   How much later were you called back in?
5  A   Like two minutes.
6  Q   Just a couple minutes?
7  A   A couple minutes.  They already made up their
8  mind.
9  Q   Who else was in the room with Kacem and Yuli;
10 just Virginia?
11 A   Those are the three that I remember.  I'm
12 sorry.  There was another guy from Nebraska.  I don't
13 know his name, but he was sitting there also.  I can't
14 remember.  He was a supervisor or some manager from
15 Nebraska plant that was also just there sitting.  That's
16 the fourth person that I remember that was in the room.
17 Q   What room were you in?
18 A   We were -- one of the rooms, human resources,
19 they have two rooms, one was Mr. Max, and one was the
20 other room.
21 Q   You were in the other room that was not Max's
22 office?
23 A   It was across from Max's office.
24 Q   And that's where Kacem's office was, he had a
25 desk there?

75

1  A   I believe so, yes.
2  Q   The other person from Nebraska --
3  A   Yes.
4  Q   -- was he an HR employee?
5  A   I have no idea.
6  Q   Do you remember his name?
7  A   No.
8  Q   Do you remember whether it was Rigo?
9  A   I don't know.
10 Q   Do you remember if it was Justin Bstandig?
11 A   I have no idea.
12 Q   When you were called in that day, was Max in
13 his office?
14 A   Yes.
15 Q   What was he doing?
16 A   I don't know.
17 Q   Big glass window.  Was he looking at you?
18 A   No.  I don't remember if he was looking at me,
19 but he was there, I believe.
20 Q   And when you -- when you left the other HR
21 office after the interview, you said it was just a
22 couple minutes.  Did you just stand in the HR section?
23 Where did you go?
24 A   Kind of stepped outside.  There is a door that
25 you can step outside from HR, but you still can't see

76

1  everything inside.
2  Q   And then who called you back in?
3  A   I don't know if it was Yuli or Kacem.  I can't
4  remember.  One of them did call me back in.
5  Q   Had they asked you to wait --
6  A   Yes.
7  Q   -- for a couple minutes while they discussed?
8  A   They didn't say a couple minutes.  They just
9  say, Just go outside.  We are discussing.  Give us a
10 minute, and we will let you know.  So I had a phone in
11 my hands as I was working during that day.  They pretty
12 much kind of got me off guard.  I was about to make a
13 phone call where there was an employee going to supply
14 to get something from supply that I was waiting to make
15 that phone call.  And I had the phone in my hand.  I
16 don't know if they know that, if they remember, but I
17 had the phone in my hand when they called me down.  I
18 was doing my work.
19 Q   They called you on the phone to come back?
20 A   Yes.  They told me to -- usually when they
21 needed help for translation or anything, they would
22 always call us from the line saying, Hey, can you come
23 down?
24 Q   And do you remember who it was that called you
25 to come down?

77

1    A   Kacem Andalib.
2    Q   Kacem?
3    A   Yes.
4    Q   I think I interrupted you when you were telling
5  me what you remember from the interview meetings.  So
6  you told me it was all about Efrah?
7    A   Correct.
8    Q   Why was she coming to the classroom.  And you
9  told them it was to help you with translation?
10   A   Exactly.
11   Q   What else?
12   A   That was pretty much it.
13   Q   Did you tell them that you and Efrah were
14 friends from outside of work?
15   A   No.
16   Q   Did you tell them that you were talking to
17 Efrah in the Alchemy room about how she could become a
18 trainer?
19   A   No.
20   Q   Did you and Efrah ever discuss that?
21   A   Yes.
22   Q   Did she want to be a trainer?
23   A   She wanted to move up within the company.
24   Q   When did the two of you talk about that?
25   A   I don't recall exactly what day, but most of

78

1  the time when she did that was my interviews with
2  translating, she would help me out.  She would ask me
3  how to get ahead or how can I apply for certain
4  positions before she goes back to production line.
5    Q   And were you friends with Efrah outside of
6  work?
7    A   No.
8    Q   Did you ever see her outside of work?
9    A   No.
10   Q   Never?
11   A   Never.
12   Q   Never spent any time together?
13   A   No.
14   Q   Did you go to the same mosque?
15   A   No.
16   Q   Did you tell Kacem and Yuli that sometimes you
17 would meet with female employees in the training room
18 with the door closed?
19   A   No.
20   Q   Did you tell them anything else?
21   A   I pretty much tell them what they were asking
22 me about, why was she there and what was she doing
23 there.  And pretty much I tell them exactly what I am
24 about to tell you right now, that she was helping me
25 with translation.

79

1    Q   Nothing else?
2    A   Nothing else.
3    Q   And that took 15 minutes?
4    A   They were asking me all kinds of questions.
5    Q   What else?
6    A   Just like you're about to do the same question,
7  trying to get it from all different angles, they were
8  doing the same thing.
9    Q   What else did they ask that you remember?
10   A   That's all I remember.
11   Q   Did they ask you about any other employees that
12 you called to help translate?
13   A   No.
14   Q   Do you remember them asking you about anyone
15 besides Efrah?
16   A   No.
17   Q   When you called Efrah up to help you translate,
18 did you speak to her supervisor first?
19   A   Yes.
20   Q   Who was her supervisor?
21   A   They had numerous changes.  It's not a place
22 where they have steady supervisors.  They had one week
23 one supervisor will be there, and then another person,
24 so there were numerous supervisors that were supervising
25 on hind quarter pack areas; that's where she worked.

80

1    Q   What was her line, hind quarter pack?
2    A   Hind quarter pack; packaging area.  So there
3  wasn't just one supervisor.  There was numerous
4  supervisors.
5    Q   Who do you remember?
6    A   I remember Bereket was one of them that
7  supervised, and I would get ahold of him first, and I
8  would tell him I need her to help me out with
9  translation.  If he can cover up while she is gone, he
10 would let me know, or he would ask me for one of the
11 trainers to replace her.
12   Q   Did you always ask the supervisor first before
13 calling someone off the line?
14   A   Always, always.
15   Q   Was there ever a time when you just sent the
16 floor trainer to replace somebody and didn't talk to the
17 supervisor?
18   A   That never happened.
19   Q   Never.  How did you call the supervisors, on
20 the radio?
21   A   I would personally go ahead and tell them ahead
22 of time.  I pretty much even walked into their meetings
23 before the shift starts if I know I had somebody that I
24 needed translation.  I would inform them ahead of time
25 that I'm going to need Efrah to translate for me.

23  (Pages 77 to 80)

---

Page 81

1  Q  So you would always talk to them in person?
2  A  I would do it in person, and sometimes if I
3  can't get to them in person, I will call on the
4  telephone directly to fabrication line.
5  Q  The fab office?
6  A  The fab office.
7  Q  You didn't use the radio?
8  A  I did use the radio also, but not most of the
9  time because the radio is -- basically it's always busy.
10  It's kind of hard to get in.  If you need somebody right
11  away, you can call them directly on the line.  Otherwise
12  you will sit there and wait for a while trying to get
13  through the radio.
14  Q  In late 2014, early 2015, who answered the
15  phone in the fab office?  Did they have a clerk?
16  A  They had a fab clerk, yes, they always had a
17  fab clerk.
18  Q  Who was the fab clerk?
19  A  I don't know.  There were numerous.  Several
20  employees worked there.  It changes all the time.
21  Q  You don't remember any of their names?
22  A  One of them, Juliana Ramirez, Juliana, yes,
23  Ramirez.  I recall her.
24  Q  Did the superintendents ever answer the phones?
25  A  No.  They have different lines.  They have

---

Page 82

1  about three lines, so there is a line for production
2  where you know you can get ahold of the clerk.  There is
3  a superintendent line.  There's another line for the
4  person that monitors the cameras in there.  So they have
5  different lines that you can call.
6  Q  And you would call the fab clerks?
7  A  It depends on who you want to talk to.  You can
8  call anybody that you want.
9  Q  So who did you call then?
10  A  I would call the fab clerk to see if that
11  person was in the office.  And I would call during the
12  meeting, because I knew that's when they were up there.
13  Otherwise most of the time they are on the production
14  line.  It is kind of hard to get ahold of them.  But I
15  will meet with them when they have a meeting.  They have
16  a meeting every single day at 2:00 up in the fab office.
17  Q  That was the preshift meetings?
18  A  That was the second shift, yes.
19  Q  And do you remember any other supervisors of
20  Efrah's besides Bereket?
21  A  No.  That's all I can remember.
22  Q  Which other supervisors will verify for me that
23  you used to call them before pulling anyone off the
24  line?
25  A  Walter Gomez.

---

Page 83

1  Q  Who else?
2  A  Ricardo Guiterrez.
3  Q  Anyone else?
4  A  That's all I can remember right now.
5  Q  Do you know Anab Ali?
6  A  Yes.  She was one of the production employees.
7  Q  Did you know her outside of work?
8  A  No.
9  Q  Did you ever call her on her cell phone?
10  A  No.
11  Q  Never?
12  A  Never.
13  Q  Have you spoken to her about the investigation
14  that JBS did to your conduct?
15  A  Yes.
16  Q  When did you talk with her?
17  A  We talked right after I was terminated, and
18  after -- I find out that JBS came up with allegations
19  that she claimed to say.  I was never actually informed
20  about Anab Ali the first time.  I never knew at all.
21  The day Yuli, Kacem, and Anab Ali they were
22  investigating, it was not about her at all.  It was only
23  about Efrah.  And that was it.
24  And I came to find out about her when I applied
25  for unemployment.  And when my unemployment was first

---

Page 84

1  denied, they give you reasons and the reason they denied
2  you.  That's when I end up running into Anab Ali's name.
3  Q  And then did you contact her?
4  A  Yes, I did.
5  Q  How?
6  A  I contacted her through a friend of mine.
7  Q  Who is your friend?
8  A  Name Kaise.
9  Q  Kaise Egal?
10  A  No.
11  Q  Kaise who?
12  A  It's just Kaise.  That's all I know.
13  Q  K-a-i-s-e?
14  A  Yes.
15  Q  And what is his last name?
16  A  I don't know.  I just know him as Kaise.
17  Q  He is a community leader, a Somali community
18  leader?
19  A  No.  It was just a friend in Greeley that knew
20  her.
21  Q  Does he work for JBS?
22  A  Yes.
23  Q  Now?
24  A  Yes.
25  Q  What job does he do?

---

Stormo Reporting, Inc.  (303) 200-4792

85

1    A    The last time I remember he was working on the
2    arm line.
3    Q    How long had he worked for JBS?
4    A    I don't know.
5    Q    A long time, before you were there?
6    A    I don't know.
7    Q    How do I get ahold of him?
8    A    I don't know.
9    Q    Do you have his phone number?
10   A    No.  I know where he lives.
11   Q    Where does he live?
12   A    He lives on 29th Street.
13   Q    Apartment?
14   A    I believe Apartment 6.
15   Q    Do you know the address of his apartment
16   building?
17   A    No.
18   Q    Okay.  So he put you in touch with Anab.  Did
19   he give you her phone number or address?
20   A    No.  He was dating her.
21   Q    So how did you contact her?
22   A    He took me to her.
23   Q    To her house?
24   A    Yes.  She requested for Kaise to bring me to
25   her house, because she was -- wanted to talk to me about

86

1    JBS's case.
2    Q    So she asked to talk to you?
3    A    She asked Kaise if I can come over to talk
4    about what had happened.
5    Q    And when was this meeting that you had with
6    Anab Ali?
7    A    This was after her -- like when I find out
8    about her, which is, I think was June, May; around May.
9    Q    About a year ago?
10   A    Yes.
11   Q    And tell me about your meeting.
12   A    Well, she pretty much just say that, you know,
13   it wasn't -- it wasn't her; that she was forced to say
14   what she had to say because she was threatened that they
15   will take her ID away.  And due to her background of
16   numbers of write-ups, she was afraid to be terminated
17   her employment, so --
18   Q    Did she tell you what she told JBS?
19   A    No.  She pretty much just told me that they
20   were threatening her.
21   Q    Who threatened her?
22   A    It was Kacem Andalib that was doing an
23   investigation.  He tried to take her ID away.  And
24   that's when I asked her, did you have any statement that
25   you wrote?

87

1    And she say, No, he wrote everything and make
2    me sign.
3    Q    Did you believe her?
4    A    That's what she told me.  I'm not saying I
5    believe her.  I'm not saying anything, but that's what
6    she say.
7    Q    Have you ever spoken to Anab Ali again?
8    A    No.  That was the last time.
9    Q    One meeting?
10   A    One meeting, and she left Greeley.  I don't
11   know where she went after that.  I heard she moved out
12   from Greeley.
13   Q    Did you ever ask Anab Ali out on a date?
14   A    Never.
15   Q    You never called her?
16   A    Never, never.
17   Q    And you didn't expose yourself to her in the
18   training office?
19   A    That is one single lie I ever heard in my life.
20   I would never do that.  I would never do that to anybody
21   in my life.  And that was a very disgrace to my name.
22   Q    After you were interviewed by Kacem and Yuli,
23   and then they informed you you were being suspended, did
24   you speak to anyone else from JBS before you were
25   informed you were being fired?

88

1    A    No.
2        (Deposition Exhibit 16 was marked.)
3    Q    (By Ms. Vickles)  Exhibit 16 is a personnel
4    action record dated March 13, 2015 that indicates your
5    employment was terminated via telephone for harassment
6    and violation of company policy.  Did you receive a
7    phone call informing you about your termination?
8    A    Yes.  That phone call from Kacem and, yes,
9    that's when he just pretty much told me that we just
10   here to let you know that your employment with JBS has
11   ended.  And I remember having my daughter on my
12   shoulders that day.  I had her with me sitting right
13   here, and we were standing up.  I never expected a phone
14   call to be terminated.  And when he told me that you are
15   terminated, I didn't know what to do.  I was very
16   shocked.
17       I just said -- he asked me, Do I have any
18   questions?  And I was in shock where to the point that I
19   didn't believe what I just heard, and I just said no,
20   and I sat.
21   Q    Did you know who else was in the room when
22   Kacem made the phone call to you?
23   A    He had mentioned that he was with Yuli Rocha
24   and Virginia Ramirez.
25   Q    Did Virginia or Yuli say anything?

Stormo Reporting, Inc.  (303) 200-4792

89

1  A   No.
2  Q   Kacem did all the talking?
3  A   Yes. There was not a lot of talking. It was
4  just, Hey, Weli, you're terminated, pretty much. That
5  was it. There was not a lot of conversation in between.
6  Q   Did Kacem tell you why you were being fired?
7  A   No.
8  Q   And he asked if you had questions, and you said
9  no?
10  A   Well, he asked me if I had a question, but I
11  was shocked not to even know what to say, and I end up
12  just saying no.
13  Q   Did you call Kacem back later or ask to meet
14  with him to discuss why you were fired?
15  A   No.
16  Q   Did you try to meet with Max to discuss why you
17  were fired?
18  A   No.
19  Q   Did you discuss your termination with anyone
20  from corporate?
21  A   Yes.
22  Q   Who?
23  A   I have called Juliana, who was the HR director.
24  I believe it was Max's boss during that time.
25  Q   You mean Juriana?

90

1  A   Juriana.
2  Q   Juriana Sperandio?
3  A   Juriana Sperandio, I called her prior to that,
4  so I knew her number. That's the person I ended up
5  calling.
6  Q   Did you speak with her?
7  A   Yes, I did.
8  Q   Tell me about your conversations.
9  A   Well, she answered the phone, and I told her
10  what happened. I told her, Juriana, today I work for a
11  company for those many years, and unfortunately HR made
12  some allegations which is false allegation against me.
13  And I want you to take a look into it and make a
14  decision, try to reverse what these people just did to
15  me.
16  Q   When did you call Juriana, right after you
17  found out?
18  A   I believe during that day, I believe, yes.
19  Q   The same day?
20  A   After, you know, I come to realize that I was
21  terminated, then I -- my second step was to call the
22  corporate, which I did. And I've talked to Juriana like
23  I told you, I explained the whole thing. Unfortunately
24  she couldn't do anything about it because she was no
25  longer the HR director. She told me her position has

91

1  been changed, and I'm no longer in charge of those
2  people that you say.
3  Q   Did she tell you who to call?
4  A   She told me, yes, who to call, Eric Ray. And I
5  knew Eric from back in the day when he was my director.
6  Q   And this was the same day that you were
7  informed you were terminated that you called Juriana?
8  A   Yes.
9  Q   You said you told her that HR had made false
10  allegations against you?
11  A   Exactly.
12  Q   What false allegations?
13  A   Well, they say that, you know, I was -- Efrah,
14  like what they were trying to say about Efrah, that's
15  all I knew.
16  Q   What did they say about Efrah that wasn't true?
17  A   They pretty much didn't believe that Efrah was
18  there for translating for me.
19  Q   What false allegations did you tell Juriana
20  they were making against you?
21  A   That's what I want her to look into it.
22  Q   So she tells you to call Eric Ray?
23  A   She told me pretty much, I'm no longer in
24  charge of that.
25  Q   Did you call Eric Ray?

92

1  A   Yes, I did.
2  Q   The same day?
3  A   No. I called him the next day because it was
4  already after 5 p.m. during that day, and I knew there
5  was nobody in the office. I called the following day,
6  and it took him a while to get back with me because he
7  didn't even know I was terminated during that time. I
8  had left multiple messages on his phone, and finally he
9  had called me back after -- I don't know, the following
10  week, I believe.
11  Q   And tell me about your conversation with
12  Mr. Ray.
13  A   It was the same thing I've told Juriana, that
14  I've been terminated, wrongfully accused, whatever I was
15  accused of, and I wanted him to look into it. Since he
16  was my director and he knew me back in the day, that we
17  worked together, he can try to find out the truth why
18  they terminated me. I just wanted him to look into it.
19  And he told me, Okay. I will look into it, and
20  I will call you back.
21  Q   Did he do that?
22  A   He never did.
23  Q   He never called you back?
24  A   He never called me back.
25  Q   Did you ever try to call him back?

93

1  A   I did, but there was always an answering -- so
2  I kind of noticed that nobody wanted to do anything
3  about this, because those are the only people that would
4  have done something about it.
5     Q   Do you know what Mr. Ray did to look into it?
6     A   No.  He never called me back.  That's all I
7  know.
8     Q   And is that the last communication you had with
9  anyone from JBS?
10    A   Yes.
11    Q   Was your phone call with Eric Ray?
12    A   Correct.
13    Q   Until probably your unemployment hearing?
14    A   Yes.
15       MS. VICKLES:  Is this a good time for a quick
16  break?
17       THE DEPONENT:  No.  We can go --
18       MR. OKUNADE:  It's up to him.
19       (A recess was taken from 11:01 to 11:07 a.m.)
20    Q   (By Ms. Vickles)  Mr. Farah, when is the last
21  time that you saw Max?
22    A   I believe it was that day that I was getting
23  suspended.
24    Q   And he was just sitting in his office?
25    A   Yes.

94

1     Q   Did you talk to him?
2     A   No.
3     Q   When is the last time that you actually spoke
4  to Max?
5     A   I don't remember.
6     Q   Do you remember what you spoke about the last
7  time you talked to him?
8     A   No.
9     Q   Tell me the interactions that you do remember
10  that you had with Max.
11    A   He is a person that I didn't want to remember
12  at all, so I tried to not to remember at all about him.
13  Before Max came to JBS, I was in a great role, position
14  with JBS.  After he became director, things start
15  changing, people, supervisors that I knew were no longer
16  there.  I didn't know why, but management that I knew
17  was changing, is what I'm trying to say, after he came
18  to the office.
19    Q   So tell me what interactions you had with Max.
20    A   After Brandon Sellers was gone, I was
21  interested in a supervisor position for the training
22  department.  And those are the first interactions I
23  actually had with Mr. Max.
24    Q   When did Brandon leave?
25    A   I believe it was around December or January of

95

1  2015, or it could be December.  I'm not sure, but I know
2  it was around 2015, the beginning of 2015.
3     Q   Okay.  And then tell me what interaction you
4  had with Max about the training supervisor position.
5     A   I applied for the position, and --
6     Q   Did you apply for it the same way you had
7  applied for the classroom trainer, by submitting the
8  internal résumé?
9     A   Yes.
10    Q   So you completed an internal résumé the same as
11  Exhibit 4?
12    A   It was an internal -- it was kind of different.
13  It's not the same anymore.
14    Q   How was it different?
15    A   Well, it was longer.  There was a lot of
16  fill-ins that you have to do.  It wasn't just one page.
17  It was two.
18    Q   It was two hard-copy pages?
19    A   Yes, it was two pages.
20    Q   Did you keep a copy of that?
21    A   No.
22    Q   Did you actually turn that in to somebody?
23    A   Yes.  I turned it into the employment office.
24    Q   Who did you give it to?
25    A   Irene Lovato.

96

1     Q   And was that training department supervisor
2  position posted?
3     A   No.  It was never posted.  And that's one thing
4  that actually was out of the -- out of the awkward,
5  because when a position comes up within the plant, we
6  have a bulletin board where all the positions were
7  posted, for management position.  Production positions
8  they had a different bulletin board, and management
9  positions.
10       So within the plant if there was any department
11  that had an opening position that you were interested
12  in, there would be a place that you could go look.
13  Unfortunately this position was never posted.
14    Q   Do you remember when you gave Irene Lovato your
15  internal résumé?
16    A   Just right after Brandon Sellers was gone, so
17  it was around January or December.  I'm not 100 percent
18  sure, but it was during that time.  It was just a few
19  weeks that I turned it in.
20    Q   Did Irene say anything to you about the
21  position?
22    A   No.  I just left it there, and we were
23  waiting -- normally what happens is when you turn it in,
24  you wait for an interview; to get interviewed for the
25  position.  So I was waiting to be called for an

27  (Pages 93 to 96)

Stormo Reporting, Inc.  (303) 200-4792

97

interview.

Q   And were you interviewed for the job?

A   No.

Q   Did you follow up with Irene about it?

A   No, because Max told me that -- not to bother because he already had -- he already had a plan of bringing in Yuli to that position, and --

Q   Do you know if anyone was interviewed for the job?

A   Nobody was interviewed for the job, not that I know of. I haven't heard anybody saying that they were interviewed for that position. Even though there was a lot of supervisors within the plant that were interested if that position would have been posted, people would have applied for it, but it was never posted.

Q   Was that the first conversation you ever had with Max?

A   No. That was -- I believe when Max was gone, this was a few other times that we have talked. So I can't remember exactly how many times, but that was one of the times that we were discussing about me being interested in that position. And it was a time that he told me, Hey, you don't have enough education to be in this kind of position, so, you know, this is kind of like above your level.

98

And he already had her, Yuli Rocha, picked for that position. I guess they were in some training together. I remember seeing Mr. Max and Ms. Yuli Rocha before he became our director with Juriana. They were in our conference room doing some kind of training together. So she was from Texas, Cactus, and he was from Nebraska plant. So they were there doing some kind of training, and I believe that's how they met during that time.

So Mr. Max had already picked her before he even came to our plant. He already had chosen who he wants to be -- or who he wants to be his supervisor.

Q   And do you know what Yuli's qualifications are for the training manager job?

A   No, but I knew she was doing the same job I was doing. I believe she was the same position as I was in when she was in Cactus. That's what I heard. I never asked her.

Q   Do you know whether Yuli was more qualified than you were for the training supervisor job?

MR. OKUNADE: Objection; form.

A   No.

Q   (By Ms. Vickles) Before your interaction with Max in late December or early January 2015 about this training supervisor position, had Max done or said

99

anything that you felt was discriminatory?

MR. OKUNADE: Objection; form.

A   Mr. Max never wanted me there. I can tell, because he had -- he find out that we are not from the same place. We were different -- I'm originally, my ancestors are from Somaliland. That where my tree comes from. Mr. Max, he is a southern Somalian, so when he was there he heard a lot of rumors about me that he wanted me gone, from the day he stepped in there.

Q   (By Ms. Vickles) What rumors did he hear about you?

A   Rumors he had heard was I was pretty much terminating his clan or his people.

Q   Who did he hear that from?

A   The Somalis that worked within the plant, because most of them were not the same place that I was from.

Q   So tell me, I'm curious, the Somali employees who work in the Greeley plant, do they have conflicts among themselves based on their clan?

A   No, they don't have conflict. They only have conflict with me for who I am.

Q   So no other Somali employees were from your clan?

A   Exactly.

100

Q   You were the only one?

A   I was the only one in the plant that was from the Somaliland ancestry. Quote that down, I was the only one.

Q   I heard some allegations that you believe others in the community wanted you out from your job. Tell me about that.

A   I was employed for JBS where I treat everybody the same. I didn't care where you were from or who you were or what color skin, I treated everybody equally. Now, southern Somalian people wanted me to do favoritism when it comes to things that are JBS policies. They wanted me to go around the policy in order for them to get -- accomplish whatever they wanted.

I will give you an example. Forklift training, okay, that's one thing that I was in charge of when it comes to translating. If an employee didn't know, didn't speak English, I would translate for them. However, they would want me to give them the answers. That was a no-no to me. I would never give them an answer. I will say, You know what? I will translate this for you, but it is your decision to give me the answers. I will give them all three -- A, B, C, D, I will translate, and he will need to give me an answer.

Most of them would know -- they wouldn't want

```
                                                                    105
1        A   I don't remember at all.
2        Q   You said he was an older guy?
3        A   He was an older guy who was well respected when
4    it comes to the Somalian community.
5        Q   Does he live in Greeley?
6        A   Yes, he lives in Greeley.
7        Q   What was he fired for?
8        A   I believe it was a safety violation.
9        Q   What kind of safety violation?
10       A   I can't remember exactly.
11       Q   And you don't remember his name?
12       A   I don't remember his name.
13       Q   You said a loot of people disagreed.  Who
14   disagreed?
15       A   Most of the Somalis that were there.
16       Q   How do you know they disagreed?
17       A   I had a friend that was working at the union
18   named Jama.
19       Q   Jama Ismael?
20       A   Uh-huh, yes.
21       Q   What is his role with the union?
22       A   He was a union rep.  He was production; he was
23   forklift.  He works different positions, and he was the
24   one actually that used to come and tell me that
25   information.
```

```
                                                                    106
1        Q   So he told you people were upset that this
2    older man had been fired?
3        A   Yes.  These people that you were in the lead,
4    you know, Mr. -- I can't remember his name, the
5    termination, the reason that he was terminated.  And
6    people were upset about that.
7        Q   When did that happen?
8        A   I'm not good with the years.
9        Q   Was it early on in your employment with JBS in
10   2009?
11       A   No, no.  It was -- it was between '12, '13,
12   I'll say 14, around '14; 2014.
13       Q   So in your time at JBS, did you ever see Somali
14   employees at JBS disagreeing with each other, falling
15   into two groups?
16       A   No, but I have seen a guy that was harassing a
17   female inside my classroom, which I took an action.
18   That was another person that was terminated before he
19   even got to the production that was also Somalian.
20       Q   Okay.  Let's go back.  You were telling me
21   about your interactions with Max, and you told me about
22   your interaction when you expressed interest in the
23   supervisor position.  It was either late December 2014
24   or January 2015?
25       A   Yes.
```

```
                                                                    107
1        Q   And Max arrived sometime in October --
2        A   Yes.
3        Q   -- of 2014?
4            So between October and December, did you have
5    any conversations or interactions with Max that you felt
6    were unfair or discriminatory?
7        A   A lot.
8        Q   What?
9        A   I mean, I cannot count because he used to come
10   upstairs every day, every single day I would see him
11   pretty much.  He would come upstairs.  Most of the time
12   he used to go to her office a lot, so before he goes
13   through, you know, there is a big hallway that he has to
14   come through, and the first thing that he sees is me.
15   And he wanted to always intimidate me in a different
16   way, a lot of things.  He wanted me to just look at him
17   as a person to be scared of all the time, where he was
18   above me.  And that was something that he wanted me to
19   feel because I was from Somaliland.  He wanted to show
20   Somaliland person that he was above me.
21       Q   Tell me, what did he do to make you to feel
22   that way?
23       A   Well, he would just come up to me and tell me,
24   hey -- about the position that I was asking, he would
25   tell me, Don't bother.
```

```
                                                                    108
1        Q   Okay.  Before that, did he say or do anything
2    before that?
3        A   Before what?
4        Q   Before you had the conversation about the
5    position, the supervisor position.
6        A   Like I'm telling you, this is single, every
7    day.
8        Q   So tell me, what did he say, what did he do?
9        A   Okay.  I'm getting to that if you would just
10   give me a chance.  I will tell you everything he did,
11   okay?  Mr. Max was somebody who wanted me gone.  He
12   would just come up to me and say, Hey, what happened
13   to -- you know, back home, so on and so forth.  He would
14   just talk about something that was not within the plant.
15       Q   Like what?
16       A   Like Somaliland.  Most of our conversation was
17   about back in Somaliland.
18       Q   What about; politics, refugees, war?
19       A   He would --
20       Q   What did he say?
21       A   He would talk about politics.  He would say
22   things like, first was, why would you want to break
23   away.  Why would Somaliland want to be the only
24   independent government?  Why can't we just stick
25   together?  And those are very intimidating to me
```

Stormo Reporting, Inc.  (303) 200-4792

109

1  because, yes, I'm from Somaliland. I was born there,
2  but I'm not involved in any kind of politics. I always
3  try to stay away from those things. And I wasn't
4  following what was going on. That's another thing. I
5  was not like following what was happening like he was.
6  He knew there was some issue back home that, you know,
7  people were not letting them in and stuff like that. I
8  wasn't even aware of that. Those are the things that
9  was intimidating to me because --
10      Q   What else? You talked about politics and
11  Somaliland. What else?
12      A   What else? It was -- just make me feel I was
13  like nobody there.
14      Q   How? What did he do?
15      A   He told me to bring him -- most of the time
16  when he is there, there used to be frocks; for instance,
17  white shirts. That wasn't my job.
18      Q   He wanted you to get him a frock?
19      A   Well, he was my boss. I mean, he was -- he
20  wanted me to get his, frock especially the main
21  conference room where there were nicer frocks there. He
22  wanted to get him to go hang up for him in his office.
23  I would do it. So what? But he was making me feel
24  like, you know what? I was above you, and I can tell
25  you whatever I want, okay? It was either me or the

110

1  highway.
2      Another incident was I was with him, and there
3  is a lady named Olivia Mercado. She is a safety lady.
4  She had wanted a vacation to be gone December, the whole
5  month, when she was having a problem with the
6  supervisor. So I kind of mentioned to him, because when
7  he was talking about Somalis, and all this stuff, I just
8  wanted to change the conversation. And I did that by
9  saying, Hey, there is an employee here that needed help
10  with the time off, vacation. So since you are here, do
11  you want to just see if you want to talk to her and see
12  what is the problem.
13      And the doors are very close. My door and
14  Olivia's door is just a couple steps away. When I was
15  walking to HR, I said, This is the lady right here. So
16  we went in, and she explained her situation about not
17  getting time off. But what really triggered me was
18  after, when we left when we left the room as we were
19  walking by his office, he turned to me and said, I'm
20  not that loyal. I'm not very loyal like you people. I
21  am the HR director. She needs to come and see me. I
22  don't need to go see her. That was his exact words. He
23  turned to me and said, I'm not that loyal like you guys.
24  If she wanted to see me, she can come to my office and
25  see me.

111

1      Q   Okay. Anything else?
2      A   I never told Olivia about that, but I just let
3  it go, because during this time, he was asking me
4  about -- you know, before the first couple times we met,
5  it was about, Hey, where are you from? This is how he
6  knew where I was from, because you can tell the type of
7  person or the clan that you're from by the city that you
8  say you're from. You can say 90 percent or 95 percent
9  of that person is this. So when he asked me, Where are
10  you from?
11      I say Hargeisa, he knew exactly I was already a
12  Somalilander by the clan name Issaaq. If he say I'm
13  from Mogadishu, 90 percent is Hawiye clan, where he is
14  from. We had conversation where he asked me how things
15  are. He said, you know, I'm almost relocating my wife
16  and my child to the United States. The timing was
17  really, like, he already planned it, because he wanted
18  me to -- this is just kind of his revenge, and he is
19  doing it because we're not from the same place.
20      My wife was relocating to the United States
21  during that time. He knew it. I have used the last
22  amount of money that I had to send them plane ticket.
23      Q   Before we get to that, I want to finish, what
24  else did Max do or --
25      A   Well, I'm getting to that.

112

1      Q   What did Max do or say during your employment
2  that you felt was discriminary?
3      A   Well, this is what I'm telling you. All this
4  discriminary, because he wanted me gone before my
5  family would --
6      Q   I understand what you believe he wanted and how
7  he felt.
8      A   Yes.
9      Q   What did he do or say during your employment
10  with JBS that makes you believe that?
11      A   Like I just told you.
12      Q   Anything else that you haven't told me about?
13      A   As I was saying, this was going to lead to
14  that, but there is a lot of things I can't just -- those
15  are just a few simple things that I remember right now.
16      Q   Do you remember anything else that Max actually
17  said to you or did that made you believe he was
18  discriminating against you because of where you're from?
19      A   Yes.
20      Q   What else?
21      A   He would say, Why won't you guys let the
22  refugees back to your country? I mean, those are the
23  things that I know nothing about.
24      Q   Anything else?
25      A   If you give me a chance, I can continue because

---

113

1  I don't have all recorded it at the top of my head, but
2  those are the intimidating things that he did to me.
3      Q   Did you keep any notes of these things?
4      A   No.
5      Q   You didn't write them down?
6      A   No, I didn't have to, because I just -- I
7  remember.
8      Q   Do you remember anything else?
9      A   I will let you know in a minute if it comes to
10 my head.
11     Q   Okay.  So before you were terminated March 13,
12 2015, do you remember anything else that Max did or said
13 to you that you felt was discriminatory?
14     MR. OKUNADE:  Objection; form.
15     A   Yes.
16     Q   (By Ms. Vickles)  What else?
17     A   Well, he told me I wasn't educated enough.
18     Q   For the supervisor position?
19     A   Yes.  And --
20     Q   We talked about that.  Anything else?
21     A   You're not able to do that position, so, yes,
22 that was very discriminatory.  He didn't give me a
23 chance.  I was qualified enough with all the many years
24 I was there.  I was capable of doing that job.
25     Q   Anything else?

---

114

1      A   Yes.  I just don't remember.  I don't have
2  everything recorded, but as we continue, I will let you
3  know if it comes to my head.
4      Q   Okay.  So me from my perspective, how could I
5  tell which Somalis are from the Issaaq clan and which
6  are from the Hawiye clan?
7      A   Like I just told you, you can tell by the
8  person where they are from.
9      Q   You told me 90 percent maybe of people from
10 Mogadishu are --
11     A   Exactly.
12     Q   How can I tell if somebody is the 10 percent
13 that is from another clan?
14     A   Well, you can tell by the way they talk.
15     Q   How?  Do they have a different accent?
16     A   Exactly.
17     Q   You speak the same language, right, Somali?
18     A   Right, but with a different accent.  You can
19 tell a person from the northern part and southern part.
20     Q   Just like northern and southern U.S.?
21     A   No.
22     Q   People speak differently?
23     A   It's totally different.  It's not even close.
24     Q   But you can understand somebody from the north
25 or the south?

---

115

1      A   Yes.
2      Q   The same language?
3      A   Yes, with a different accent.  We have
4  different words that we use in different ways.
5      Q   Are there any differences in appearance?
6      A   No.
7      Q   Dress?
8      A   No.
9      Q   Religious practices?
10     A   No.
11     Q   So the only thing you can tell me would be the
12 accents?
13     MR. OKUNADE:  Objection; form.
14     A   The accent and the clan that you -- what clan
15 you are.
16     Q   (By Ms. Vickles)  What if I talked to someone,
17 is there any other way I can tell which clan they are
18 associated with besides their accent?
19     A   You can tell a person is from northern and
20 southern part by the accent.
21     Q   That's it?
22     A   Yes.
23     Q   The only distinction?
24     MR. OKUNADE:  Objection; form.
25     A   You can tell that this person is Issaaq and

---

116

1  this is person is Hawiye by the accent.  We speak
2  differently.
3      Q   (By Ms. Vickles)  I've seen an allegation that
4  you believe Max told Brandon Sellers to reprimand you.
5  Is that based on the write-up that Brandon gave you for
6  the overtime, or something else?
7      A   I believe that was his intentions since the
8  first time he got there.  All these allegations,
9  everything that sits in front of me here, except
10 previous ones, all the other ones from Mr. Kacem
11 Andalib, they got together.  It was all just a cover-up.
12 All those were just to find a way to get rid of me.
13     Q   That wasn't my question.  My question was,
14 there is an allegation that you believe Max told Brandon
15 Sellers to reprimand you.  Are you referring to the
16 write-up Brandon gave you about the overtime or
17 something else?
18     A   Like intimidating, singled out, yes, those are
19 the things that he would go ahead and write me up for.
20 Anybody else didn't get a write-up during that time.  I
21 was the only person.
22     Q   Did Mr. Sellers give you any other write-ups
23 besides the one we looked at?
24     A   I don't remember.  That's all I see right now.
25 I don't think he ever gave me any write-ups.

121

1  talking for a few minutes about the training, I kind of
2  the got cold, isolated. You can feel you just
3  interrupted something that was going on, and I felt like
4  I just needed to leave after I told him what he needs to
5  hear, and I left. And so they continued with the
6  conversation, but I never heard what they said.
7      Q   Were you present for any other meetings between
8  Max and these community leaders?
9      A   Not that I remember.
10     Q   Do you believe the community leaders told Max
11 they wanted you to be fired?
12         MR. OKUNADE: Object to form.
13     A   I'm 100 percent sure that Mr. Max was getting
14 all of his information from the community leaders and
15 from those employees that were -- wanted me gone from
16 JBS.
17     Q   (By Ms. Vickles) Which employees were those
18 that wanted you gone?
19     A   Those are the employees that I told you wanted
20 me to give them favoritism, or they wanted me to, you
21 know, go around the policy to help them out, so they --
22     Q   Can you give any names?
23     A   No names. I don't have any, but there were a
24 lot of them.
25     Q   Just Asad?

122

1      A   Asad is just a community leader, that's how I
2  know him. But I can't remember everybody who has worked
3  for JBS's name.
4          MS. VICKLES: Why don't we break now for lunch.
5          (A lunch recess was taken from 11:49 a.m. to
6          1:00 p.m.)
7      Q   (By Ms. Vickles) Mr. Farah, what hours were
8  you working just before you were terminated?
9      A   I was working there, I believe, 8:00 to 4:30.
10     Q   So first shift or kind of a split shift?
11     A   I will call it first shift for training.
12     Q   And what period of time were you working those
13 hours?
14     A   Monday through Friday.
15     Q   I mean like during what months. When did you
16 stop working second shift and start working 8:00 to
17 4:30?
18     A   Right when Yuli came into training. She wanted
19 me to go to first shift to train on how she wanted the
20 training department to be run, and that's when I went to
21 first shift.
22     Q   When was that? Do you remember the month?
23     A   It was January.
24     Q   January. And after Max arrived in October,
25 what hours did he typically work?

123

1      A   Mr. Max?
2      Q   Yes.
3      A   He was working morning until 8:30 or so at
4  night. He used to go home about 9:00.
5      Q   Do you know what time he arrived in the
6  morning?
7      A   No.
8      Q   You mentioned that he would come by your office
9  every day.
10     A   He would swing by the office because that's the
11 way to get to Ms. Yuli Rocha's office. That's the path
12 he would take.
13     Q   Did he stop to talk to you every day?
14     A   Yes.
15     Q   Are there witnesses to the conversations you
16 had with Max every day? Were other people in the room?
17     A   Yes. The classroom would be -- enroll new
18 hires. There would be other classroom trainers around.
19     Q   Can you give me the names of any witnesses who
20 could corroborate the conversations that Max would have
21 with you in your office?
22     A   The trainers were there, Miguel Muniz, he was
23 training with me.
24     Q   And did Miguel overhear Max's conversations
25 with you about Somalia and politics?

124

1      A   I don't know if he heard about it, but most of
2  the time he would be walking around.
3      Q   Any other witnesses to those conversations?
4      A   No. Except employees that were sitting there,
5  but they don't know who he is.
6      Q   Anyone you can think of by name who overheard
7  those comments?
8      A   I can't remember any of the new hires' names.
9  We used to get 20 per day.
10     Q   Was there ever a third person involved in the
11 conversation with you and Max?
12     A   No. It was just me and him.
13     Q   Did you tell Max that those conversations
14 offended you?
15     A   I told him I didn't feel comfortable talking
16 about when it comes to Somaliland.
17     Q   And what did he say?
18     A   He didn't say nothing.
19     Q   Did he continue talking to you about
20 Somaliland?
21     A   Yes.
22     Q   Did you report your discomfort with those
23 conversations to anyone else?
24     A   Yes.
25     Q   Who did you report it to?

Stormo Reporting, Inc. (303) 200-4792

125

1  A  I reported it to Brandon.
2  Q  Did you report it to anyone else?
3  A  At that time Brandon was my supervisor, so I
4  kind of just told him about how I felt about the
5  situation of Mr. Max.
6  Q  What did you tell Brandon?
7  A  I told him how he was on to me; how he is
8  trying to eliminate my position; how he is not making me
9  feel like I'm somebody to intimidate, to make me a small
10  person when it comes to him.
11  Q  What did Brandon tell you?
12  A  He didn't say anything much, because he was in
13  a position -- he was above us, both of us, and the next
14  stage it took was to call Eric.
15  Q  After you were terminated?
16  A  No.  This is before I was terminated.  I was
17  trying to get ahold of Eric to complain about Mr. Max.
18  Q  Eric Ray?
19  A  Yes.  First of all, I got ahold of Matthew
20  Lovell.  I had his number with me at that time, and
21  Matthew Lovell was not in charge of anything with HR.
22  Q  So you actually spoke to Matt Lovell?
23  A  Matt Lovell who told know call --
24  Q  When did you speak to Matt Lovell?
25  A  It was during the time we were giving out -- I

126

1  believe it was the anniversary of employees.  They all
2  came, they were getting jackets.  We provide employees,
3  every year they had an anniversary, those employees that
4  had been there for 10, 15, 20, 30 years, they get some
5  kind of a dinner.  And that's when I recall, during that
6  time.
7  Q  Do you know when that was?
8  A  It was December.
9  Q  Okay.  What prompted you to call Matt Lovell?
10  A  Because I wanted to tell him the discomfort
11  that I feel while I work for the plant; how I was
12  feeling; how I was being intimidated.  I wanted to
13  inform him of that.
14  Q  Did something in particular prompt you to call
15  Matt when you did?
16  A  Of course.  It was Mr. Max.
17  Q  Well, had he --
18  A  How he was treating me.
19  Q  Did he say something or do something in
20  particular that prompted you to call when you did?
21  A  Exactly.  Because I knew he wanted me gone.
22  Q  Did something happen?
23  A  I already explained that to you.  I can't go
24  back again.
25  Q  So you don't remember anything specific that

127

1  happened the day you called Mr. Lovell?
2  A  I can't remember.
3  Q  And Mr. Lovell told you to call Eric Ray?
4  A  Yes.
5  Q  And then did you call Eric Ray?
6  A  Yes.
7  Q  And when was this, also in December?
8  A  Yes.
9  Q  2015?
10  A  Yes.
11  Q  Did you reach Mr. Ray?
12  A  I left a message and never got a call back.
13  Q  What did your message say?
14  A  I told him this is Weli, I wanted to talk to
15  you, if he could call me back.
16  Q  And he didn't call you back in December?
17  A  No.
18  Q  Did you talk to Mr. Ray at any time then before
19  you were -- before you called him after your
20  termination?
21  A  No.  That was it.  I called him back after I
22  was terminated.
23  Q  And your message didn't give him any details
24  about why you were calling?
25  MR. OKUNADE:  Object to form.

128

1  A  I did not leave details.
2  Q  (By Ms. Vickles)  You just asked him to call
3  you?
4  A  I just asked him if he had a chance to call me
5  back.
6  Q  And did you try to reach Mr. Ray again in
7  December?
8  A  No.
9  Q  Did you try to report your discomfort with Max
10  to anyone else at corporate HR?
11  MR. OKUNADE:  Object to form.
12  Q  (By Ms. Vickles)  You didn't call the hotline
13  about your discomfort with Max?
14  A  No.
15  (Deposition Exhibit 17 was marked.)
16  Q  (By Ms. Vickles)  After you were terminated,
17  you filed for unemployment benefits?
18  A  Yes.
19  Q  And this document, Exhibit 17, is a page that
20  you produced in this lawsuit.  And I believe this page
21  contains information that you gave to the unemployment
22  insurance division about your claim.  Do you recognize
23  that?
24  MR. OKUNADE:  Object to form.
25

35  (Pages 125 to 128)

129

1    A   Yes.
2    Q   (By Ms. Vickles)  And I want to ask you about a
3    statement in the middle of the page where they ask you
4    to describe what you feel was the reason for your
5    discharge.  You typed, "I was promised to get move up
6    within the company.  For that reason my cotrainer did
7    not like that, so he started acted up and from that
8    point on he started saying bad things about me."
9    A   Yes.
10    Q   So who is the cotrainer you're referring to?
11    A   Miguel Muniz.
12    Q   What bad things did Miguel start saying about
13    you?
14    A   Well, when I filled out for unemployment, I put
15    the reason of Miguel Muniz because he was always a
16    person that can backstab you because he never wanted to
17    move up.  He is certified.  He has been there for
18    27 years.  He never wanted to get ahead.  I was
19    interested in becoming a supervisor in the training
20    department.  He was the one -- I kind of wanted me to
21    be in the same spot as he was.  I never knew there was
22    allegations.  That was put together by HR.  When I was
23    applying for unemployment, I knew Mr. Max's
24    intimidation.  I had it, I remember it.  But my firing
25    didn't know about the harassment, about Anab Ali.  When

130

1    I filed it, I got the answer back.  That's when I knew
2    this was all set up.
3    Q   So when you wrote this form, Exhibit 17, what
4    bad things had Miguel Muniz started saying about you
5    that you were referring to?
6    A   Miguel Muniz always said bad things, such as,
7    you will find out all my 360 evaluations.  My coworkers
8    will say great things about me, but he will say negative
9    things.
10    Q   What did he say?
11    A   I can't remember, but he always put things that
12    I needed to improve.  He never said positive things,
13    because he just didn't like how I was getting ahead of
14    him when it comes to that department.  Employees trusted
15    me more than him, even though he had been there for
16    27 years.
17    Q   So you didn't like Miguel?
18    MR. OKUNADE:  Object to form.
19    A   No, I didn't say I didn't like Miguel.
20    Q   (By Ms. Vickles)  Did you get along with him?
21    A   Of course I get along with him.
22    Q   But when you filled out Exhibit 17 at least,
23    you felt Miguel was responsible for your discharge?
24    A   Well, he is the one that informed, as I came to
25    find out on my hearing testimony unemployment, that

131

1    Ms. Yuli was saying Miguel was the first person that
2    went to her and saying some allegation about Weli was
3    with some female in the room.  She said that in her
4    statement.
5    Q   Okay.  I thought you said at the time you
6    filled out Exhibit 17, you didn't know that, right?
7    A   I didn't know that.
8    Q   So I want to know what you're talking about
9    when you filled out Exhibit 17, why you fell Miguel was
10    responsible for your discharge?
11    MR. OKUNADE:  Object to form.
12    A   Because Miguel was always that kind of person
13    that would say things behind your back.
14    Q   (By Ms. Vickles)  So you just didn't trust him?
15    A   I don't say I don't trust him, but I knew he
16    was an instigator; that he would go say things behind
17    your back.
18    Q   Was there anything specific that made you think
19    that Miguel was the reason that you were fired?
20    A   Say again.
21    Q   Is there anything specific that made you
22    believe that Miguel was the reason you got fired?
23    MR. OKUNADE:  Object to form.
24    A   No.
25    Q   (By Ms. Vickles)  And you also said you were

132

1    promised to get moved up in the company.  Who made you
2    that promise?
3    A   Soila Delgado was the supervisor, the last one.
4    She did not promise me, but she said, you know, if I
5    have to leave for anybody in this position, I would want
6    you to be the one.  I want you to go ahead and apply for
7    this position because you are capable of doing it, and I
8    think -- and I know you are going to be a great
9    supervisor.
10    Q   When did Soila -- sorry -- when did she leave?
11    A   Well, I think she left right around December or
12    January.
13    Q   Had you ever applied for the training manager
14    position before?
15    A   I'm sorry?
16    MR. OKUNADE:  Object to form.
17    A   I don't understand what you're saying.
18    Q   (By Ms. Vickles)  You told me you applied for
19    the training manager job.
20    A   I didn't say manager job.  I said supervisor,
21    first of all.
22    Q   Supervisor.
23    A   Yes.
24    Q   Had you ever applied for that position before
25    the time that you turned in your internal résumé to

149

```
 1    unemployment benefits, correct?
 2        A   Yes.
 3        Q   And the records indicate you received about
 4    $9,660 in unemployment benefits during that time?
 5        MR. OKUNADE: Object to form.
 6        A   Yes.
 7        Q   (By Ms. Vickles)  And you also applied for food
 8    stamps and Medicaid for yourself and your family?
 9        A   Correct.
10        Q   Are you still receiving that assistance?
11        A   No.
12        Q   Is your wife?
13        A   No.
14        Q   Are you currently living with your wife?
15        A   Yes.
16        Q   The documents that we received from the
17    Department of Human Services indicate that she reported
18    last month that you were not living with her, that you
19    were living in Denver.  Is that true?
20        MR. OKUNADE: Objection to norm.
21        A   No.
22        Q   (By Ms. Vickles)  Have you -- were you living
23    apart in March, last month?
24        A   No.
25        Q   Have you ever lived apart since she arrived in
```

150

```
 1    the U.S.?
 2        A   No.
 3        Q   So if she made that statement to the government
 4    agency, would that be false?
 5        A   So if she made --
 6        MR. OKUNADE: Object to form.
 7        A   I don't know what you're talking about.
 8        Q   (By Ms. Vickles)  If your wife told the
 9    government agency that you were living apart, was that
10    false?
11        MR. OKUNADE: Objection to form.
12        A   I have no idea.
13        Q   (By Ms. Vickles)  Are you seeking damages from
14    JBS for lost pay in the future?
15        MR. OKUNADE: Object to form.
16        A   No.
17        Q   (By Ms. Vickles)  Are you seeking to recover
18    your attorney's fees?
19        A   Yes.
20        Q   How much in attorney's fees are you seeking to
21    recover?
22        MR. OKUNADE: Object to form.
23        A   I don't know.
24        Q   (By Ms. Vickles)  And are you seeking to
25    recover damages for emotional distress caused by JBS?
```

151

```
 1        A   That is priceless.
 2        Q   Can you describe for me the symptoms of the
 3    emotional distress that you suffered?
 4        A   What I suffered was, can you -- where can I
 5    begin?  When I lost my job, I had my wife, my child
 6    ready, the only process to come to the U.S.  And the
 7    last month of money that I had, I sent it to them so
 8    they can use to travel to the U.S.
 9        Now, when I lost my job and they are on their
10    way, I couldn't pay my rent.  I didn't have any source
11    of income.  It was -- it was a lot of stress, it's
12    monumental.  And I went to -- I never had gotten that
13    low in my life before, and that was the first time I
14    actually went down to shelter trying to find a place for
15    them when they arrived.
16        I had been working for them so hard, providing
17    for them.  I didn't know what I was going to do when
18    they get here knowing that I didn't have nowhere to take
19    them.  That was the hardest part of my employment loss.
20        Q   Any other symptoms of emotional distress that
21    you suffered because of your termination?
22        MR. OKUNADE: Objection; form.
23        A   Yes.  I didn't rest.  I didn't sleep well.  I
24    had a lot of nightmares and a lot of anger in me because
25    of all these allegations that was brought to me that was
```

152

```
 1    false.  It was just dwelling through my head every
 2    night, which caused me not to rest at all, a lot of
 3    sleepless.  And I spent much time with my religion.
 4    That helped me out.  That healed me to not get to lose
 5    my mind.  I spend numerous times at the mosque, and that
 6    actually kind of healed me.  And that's the way I find
 7    out, and that's how I felt better.
 8        Q   Any other symptoms you experienced?
 9        A   Yes.  There was another symptom where -- well,
10    it was just a lot of stress, a lot of emotions.  And it
11    was not only my wife and child coming, but also my son
12    here who I was supporting those many years.  When she
13    called me for things that she needed for help, I could
14    not provide it.  That also caused more stress to my
15    life.  And actually I kind of turned to her.  She was
16    very understandable, the mother of my child, and she
17    helped me get through that time.
18        Q   Any other symptoms?
19        A   No.
20        Q   Had you experienced similar symptoms at other
21    times in your life?
22        MR. OKUNADE: Object to form.
23        A   No.
24        Q   (By Ms. Vickles)  No?
25        A   No.
```

Stormo Reporting, Inc.  (303) 200-4792