# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02387-RPM

WELI A. FARAH,

      Plaintiff,

v.

JBS USA, LLC, d/b/a JBS SWIFT COMPANY,

      Defendant.

## AFFIDAVIT OF JAMA ISMAIL

The affiant, Jama Ismail, being first duly sworn upon oath, deposes and states as follows:

1. I am over 18 years and competent to testify to the facts set forth herein, having personal knowledge of such facts.

2. I was born in southern Somalia where I lived until I came to the United States in 2001. I worked for JBS from 2008 until July 2014. I started as a meat cutter on the production floor and then became a fork lift operator. In 2011, I became a union representative for the Local 7 UFCW at the JBS Greeley plant.

3. As a union representative, I was charged with presenting union information and/or training to new hires at the JBS Greeley plant. These trainings usually occurred on Tuesdays at the plant. In this capacity, I came to know Weli Farah and his work at the JBS Greeley Plant as a Classroom Trainer. I even acted as a substitute Classroom Trainer, for about one month, in Weli's absence in 2011 when Weli took some time off from the company to go to Africa.

4. As a substitute Classroom Trainer, I was able to send production employees for training, in coordination with or request from any such employee's supervisor. Also, beginning in or around 2014 when the Floor Trainer position was created at JBS, it was my understanding that Weli and other Classroom trainers would provide a Floor Trainer to cover for any employee that is requested off the production floor for training, while the employee is in training.

5. I frequently went to or walked by the training classrooms during my tenure at the JBS Greeley plant, based on the location of my office relative to the training rooms. Weli's office in the training rooms was very visible. The area where the training rooms were located was very heavily trafficked. At no time when I went to or by the training classrooms, either for training or to go see Weli, was the door locked. The only time the door would be closed was

when training was in session, and the doors would need to be closed to minimize the noise from outside of the classrooms.

6. During my tenure at JBS, I witnessed quite a bit of favoritism or preferential treatment of employees going on at the Greeley plant. On occasions, employees would be given lesser reprimand or none at all, solely based on the fact their supervisor or decision maker was the same ethnicity or race as the employee and/or because the supervisor or decision maker liked the employee. In one particular instance, I remember an employee by the name of Abdi Ali a/k/a Mohammed Deeq who was terminated for safety violations at the plant, but was unexpectedly brought back to the plant shortly before Maxamed ("Max") Xasan came to the plant.

7. My understanding at the time that I left JBS was that Weli was the only individual from Somaliland at the JBS Greeley plant. Weli's speaking accent as a Somaliland-born individual is distinguishable from accents from other parts of Somalia, including Southern Somalia. During my time at the plant, I had employees approach me and tell me that they did not like Weli simply because he was from Somaliland. These employees indicated to me that they did not want to go to Weli for help on issues that Weli could have helped them with because they did not like him. Further, some JBS employees and some elders within the Greeley community disliked the fact that Weli, as an individual from Somaliland, was in the position he was at the plant.

8. Further affiant sayeth naught.

_____
Jama Ismail

Subscribed and sworn to before me on this 24 day of May, 2016

Witness my hand and official seal.

_____
Notary Public

My commission expires: 03-17-2020

```
PHILLIP LEFEVRE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164010953
MY COMMISSION EXPIRES 03-17-2020
```

Page 2 of 2