# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02387-RPM

WELI A. FARAH,

    Plaintiff,

v.

JBS USA, LLC, d/b/a JBS SWIFT COMPANY,

    Defendant.

## AFFIDAVIT OF BRANDON SELLERS

The affiant, Brandon Sellers, being first duly sworn upon oath, deposes and states as follows:

1. I am over 18 years and competent to testify to the facts set forth herein, having personal knowledge of such facts.

2. I was a Training Supervisor at the JBS Greeley plant and was promoted to HR Manager on or about March 2014. In this capacity, I supervised Weli Farah's day-to-day activities.

3. During my tenure as Weli's supervisor, I knew him to be an honest employee with a very good understanding of JBS' policies and procedures. In particular, I remember Weli was instrumental in exposing a particular employee's bad acts who was considered an elder in the community. Based in part upon information provided to me about this employee by Weli, I eventually fired this particular employee around August 2014. However, I remember Mr. Hassan bringing this particular employee back to work within about 3 days of Mr. Hassan starting to work at JBS. This action really puzzled me.

4. I also remember Weli would call out other employees on cheating the system, which made him enemies within JBS, as well as within the elders in the community, and various employees would make what I considered to be bogus claims against him at work.

5. One distinct incident that stands out for me was about a week after Mr. Hassan ("Max") began working at the Greeley plant. He came into my office and told me "you need to get rid of Weli." He had not even met Weli at that time. When I asked him for the reasons he wanted to fire Weli, he just told me that he was the boss, that had heard "enough stories about

him" and that he wanted Weli gone. I refused to fire Weli and told him that Weli was one of my very good employees.

6. Although I refused to fire Weli, Mr. Hassan made me write him up in December 2014, for claiming overtime work when Weli clocked out about 2 minutes too late. I remember the other lead supervisor whom I supervised at the same time as Weli, Miguel Munez, was not written up for claiming some overtime right around the same time Max requested that I write Weli up for the overtime. I remember disagreeing with Max about the write up.

7. The Classroom Trainers at the JBS Greeley plant had a list of people that they trusted for translations, i.e. their go to translators. Weli had such a list and as far as his work went, he had the authority to request these translators whenever the need arose, in conjunction with the employee's supervisor.

8. The Classroom Trainers at JBS could also request that an employee participate in training and they could request the employee off the production floor for training purposes, provided that the Classroom Trainer had a Floor Trainer cover for that employee. Weli adhered to these rules during my time at JBS.

9. As far as I know and I'm aware, Weli never pulled anyone off the production floor for any reason other than for training purposes. No one reported to me that Weli was misusing his authority as a trainer.

10. Further affiant sayeth naught.

Brandon Sellers

Subscribed and sworn to before me on this 15 day of March, 2016

Witness my hand and official seal.

Notary Public

My commission expires: 06|10|2019


ANNAI GUERRERO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154022840
MY COMMISSION EXPIRES 6-10-2019

2