# EXHIBIT 5

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 1:15-CV-02387-RPM

_____

DEPOSITION OF BRANDON SELLERS

EXAMINATION DATE:  AUGUST 10, 2016

_____

WELI A. FARAH,

Plaintiff,

v.

JBS USA, LLC d/b/a SWIFT COMPANY,

Defendant.

_____


PURSUANT TO NOTICE, the deposition of
BRANDON SELLERS was taken at 10:06 a.m. on August 10,
2016, at 733 Seventeenth Street, Suite 3000, Denver,
Colorado, before Nathan Stormo, Registered Professional
Reporter and Notary Public in and for the State of
Colorado, said deposition being taken pursuant to the
Federal Rules of Civil Procedure.



Nathan Stormo
Registered Professional Reporter

8

1  look at this document that we've marked as Exhibit 44.
2  You have probably never seen that before, have you?
3       A  No.
4       Q  I will direct your attention to the first page
5  under Paragraph 1 there. It lists your name, and it
6  says "Address Unknown." So can you give us your current
7  address?
8       A  117 East 9th Avenue in Fort Morgan, Colorado,
9  and that's 80701.
10       Q  And is that your correct phone number?
11       A  Yes, ma'am.
12       Q  And if you read there it says that "Mr. Sellers
13  was a Training Supervisor and HR Manager on or about
14  March 2014. He may have knowledge and information
15  relevant to support Plaintiff's claims, including but
16  not limited to, Plaintiff's employment, JBS training
17  program, discrimination against Plaintiff by Mr. Max
18  Hassan, and use of translators at JBS." Did I read that
19  correctly?
20       A  Yes, ma'am, except I was the training manager,
21  not training supervisor.
22       Q  And what knowledge do you have to support
23  Mr. Farah's claims?
24       A  I don't know what Mr. Farah's claims are.
25       Q  And what knowledge do you have of

9

1  discrimination against Mr. Farah by Max Hassan?
2       A  Well, do you want me to go through all my
3  issues with Max when it came to discrimination issues?
4       Q  Just what knowledge you have about
5  discrimination against Mr. Farah by Max.
6       A  So specifically I recall a conversation, it was
7  probably about, I don't know, three or four days after
8  Max had started. I was about to come out of my HR
9  office, and Max passed me. And he stopped me, and he
10  says, Hey, you need to get rid of Weli.
11       And I looked at him because, I mean, at first I
12  thought it was kind of a joke, right? Because, I mean,
13  here is my HR director telling me I need to fire
14  somebody, one of my employees, that I didn't have any
15  reason to fire the person. So I kind of thought it was
16  a joke. And I kind of smiled at him.
17       And he gave me this dirty look. And he was
18  like -- he is like, Do you have a problem with that?
19       And I said, Well, for what reason?
20       And that's when I started realizing that he was
21  serious. And he says, Well, I've heard enough things
22  about him to know that he needs to go.
23       And I said, Max, with all due respect, we don't
24  fire people based on knowing enough about somebody. We
25  have to have documentation. I did get a little snippy

10

1  with him, because I couldn't believe my boss was asking
2  me to violate company policy and just get rid of
3  somebody like that.
4       And he got lippy with me back, and he says --
5  he says, Well, I'm your boss, and I'm telling you you
6  need to get rid of him.
7       And I said, What exactly have you heard about
8  him?
9       And he says, Well, I just heard enough.
10       I said, Max, with all due respect, you have
11  never even met him yet. How can you make a
12  determination I need to fire one of my employees when
13  you have never even met him?
14       That's when again he says, Look, I've heard
15  enough about him, and you need to do your job and do
16  what I tell you to do.
17       Q  So did he tell you any of the things he said he
18  had heard about Mr. Farah?
19       A  No.
20       Q  Did he share any details with you?
21       A  No.
22       Q  And did you terminate Mr. Farah's employment?
23       A  No, I did not.
24       Q  Did you ever discuss terminating Mr. Farah with
25  Max again?

11

1       A  There was a few, like, side comments. I
2  wouldn't really call them discussions, like meetings or
3  anything.
4       I do recall one other instance where he had
5  told me where are you at on getting this stuff together
6  to fire Weli?
7       And that's again when I said, For what reason?
8  I don't have a reason to fire him. He hasn't done
9  anything. And that was kind of the end of the
10  conversation. Again, he just gave me a dirty look. But
11  there was never like -- there was never a meeting, a
12  formal meeting, an entire conversation or anything like
13  that.
14       Q  Okay. And did Mr. Xasan ever tell you why he
15  thought Mr. Farah should be terminated?
16       A  No.
17       Q  He just said, Get rid of Weli?
18       A  Yes.
19       Q  And you have no knowledge about what things he
20  had heard about Mr. Farah?
21       A  No.
22       Q  Okay. Anything else that you have knowledge of
23  that you think is discrimination against Mr. Farah by
24  Max Xasan?
25       A  Probably one other instance. I don't know if

**12**

1  it would be classified as discrimination, but it was
2  against Weli, and that's when I was made to write him up
3  one time. I totally disagreed with that write-up. I
4  didn't think it was fair to the employees. And they
5  ended up -- so in my training class, these guys are
6  working eight hours a day. Well, the classes themselves
7  run eight hours a day, so they're with the new hires for
8  eight hours. So if they are with the new hires for
9  eight hours, how do they get all the way downstairs and
10 clock in and then finish up the class, get the room
11 straightened up, and get back down stairs to clock out
12 in that same eight hours? It's impossible.
13     And so we've always had a couple minutes extra
14 in time that we allowed because we understood that the
15 classes were eight hours, but that they needed to do
16 everything in their power to be as close to that eight
17 hours as possible.
18     And Max come back and wanted me to write up
19 Weli for having like -- I think it was like two minutes
20 of overtime. And I disagreed with it. I said, Max, you
21 know, the only way we're going to make sure these people
22 get eight hours is if we cut the class down to like
23 7-3/4ths hours. Otherwise if the class is eight hours,
24 how do you expect them to do their job and be out?
25     And he says, It's not my problem. You write

**13**

1  him up.
2      So I ended up writing him up and Ken for having
3  just a couple of minutes of overtime. But if I recall
4  correctly, I don't think I was made to write up Miguel,
5  and Miguel I think had one minute of overtime.
6      Q  That's Miguel Muniz?
7      A  Yes. And you guys would be able to check that
8  stuff out. I don't have access to those records,
9  obviously. I mean, I'm going off of two years of
10 memory.
11     (Deposition Exhibit 45 was marked.)
12     Q  (By Ms. Vickles) Is Exhibit 45 the write-up
13 that you are referring to that you did for Mr. Farah?
14     A  Yes, ma'am.
15     Q  And you remember doing a similar write-up for
16 Khin Aye?
17     A  Yes, ma'am.
18     Q  Was that also at Mr. Xasan's direction?
19     A  Yes, ma'am.
20     Q  So he specifically told you to write up
21 Mr. Farah and Mr. Aye but no one else?
22     A  Yes, ma'am.
23     Q  Did you have a conversation with Mr. Xasan
24 about writing up Mr. Muniz?
25     A  Yes, ma'am.

**14**

1      Q  And what was that conversation?
2      A  Well, that's just one minute. That could be
3  the clocks being off or something like that.
4      Q  Did you discuss any of the other trainers?
5      A  I believe those were the only two. Those were
6  my only three classroom trainers.
7      Q  And is it your recollection each of them had
8  incurred overtime?
9      A  I believe so. I want to say -- I can't
10 remember how much Khin had, but I think that it was
11 something like Weli had two minutes of overtime and
12 Miguel had one minute of overtime.
13     Q  And how much did Khin Aye have?
14     A  I don't remember.
15     Q  And is it your belief that Mr. Xasan directed
16 you to write up Mr. Farah and Mr. Aye because he was
17 discriminating against him?
18     A  Well, Mr. Aye we were having a lot of issues
19 with anyway. He was -- he was on -- he was on our radar
20 for somebody -- he had came from the hiring department,
21 Aye did. He was not cutting it there, and so they put
22 him up in my department. I disagreed with that move.
23 It happened before Max was there, but they wanted to
24 give him another shot in a department to see if he could
25 be successful somewhere else.

**15**

1      He came up to my department, and he was not
2  meeting expectations at all. And Max and I had had
3  discussions about Khin Aye and his work performance.
4  But the only two that Max had told me to discipline that
5  day was Weli and Khin Aye.
6      Q  And do you believe that Mr. Xasan directed you
7  to write up Weli and Khin because he was discriminating
8  against them?
9          MR. OKUNADE: Objection; form.
10     A  Do I answer?
11     Q  (By Ms. Vickles) Yes, you can answer.
12         MR. OKUNADE: You can answer.
13     A  Okay. I don't know. I don't know what his
14 mindset was. When it started out, I don't know if it
15 was discrimination. I don't know what Max was thinking,
16 so I can't say if it was discrimination.
17     Q  (By Ms. Vickles) And what is Mr. Farah's race?
18     A  I believe he is Somali.
19     Q  And is he black?
20     A  Yes.
21     Q  And what is Mr. Aye's race?
22     A  I want to say he was Burmese.
23     Q  And how about Mr. Muniz?
24     A  Hispanic.
25     Q  And is it accurate -- I see in Exhibit 45 that

16

1  you say that you had had a meeting yesterday during the
2  shift about not being allowed to have any overtime.  Is
3  that true?
4      A  Yes.
5      Q  And who was the meeting with, all the trainers?
6      A  I think it was just the orientation trainers,
7  so just the three:  Miguel, Khin Aye, and Weli.
8      Q  And all three of them were told they were not
9  allowed to have any overtime?
10      A  Yes.
11      Q  Had it been a long-standing rule that the
12  trainers, classroom trainers, were not to incur any
13  overtime?
14      A  No.  Like I stated before, they needed to try
15  to have no overtime.  That was the expectation.  The
16  expectation was no overtime, with the understanding that
17  the class is eight hours, and it's near impossible for
18  them to hit that same eight hours when their class is
19  eight hours.  I mean, they have to go down three flights
20  of stairs and down a long hallway to get to where they
21  even have to punch in and out.  So for that to happen,
22  it's an unreasonable expectation, so the policy has
23  always been that they need to be as close to eight as
24  possible.
25      Q  Okay.  Any other knowledge that you have

17

1  relevant to discrimination against Mr. Farah by Max
2  Xasan?
3      A  Not towards Weli, not that I'm aware of.  Not
4  that I can recall.
5      Q  Can you tell me the dates that you worked for
6  JBS?
7      A  I would say it was about June 2012 to December
8  2014.
9      Q  And what positions did you hold?
10      A  I started out as an ALT, which is a trainee,
11  management training.  And then I was promoted to
12  training supervisor, and then I was promoted to training
13  manager, and then I was promoted to HR manager.
14      Q  And when did you become training supervisor, as
15  best as you remember?
16      A  I want to say about September 2012, right
17  around there.
18      Q  Was the ALT program about three months?
19      A  It was supposed to be six months, which would
20  have ended in December.  But the training manager got
21  promoted to another plant, and so I assumed the role
22  before the ALT program was up.
23      Q  And then when were you promoted to training
24  manager?
25      A  Probably late 2013, mid to late 2013.

18

1      Q  And then you were promoted to HR manager?
2      A  Yes, ma'am.
3      Q  Was that a promotion from training manager to
4  HR manager?
5      A  It was -- they originally talked to me about
6  assuming the role on second shift, but it was an HR
7  supervisor position.  And I didn't want to take a
8  demotion to take that position, so I turned down the
9  position.  And it wouldn't have been a pay cut.  It
10  would have just been a title cut.
11          And so then my recollection is that they tried
12  to find some other people to fill the role, and they
13  couldn't find a good fit, and so they came back to me
14  and offered me the position again, but this time as an
15  HR manager instead of an HR supervisor for second shift,
16  and I accepted the position there.
17      Q  And I think that was around March 2014?
18      A  Somewhere around there.
19      Q  And when did you leave JBS?
20      A  December 17, 2014.
21      Q  And why did you leave?
22      A  I was fired.
23      Q  By who?
24      A  By Max.
25      Q  Tell me about how that came about.

19

1      A  Me and Max did not see eye to eye on quite a
2  few things; company violations, or policy and procedures
3  and laws that he was violating, and he wanted me to
4  violate.  And I refused to do it.  As an example, he
5  wanted me to basically start pushing people through
6  orientation regardless if they understood the policies
7  and procedures they were being taught, and regardless if
8  they had an interpreter there or not, and then report
9  them as trained.
10          And I told him those numbers go back to OSHA,
11  and I would not do that.
12          And he says, I am your boss, and you will do
13  it.
14          I says, Max, with all due respect, I could go
15  to jail for knowingly putting somebody on the floor and
16  telling OSHA that I trained them when I no dadgum good
17  and well that they weren't trained.  That was one
18  instance.
19          Another is he called us into a meeting one
20  time, and he laid into Barb and I and said the FMLA
21  numbers are way too high, and we need to get them down.
22          I asked him, I said, How do you expect me to be
23  able to do that when we have no control over that?  Do
24  you have any ideas?
25          And he says, Well, what you do is you try to

20

1  scare them into not taking FMLA.
2      I said, How exactly do you scare somebody into
3  not taking a federal, you know, program? Which is what
4  FMLA is.
5      And he says -- he says, Well, we did it at
6  Grand Island, and it worked.
7      I said, Again, Max, how do you expect me to be
8  able to scare them?
9      And that's when he brought up the idea. He
10 says, Well, what you do is you try to, you know,
11 emphasize the consequences of, if they don't get us the
12 paperwork back, that they could lose their job. And if
13 you emphasize that, then they will be afraid to take
14 FMLA.
15     And, again, I told him, I said, Max, you're
16 splitting hairs here, and you're going to get us in
17 trouble.
18     And he says, Well, again -- his favorite was,
19 I'm the boss, and you do as you're told.
20     I said, With all due respect, Max, my job is to
21 follow company policy and procedure and to follow the
22 letter of the law, and I'm not going to do anything
23 outside of that. So these types of things came up
24 periodically.
25     Half of our department had already quit. The

21

1  training manager that was hired to replace me had
2  already quit. There was -- by the time at the end, I
3  was doing the first shift HR manager's job, I was doing
4  the second shift HR manager's job, and I was doing the
5  training manager's job. And he calls me in the office
6  one day, and he says, Why aren't you getting everything
7  done?
8      I told him, I said, Max, you do realize I'm
9  doing three manager positions right now.
10     And he says, That's just an excuse. You're
11 just always full of fucking excuses, aren't you.
12     I looked at him, and I literally started
13 tearing up. I'm like, I don't know what else to do.
14 I'm putting out 15, 16 hours a day in this plant. He is
15 out of here in eight hours. I never see him. Everybody
16 around me is quitting. One girl -- one of our clerks
17 went out on funeral leave, missed one day because her
18 grandmother died; one day. And she came over to work
19 next day, and I said -- I can't remember what her name
20 was. I told her, I said, You know you don't have to be
21 here. You can go home.
22     She said, No, it's good. It will help get my
23 mind off of everything.
24     Max walked by her, and he looked at her and he
25 told her, he says, It's about time you come to work, and

22

1  then he went back to his office. And I heard it from my
2  office. I looked out there, and she just started
3  bawling. And she went home the rest of the day.
4      I mean, that's the -- he threw a box of tissues
5  at my other HR manager one day sitting in a meeting. We
6  were sitting there, and it was Barb sitting next to me,
7  and it was me here, and Max was sitting on the other
8  side of the desk. And he was just laying into us. I
9  can't recall exactly what we were talking about. I
10 think it may have been the FMLA stuff.
11     And Barb has been in this business for 28
12 years, and she is a straight shooter, and she started
13 crying. Not like bawling like a two-year-old, but you
14 could tell tears were running down her eyes. And he
15 picked up the damn box of tissues, and he threw it at
16 her, and it hit her in the leg.
17     And he goes, There are some damn tissues.
18 That's what we dealt with on a daily basis. That's what
19 everybody in our department was dealing with on a daily
20 basis.
21     The day before he fired me, he calls me in the
22 office, and he says, he goes, We need to make sure that
23 we have all these positions covered with everybody
24 quitting.
25     And I told him, I said -- I can't remember --

23

1  Justin, Justin -- Justin somebody. I can't remember
2  what his last name was. He was the HR director for
3  Nebraska who was the mentor of Max in the meeting.
4  And I said, Max, I said, maybe we should look at why
5  everybody is quitting first and try to save some of
6  these people. I said, Max, they're all quitting.
7      He says, You need to do what I fricking told
8  you -- no, he said fucking. He says, You need to do
9  what I fucking told you.
10     And I said, Okay. So I ended up having a
11 meeting with all the staff. Max was not there, and
12 Justin was. Justin was sitting back in the back. And I
13 said, Okay, guys. We need to put a game plan together.
14 We've got a lot of people leaving. Who knows which
15 jobs, let's make sure everything is covered. And it
16 ended up turning into these clerks complaining about
17 Max. I tried to take some of the brunt of it. I said,
18 Look, guys, I'm filling Barb's role right now. It's
19 just as much my responsibility as it is Max's. Because
20 they were complaining of the way he treats them and
21 stuff. I said, Well, some of that is on me, you know,
22 because I was trying to take the burden. And they were
23 crying and everything else. And I said, Guys, we will
24 get it together. Don't worry. We will get everybody
25 covered, and we will take care of everything.

32

1    only reason it became a training supervisor position was
2    because of tenure. Meaning like, as an example, when I
3    first started there, Jason Miller was the HR supervisor
4    on second shift, and he had more experience in the HR
5    department than me. So when I got promoted out of the
6    ALT program, they went ahead and moved the manager
7    position, because they could only have a certain amount
8    of managers, over to him and made me a supervisor. And
9    when he left, he got promoted out, they moved the
10   manager back to the training.
11        And when they promoted me to HR manager --
12   remember at first they wanted to leave it a supervisory
13   position, because technically it's supposed to be a
14   training manager position. That's when they made me the
15   HR manager. They made it back to a supervisor. So
16   technically that is supposed to be a manager position,
17   not a supervisor position.
18        Q    Okay. So at any time when the training manager
19   position was open, did Mr. Farah apply for it?
20        MR. OKUNADE: Object to form.
21        A    I don't know. As I stated earlier, I don't
22   know.
23        Q    (By Ms. Vickles) Do you remember investigating
24   a complaint that was made against Mr. Farah by a female
25   new hire?

33

1        A    I don't remember.
2        Q    Do you remember allegations by a female new
3    hire that Mr. Farah made her uncomfortable and that he
4    wanted her to have a locker upstairs so she would have
5    to walk by the training office?
6        A    I -- I remember something. I remember there
7    was something about a new hire and complaint with Weli,
8    but I can't recall what the details of it was. There
9    should be an investigative log on it though.
10       Q    Do you remember the new hire's name?
11       A    No.
12       Q    Did she end up quitting?
13       A    I had 30 new hires a week.
14       Q    Did she end up quitting?
15       A    I don't remember.
16       Q    Do you remember that her mother also worked at
17   JBS?
18       A    I don't remember.
19       Q    Does Maria Hernandez ring any bells?
20       A    I don't remember.
21       Q    Do you remember that Isabel Garcia sat in on
22   your interview of the new hire who was complaining about
23   Mr. Farah?
24       A    Yes, yes, I do remember. I can't remember --
25   because I remember -- I remember something about that,

34

1    but I don't recall what the conversation was. I mean,
2    I've had thousands of conversations.
3        Q    You can't remember anything about the nature of
4    the complaint?
5        A    No, not off the top of my head.
6        Q    But it was against Mr. Farah?
7        A    Yes. I remember something about Mr. Farah.
8        Q    Anything about the nature of it, that he had
9    done something, said something?
10       A    No.
11       Q    Do you remember what the outcome of your
12   investigation was?
13       A    No.
14       Q    What the conclusion was?
15       A    No. It should all be in my notes.
16       Q    Your notes, would they be -- where would they
17   be?
18       A    We had an investigative log, and that's where
19   we logged everything and put it in the investigative
20   log, any time we did an investigation like that.
21       Q    Was that kept in a hard copy or on a computer?
22       A    Both hard copy and computer.
23       Q    Where were they kept?
24       A    In front of the HR desk, there was like a
25   bookcase, and that's where we kept the hard copy. We

35

1    had an investigative folder. And then online -- I
2    forget what the drive was called, but we kept like a
3    summary in there as well.
4        Q    Do you remember what the computer file is
5    named?
6        A    No.
7        Q    Who kept that log? Was that your personal log?
8        A    No. That was -- it was a shared drive, so all
9    of HR management had access to that.
10       Q    Did you investigate any other complaints
11   against Mr. Farah?
12       A    I don't -- I don't think so. I did discipline
13   him one other time that I remember.
14       Q    What was that for?
15       A    Abuse of company time.
16       Q    What had he done?
17       A    He had left the plant to go get lunch, and he
18   was gone for longer than what he should have been. It's
19   not uncommon for people to leave the plant, but they
20   have to get back in a timely manner and stuff, and he
21   didn't do it.
22       Q    Did Mr. Farah get 30 minutes for his lunch
23   break?
24       A    Yes.
25       Q    And he was gone longer than that?

Stormo Reporting, Inc. (303) 200-4792

40

1  Q  Late 2014?
2  A  Yes, and wanted me to change it back the way it
3 was.
4  Q  And you said no?
5  A  I said no, and that's one of the reasons he
6 fired me, because I would not tote his boat and put the
7 company at risk.
8  Q  I will also have you look at Exhibit 42 in the
9 notebook there.  Do you recognize this as an Alchemy
10 training record?
11  A  Yes, ma'am.
12  Q  For an employee named Efirah Abdella?
13  A  Yes, ma'am.
14  Q  And this indicates that Ms. Abdella -- well, by
15 looking through here, can you tell that she was doing
16 her annual retraining starting March 6th of 2015?
17  A  I haven't looked at these documents in a while,
18 so it may take me a second to recall.  Sorry.
19     So what was the question?
20  Q  Would you agree with me that this Alchemy
21 record indicates that Ms. Abdella started her annual
22 retraining on March 6, 2015?
23     MR. OKUNADE:  Objection; form.
24  A  Yes.
25  Q  (By Ms. Vickles)  And she continued her annual

41

1 retraining on March 7, 2015?
2  A  Yes and no.
3  Q  And then she came back again on March 12, 2015
4 to continue again, right?
5  A  Yes.
6  Q  Okay.  And then I would also like to have you
7 look at Exhibit 35.  This is a document entitled
8 "Expectations & Responsibilities For Production
9 Trainers."  I would like to have you review that one too
10 and let me know if it accurately reflects those job
11 duties during your time with JBS.
12  A  Okay.
13     Okay.
14  Q  Does that accurately reflect the job duties of
15 the production trainings?
16  A  Yes.
17  Q  Is there anything you would add or change in
18 that one?
19  A  No.
20  Q  Did you say no?
21  A  No.  Sorry.
22  Q  So is my understanding accurate that the
23 primary function of the production trainer is to
24 actually train the new hire how to physically do their
25 job?

42

1  A  Yes, but there was more to it than that.  I
2 mean, they had tours, and they would come up for
3 translations and orientation sometimes.  I mean, there
4 was more to it than just the floor training itself.
5  Q  During your tenure in the training department,
6 was it common for a production trainer to spend the
7 entire shift filling in for an hourly employee while
8 that employee was up in the training room?
9  A  It's possible, yes.
10  Q  But not common?
11  A  It depended on if we needed a certain
12 translator.  As an example, if we, you know, needed a
13 certain language to be an interpreter for orientation or
14 for annual retraining, and we needed an employee from
15 the production floor to be able to do that, the hope was
16 that production could just be okay without that
17 employee.  But if they weren't, we would backfill that
18 position with a trainer so that we could get the annual
19 retraining or the new hire training done.
20     I mean, it varied.  I mean, sometimes you would
21 do it quite a bit, and sometimes you wouldn't have to do
22 it for a while.  So it just varied depending on what was
23 coming up at the time, what languages.
24  Q  And during your tenure in the training
25 department, did the classroom trainers then have the

43

1 authority to call whoever they needed off the line?
2  A  Yes and no.
3  Q  What do you mean?
4  A  Well, they had to work with the supervisor on
5 it.  They couldn't just go pull somebody off the
6 production floor without talking to a supervisor.  They
7 had to communicate that with the management team on the
8 floor so that they knew what was going on.  But it was
9 never an issue.  Like I said, if the management team on
10 the floor couldn't fill that position, then we would
11 just put a trainer in that position, because they
12 reported to us, so we weren't hurting the production
13 floor.  But we had to communicate with the management
14 team on the production floor.
15  Q  Did the classroom trainer have authority to
16 keep an employee overtime to complete their Alchemy
17 training?
18  A  Very rarely.
19  Q  Ever?
20  A  I would say very, very rarely.  I mean, I
21 remember it happening sometimes, but it was like
22 extenuating circumstances.
23  Q  Like what kind of circumstances?
24  A  It was not common.
25  Q  What kind of circumstances?

44

1    A   Like, for example, you know, if it was a very
2   difficult language to get, right, or they worked in a
3   very hard position for us to be able to pull them off of
4   the production floor.  And so we had an opportunity to
5   get the training done so we would keep them for, you
6   know, 15, 20 minutes extra to finish up whatever it was
7   they were doing rather than have to try to come back and
8   get them back the next day.  That was very rare.  It
9   would not happen very often.
10    Q   Could you think of any circumstance where it
11   would be acceptable to keep an employee two hours
12   overtime to complete their Alchemy when there was no
13   interpreter involved?
14    A   Not when I was there.  No, not when I was
15   there, not to pay overtime for something like that.
16   Usually it would have to be an interpreter issue -- do
17   you know what I mean? -- for that to be able to happen.
18    Q   Is it the typical practice that a supervisor,
19   the line supervisor, gets a list of their employees who
20   need to attend their annual Alchemy training, and the
21   supervisor will select who they think they can do
22   without that day and send them up for training?
23    A   Can you resay that one more time?
24    Q   Yes.
25    A   I just want to make sure I'm following it.  I

45

1   don't want to say something wrong.
2    Q   Is it my understanding the typical process the
3   line supervisor would receive a list of their employees
4   who needed to attend their annual Alchemy retraining,
5   and the supervisor would select from that list who they
6   could do without that day and send them up for training?
7    A   Yes, to a point.  That is the standard
8   practice, that is the way it was.  The only time that
9   ever became an issue is if the employee was more than
10   30 days past due on their annual retraining, then we did
11   have the authority to go and take the person off the
12   line.  Again, we would have to communicate with the
13   management team, backfill the position if we needed to
14   with a trainer.  And that would not be a call that the
15   trainers would make, that I would have to be involved in
16   that call.  Do you know what I mean?
17        I would not allow my trainers to just go down
18   there and say, Enough, take the person off the floor.
19   Then that puts the trainer in a bad position with the
20   supervisor.  So if we got to that point, I would have
21   been involved in it with the management team.
22    Q   During your time at JBS, when were the locker
23   cleanouts scheduled?
24    A   I don't remember.  It was a certain day of the
25   month, and I don't remember which day it was, but it was

46

1   once a month.
2    Q   Do you remember if it was the first of the
3   month or the end of the month?
4    A   I don't remember which one.
5    Q   Do you remember Bereket Gerezgihar?
6    A   I do.  He was a supervisor.  I think he was
7   break chain supervisor.
8    Q   Do you recall that his last day of work at the
9   Greeley plant was July 22, 2014?
10    A   No, I don't remember.
11    Q   Were you involved in an investigation into his
12   conduct?
13    A   I was to a point.  I don't think I led that
14   investigation though.  I think Barb led that
15   investigation.  I just did a little bit of work with it.
16    Q   Do you recall what the allegations against him
17   were?
18    A   No.
19    Q   Do you actually remember it was Kelly Johnson
20   that led the investigation?
21    A   Yes, yes.
22    Q   And he was the HR director?
23    A   Yes.
24    Q   Did you attend some of the investigation
25   interviews?

47

1    A   I don't remember exactly what all I did with
2   it.  I remember doing some stuff with that, but I didn't
3   lead that investigation, I don't believe.
4    Q   What do you remember about it?
5    A   I don't remember any of the details from it.
6    Q   Do you remember the --
7    A   I remember --
8    Q   -- the allegations were pretty serious?
9    A   I don't want to speculate.  I don't remember
10   what it was.
11    Q   Do you remember that Mr. Gerezgihar ended up
12   resigning before he was fired?
13    A   I think he did, actually.  I think that is
14   accurate.
15    Q   And do you think you were aware he was going to
16   be fired, and he resigned instead?
17    A   Yes.  I'm pretty certain that is the way it
18   went down.
19    Q   Did you -- based on whatever your role was in
20   the investigation, did you form any conclusions about
21   Mr. Gerezgihar's conduct?
22    A   I don't remember the details of it.  That was a
23   long time ago.
24    Q   So when Weli Farah was terminated in March of
25   2015, you were no longer working at the Greeley plant,

56

1  Q   Did you have any discussions with Max Xasan
2  about why this employee was reinstated?
3  A   Yes.  And Max told me it was none of my damn
4  business.
5  Q   Anything else?
6  A   He told me -- that I tried to offer him my
7  information, you know, of why we shouldn't bring this
8  guy back.  This was -- this was within a couple of days
9  of Max starting that he was bringing this guy back.  I
10 said, Did you talk to production?
11     No, I don't need to talk to production.
12     I'm like, Production does not want this guy
13 back either.  The union does not want this guy back.  We
14 don't want this guy back.  Why are we brining this guy
15 back.
16     And he says, Look, it's my decision.  I'm the
17 boss.
18     I was like, All right.
19 Q   Okay.  Moving on to Paragraph 4, you say that
20 you remember Weli would call out other employees on
21 cheating the system?
22 A   Uh-huh.
23 Q   Can you remember who any of these other
24 employees were that were called out for cheating the
25 system?

57

1  A   What they were doing is abuse of company time
2  for religious accommodations, and so he was active in
3  trying to help us make sure that employees understood
4  they could not be abusing company time.  So when they
5  took an unscheduled break, they needed to make sure to
6  stick it as close to 15 minutes as possible and get back
7  to work.
8  Q   Can you remember the names of any employees who
9  called out?
10 A   Not specifically.  We had 3,200 employees.
11 Q   And you say it made him enemies within JBS?
12 A   It did.
13 Q   Who were his enemies?
14 A   The community.
15 Q   Which community?
16 A   The Muslim community.
17 Q   Any specific names?
18 A   I don't remember all their names.
19 Q   And then you say, "various employees would make
20 what I considered to be bonus claims against him at
21 work"?
22 A   Uh-huh.
23 Q   Which employees made bogus claims against Weli
24 at work?
25 A   Again, I don't remember all their names.

58

1  Q   Any --
2  A   Barb was involved in some of it.
3  Q   Can you remember any names of someone who --
4  A   There was 3,200 employees there.  I don't
5  remember everybody's names.
6  Q   So answer my question, do you remember any
7  names?
8  A   No.
9  Q   Not one?
10 A   No.
11 Q   Any details of a specific claim you considered
12 bogus?
13 A   No, because I didn't investigate them.  I had
14 Barb investigate them because he was my employee, so she
15 would take the investigation.
16 Q   Do you remember details or names about any one
17 specific complaint?
18 A   Not all that stuff.  Barb handled it.
19 Q   Paragraph 5 we already talked about.
20 A   I lost a lot of respect for JBS right now.  I
21 really have.  Even to this guy over here, I'm telling
22 him that I want no part of this because I don't want to
23 fricking go against JBS, and you sit over here and you
24 tell me that they told you that I was going to quit in
25 two weeks.  That's a lie.  You show me documents, that

59

1  stuff is not accurate.  That's not what was really going
2  on in this place.  I raised the red flag over and over
3  again.  OSHA could have been involved.  The federal
4  government from FMLA could have been involved.  Nobody
5  gave a crap.  Nobody stood up for me when I trying to
6  raise red flags.
7      So you can show all these documents and
8  everything else, but I can tell you what was really
9  happening in that plant.  You can mince words about
10 trying to remember people's names, but I'm telling you
11 there was corruption in that plant, and nobody gave a
12 crap.
13 Q   So, Mr. Sellers --
14 A   Except me.
15 Q   -- if you give me an answer to my questions,
16 this will be done.  I'm trying to figure out whether you
17 have any additional knowledge, other than what you put
18 in your affidavit.
19 A   This was two years ago, 3,200 employees, and
20 most of the names when you're dealing with those people
21 are very, very similar.  So trying to remember a name is
22 very difficult.
23 Q   I understand.
24 A   And when it came up to issues like that, at
25 that time Barb was the HR manager, I was the training

60

1 manager. She would do the investigation.
2    Q    I understand.
3    A    I don't have that information.
4    Q    So moving on to Paragraph 5 of your affidavit,
5 this is the incident when you alleged Max told you you
6 need to get rid of Weli.
7    A    Yes.
8    Q    Do you have anything to add to that paragraph,
9 other than what we've already talked about?
10    A    No.
11    Q    Okay. Paragraph 6, we've talked about the
12 write-up which is Exhibit 45. Do you have anything to
13 add to that paragraph?
14    A    No, other than I remembered writing up Khin.
15 When he brought up his name, and then I remembered it.
16    Q    Okay. Paragraph 7, you say the classroom
17 trainers had a list of people they trusted for
18 translation, and that Weli had such a list. Do you know
19 whether Weli's list was a written list, or was it kept
20 on a computer or what?
21    A    The list for annual retraining?
22    Q    No. I'm talking about in Paragraph 7, you say
23 the trainers had a list of people they trusted for
24 translation.
25    A    Oh, okay. I'm sorry.

61

1    Q    Is that a physical list?
2    A    Yes.
3    Q    Do you remember seeing a hard copy list?
4    A    Yes, because they had it sitting next to the
5 computer in the training room.
6    Q    Was it a joint list that all the trainers kept,
7 or was it just Weli's personal list?
8    A    No. It was a joint list.
9    Q    Do you remember any of the translators' names
10 who were on that list?
11    A    I don't remember the names.
12    Q    Do you remember the languages?
13    A    There were a lot of different languages on
14 there.
15    MS. VICKLES: Those are all the questions I
16 have. Thanks.
17    MR. OKUNADE: Can we go off the record real
18 quick.
19    (Discussion off the record.)
20    E X A M I N A T I O N
21 BY MR. OKUNADE:
22    Q    Good morning, Mr. Sellers. Again, my name is
23 Tayo Okunade, and I represent Mr. Farah in this lawsuit
24 against JBS. I just have a few questions for you before
25 the deposition is over.

62

1    Let me talk to you about your relationship with
2 Mr. Max when he first came to the JBS plant. Did you
3 form an impression of what his management style was at
4 that time?
5    A    It was pretty much my way or the highway.
6    Q    Okay. And was that the way he was up to the
7 time that you left JBS?
8    A    No. It got worse.
9    Q    What do you mean?
10    A    I mean, like I said, I don't want to go over
11 everything again, but watching him verbally abuse people
12 was just -- it was something I never experienced before.
13 You know, I was entrusted by JBS to protect the company,
14 you know, protect those ten things that we supposedly
15 believed in that was on our wall around our plant. And
16 to see him crap all over that and everything I was
17 trying to protect was miserable. It was absolutely
18 miserable to watch that.
19    To see people that I cared about and I worked
20 with crying on a daily basis and see stuff thrown at
21 them. It got worse and worse. I mean, he is the worst
22 person I have ever worked for in my entire life. And it
23 had nothing to do with race, which is what Justin tried
24 to throw out that one time. It had to do with him
25 beating up on people that I cared about. Those clerks

63

1 busted their butts for us on a daily basis. They are
2 the ones that truly made sure that things were in order
3 so we didn't get ourselves in trouble.
4    And to see the way he talked to them and
5 degraded them was just -- and then to see JBS allow it
6 is what floored me the most, because I had so much
7 respect for JBS. I loved that company. And I don't
8 think it was all JBS's fault because, you know, his boss
9 was on medical leave at the time.
10    Q    Sorry. Whose boss?
11    A    Max's boss.
12    Q    And who was that?
13    A    Juriana.
14    Q    I'm sorry?
15    A    Juriana Sperandio I think is her last name.
16 She was on medical leave at the time. So I don't think
17 it was ever funneled up to corporate what was going on.
18 I was telling Justin, who is another HR director who
19 would help oversee things while she was gone. I was
20 telling our plant manager, you know, it's just -- that's
21 why I don't want to be here, because I still have a lot
22 of people at that company I care about, including
23 Juriana. You know, I don't want to be put in this
24 thing. I just don't. I don't want any fricking part of
25 it.

64

1    But at the same time to see what he did to a
2  lot of people that I care about at that plant, to see
3  the way he treated me after 2-1/2 years at that company
4  and working 15, 16 hours a day and missing out on school
5  stuff with my kids because I put my job first, and see
6  him ruin my career the way he did, because I wouldn't
7  put that company at risk.
8        I was doing what I was told to do, which was to
9  protect that company, follow policy and procedure. You
10  know, always make sure the company is in a good light so
11  when lawsuits come up, we're protected.
12        Q  Let me ask you, you mentioned community leaders
13  in your testimony, and you said that the community
14  leaders were the Muslim community leaders?
15        A  Yes, sir.
16        Q  Was it your understanding that these also
17  included the people from Somali?
18        A  It did.
19        Q  And do you know how close Max was to any of
20  these community leaders?
21        A  I didn't at first.  I kind of learned
22  throughout my time there that he started courting them,
23  and just doing things that I never thought we would be
24  doing.
25        Q  Give me some examples, if you remember.

65

1        A  One example was, so when you walk into the HR
2  department, there is like a little common area that all
3  of the employees stand in, and then there is a swinging
4  door.  And when you open that swinging door, you go back
5  in to where all the clerks' desks are.  And on those
6  desks is all kinds of company documents, open computer
7  screens, all that kind of stuff.  And employees were
8  never allowed book there, I mean hourly employees.
9        Q  I'm sorry.  Let me just pause you real quick.
10  While you're talking about that, can I refer your
11  attention to Exhibit 41.  And I apologize for
12  interrupting, but I want to give you a frame of
13  reference.
14        Can you take a look at that exhibit and see if
15  it represents the HR department as you knew it before
16  you left?
17        A  Other than in this first room there are two
18  desks there, and there is not like a little wall.
19        Q  So where are you looking at?
20        A  In this first room right here.
21        Q  So that's the room where it says -- where it
22  says "VR" and then there is "KA"?
23        A  Yes.
24        Q  Okay.
25        A  The way it was when I was there was the VR desk

66

1  was there, and then over here was another desk.  This
2  desk wasn't like that.
3        Q  Okay.
4        A  So there was just a desk here and a desk here.
5        Q  But the KA desk wasn't turned the way it is
6  right now?
7        A  I don't know which way it's turned.  There's
8  not these walls here.  Those walls weren't there, and
9  then both desks faced this way.  So when we were sitting
10  at our desk, we looked upward.
11        Q  Okay.  And they were looking toward that office
12  where it says MX, is what you're saying?
13        A  Yes.
14        Q  And was there a door there as is indicated in
15  this picture?
16        A  Well, the long wall that you have here, there
17  was a door in between here, like right here.
18        Q  Okay.
19        A  There was a door, like a swing door right here,
20  because this counter kind of makes an L a little bit,
21  and then right there, there is like a little swing door.
22  And then there were two desks right here, and that was
23  payroll.
24        Q  All right.  And then -- okay.  So back to my
25  question.  When you said you were talking about people

67

1  going back behind the desk, can you show me where on
2  this photograph which desk you might have been talking
3  about?
4        A  These four desks, the ones that say "Clerks."
5        Q  Okay.
6        A  And then the two payroll clerks that are right
7  here, and that spot is not as big as what it appears to
8  be on this picture.  It's a lot smaller, like a lot
9  smaller where those two desks are.  And all that stuff
10  has like personnel papers, Social Security numbers, you
11  know, open computer screens.  And it has always been a
12  huge no-no for any hourly employees to be back there.
13  The only way they can go back is they have to ask the
14  clerks, Hey, can I see the HR director.  They would wait
15  until the HR director is free, and then they would let
16  them go back, but then it was straight back in the
17  office.  So there was no stopping, no looking on desks
18  and stuff.  It was a controlled manner while they walked
19  through that area.
20        And then after Max started, all of a sudden it
21  was a free-for-all.  I mean, employees were just walking
22  all back through here, but it was only one segment of
23  population.  Nobody else was allowed to do that, and it
24  floored both Barb and I.  We were like, No, no, you-all
25  can't do that.

68

1    No, no. Max says I can.
2    So we brought it up to Max. We were like, Max,
3  we can't have people just coming through here uninvited
4  because we can't control it.
5    And he is like, Well, I said they can come back
6  here any time they want.
7    Q    Okay.
8    A    I agree with the premise of it, right, the
9  open-door, you know, I can see that part of it. But why
10  were we only allowing one group to do that if we're
11  going to do it at all.
12    Q    And do you know what group that is?
13    A    It was all the people from his community,
14  the -- I don't know how they would be classified. I'm
15  not an expert, but the Muslim community.
16    Q    Were those Somalians?
17    A    Yes -- well, I don't think it's just Somalians,
18  but it was the Muslim community. I'm sure some of them
19  were Somali.
20    Q    And did you get to form an impression where
21  exactly Weli was from during the time you worked with
22  him?
23    A    I believe he was from Somali.
24    Q    Any particular part of Somalia?
25    A    No. I do know there are different almost like

69

1  states within Somali. Not states themselves, but
2  sections. And so sometimes there is conflict between
3  those sections, and they don't see eye to eye, so we had
4  to kind of be careful sometimes. We would have
5  arguments amongst clans, I think is what they call them
6  or something.
7    Q    You would have arguments within JBS?
8    A    Yes.
9    Q    And did you witness Mr. Max show any favoritism
10  to any employees while you were there?
11    A    Yes.
12    Q    How so?
13    A    Well, for one was the guy that he brought back.
14  In my experience, that never would have happened, at
15  least without conversation, discussion with the people
16  that did the investigation, with production. That's
17  common practice to sit down and have that conversation.
18  And within, you know, two days he made a decision to
19  bring this guy back. And later on in further meetings
20  he kept saying, Well, you know, I'm giving the community
21  some -- some of the things that they want, and then they
22  will be more willing to work with me later.
23    And so he never said -- he never, I want to
24  make sure I'm clear on this, he never said he was
25  bringing that guy back as part of that, but the

70

1  impression I took from it was that was part of it.
2  Because like I said, further on into several months, he
3  had made that statement quite a few times that, Well,
4  we're giving them some things that they want, so they
5  will be more likely to help us when we need help.
6    Q    Was your impression at the time then that some
7  of the things that they wanted was Weli out of the
8  plant?
9    MS. VICKLES: Object to form.
10    A    I knew that's what they wanted.
11    Q    (By Mr. Okunade) Go ahead. How did you know
12  that?
13    A    From some of the things that came up that Barb
14  had to investigate, you know, and some of the things
15  that they had done and said about him. And we knew the
16  reasoning behind it. Barb is a straight shooter. I
17  mean, she's a no BS kind of woman. I've got a lot of
18  respect for her. And when she was sitting across the
19  table and saying, This ain't right, I knew it wasn't
20  right. I wasn't part of the investigation, but I knew
21  what was going on.
22    Q    And what was your understanding of what was
23  going on with respect to Weli?
24    A    Because Weli would not lie for anybody. Weli
25  would follow the policies and procedures. Now, I'm not

71

1  saying that Weli was a perfect person. Weli made a lot
2  of mistakes when I was his boss, but Weli was always
3  honest about it. He would always own up to things. He
4  would always tell me when he had done these things.
5    As an example, when I had -- wrote him up for
6  the abuse of company time, he sat across from my disk,
7  you know, he goes, I did it. I did it. I'm very sorry.
8  That's the type of person he was. And to see him
9  attacked because he is doing what is right for the
10  company, which is what I'm supposed to be doing, was
11  difficult to watch. But he didn't care about
12  nationality. He didn't care about race. He didn't care
13  about religion. He cared about making sure that company
14  did the right thing.
15    And if the company was in the wrong, he was the
16  first in my office, No, this ain't right. The
17  supervisor did that. But if the employee was in the
18  wrong, he was there doing the same thing. And he made
19  enemies within the community because the community
20  wanted its members to basically lie for each other, you
21  know, to help protect each other. And he wanted no part
22  of that. He was to do what was right, and that's why I
23  had so much respect for Weli.
24    Q    Do you remember if anyone ever came and
25  complained to you that Weli was keeping girls up in the

72

1  **training room while you were there for personal reasons?**
2      A   No.  I recall -- I mean, Weli was -- he was a
3  very friendly person.  He made friends very easily.  He
4  got along really well with all the new hires, which is
5  what made him such a great trainer.  But I never really
6  had an issue.  I remember that investigation part of it
7  that Ms. Vickles had brought up earlier.  I don't
8  remember the details of it though, but I never really
9  had any problems with him in that area.
10     **Q   Do you remember if anybody came to talk to you**
11 **that Weli was harassing anybody?**
12     A   Other than community, you know --
13         (Mr. Sellers' phone rang.)
14         THE DEPONENT:  I'm very sorry.  I figured I
15 would just get one phone call.  Let me -- sorry about
16 that.
17     **Q   (By Mr. Okunade)  Go ahead.  The question is**
18 **still pending.  You were responding to it?**
19     A   What was the question?
20         MR. OKUNADE:  Do you mind reading it back.
21         (Question and answer were read back.)
22     A   No.  I remember the one investigation, and then
23 I remember, you know, a couple of instances with the
24 community itself which Barb investigated, and she
25 determined that it was just them trying to retaliate

73

1  against him for him not sticking by their statements on
2  some stuff.
3      **Q   Okay.  So --**
4      A   I don't know the details of that stuff.
5      **Q   Sure.  So the one investigation that was**
6  **brought up during this deposition regarding Weli when**
7  **you were there, do you remember if that had anything to**
8  **do with harassment?**
9      A   I remember a girl involved, but I don't
10 remember the details of it.
11     **Q   Okay.**
12     A   I can't say.
13     **Q   All right.  But then you also mentioned the**
14 **community investigation.  These were people outside of**
15 **JBS that were lodging complaints against Weli?**
16     A   No.  It was people within.  They were within
17 the community that worked there.  There were some that
18 did.
19     **Q   Okay.  And those were investigated by Barb, not**
20 **you?**
21     A   Yes, yes.
22     **Q   And you're saying that you just were aware of**
23 **it, and you knew what was going on while that was going**
24 **on?**
25     A   Yes.  I don't know the details of it because,

74

1  like I say, I didn't handle it.  That was -- that was
2  before I got into the HR side of things, and so Barb
3  handled the investigations.
4      **Q   And while you were there with Weli, did you**
5  **consider him as a lead trainer?**
6      A   Yes.  I had two lead trainers.  Miguel was one
7  of my lead trainers, and Weli was my lead trainer.
8  Miguel was the lead for first shift, and Weli was the
9  lead for second shift.
10     **Q   And as the lead trainer, can you tell us a**
11 **little bit about what that role that you gave Weli was?**
12     A   He was in charge of, you know, the new hires,
13 all the new-hire orientation stuff.  He was in charge of
14 the annual retraining.  He was in charge of taking care
15 of any issues down on the production floor, as far as
16 if -- because I had a lead floor trainer also.  And so
17 the way that the structure would work is if any of the
18 floor trainers had any issues, they would get with their
19 floor trainer, the lead floor trainer.  And then that
20 lead floor trainer would communicate with either Weli or
21 Miguel, because I can't be there 24 hours a day.  And
22 then Weli or Miguel, depending on the shift, would
23 handle the issue.
24     **Q   But then if an issue occurred, Weli or Miguel**
25 **would then come talk to you about it --**

75

1      A   Yes.
2      **Q   -- whenever you were back to the plant?**
3      A   Yes.
4      **Q   Okay.**
5      A   Or if it was severe enough, they would call me
6  at home.  They did have that right to call me.
7      **Q   Okay.  I'm just going to list off some**
8  **employees at JBS and see if you know anything about**
9  **them.**
10     A   Okay.
11     **Q   The first one is Kacem Andalib?**
12     A   Yes.  He is the one that took over for me after
13 I left.
14     **Q   Okay.  And what do you know about Mr. Andalib?**
15     A   Not a lot.  I worked with him a little bit down
16 in the trim area.  He was really, really new with us.
17 He had only been down there a very short time.  Very
18 nice guy, very smart.  And then he actually has called
19 me a couple times after I left, and, you know, he didn't
20 know how to do certain things or didn't know -- like one
21 example, he called me and says, Hey, my understanding is
22 when you were here you handled the annual company
23 picnic.  Could you help me with some of the people we've
24 used and how this worked and things like that.  I helped
25 him out with that.

76

1    Q   Did he call you when the investigation into
2  Weli prior to his termination in March, did he call you
3  then?
4    A   No.
5    Q   Do you know Kacem Andalib's relationship with
6  Max at all?
7    A   No.
8    Q   What about Yulibeth Rocha?
9    A   She is the one I was speaking with earlier.  I
10 met her that couple days when she was taking that class
11 with me, and that's the only time I ever met her.  My
12 understanding is she took over the training manager
13 position after I left.
14    Q   Do you know anything about her relationship
15 with Max at all?
16    A   No -- well, I've heard some things after I've
17 left, but it would all be secondhand information.
18    Q   That's okay.  What have you heard?
19    A   I heard that she was just a puppet, that she
20 wasn't running it, and that the training department went
21 downhill, and that she just sat in an office and did
22 nothing.  But to be honest with you, that's not the
23 impression that I got with her that few days that I
24 spent with her.
25    Q   Sure.

77

1    A   She seemed like a very smart, bright girl,
2  nice, very quiet.  But my understanding was that she was
3  put in a tough position, and she was just -- me, I'm
4  going to stand up for what I think is right, and my
5  understanding is that she was afraid of Max.  She never
6  told me that, but that's kind of the impression I got
7  from some of the people that called me and talked to me
8  after I left.
9    Q   And do any of these people include Weli that
10 you got the information from?
11    A   No.
12    Q   What about Anab Ali, does that name ring a
13 bell?
14    A   Ana --
15    Q   Anab Ali; A-n-a-b, A-l-i.
16    A   I know that name.  I know that name.  I just
17 can't picture what position he did.
18    Q   What do you know about that name or what comes
19 up?
20    A   I can't remember.  Do you know what job he did?
21    Q   I'm just asking you if you --
22    A   I'm just trying to jog my memory.
23    Q   Sure.
24    A   I know the name, I just can't picture who it
25 is.

78

1    Q   Okay.  Do you know if that is a male or female?
2    A   I don't know.
3    Q   Okay.  Marietta Lopez?
4    A   I don't remember that name.
5    Q   Do you know whether she was a trainer or not?
6    A   Marietta Lopez, no, she wasn't a trainer while
7  I was there, I don't think so.
8    Q   Khin Ou?
9    A   Khin Ou was the other orientation trainer.  We
10 had four orientation trainers.
11    Q   Okay.  And who were those orientation trainers?
12    A   That was Ken Ou -- or, no, Khin Aye.  Hold on.
13 There is Khin Aye and there is Khin Ou.  Khin Ou was a
14 floor trainer.  That was a female.  Khin Aye was
15 orientation trainer.
16    Q   Okay.
17    A   Sorry.
18    Q   That's okay.  And Khin Ou specifically is who
19 I'm asking you about.  Does that name ring a bell?
20    A   Yes.  She was an orientation trainer.
21    Q   Khin Ou, not Khin Aye?
22    A   Khin Ou was a floor trainer, sorry.  I
23 apologize.
24    Q   That's okay.  And what do you know about Khin
25 Ou?

79

1    A   Khin Ou was a floor trainer on second shift.
2    Q   Do you know anything about her personality?
3    A   When I first hired her, some people kind of
4  were confused that I would hire her because she didn't
5  have any knife experience, and she was very quiet.  But
6  I needed somebody with her language abilities to be in
7  that position, because we had a lot of people with that
8  language on the floor, and we needed some help, and so I
9  gave her a shot.
10        She learned very quickly.  She was a hard
11 worker.  She was a little quiet.  I had to push her
12 forward, you know, sometimes.  But she was committed to
13 learn the position.
14    Q   What language did she speak; do you remember?
15    A   I don't remember.
16    Q   But you remember hiring her specifically for
17 her language --
18    A   For her language.
19    Q   -- skills; yes?
20    A   Yes.
21    Q   And would she be an employee that would help in
22 the training upstairs?
23    A   Yes.
24    Q   During orientation or during new-hire training?
25    A   Yes.

80

1    Q   What about Alicia Serrano?
2    A   She was a floor trainer.
3    Q   Do you know if she was first shift, second
4  shift?
5    A   I don't recall what shift she was on.
6    Q   Okay.  Was she also used in an orientation
7  language translation?
8    A   She could have, but probably a lot less than
9  him -- well, no.  If she would have been on second
10 shift, she would have been used more, because Miguel was
11 on first shift.  So if she was on first shift, then she
12 would have been hardly ever used.  But if she was on
13 second shift, she could have been used quite a bit
14 because we didn't have a Spanish interpreter.  She
15 wouldn't need to be used a whole lot because a lot of
16 the Alchemy classes are already translated over in
17 Spanish.  So it would just depend upon what they have
18 going on that day, and, you know, how many people they
19 have.  There are a lot of different variables to it.
20   Q   You testified, but I wanted to make sure I
21 understand.  Was it your understanding that these floor
22 trainers, for example, Khin Ou or Alicia Serrano that
23 I've mentioned, if a classroom trainer needed another
24 employee from the production floor to help with the
25 translation, those could be used to help substitute into

81

1  those -- for the employee.  Is that your understanding?
2    A   The floor trainers could?
3    Q   The floor trainers.
4    A   Yes.
5    Q   They could be used to replace that employee?
6    A   Yes.
7    Q   That went up for translation?
8    A   Yes.  But, again, you would still have to
9  communicate that with the supervisor.
10   Q   Sure.
11   A   You can't ever lose that communication part of
12 it.  That communication to be there.
13   Q   Okay.
14   A   Even though we're replacing the person, that
15 person still reports to that supervisor.  They've got to
16 know where they're going.
17   Q   Let me just have you turn to Exhibit 32 in your
18 packet there.  And I'm just going to ask you whether
19 you've seen probably, I don't know how many, about ten
20 or so pages.  If you could just thumb through and tell
21 me if you've seen something like that before, anything
22 like that.  Any of the statements, if you've seen
23 anything like that before.
24   A   No.
25   Q   Okay.

82

1    A   I can tell it's investigation notes.
2    Q   And I'm just going to ask you general questions
3  about them, about that, so you don't necessarily have to
4  look at what is in there.
5    A   Okay.
6    Q   But you did mention something about -- I
7  believe you said investigative log?
8    A   Uh-huh.
9    Q   Would this have been something that would be
10 these sort of notes, these are things that would be
11 things in that investigative log?
12   A   Yes.
13        MS. VICKLES:  Object to form.
14   Q   (By Mr. Okunade)  Those would be in both hard
15 copy as well as on the computer file?
16        MS. VICKLES:  Object to form.
17   A   We would hard copy these, but we didn't scan
18 these into the computer.  We would just do a summary on
19 the computer of what happened.
20   Q   (By Mr. Okunade)  Okay.  Let me have you -- on
21 the bottom of the exhibits there --
22   A   And then a copy would go into the employee
23 file.  Sorry.
24   Q   Sorry.  I didn't mean to cut you off.
25   A   No, no.  That's fine.

83

1    Q   There are JBS numbers on the bottom right-hand
2  corner there.  Let me have you turn to JBS 00040.
3    A   Okay.
4    Q   Is this the kind of report that would be
5  generated in an investigative log, like the summary that
6  you're talking about?
7        MS. VICKLES:  Object to form.
8    A   No.  It's more of like paragraph form.  But, I
9  mean, that's just the way somebody entered it.  I mean,
10 it could be, but that's not the way we did it.  But I
11 could see somebody doing it like that.
12   Q   (By Mr. Okunade)  Okay.  And then let me ask
13 you about JBS 00046.  Is this something that you saw
14 while you were at JBS, this kind of document, an
15 employee statement?
16   A   No.  I think this is something new that they
17 were using, this type of document.
18   Q   You didn't see this while you were working at
19 JBS?
20   A   No.  It doesn't mean that it didn't exist.
21   Q   Sure.
22   A   We just didn't use it.
23   Q   I'm just asking whether you saw it or you're
24 familiar with this document.
25   A   Okay.

84

1    Q   And during the investigation -- you did a lot
2  of investigations, as you said, while you were there,
3  correct?
4    A   Yes.
5    Q   In your investigations, were there times when
6  you would take personal notes of the investigation?
7    A   Yes.
8    Q   And then also there are times where you would
9  ask employees that you're investigating or talking to,
10 interviewing, ask them to also write notes of -- their
11 own personal notes?
12   A   Yes.
13   Q   How often was that?  Would you always ask an
14 employee that you're talking to to write an employee
15 statement?
16   A   It depends on the complexity of the case.  I
17 mean, sometimes it's a very simple case, and you're just
18 taking notes, and you would do it kind of like what you
19 see here on 00045, where it's just a notebook sheet of
20 paper.  So I would just put notes, I said this, they
21 said that, whatever.
22       But if it's -- if I could tell it's going to be
23 a very complex case where I'm going to need something in
24 writing from this other person to support this, then I
25 would request after -- sometimes before, sometimes after

85

1  for them to handwrite their statement.
2    Q   Okay.
3    A   Usually always in like sexual harassment or
4  violence in the workplace, stuff where JBS could
5  potentially hold some liability, then I would want that
6  statement, because it's not -- well, I'm saying she said
7  this.  Now she has to say it.
8    Q   Now, when you take those statements, where
9  would they go once the investigation is complete?
10   A   The same place.  They would take a copy, put it
11 in the investigation folder, and then we would have a
12 copy in the employee file.
13   Q   And the investigation folder was always where?
14   A   It was in the bookshelf right in front of the
15 desk on the right-hand side, or my desk.  I was on the
16 right-hand side, so it was right there.
17   Q   So it would be in the training office?
18   A   No.  HR.
19   Q   HR?
20   A   HR office, yes.
21   Q   Okay.  And were there times where -- well, let
22 me ask you this:  The investigative log that you've
23 talked about, was that something that you would refer
24 to -- let's say an employee's name kept coming up.
25 Would you go back and look to see if that employee was

86

1  already in the investigative log system?
2    A   That was on the computer system itself.  It was
3  like a spreadsheet, and so in the column that had
4  employees' names, you would put the people that were
5  part of that list, so you could search with a filter.
6  If I wanted to search, for example, Weli's name, I could
7  put that in a filter and pull up Weli, and it would show
8  any investigation that was done on Weli, or any employee
9  for that matter.
10   Q   But the physical notes that you would have
11 taken, would you ever refer back to that as well?
12   A   Yes, depending on the circumstances.
13   Q   Have you ever experienced the situation where
14 those physical investigative notes have been lost?
15   A   I can't -- I mean, there were times when we
16 misplaced them, but they just got put like in a desk or
17 something, and we found them.  Not like they were lost
18 where they couldn't be found again.
19       I recall a couple times where we spent a couple
20 hours where we were saying, Where did we put this?  It
21 ended up being stapled to something else, but we found
22 it.
23   Q   Let me get an understanding of your
24 understanding of the investigation that was handled when
25 Max came prior to you leaving JBS.  Can you walk me

87

1  through the process?  We talked about you taking some
2  notes of an investigation.  How involved would Max be in
3  that, that you remember?
4    A   In general?
5    Q   In general, just an investigation that you did
6  while he was there.
7    A   He wouldn't be involved at all.  I would just
8  go tell him and say, This is what I want to do, and he
9  would just say yes or no.
10   Q   Okay.
11   A   Which is not uncommon.  I mean, Kelly pretty
12 much did -- my previous boss, pretty much did the same
13 thing.  The only difference was that with Kelly, if he
14 disagreed or something, there was an open dialogue.
15 Well, this is the way I see it.  This is the way -- you
16 know.  There was that back and forth.  Let's work on it.
17 Maybe we need to interview this person again, that type
18 of thing.
19       With Max it was more, No, you're not firing
20 this person.  Put them back to work.  There was never an
21 explanation so that I could understand what my boss is
22 seeing that from so I can make sure that next
23 investigation I know how to do it, you know, and how he
24 wanted me to proceed.  With Max it was just -- it was
25 just either a yes or a no with no explanation.

88

1  **Q   Okay.  So every investigation you did, you**
2  **would go to him prior to making that decision --**
3     A  Yes.
4     **Q   -- saying, Hey, here is what I found -- sorry.**
5  **Let me finish.**
6     A  Yes.
7     **Q   Here is what I found, what do you think?**
8     A  Yes.
9     **Q   And then he would give you what he thought?**
10    A  Yes.
11    **Q   And --**
12    A  Well, not with Max.  He would give me an
13 answer.  He wouldn't give me what he thought.
14    **Q   He would tell you, Fire this guy or don't fire**
15 **this guy?**
16    A  Yes.
17    **Q   And were there times when you remember that he**
18 **told you not to fire an employee?**
19    A  Yes.
20    **Q   Do you remember anything about an employee that**
21 **he told you not to fire?**
22    A  I don't remember all the specifics.
23    **Q   Do you remember whether that employee was**
24 **Somalian or somebody else?**
25    A  No, I don't remember specifics.  I remember him

89

1  saying no quite a few times on investigations that were
2  done, but I don't remember the employees.
3        The only thing I can remember, one time I was
4  firing somebody was he got pissed at me.  Man, he got
5  pissed, because the policy of the company was that when
6  we terminated an employee, they had to be escorted from
7  the plant, okay?  And the reason for the policy is
8  because -- say it was a violence in the workplace,
9  right?  If we're firing a person, they are still within
10 our facility, in our grounds, we have to control that
11 situation, right?  If I fire him, and then he just goes
12 off to the locker, he can go back to the production
13 floor, he can go retaliate against a potential witness
14 there on our property, whatever.  They had to be
15 escorted by security down to their locker or whatnot to
16 get their stuff and then escorted off the property.
17       If they are suspended, the same process.  It's
18 to protect the company.  You never know if they were
19 going to go back and taint some of our product or
20 something.  I was -- I had an employee who had sexually
21 harassed a female, and it was a Somali gentleman --
22 well, I say Somali.  I don't know if he was Somali.  He
23 was a Muslim guy, I know that.  I don't know what
24 nationality he was.  But he had -- I'm trying to
25 remember the details.

90

1        I don't remember all the specifics, but he had
2  basically been sexually harassing this girl.  I had two
3  witnesses to it, and I was in the process of the
4  investigation.  And he told me, he says, Well, you know
5  this is crap, da-ta-da.  And it was not severe sexual
6  harassment.  It was just a few unwanted comments type
7  thing.  And so I was willing to put the person back to
8  work, but I needed to have that conversation with him of
9  retaliation, you need to make sure to stay away from
10 this person; this type of thing.
11       And during that conversation he goes, Well, I
12 can't guarantee that.
13       I said, What do you mean you can't guarantee
14 it?
15       He says, Well, I may have contact with her.
16 And if I do, then you'll just have to deal with that.
17 So he started making me feel really uncomfortable with
18 allowing this guy to go back into the plant to work
19 around this young lady, because if something else
20 happened, we could be potentially liable.
21       So I said, You know what?  I'm going to go
22 ahead and suspend you and investigate this further.  And
23 he became extremely irate.  And I ended -- I called
24 security up to have him escorted.
25    **Q   This employee?**

91

1     A   Yes.  And Max afterwards got pissed at me.  He
2  come in and was like berating me.  He said, Why did you
3  call security?
4        And I explained to him what happened.  I said,
5  I didn't know, you know, I didn't know what this guy
6  would do, so I made sure to have him escorted.
7        And he says, Well, from now we're not calling
8  security for escorts.  He did not say for a specific
9  race or religion or anything like that.  He just said no
10 more calling security.
11       I said, But, Max, if we lose control of a
12 situation, if this guy goes down there now and
13 retaliates against her or retaliates against the
14 company, we have no control.  We don't know where he
15 goes when he leaves our office.
16       And he says, Well, then it's your fault.
17       I said, What do you mean it's my fault?
18       He says, well, if the guy leaves our office
19 upset, it's because you didn't control the situation.
20       I said, but I can't control what is in his
21 head.  I said, I had to have him escorted.
22       He goes, I'm your boss, and I'm telling you,
23 dammit, no more escorts for people.
24       And I was like, Okay.  No problem.  But yet
25 when they fired me, they stood there and escorted me all

25 (Pages 88 to 91)

96

1  formed it right away. It was several weeks later.
2      Q   Had any of your HR directors that you reported
3  to ever told you to fire somebody without meeting that
4  person?
5      A   Ask that question again. I want to make sure I
6  understand.
7      Q   Sure. During your tenure at JBS, had you been
8  approached by any other HR director, other than Max,
9  telling you to fire an employee without, A, justifying
10  it; or, B, meeting that employee?
11         MS. VICKLES: Object to form.
12      A   No.
13      Q   (By Mr. Okunade) Okay.
14      A   I had been asked to terminate employees that I
15  didn't do the investigation on. As an example, say Barb
16  did an investigation or whatnot, and she had a doctor's
17  appointment and had to leave early, so the person was
18  supposed to come in, and I would end up firing the
19  person. So I have been told to fire people before that
20  I had no part in. But the investigation was all done.
21  It was just a formality to terminate the employee.
22      Q   And at the time that Mr. Max told you to get
23  rid of Weli, was there an investigation going on
24  regarding Weli?
25      A   No.

97

1         MS. VICKLES: Object to form.
2         THE DEPONENT: Sorry.
3      A   No.
4      Q   (By Mr. Okunade) Let me ask you this: In your
5  opinion as a former JBS training supervisor and then
6  manager and then HR manager, if an employee came to you
7  to complain that somebody was asking her -- let's say
8  the employee is female. If a female employee comes to
9  you and says, So and so is asking me about my phone
10  numbers, okay, or asking me for phone numbers, hitting
11  on me, if you will. How would you handle that scenario?
12      A   All right. So I'm going to need you to re-ask
13  your question.
14      Q   Sure. I'm creating a scenario for you, all
15  right?
16      A   Right.
17      Q   Let's assume for a second a JBS female employee
18  comes to you and says, So and so is hitting on me.
19      A   Uh-huh.
20      Q   How would you handle that investigation?
21         Let me ask you, first of all, would you
22  consider that harassment?
23      A   At that point with the information you've given
24  me, no. I would sit down and start talking to the
25  employee. I've got to determine if it's harassment.

98

1  Has she let the other person know that this is unwanted.
2  Please leave me alone, or, You know what? I'm not
3  interested in talking about that stuff at work. Has
4  that boundary been set, and is that employee violating
5  that boundary. Has she notified any other members in
6  management and nothing has happened? It just may be
7  unwelcome at that point.
8         Depending on what information coming out of
9  that investigation is going to determine which direction
10  I've got to go with it. Regardless I'm going to have a
11  conversation with the other employee, right, because I
12  need to make sure that they understand that this is
13  unwelcome at this point. So let's say, for example, the
14  employee says, No, I haven't spoken to anybody else. I
15  haven't spoken to the employee and let them know that
16  this is unwelcomed.
17         Okay. Let me let you know what we're going to
18  do. And I'm going to -- I will go ahead and have that
19  conversation with the other employee and let them know.
20  If you have any other issues, don't hesitate to get with
21  us and let us know that this is going on. Then I would
22  call up the other employee and let them know that what
23  is happening is now considered unwelcome, and the other
24  person doesn't choose to engage in this type of behavior
25  at work. And then that employee would have to go

99

1  through retraining on what sexual harassment is.
2         Regardless, technically it's not sexual
3  harassment because, you know, nothing has been reported
4  at this point. She hasn't told the other person to
5  stop. There hasn't been maybe touching involved, right?
6  If touching has been involved, now you've escalated it
7  up to sexual harassment. The type of language could
8  determine if it's sexual harassment or not.
9         You mentioned a phone number. Asking for a
10  phone number is not necessarily sexual harassment. If
11  she had told him quite a few times, Hey, look, stop, and
12  then it continues, yes, then it's harassment. There are
13  a lot of different variables to it. But regardless the
14  employee is going to go through retraining. They are
15  going to be retrained on the sexual harassment policy,
16  and then let them know they need to stay away from that
17  other employee. And if there are any other issues, we
18  will need to have another conversation.
19      Q   Let me just ask you one more thing. During
20  your time at JBS, do you recall any time when you had to
21  investigate any of your trainers, whether floor trainers
22  or classroom trainers, any of them on sexual harassment
23  claims?
24         MS. VICKLES: Object to form.
25      Q   (By Mr. Okunade) Did you understand the

27 (Pages 96 to 99)

**100**

1  question?  I don't even know how it came out of me.
2      A  I understand the question.  I'm thinking.
3      Q  Okay.
4      A  I don't recall.
5      Q  So you didn't have to investigate any floor
6  trainers or classroom trainers on issues related to
7  sexual harassment?
8          MS. VICKLES:  Object to form; asked and
9  answered.
10     A  They would all go through training, right,
11 because that's an annual training.  But I don't recall
12 any specific instances.
13     Q  (By Mr. Okunade)  And specific to Weli --
14 again, I'm asking about your experience at JBS and your
15 experience with Max -- would it be unusual to you to
16 know that Max wasn't in any way involved in his
17 termination?
18         MS. VICKLES:  Object to form.
19     A  It would surprise me, because nobody else there
20 had any experience in HR.  I mean, Kacem had no
21 experience in HR and had literally just taken over for
22 me.  I don't know what experience Yuli had, but she was
23 a training manager.  It would surprise me greatly if he
24 was not involved in that.
25         MR. OKUNADE:  I have no further questions.

**101**

1          MS. VICKLES:  I just have a few follow-up.
2          E X A M I N A T I O N
3  BY MS. VICKLES:
4      Q  You testified a little bit ago that you knew
5  they wanted Weli Farah out of the plant, and you
6  mentioned the community again, so I just wanted to
7  clarify with you again.  What do you mean when you use
8  the term "community"?
9      A  The Muslim community.
10     Q  And do you remember any specific individual who
11 was a part of that community?
12     A  No, ma'am.  I don't remember their names.  If I
13 heard the names, I would probably remember a couple of
14 them, but I don't recall the names offhand.
15     Q  And you said you remembered a couple of
16 instances or complaints from the community that Barb
17 investigated, and you said that was before you got into
18 the HR side of things?
19     A  Officially, yes, ma'am.
20     Q  So that would have been before March of 2014?
21     A  Yes, ma'am.  There was one that happened right
22 around March.  I had just taken over that role.  I know
23 there was one right around there, but, again, I didn't
24 handle it.
25     Q  Have you recalled any of the details of

**102**

1  those --
2      A  No, ma'am.
3      Q  -- instances you're talking about?
4      A  No, ma'am.
5      Q  You testified that you heard things about
6  Yulibeth Rocha after you left.  Who did you hear those
7  things from?
8      A  I would rather not say.  They are still
9  employees there.
10     Q  Sorry, but you have to answer the question.
11     A  Can I plead the Fifth on that?  These are
12 people that I know, and I am not going to put them in a
13 position to lose their job the way I did.
14     Q  Well, you can only plead the Fifth if this was
15 a criminal proceeding, which it is not.  Who did --
16     A  I'm not going to put them in a position for
17 them to be fired.  I don't feel comfortable with that.
18 And for them to lie and say I was going to quit within a
19 couple days, I'm sorry, that just rubbed me the wrong
20 way.  What a blatant lie.  I don't want to see these
21 people get retaliated against.
22     Q  Okay.  So you are refusing to answer the
23 question who you heard things about Yulibeth Rocha from?
24     A  Yes, ma'am.
25     Q  And you have no personal knowledge about

**103**

1  Ms. Rocha's performance --
2      A  No, ma'am.
3      Q  -- as the training manager at Greeley?
4      A  And like I said earlier, the couple days I
5  spent with her, she seemed smart, intelligent, a nice
6  little girl, quiet, but I couldn't tell you how she was
7  as a performer.
8      Q  The investigation folder you said you kept when
9  you were an HR manager, did that folder ever get cleaned
10 out and the documents filed in employee files?
11     A  No, no.  That folder was kept.
12     Q  How far back did the folder go?  Did you ever
13 review in everything in it?
14     A  No.  I remember there was a good two or three
15 years' worth were sitting there, minus the year we were
16 working on.
17     Q  How fat was the folder?
18     A  I think -- I think there was two folders for
19 the year previous, and then there was only -- probably
20 like -- it was like a 3-1/2 inch binder or something for
21 the year that we were on.
22     Q  Okay.  I want to make sure you remember two
23 folders plus a binder notebook?
24     A  Well, the two folders was for the previous
25 year.

108

1   that, technically that would be my call, but there was
2   never a time where he ended up telling me it was my
3   call.
4       Q   And I wanted to ask you about a hypothetical
5   situation too.  Based on the investigation you
6   described, the one you conducted for sexual harassment,
7   you said it wasn't severe.  It was just a few comments.
8   Hypothetically if after that employee had been
9   terminated for harassment, another employee came to you
10  and reported that the employee had exposed himself to
11  her, would you document that additional complaint and
12  put it in the file?
13      A   Absolutely.
14      MS. VICKLES:  That's all I have.  Thank you.
15          E X A M I N A T I O N
16  BY MR. OKUNADE:
17      Q   I just have one more quick question.
18      You were asked about Yulibeth Rocha.  You heard
19  some things about her after you left from people that
20  are still working in the JBS plant.  Is there any reason
21  to believe that any of those people held or hold any
22  bias against Ms. Rocha?
23      A   No, no, because I never -- I haven't heard
24  anything negative really about the young lady.  None of
25  them told me they didn't like her or they hated the way

109

1   she treated them.  So I wouldn't assume it was because
2   of bias.  They just told me how things were going there.
3   Like I said, I still know a lot of people that work
4   there that I care deeply about.  I spent more time with
5   them than my family.  But it was never -- I never once
6   heard any negative stuff, like personal attacks on
7   Ms. Rocha.
8       MR. OKUNADE:  Okay.
9       MS. VICKLES:  I don't have anything else, so I
10  think you are done.
11      MR. OKUNADE:  Thank you for your time.
12      MS. VICKLES:  Yes, thank you.
13      (The deposition concluded at 12:29 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Stormo Reporting, Inc.  (303) 200-4792