# EXHIBIT 7

*Weli A. Farah vs.*

*JBS USA, LLC*

*Deposition of Yulibeth Rocha*

*June 22, 2016*



700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Weli A. Farah vs.                                                    Deposition of Yulibeth Rocha
JBS USA, LLC                                                                         June 22, 2016

Page 13

1    A.  Yes.
2    Q.  Okay.  Now, did you have to apply to be a
3  classroom instructor?
4    A.  Yes.  On that one, we did.
5    Q.  You did?
6    A.  Mm-hmm.
7    Q.  And the classroom instructor position that
8  you held was also in Cactus, Texas?
9    A.  Yes.
10    Q.  Do you remember who you applied with?
11    A.  Yeah.  That one was Michael Herrera.  He did
12  the interview for that one.
13    Q.  How did you find out about the classroom
14  instructor position?
15    A.  I was a clerk in training.  So I knew, when
16  the instructor left, that that position was open.
17    Q.  Okay.  And then from the classroom
18  instructor, how long were you in that position?
19    A.  All the way until June of 2014.
20    Q.  Okay.  And all the time was in Texas?
21    A.  Yes.
22    Q.  Same plant in Cactus?
23    A.  Yes.
24    Q.  As a classroom instructor, did you go to any
25  sort of training that helped you with your -- doing

Page 14

1  your daily work responsibilities?
2    A.  We have the Alchemy training.
3    Q.  And you would be the one to train the --
4    A.  Right.
5    Q.  -- employees on the Alchemy training?
6    A.  (Nodding head.)
7    Q.  Did you yourself get training as a classroom
8  instructor?
9    A.  No, not officially.  There is nothing for
10  that.
11    Q.  You sort of learned on the job?
12    A.  Mm-hmm.
13    Q.  And then after that, you came to Denver at
14  some point?
15    A.  Yes.
16    Q.  Or the Greeley plant?
17    A.  Yes.
18    Q.  Okay.  What brought you to the Greeley
19  plant?
20    A.  A promotion.
21    Q.  Okay.  And what job title was that?
22    A.  Training manager.  Before I accepted that
23  position, I was a training supervisor.
24    Q.  Okay.  So I must have skipped a step.  So
25  from your classroom instructor position, you accepted

Page 15

1  another job as a classroom --
2    A.  It was ALT, so it's supervisor training
3  program, and that was in June of 2014.
4    Q.  Where was that training held?
5    A.  In Cactus.
6    Q.  Okay.  Was that just for you or were there
7  other JBS employees there?
8    A.  There's other employees there.
9    Q.  Okay.  Do you remember any of the other
10  employees that were also in the supervisor training?
11    A.  Yeah.
12    Q.  Who were they?
13    A.  Susana Mendoza.
14    Q.  Who else?
15    A.  Blanca Torres.  That might not be her last
16  name.  I know it's Blanca.  Atilano was another one.
17    Q.  Can you spell that?
18    A.  A-t-i-l-a-n-o.  And there was one more.
19    Q.  Who else?
20    A.  Alva Tarango.  There is four of us or five.
21    Q.  So that's four names plus you, so that's
22  five?
23    A.  Yes.
24    Q.  Okay.  And were they all working currently
25  at the Cactus, Texas --

Page 16

1    A.  Yes.
2    Q.  -- plant before they went to that supervisor
3  training program?
4    A.  Yes.
5    Q.  Okay.  Were you selected for the supervisor
6  training program?
7    A.  Yes.
8    Q.  Who selected you?
9    A.  There was different applicants.
10    Q.  So you applied for --
11    A.  I applied.
12    Q.  Did you interview for that?
13    A.  Yes.
14    Q.  Okay.  And do you recall who you interviewed
15  with?
16    A.  It was a whole panel.
17    Q.  Anybody in the panel that you recall?
18    A.  Usually senior team, so the controller or
19  the director, the plant manager.
20    Q.  And all in the Cactus, Texas --
21    A.  Yes.
22    Q.  Nobody from Greeley or anywhere else?
23    A.  Each location has their own program, so each
24  location gets their own people.  But that one was ours
25  in Cactus.

Page 17

1    Q.   Okay.  And that training program lasted for
2  how long?
3    A.   Six months.
4    Q.   And was the expectation after the training
5  program that you would be placed in a location?
6    A.   Mm-hmm, correct.
7    Q.   Did you have a choice over which location
8  you would be placed on?
9    A.   Yes and no.  Yes because as opportunities
10  arise, you can take them.  It's your option.  If you
11  don't want to take them, then you can stay in Cactus.
12    Q.   Okay.  And you chose Greeley?
13    A.   That's -- the opportunity was presented to
14  me, so . . .
15    Q.   Okay.  Did you have to interview to come
16  into the Greeley plant at all?
17    A.   No.
18    Q.   You were just placed into whatever position
19  was open?
20    A.   I was offered the position.
21    Q.   Okay.  And the position that was open was a
22  training manager?
23    A.   Yes.
24    Q.   Okay.  Did you interview for the training
25  manager position?

Page 18

1    A.   Not that I recall.
2    Q.   Okay.  And how did you find out about the
3  opportunity that presented itself, as you put it?
4    A.   My director pulled me into the office and he
5  said, Hey, they have this position open.  And Juriana
6  called him putting my name out there saying I would be
7  a good fit.
8        Then I went to the Greeley plant, spent a
9  couple days with them, and I guess they -- we didn't
10  officially interview, but after that, I received the
11  offer letter.
12    Q.   Okay.  And your director was Adriana, you
13  said?
14    A.   No, it was Rigo, but he heard it from
15  Juriana.
16    Q.   Oh, Juriana?
17    A.   Juriana.  She is corporate HR.
18    Q.   How do you spell Juriana?
19    A.   J-u-r-i-a-n-a.  And she pretty much oversees
20  the ALT program, which was that six-month program, so
21  she knew what projects I had.  She had an idea of what
22  I was about.
23    Q.   And prior to you getting the Greeley offer,
24  had you traveled to Greeley before to check out the
25  plant?

Page 19

1    A.   Yeah.
2    Q.   Okay.  When did you do that?
3    A.   I don't remember the exact time frame, but
4  there was a time where myself and two others from
5  Cactus went to the Grand Island plant and then drove to
6  Greeley.  And we were there a day, I think a day.
7    Q.   Was that on business or just --
8    A.   Yes.
9    Q.   Who were the other two?
10    A.   Cassie and Amairani.
11    Q.   And then did you talk to anybody in the
12  Greeley plant when you came there?
13    A.   Yes.  We actually had a session there, a
14  training session.  Brandon was the instructor of that
15  class.
16    Q.   You're referring to Brandon Sellers?
17    A.   Yes.
18    Q.   So you got to meet Brandon.  Did you meet
19  anybody else at the Greeley plant at that time?
20    A.   No.  We went for that class and it was like
21  an all-day thing, so we didn't really -- nobody
22  specifically.
23    Q.   Okay.  And that would have been somewhere --
24  sometime in 2014?
25    A.   Yes.  That I can recall, yes.

Page 20

1    Q.   Did you meet an individual at that time by
2  the name of Maxamed Xasan?
3    A.   Yes.  He was in the Grand Island plant.
4    Q.   Where was the Grand Island plant, just in
5  terms of location?
6    A.   Grand Island, Nebraska.  I'm not sure what
7  his title was there, but we just met.  I mean, I just
8  met him.  That was it.
9    Q.   So was there a reason you went to the Grand
10  Island plant before Greeley?
11    A.   We went to Grand Island first because we
12  were just going to check out the process.  All three of
13  us work in HR, so I spent most of the time in the
14  training department with Daniel.
15    Q.   Daniel?
16    A.   He was a training manager in Grand Island.
17    Q.   Do you know Daniel's last name?
18    A.   Camarippa.
19    Q.   Can you spell that for us.
20    A.   C-a-m-a-r-i-p-p-a.
21    Q.   Good memory.  But you got a chance to talk
22  to Mr. Xasan?
23    A.   We just met him.  I think he was -- I don't
24  know if it was the HR office or the employment office.
25  It was just, Hi, how are you guys?  That was it, and we

Page 21

1   left.
2       Q.   And did you talk to him prior to your trip
3   to the Grand Island plant?
4       A.   No.  I never met him before that.
5       Q.   And so moving forward now, you said you
6   received the offer once you visited the Greeley plant.
7   And then did you start immediately or was there sort of
8   a transition process?
9       A.   There was a transition process.
10      Q.   Okay.  Do you remember when you received the
11  offer?
12      A.   I do not remember.
13      Q.   Okay.  And do you remember exactly when you
14  started?
15      A.   I started in January.
16      Q.   Of?
17      A.   2015.
18      Q.   Do you remember when you actually moved to
19  Greeley?
20      A.   The same time.
21      Q.   January of 2015?
22      A.   Mm-hmm, January.
23      Q.   And you said you didn't have to submit your
24  application or resume or anything like that to the
25  training manager position?

Page 22

1       A.   No.
2       Q.   Okay.  But you received a letter saying you
3   were now accepted as a training manager?
4       A.   Yes.
5       Q.   Okay.  Do you know who sent that letter?
6       A.   Max.
7       Q.   And that is Mr. Xasan that we were referring
8   to?
9       A.   Yes.
10      Q.   So if we call him Max, we'll know who we're
11  talking about?
12      A.   Yes.
13      Q.   So Max is the one that sent you the hire
14  letter?
15      A.   (Nodding head.)
16      Q.   At that point, was it your understanding
17  that he was at the Grand Island plant?
18      A.   No.  He was already in Greeley.
19      Q.   Okay.  Did you know when he moved to
20  Greeley?
21      A.   I do not.
22      Q.   But you just received a letter from him
23  saying, Congratulations.  Welcome to the Greeley plant?
24      A.   Yeah.  Because I came out to Greeley, so I
25  met him in Greeley after that training session.  That

Page 23

1   training session was, like, in 2014.  So before I
2   accepted the offer, I came out to Greeley.
3       Q.   Oh, so you came back to Greeley --
4       A.   Yes.
5       Q.   -- before you accepted the offer?
6       A.   Mm-hmm.
7       Q.   Okay.  When was that?
8       A.   A couple weeks before.
9       Q.   So sometime in --
10      A.   Sometimes in December.
11      Q.   2014?
12      A.   Yeah, because I also met with the general
13  manager and Max, met a few of the people there, the
14  team, before I accepted the offer.
15      Q.   How did that meeting go?
16      A.   Good.
17      Q.   Did you just meet them at the plant?  Did
18  you guys go outside the plant?
19      A.   Just at the plant.
20      Q.   Did you say it was a meeting?
21      A.   Yeah.
22      Q.   And was that because of the position that
23  you then moved to Greeley?
24      A.   Yes.
25      Q.   So you started the job sometime around

Page 24

1   January 2015.  Did you have to go through another
2   training to sort of get a handle on what's going on
3   in the Greeley plant?
4       A.   No.
5       Q.   Okay.  Did you meet with -- so you inherited
6   the team.  Did you meet with your team to find out who
7   they are, what's going on?
8       A.   Yes.
9       Q.   Okay.  Do you know when that meeting
10  occurred?
11      A.   Immediately after I started.
12      Q.   And when you started, did you have an
13  understanding of who your immediate supervisor would
14  be?
15      A.   Yes.
16      Q.   Okay.  Who was the immediate supervisor?
17      A.   Max.
18      Q.   How did you come to that understanding?
19      A.   The way our business is structured.
20      Q.   What do you mean?
21      A.   From Cactus, I knew the training manager
22  reported to the director.
23      Q.   Okay.  And Max was the director of HR?
24      A.   Yes.
25      Q.   And as director of HR, was he just the

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 37

1    Q.    What was the shift time frame for A shift?
2  When would A shift start?
3    A.    6:00.
4    Q.    A.m.?
5    A.    A.m., to 2:30.  That was on the fab.
6    Q.    And that would be a shift that would be on
7  the fab?
8    A.    Yes.
9    Q.    And when you say "fab," explain what you
10 mean by that.
11    A.    That's the fabrication floor.
12    Q.    What did they do?
13    A.    Break down product, the cold side.
14    Q.    Okay.  And then the B shift would start
15 when?
16    A.    3:00.
17    Q.    P.m.?
18    A.    Yeah, 11:30.  It was eight hours.
19    Q.    So 3:00 p.m. until 11:30 p.m.?
20    A.    (Nodding head.)
21    Q.    And then was there another shift that went
22 from midnight to 5:00 a.m.?
23    A.    Not in operations.  They would have cleanup
24 crew contractors, so different.
25    Q.    So just those two shifts?

Page 38

1    A.    Mm-hmm.
2    Q.    So basically your schedule sort of went in
3  between those two shifts?
4    A.    Yes.
5    Q.    And were the production trainers divided up
6  evenly between A shift and B shift?
7    A.    Yes.
8    Q.    So it would be 13 in A shift and 13 in
9  B shift?
10    A.    No.  That included classroom trainers, so
11  10 on fab, one in slaughter for both shifts.
12    Q.    Okay.
13    A.    And then four classroom instructors, so
14  that's 26.
15    Q.    So 26 total --
16    A.    Yes.
17    Q.    -- employees, not just production trainers?
18    A.    Yes.
19    Q.    I got you.  How many production trainers
20  were there?
21    A.    So we were crewed for 11 on A shift and 11
22  on B shift, so 22.
23    Q.    Oh, so --
24    A.    22.
25    Q.    Okay.  And you said something very

Page 39

1  important.  The production trainers are the same ones
2  that are referred to as the floor trainers?
3    A.    Yes.
4    Q.    Okay.  So you had 11 floor or production
5  trainers in A shift, 11 production trainers on B shift?
6    A.    Yes.  When we were fully staffed, yes.
7    Q.    Okay.  And you would oversee all 22 of
8  those?
9    A.    Yes.
10    Q.    You managed all 22 of them as well?
11    A.    Yes.
12    Q.    Okay.  Now, did the employees that worked A
13  shift -- can they switch to B shift?  Is the schedule
14  that flexible or they just have to manage their
15  schedule within A shift?
16    A.    The production trainers, they mainly stick
17  to their shifts.  There's occasions where we can ask
18  them to help out on B shift if we need to for an
19  extended amount of time, but they stick to their
20  shifts.
21    Q.    Okay.  Let's move on to the classroom
22  trainers.  While you were the training manager, how
23  many classroom trainers were there?
24    A.    Four.
25    Q.    And what were their names?

Page 40

1    A.    Weli, Miguel, Chandra, and Khin.
2    Q.    Okay.  And you're referring to Weli Farah?
3    A.    Yes.
4    Q.    And then Miguel Muniz?
5    A.    Mm-hmm, yes.
6    Q.    What is Chandra's last name?
7    A.    Starts with an A.
8    Q.    Okay.  Acharya?
9    A.    Acharya.
10    Q.    And Khin?
11    A.    Aye, A-y-e.
12    Q.    So tell me about classroom trainers.
13  What would you say their role was when you were
14  training manager?
15    A.    Their job was to put new hires through
16  orientation, also annual retraining.
17    Q.    The first exhibit --
18        MS. VICKLES:  If you're just going to refer
19  to the exhibits that have already been marked, I can
20  show Ms. Rocha in this notebook.
21    Q.    (By Mr. Okunade)  Okay.  The first exhibit
22  is going to be an exhibit that has been marked prior
23  as Exhibit 6 in this deposition.  And this is the
24  classroom trainer expectations exhibit.  It has JBS
25  00062 and JBS 00063 marked on the bottom right-hand

Page 45

1    A.   Yes.
2    Q.   Now, looking at the document, Exhibit 6,
3  tell me -- one of the responsibilities there listed
4  says, New-Hire Orientation, which you've already spoke
5  a little bit about.  And three bullet points down, it
6  says, Leading the Alchemy system for orientation class.
7  Explain to me what the Alchemy system is.
8    A.   Before Alchemy, everything was manual.  The
9  instructors were touching on subjects on company
10  policy, safety, everything.
11        So now, Alchemy is an automated system.
12  It's videos controlled with clickers.  Now every new
13  hire gets their own clicker, gets to see a video, has
14  questions, and they answer them.
15    Q.   So Alchemy is referring to the software --
16    A.   Yes.
17    Q.   -- that is actually being used to conduct
18  the training?
19    A.   Yes.
20    Q.   Okay.  What types of training would be
21  included in the Alchemy software?
22    A.   Same thing, company policy, harassment,
23  sexual harassment, food safety, PPE, attendance policy.
24    Q.   Just a --
25    A.   A lot.

Page 46

1    Q.   -- group of training that's in there?
2    A.   Yes.
3    Q.   And how long is that Alchemy training --
4  how long does that last for new hires?
5    A.   It could be about 40-something courses over
6  16 hours.  It changes if it's retraining or if it's
7  new.
8    Q.   And then if you look down on the document,
9  it says, Annual Training.  Do you see where that is?
10    A.   Yes.
11    Q.   The bullet point just right under that says,
12  Running designated classes for annual training.  What
13  were the designated classes under the annual training?
14    A.   For annual training, we had a class daily
15  for operations, one on A, one on B.  So operations gets
16  to decide who they send to the training.  The classroom
17  trainer would just get whoever is up there through the
18  courses for the day.
19    Q.   When you say one on A and one on B, what are
20  you referring to?
21    A.   One on A shift and one on B shift.
22    Q.   Oh, so there would be people in A shift
23  classroom and people in B shift classroom?
24    A.   Yes.
25    Q.   And operations refers people --

Page 47

1    A.   Yes.
2    Q.   -- to those annual training?
3    A.   Yes.
4    Q.   And how does operations know who to refer?
5    A.   We've done those for several years, so they
6  have a good idea of what it is.  But basically on the
7  hire date that is on the back of the employee's hard
8  hats, that is the time frame that they should be
9  sending them up yearly.  We also provide a list for
10  them.
11    Q.   Okay.  So a couple things I just want to
12  understand.  When you talk about operations, who are
13  you referring to specifically?
14    A.   Supervisors, general foremen,
15  superintendents.
16    Q.   So who were the supervisors on the floor?
17  Are you talking about production supervisors?
18    A.   Yes.  Operations, yes.
19    Q.   Were any of your training trainers/clerks --
20  were they also considered operations?
21    A.   Yes.
22    Q.   Who were considered operations?
23    A.   The production trainers.
24    Q.   Okay.  And so the production trainers would
25  be the ones that, again, would be on the floor with the

Page 48

1  new hires, sort of working with them, making sure that
2  they understand what is going on?
3    A.   Yes.
4    Q.   And then they make a determination of who to
5  send to an annual training?
6    A.   Not the floor trainers.
7    Q.   Okay.  So they don't make the decision, but
8  they are part of operations?
9    A.   Yes.
10    Q.   Who makes that decision to send somebody to
11  annual training?
12    A.   Supervisors, GFs, or superintendents.
13    Q.   GFs?
14    A.   General foremans (sic).
15    Q.   So the floor production -- or production
16  trainers weren't considered supervisors?
17    A.   No.
18    Q.   Were classroom trainers considered
19  supervisors?
20    A.   No.
21    Q.   Were classroom clerks considered
22  supervisors?
23    A.   No.
24    Q.   Okay.  And then it says on the bottom back
25  of that document, the next bullet point over, it says,

Page 117

1  fellow classmates, if there were no fellow classmates
2  that spoke the same language as one or two or any one
3  of the new hires, specifically, again, how was that
4  handled?
5      A.   During the time I was at Greeley, we didn't
6  have cases like that or I would have known.  In Cactus,
7  we would reach out to the production trainers if they
8  had -- from my previous experience.
9      Q.   Okay.
10     A.   If we had production trainers that knew the
11 language, we would pull them in, otherwise, we would do
12 the best that we can.
13     Q.   Were you aware that classroom trainers were
14 actually pulling in either production trainers to
15 translate at the Greeley plant or production employees
16 to translate?
17     A.   No.
18     Q.   Did you ever become aware of that?
19     A.   After this incident happened.  This is the
20 first time I had heard that's what they were doing.
21     Q.   What incident are you talking about?
22     A.   With Weli.
23     Q.   Okay.  So after the investigation with Weli,
24 that's when you found out that a classroom trainer was
25 actually pulling employees in to help translate?

Page 118

1      A.   Correct.
2      Q.   And up to that point, you were not aware of
3  that practice?
4      A.   Correct.
5      Q.   Had you spoken with either the classroom
6  trainers or the production trainers about that practice
7  of how translation was done prior to the Weli incident,
8  as you put it?
9      A.   No.  It wasn't a subject.  It never came up.
10     Q.   Okay.
11     A.   It wasn't an issue.
12     Q.   Okay.  You are saying you never raised it
13 with either your classroom trainers or your training
14 manager -- sorry, production trainers?
15     A.   No.
16     Q.   Did you have an understanding as to how they
17 were doing it; in other words, how they were requesting
18 the translation of -- or how they were requesting
19 translators while you were at the Greeley plant?
20          MS. VICKLES:  Object to form.  Can you
21 repeat that.
22          MR. OKUNADE:  That may have been -- I may
23 have stumbled on that question.  I'll repeat that.
24     Q.   (By Mr. Okunade)  So my question is, do you
25 have any idea as to how the classroom trainers were

Page 119

1  dealing with translators?  And we're talking
2  specifically about translators that the new hires
3  didn't bring in when there was nobody in that classroom
4  to translate.  Were you aware of how that was being
5  handled by the classroom trainers when you arrived at
6  the Greeley plant?
7          MS. VICKLES:  Object to form.  You can
8  answer, if you know.
9      A.   I'm just -- it's a long question.
10     Q.   (By Mr. Okunade)  It was.
11     A.   I mean, I wasn't aware that it was an issue
12 or concern, but it was never brought up.  It wasn't an
13 issue.
14     Q.   Okay.
15     A.   So we didn't talk about it.
16     Q.   Okay.  None of your classroom trainers came
17 to you and said, Hey, how do I handle when nobody knows
18 any language in my --
19     A.   No.
20     Q.   -- orientation class?
21     A.   No.
22     Q.   But there was no procedure as to -- let me
23 ask -- I'm not going to ask you a leading question, but
24 let me ask you this:  Was there any procedure of how
25 the classroom trainer would handle the situation when

Page 120

1  the new hire, A, didn't bring his or her translator, B,
2  there were no translators in that classroom?  Were
3  there any procedures at the Greeley plant that you are
4  aware of that were in place when you were there?
5      A.   No.
6      Q.   Were there any policies that you were aware
7  of relating to that same question?
8      A.   No.
9      Q.   So you didn't talk to the classroom trainers
10 about how it was handled -- "it" being those two
11 situations when there was no translators that were
12 brought by the new hires or there was nobody in the
13 classroom to translate -- you didn't talk to your
14 classroom trainers about that?
15     A.   No.
16     Q.   Okay.  Now, the classroom trainers kept time
17 logs of the hours that they worked, correct?
18     A.   They clock in and out.
19     Q.   Clock in and out.  Do they also keep time
20 logs of the training that they were doing?
21     A.   On annual, yes.
22          (Exhibit 28 was marked.)
23     Q.   What you are looking at there, it says on
24 the top, Time Detail.  And the name, just a little bit
25 under that left-hand column, is Farah, Weli.  Have you

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 141

1       MS. VICKLES:  Just for the record, that was
2  a completely different question.
3       Q.   (By Mr. Okunade)  Would Weli also look at
4  the Exhibit 30 and Exhibit 29 documents and review it
5  for A, correctness, or B, knowing who else needs to
6  take the class?
7       A.   Not Documents 29 or 30, no.
8       Q.   Okay.  Would he look at Documents 29 or 30
9  in general?
10      A.   No.
11      Q.   Just you?
12      A.   Mm-hmm.  There is other reports that he
13  would see, but not these two particularly.
14      Q.   And how often would you say you look at
15  documents like Exhibit 29 and Exhibit 30?
16      A.   Daily, weekly, but more on the status than
17  actual times.
18      Q.   What status?
19      A.   The status (indicating).
20      Q.   Whether it was complete?
21      A.   Right.
22      Q.   But you would have access to the information
23  that's on there?
24      A.   Yes.
25      Q.   Okay.  And you've already testified, if I

Page 142

1  remember correctly, that there isn't a report or record
2  that you know of that exists that would indicate
3  whether a translator was also in that classroom,
4  whether it was Alchemy or any other training?
5       A.   Correct.
6       Q.   Now, was Weli allowed to communicate with
7  the JBS employees on the production floor?
8       A.   He could, yeah.
9       Q.   Explain how that generally would happen in
10  your opinion.
11      A.   If he needed to communicate with them?
12      Q.   Mm-hmm.
13      A.   When he would go in -- just like myself or
14  anybody else, you walk the production floor, you can
15  say, Hi, how is it going?  But that's about it.  I
16  mean, the employees are working on their lines.
17      Q.   Right.
18      A.   To that extent, yeah.
19      Q.   And assume with me he is walking the
20  production floor, would there be any times when a
21  production floor employee, either a production line
22  worker or supervisor, would talk to him as well?
23      A.   Yeah.
24      Q.   So they would talk.  It's not just like he
25  is incognito walking through and seeing what's going

Page 143

1  on?
2       A.   Well, it depends.  I mean, on the production
3  line that they are working -- I mean, it would be
4  minimal because they are working.  The other pieces are
5  coming, but there are some employees going to the
6  restroom or going to the office or walking in the
7  hallways in production that, yeah, you can have more
8  of a conversation with them.
9       Q.   Okay.
10      A.   So it just depends.
11      Q.   Are you aware of any kind of conversations
12  that he had with those kinds of employees?
13      A.   No.
14      Q.   It would vary on what was going on?
15      A.   Right.
16      Q.   Okay.  Would he also talk to any production
17  employee on what you refer to as the radio or the
18  walkie-talkie?
19      MS. VICKLES:  Object to form.
20      A.   Not that I know of.
21      Q.   (By Mr. Okunade)  Okay.  Did he have a
22  walkie-talkie or radio?
23      A.   Not that I know of.
24      Q.   Would he talk to any JBS employee, whether
25  production, supervisor, or anyone else via telephone?

Page 144

1       A.   We had a telephone in the training
2  department.
3       Q.   Okay.  That was --
4       A.   That was a tool, yeah.
5       Q.   Were you ever present when Weli was on the
6  phone?
7       A.   I mean, I'm sure I was walking in and out,
8  but never that I sat there and paid attention to what
9  he was talking about.  People call up there all the
10  time.
11      Q.   You've mentioned a couple times now that you
12  usually would walk in and out of a classroom.
13      A.   Mm-hmm.
14      Q.   How often would that happen?
15      A.   Anywhere from five times a day to ten.  It
16  just depends.  My office was right by the training
17  area, and then you have to go through there or another
18  hallway to get to HR or vice versa.
19      Q.   Right.  So you would walk by, pass by, and
20  five to ten times, you would actually stop by?
21      A.   Mm-hmm, throughout the whole.
22      Q.   Throughout the whole day?
23      A.   My whole day, yeah.
24      Q.   And Weli's office, was that in the training
25  room?

Page 145

1    A.    Yes.
2    Q.    And was it considered an office or just a
3  desk?
4    A.    Desk.
5    Q.    Okay.  But that is where he would normally
6  sit?
7    A.    Yes.
8    Q.    And I just lost my train of thought.
9  Sorry.  Can you give me a second.
10       During the times you would walk either by
11  the classroom or actually stop by the classroom, did
12  you notice at any time that you can recall doors that
13  were locked?
14    A.    No, not that I saw, unless it was at the end
15  of the day and the doors were locked or at the
16  beginning and I was the first one there.
17    Q.    Okay.  Now, let me get a picture of -- I
18  know there is a hallway, right?
19    A.    Mm-hmm.
20    Q.    And then when you walk into the classroom --
21  right when you walk in, is there the training room?
22    A.    Yes.
23    Q.    Was there another inner room --
24    A.    Yes.
25    Q.    -- that was where Weli sat down?

Page 146

1    A.    There is two more.
2    Q.    Okay.
3    A.    So when you walk in, there is a big training
4  room.  That's where the new-hire orientation is
5  handled.  Their desk was on one side.  Then you keep
6  walking and there is two more rooms inside that big
7  room.
8    Q.    Okay.  So just a little bit, you said their
9  desk was on the other side.  Whose desk?
10    A.    Weli's desk, Chandra, Miguel, the
11  instructors.
12    Q.    Okay.  The instructors' desks were actually
13  in the new-hire training --
14    A.    Yes.
15    Q.    -- room?  And then you keep walking further
16  and there is another room that comes in.  And then
17  further back is another room?
18    A.    Correct.
19    Q.    Okay.  So, then, let me be more specific and
20  ask a more specific question.  Where was Weli's desk in
21  those rooms?
22    A.    In the new-hire orientation is where their
23  official desk was at.  But if they were giving training
24  in the smaller rooms, then that is where they would
25  sit.  It wasn't a desk, just a table.  A computer was

Page 147

1  set up.
2    Q.    Okay.  In each of those little, small
3  rooms --
4    A.    Yes.
5    Q.    -- further back?  But generally, Weli would
6  be at the desk in the new-hire room --
7    A.    Yes.
8    Q.    -- is what you are saying?
9    A.    Yes.
10    Q.    Okay.  Was there a window or some sort of a
11  screen that you could see through the new-hire training
12  or was that just like this room where there is no
13  windows in there?
14    A.    No windows.
15    Q.    Okay.  Was there a door when you walked in
16  to the new-hire training room?
17    A.    Yes.
18    Q.    Okay.  And in that hallway, as you said,
19  that your office was down the road and then there was
20  other offices or other things that were in there, was
21  there a lot of traffic that was -- that you noticed
22  that would go through the hallway there?
23    A.    It just depends.  The safety office was back
24  there too, so sometimes they had people training there.
25  The nurse was also there, so some traffic.

Page 148

1    Q.    Okay.  And have you ever been walking by and
2  there was training going on that the door was closed in
3  the new-hire training?
4    A.    In the new-hire training, no.  So in that
5  big room, there is a door with the glass on it, so you
6  could see in.  And sometimes the door was closed, but
7  you could still see inside.  But in the new one, it
8  could be open or closed.
9    Q.    Okay.  Sorry.  I'm trying to understand.
10  You said "new one."
11    A.    The new-hire orientation.
12    Q.    Oh, the new-hire orientation.  The one you
13  walk in, there was a new-hire orientation?
14    A.    Yeah.
15    Q.    The door didn't have any glass on it?
16    A.    That one did have glass.
17    Q.    It did?
18    A.    It did.
19    Q.    The further rooms, did they also have doors
20  on them?
21    A.    They had doors with no glass.
22    Q.    Both of them?
23    A.    Yes.
24    Q.    Was there a door that led through -- that
25  you could go through those two rooms together?  Can

Page 157

1    A.   I believe he had a laptop in front of him.
2    Q.   Do you know what was on the laptop?
3    A.   I don't, but I know there was no training
4  going on.  Like I said, it was shift change.  I'm sure
5  he was preparing to start.  But in that time that I
6  walked in, there was no training.
7    Q.   Do you know what time that shift change was?
8    A.   It must have been before 3:00, but -- before
9  3:00.  I don't know.
10    Q.   Okay.  Because the shift would have started
11  at, what, 3:30?
12    A.   Yeah.  The annual class would have started
13  at 3:00.
14    Q.   3:00?
15    A.   Roughly.
16    Q.   But there was no classroom?
17    A.   No.
18         MR. OKUNADE:  And I notice that it's already
19  12:08, so we can -- I have a couple other lines of
20  questions on this and we can take a break.
21         THE DEPONENT:  Okay.
22    Q.   (By Mr. Okunade)  Did you -- in your time
23  that you supervised Weli, did you form any opinions
24  about him?
25    A.   No.

Page 158

1    Q.   How good a worker he is?
2    A.   Can you be more specific?
3    Q.   Did you think he was a good worker?
4    A.   I knew he did his job.
5    Q.   How did you know that?
6    A.   From experience, I guess.  You know, it
7  wasn't too much into my position that I really focused
8  a lot on the floor trainers.  So in that time frame, my
9  focus was not on the classroom trainers, so . . .
10         MR. OKUNADE:  Okay.  Just off the record.
11         (Discussion held off the record.)
12         (Recess from 12:10 p.m. to 1:05 p.m.)
13    Q.   (By Mr. Okunade)  We're back on the record,
14  Ms. Rocha.
15         Before we left for lunch, you mentioned at
16  one point, you were walking by the training room,
17  actually went into one of those inner rooms that we
18  talked about, and you saw Weli Farah talking to a lady
19  that you now -- you've since found out to be Anab Ali,
20  correct?
21    A.   Yes.
22    Q.   Okay.  And let me just ask you a few
23  questions about that.  How did you find out that that
24  lady was Anab Ali?
25    A.   When she was interviewed for the -- not

Page 159

1  interviewed.  When she was giving her statement, that's
2  when I found out that that was Anab, because I ran into
3  her in HR and then Kacem said, That's Anab.
4    Q.   But when you walked through the room, you
5  didn't notice that that is who she was?
6    A.   No.
7    Q.   Did you know whether she was A shift or
8  B shift?
9    A.   I did not know that.
10    Q.   Okay.  Did you come to find that out at any
11  point?
12    A.   Throughout the investigation, B shift.
13    Q.   She was B shift?
14    A.   Mm-hmm.
15    Q.   And B shift, what time would that have
16  started?
17    A.   3:00, 3:15.  It just depends.  There is a
18  difference in the fab and kill floor.
19    Q.   Did you know which fab -- or whether she was
20  in the fabrication floor or the kill floor?
21    A.   Fab.
22    Q.   So fabrication was started at 3:15, you
23  said?
24    A.   Mm-hmm.  That is usually when the training
25  starts, but by 3:00, employees are on the production

Page 160

1  floor.
2    Q.   And did you remember exactly what time you
3  walked through that training room?
4    A.   I do not remember.
5    Q.   Okay.  But you said, if I remember
6  correctly, that it was -- you seemed to recall that
7  it was during a shift change?
8    A.   Yes.
9    Q.   You just don't know if the shift already
10  started?
11    A.   It had to have been before, but I don't
12  remember exactly what that time frame was.
13    Q.   Okay.  Do you know why she was there?  Did
14  you get an understanding, when you walked by there, why
15  she was there?
16    A.   I didn't.  It was brief.  I walked through.
17    Q.   And you didn't talk to her?
18    A.   No.
19    Q.   Okay.  Did you talk to Weli after that to
20  see what was going on and what she was doing up there?
21    A.   No.
22    Q.   Did he talk to you after that?
23    A.   No.
24    Q.   Now, do you remember the date that JBS
25  suspended Weli?

Page 161

1    A.    Yes.
2    Q.    What date do you remember that as?
3    A.    I remember when we suspended him.  I don't
4    remember the exact date off the top of my head right
5    now.
6    Q.    Okay.  I'm going to have you refer to what
7    was previously marked as Deposition Exhibit 15.
8    A.    March 11th.
9    Q.    So that refreshes your memory?
10    A.    Yes.
11    Q.    And do you know who was involved in the
12    decision to suspend Weli?
13    A.    Kacem and myself.
14    Q.    Okay.  Let me have you refer back to what
15    was marked today as Exhibit 26 and specifically on
16    Page 5.
17         And before we talk about that, you said
18    Kacem and yourself were involved in the decision to
19    suspend Weli, correct?
20    A.    Yes.
21    Q.    Anybody else?
22    A.    No.
23    Q.    Okay.  Did you talk to anyone regarding the
24    decision to suspend Weli?
25    A.    Yes.

Page 162

1    Q.    Who did you talk to?
2    A.    The HR director.
3    Q.    Who was that?
4    A.    Max.
5    Q.    Okay.  Who else?
6    A.    That would be it.
7    Q.    Okay.  And did you know -- do you know if
8    Kacem talked to anyone else about the decision to
9    suspend Weli?
10    A.    I don't know that information.
11    Q.    Okay.  When you spoke with the HR director
12    Max, Mr. Max, was Kacem present at that time?
13    A.    Not that I recall.
14    Q.    So it was just you and Max that discussed
15    the decision to suspend Weli?
16    A.    We discussed about what was happening.  I
17    brought it up to him, Hey, this is what's going on.
18    What do you think?  He said, It's your decision.  You
19    make the call.  So that's what we discussed.
20    Q.    Okay.  Do you remember when that meeting
21    occurred between you and Max?
22    A.    I want to say the day prior to suspending
23    him.
24    Q.    That would have been March 10th?
25    A.    10th, or that morning.  I can't recall

Page 163

1    exactly, but it was before we suspended him.
2    Q.    And how did the meeting go?  Did you say --
3    I don't want to put words in your mouth.  How did the
4    meeting with Max go?
5    A.    As a director, I wanted him to be in the
6    loop of what was going on.  So I said, Hey, this and
7    this is going on.  What do you think?  We have these
8    statements -- so it had to have been that morning -- we
9    have these statements.  What do you think?  What do you
10    think we should do?  He said, It's your decision.  It's
11    your call.  I trust what you decide.
12    Q.    Did you at that point express what your
13    decision would be with him?
14    A.    No.  I mean, I got -- it was pretty clear I
15    needed to make my own decision.
16    Q.    Okay.  Did you discuss your decision to
17    suspend Weli with him at any point after that initial
18    meeting?
19    A.    No.  Then we suspended him, and that's
20    why --
21         THE REPORTER:  I'm sorry.  That's what?
22    A.    Then we decided -- after we suspended him,
23    then I told Max, He is suspended.  So after.
24    Q.    (By Mr. Okunade)  So you had another meeting
25    after the suspension occurred?

Page 164

1    A.    I don't think it was a meeting.  I think it
2    was just -- I don't remember where we were at, but it
3    was just, He is suspended.
4    Q.    Was it an email you sent to him?
5    A.    No.
6    Q.    Phone call?
7    A.    No.
8    Q.    Just in person?
9    A.    In person.
10    Q.    But at the initial meeting with Max prior to
11    the suspension, you brought the statements -- or you at
12    least talked to Max about some of the statements that
13    you somehow collected during your investigation?
14    A.    We talked about it.  I didn't show him.
15    Q.    And had your -- well, let me back up.
16         So on the day of the suspension, March 11,
17    2015, can you walk me through exactly what happened on
18    that day.  I just want focus on March 11, 2015.  What
19    happened on that date related to Weli and his
20    suspension?
21    A.    What happened on that day?  Kacem and I
22    reviewed all the statements, all the information we
23    had.  Then we decided we were going to go ahead and
24    suspend him, because we felt we had -- we felt that
25    was, you know, the right thing to do at that point.

Page 181

1    A.    Correct.

2    Q.    Did you have a sense of where those
3    production employees were being sent?

4    A.    Yes.

5    Q.    Where were they being sent?

6    A.    Upstairs, third floor.

7    Q.    What was upstairs on the third floor?

8    A.    Weli and training.

9    Q.    Okay.  So did you -- is it your
10   understanding at that time, when you were talking to
11   Marietta, that they were being sent for training?

12   A.    Yeah.  She -- can you repeat that again.

13       MR. OKUNADE:  Would you mind reading that
14   back.

15       (The last question was read back.)

16   A.    Is it my understanding?  All knew was that
17   they were getting sent up to the third floor.  I didn't
18   know if it was for training.  I didn't know if it was
19   for translating.  I didn't know if it was for personal.
20   I just knew they were going to the third floor.

21   Q.    (By Mr. Okunade)  Okay.  And then did you
22   ask her whether she knew what they were being sent up
23   for?

24   A.    What I gathered, after that conversation,
25   is that she didn't know either.

Page 182

1    Q.    So when she was saying, Don't tell Weli,
2    what do you think that she was referring to?  What
3    didn't she want you to tell Weli?

4    A.    That she was telling me that he was using
5    her as a replacement to get girls upstairs.  That's
6    what I gathered.

7    Q.    Did she actually tell you that or is that
8    something that you just came to a conclusion of?

9    A.    Like I said, that is what I gathered.

10   Q.    I'm trying to understand what the word
11   "gathered" means.

12   A.    That is what I understood.

13   Q.    Okay.  All right.  And then when she was
14   telling you, Don't tell Weli, what did you -- what, if
15   anything, did you tell her?

16   A.    I said, What do you mean, don't tell Weli?
17   That's a pretty bold statement.  And she said, I just
18   don't want him to know.

19       I tried to get more out of her, but at that
20   point, I could tell she was not feeling the most
21   comfortable.

22   Q.    How did you gather that?

23   A.    Because I figured she would tell me exactly
24   what she meant and go into details, but she was
25   pretty -- just telling me what I needed to hear, and

Page 183

1    that was it.

2    Q.    But you were asking her questions about what
3    was going on?

4    A.    Right.

5    Q.    And she was answering your questions?

6    A.    For the most part, but I felt like she was
7    still holding back, like, she wasn't telling me
8    100 percent.  She was not the most comfortable.

9    Q.    Okay.  And did you understand why she wasn't
10   comfortable?

11   A.    I don't, but I wasn't going to force her.
12   I could tell she was already, like, done with the
13   conversation.  So that is when I said, Okay.  We'll do
14   the right thing.  If this comes up again, you need to
15   tell me.  And she left.

16   Q.    Okay.  And then what did you do after she
17   left?

18   A.    I don't recall what I did next on that.

19   Q.    Did you go talk to Campos?

20   A.    No.

21   Q.    Did you go talk to anyone else after
22   Marietta left your office?

23   A.    No, but if this was on Tuesday, then the
24   next thing that I did was talk to Kacem.  And that's
25   when we decided to go ahead and initiate the

Page 184

1    investigation, because then he talked to all witnesses
2    on Tuesday, the 10th.

3    Q.    So you are saying you don't know if this was
4    on Tuesday that you talked to Marietta?

5    A.    Like I said, I was remembering if it was the
6    9th or the 10th.  I can't remember exactly if it was
7    the 9th or the 10th.  But it was a little before we
8    started the investigation.

9    Q.    What if it was the 9th?  Would you have then
10   talked to Kacem right away on the 9th?

11   A.    Yes.  Yeah.  I believe the next step was
12   that I talked to Kacem.

13   Q.    Okay.  Either the conversation with Marietta
14   happened on the 9th or on the 10th --

15   A.    Yes.

16   Q.    -- and it didn't matter.  After the
17   conversation with Marietta, you went and talked to
18   Kacem?

19   A.    Yes.

20   Q.    Did you go down to the HR office and talk to
21   Kacem?  Did you call him on the phone?  How did that
22   occur?

23   A.    I went to HR.

24   Q.    Okay.  And when you say you went to HR,
25   did you -- does Kacem have an office?

Page 185

1    A.    Yes.

2    Q.    Was he the only person in his office?

3    A.    Yes.

4    Q.    When you went down to talk to him, was he

5 the only one in the office at that time?

6    A.    Yes.

7    Q.    Okay.  So you initiated the conversation

8 with Kacem.  How did that occur?

9    A.    I said, Hey, Kacem, this is what I have.

10 What do you think?  Marietta missed this meeting.  She

11 is telling me that Weli is using her to send girls

12 upstairs.

13         And then that incident where -- there was an

14 incident where I was there and training too and one of

15 the instructors had said, Hey, there is girls in there

16 now.  You should go check it out.  So this might have

17 been Monday.

18         When I passed through there, the doors were

19 open.  Then later, as I remember back, it was either

20 Efrah that walked down the stairs as I was going in,

21 but at that time, I didn't know that was her until

22 later, I learned that was her.  So that was one, but I

23 didn't think it was enough to trigger anything.

24         Then the Marietta thing happened, so that

25 must have been Tuesday.  So at that point, that is when

Page 186

1 I went to Kacem and said, Hey, Kacem, I've got this and

2 I've got this.  What do you think?  Something is going

3 on.  I think we should talk and get some statements and

4 see what we find.

5    Q.    Oh, so you suggested to get statements and

6 initiate the investigation?

7    A.    Yes.

8    Q.    Okay.  Now, let's go back to the incident

9 that you talked about where you said somebody told you

10 that there was girls in there.  Who told you that?

11    A.    It was another classroom instructor.  I want

12 to say it was Miguel.  I can't remember exactly.  It

13 was -- a lot of stuff happened in those days.

14    Q.    Sure.  I can understand that.  But to the

15 extent that you can --

16    A.    Right.

17    Q.    -- you would tell me, right?

18    A.    Right.

19    Q.    So when you said Miguel, you are referring

20 to Miguel Muniz?

21    A.    Yes.

22    Q.    And he said -- and, again, I'm trying to get

23 your statement -- that there were girls in there.  Who

24 was he referring to?

25    A.    Weli being in there, that there was females

Page 187

1 up there in that room.

2    Q.    Did he say Weli was up there?

3    A.    No.  I think all he said was, There's girls

4 in that room, or --

5    Q.    I'm sorry?

6    A.    I'm trying to remember.  He said there is

7 girls in that room, and he was referring to that back

8 room that has those two doors.

9    Q.    Which you drew out?

10    A.    Which I drew out, yes.

11    Q.    Okay.  Where did you meet Miguel that he

12 told you this?

13    A.    I was turning the corner right in between

14 the orientation classroom and my office.

15    Q.    Okay.  Just for reference sake, can you pull

16 up that diagram or the drawing that you made.

17    A.    So I remember being in this area

18 (indicating).  And I don't remember if it was Miguel

19 or Chandra -- Maybe Miguel, maybe Chandra.  Anyway, we

20 were here (indicating), and he said, There is girls in

21 there.

22    Q.    So you were in the --

23    A.    Like in this area (indicating).  I think I

24 was going into my office.

25    Q.    Okay.  Right almost in front of the door

Page 188

1 with the glass on it?

2    A.    Yes.

3    Q.    Okay.  That led to the new-hire orientation

4 room?

5    A.    Yes.

6    Q.    Okay.  Told you that.  Did you know -- you

7 said you don't know if it was Miguel or Chandra at this

8 point?

9    A.    I don't remember which one it was.

10    Q.    Okay.  So either Miguel or Chandra, were

11 they coming out of the training room?

12    A.    They must have been.  I just remember

13 turning here, and then that is how we bumped in.  I

14 can't recall if they were walking through here or

15 through here.

16    Q.    But you don't know if they had been in the

17 room or where they were coming from?

18    A.    No.

19    Q.    Okay.  So they told you there was girls in

20 the room, referring to the -- did he specify whether it

21 was the new-hire orientation room or the back room?

22    A.    They said the back room.

23    Q.    So they said there were girls in the back

24 room?

25    A.    Mm-hmm.

**Page 197**

1　　　　Then Chandra started saying, That's normal
2　for Weli. Weli brings girls up here all the time.
3　They work very closely together. Weli trained Chandra.
4　I said, What do you mean, brings them up here all the
5　time? Yeah, he just brings them up here. What do they
6　do? Sometimes they are in that back room and I have to
7　do everything. I have to manage the Alchemy. I have
8　to manage the new hire because he is just talking to
9　the girls. That's what he said.
10　　　　Like I said, at that point, I still didn't
11　go talk to Kacem. It wasn't until Tuesday's incident
12　that those were the things we discussed.
13　　　Q.　Okay. So when you talked to Chandra --
14　and you are talking about Chandra Acharya?
15　　　A.　Yes.
16　　　Q.　Was he -- do you know whether he was
17　referring to a specific time when Weli brings girls
18　in the room?
19　　　A.　I asked him because I said, I haven't seen
20　it, but I'm on A shift. And he says, Oh, this happens
21　on B shift. And I do remember him saying, It even
22　happens in your office. He's got keys to your office.
23　　　Q.　That what happens in your office?
24　　　A.　That he takes girls into my office. And he
25　had keys to my office. Then that is when I was like,

**Page 198**

1　Okay. If this is serious, I need you to be serious.
2　And he said, He's done this before.
3　　　Q.　Okay. Did anybody else have keys to your
4　office?
5　　　A.　When I got there, we had to get them
6　replaced. So before they were replaced, that is when
7　Weli had them. It was Weli, myself, and Max.
8　　　Q.　Okay. No other classroom trainer other than
9　Weli had keys to your office?
10　　　A.　No.
11　　　Q.　Was there a reason that he was the only
12　classroom trainer that had keys to your office?
13　　　A.　Not that I know of. Then shortly after
14　that, that is when we replaced them. And then only I
15　had them and the director. I don't know. I don't know
16　what happened before my time.
17　　　Q.　I'm sorry. When did you replace the keys to
18　your office?
19　　　A.　Sometime after that.
20　　　Q.　After what?
21　　　A.　After all this incident. I can't remember.
22　Sometime in 2015. I don't remember.
23　　　Q.　After Weli had left the company?
24　　　A.　Yes.
25　　　Q.　Oh, I see. Okay. But in the time you came

**Page 199**

1　January of 2015, Weli, you, and Max had the keys to
2　your office?
3　　　A.　That I know of, yes.
4　　　Q.　Okay. What I'm asking you is why do you
5　think he was the only one that had keys to your office?
6　　　A.　I don't know.
7　　　Q.　Did you ask him whether he had keys to your
8　office?
9　　　A.　I knew he had them. He had rearranged my
10　desk shortly after I got there.
11　　　Q.　Okay.
12　　　A.　And he had told me, I have keys. I said,
13　Okay. I didn't think anything of it.
14　　　Q.　Did you ask him why he had keys?
15　　　A.　No.
16　　　Q.　Okay. Have you seen -- did you see him in
17　your office prior to March 10, 2015, other than the
18　time that you just testified to that he went in your
19　office and rearranged your office?
20　　　A.　No.
21　　　Q.　Did anybody -- strike that.
22　　　　So you talked to Kacem and Kacem -- and you
23　said, We need to investigate this. Then what happened?
24　　　A.　Then I left for the day, so it was pretty
25　late Tuesday. He said he would start talking to the

**Page 200**

1　B shift since he was on B shift. And most of the
2　people he did talk to worked B shift.
3　　　Q.　Okay. So was it your understanding that as
4　of that date, March 10th, that you talked to Kacem,
5　that he was going to start that investigation?
6　　　A.　Yes.
7　　　Q.　Okay. And your understanding was that he
8　started that?
9　　　A.　Yes.
10　　　Q.　Okay. All right. Let me refer you back to
11　Exhibit 26 on Page 5. So still on Question 6 and the
12　response, which starts with, Ms. Rocha and Mr. Andalib
13　conducted the investigation from March 11th, 2015, to
14　13, 2015. Do you see that?
15　　　A.　Yes.
16　　　Q.　Does that jog your memory when the
17　investigation started?
18　　　A.　He was suspended on the 11th. And at that
19　time, we already had statements from the night before.
20　　　Q.　Okay. So if I understand, your statement
21　was that Kacem alone, after you left, interviewed all
22　the people that you had statements for. And then when
23　you came back on the 11th, the decision to suspend was
24　determined?
25　　　A.　He didn't talk to everybody. He talked to

Page 233

1 Did he tell you that he was sending Efrah up for
2 translation?
3    A.   After that, I believe he did.
4    Q.   Okay.  Did he tell you the time -- or if you
5 remember, when you testified that Weli said that Efrah
6 would ask him questions about family or position or
7 things like that, do you know whether those times Efrah
8 went up there on her own volition or whether Weli
9 called her up?
10   A.   I'm not sure.
11   Q.   Had you determined at the time you talked to
12 Weli on 3/11/2015 whether any of the -- either Efrah or
13 Anab Ali were going up to training on their own without
14 being called by Weli?
15   A.   Can you repeat the beginning part of that
16 question.
17   Q.   Sure.  I'll rephrase that.
18        Did you make any determination, at the time
19 that you were talking to Weli, whether either Anab Ali
20 or Efrah went to the training room on their own without
21 being summoned or called by Weli?
22   A.   I am not sure.
23   Q.   You don't know or you're not sure?
24   A.   I don't remember.
25   Q.   Then how did the -- strike that.

Page 234

1        You talked to Weli, and he basically -- you
2 talked to him on 3/11/2015.  And then you testified you
3 asked him to step out for a minute.  Did you ask him to
4 also write an employee statement?
5    A.   I don't recall.  I didn't.  I don't recall
6 if Kacem asked him or not.  I don't recall.
7    Q.   All right.  Then he stepped out and then you
8 and Kacem discussed all the information you got up to
9 that point?
10   A.   From what I can remember, yes.
11   Q.   Okay.  How long was he out?
12   A.   A couple of minutes.
13   Q.   Okay.  Did you talk to anyone else during
14 that time he was out?
15   A.   No.  Virginia was present, but I just
16 remember her sitting down.  I don't remember having
17 much conversation or any conversation, actually.
18   Q.   Okay.  And Virginia is the B shift HR
19 manager?
20   A.   A shift HR supervisor.
21   Q.   Oh, A shift HR supervisor.  But there was a
22 B shift HR supervisor as well, right?
23   A.   Kacem.
24   Q.   Oh, I'm sorry.  That was Kacem?
25   A.   Correct.

Page 235

1    Q.   I'm getting it all confused.  My apologizes.
2 Did Virginia ask any questions --
3    A.   No.
4    Q.   -- during the meeting with Weli?
5    A.   No.
6    Q.   Okay.  And you testified that before you
7 made the decision to suspend Weli, you actually talked
8 to Max?
9    A.   Correct.
10   Q.   Now, refresh my memory.  If you already
11 testified, I apologize, but I'm going to ask it again.
12 Do you remember what date that conversation occurred
13 with Max?
14   A.   Tuesday.  I don't remember if it was before
15 or after I talked to Kacem.  I remember telling Max,
16 Hey, Kacem is going to go ahead and start an
17 investigation.  Depending on what those statements say,
18 we'll decide.  And he told me the same thing, you know,
19 I trust your judgment.  You do what you need to do.  So
20 it had to have been Tuesday because Monday, I hadn't
21 decided that.
22   Q.   And do you know if Kacem or Max spoke with
23 each other?
24   A.   I'm not sure.
25   Q.   Because you left?

Page 236

1    A.   Correct.
2    Q.   Okay.  Do you remember whose idea it was to
3 call Weli down to talk to him before the termination?
4 Was it your determination to call Weli down or was it
5 Kacem's?
6    A.   It was mine.
7    Q.   And then when Weli came back, after he
8 stepped out of the room, what did you tell him?
9    A.   I don't remember if it was me or Kacem --
10 I want to say it was Kacem -- that said, Okay.  We're
11 going to go ahead and place you on indefinite
12 suspension.  We need your ID.
13   Q.   So you don't know if it was you that said
14 that or Kacem?
15   A.   I don't want to put words in his mouth, but
16 I'm pretty sure it was Kacem.
17   Q.   You didn't say --
18   A.   Right.  I didn't say it.
19   Q.   But that's something you had discussed
20 while he was --
21   A.   Correct.
22   Q.   I mean, you made the determination before
23 you called him and then you discussed the new
24 information when he stepped out of the room?
25   A.   After he stepped out of the room, that's

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 249

1  on? They were both really hesitant to even talk and
2  just kept looking at each other. And I said, What is
3  it, you guys? What is it? Just let me know. Then
4  they said, We just want to know if Weli is returning.
5  I said, Okay. Well, we haven't made a decision yet.
6  We're still running an investigation.
7        They said, Well, can we at least get a
8  heads-up so if he is, we're going to turn in our hats
9  and we want white hats and we'll work for operations
10 and we'll no longer be trainers?
11       And I said, Oh, no. Why? That's
12 significant. Is there more you want to add? What else
13 is going on in? Why would you say that?
14       And they said, We just won't feel
15 comfortable at all if he returns and we fear
16 retaliation because he is going to know and he is aware
17 that me -- that we both submitted statements.
18       And I said, No. This stuff is confidential.
19 So if you didn't say it, he wouldn't know. They are
20 like, We know how it is, how operations works, people
21 talk, and there is already a lot of talk out there.
22       I told them, Well, at this point, I can't
23 tell you if he is or he is not. If he is, you know,
24 we'll talk again. And if he is not, then we'll go from
25 there.

Page 250

1        Q.   Okay.
2        A.   So that was before we decided to term him.
3        Q.   That was around March 12th or 13th?
4        A.   I want to say the 12th.
5        Q.   And then it was a conversation between both
6  Marietta and Alicia --
7        A.   Yes.
8        Q.   -- and then you, and you don't know if
9  Virginia was present?
10       A.   I don't know if Virginia was present. I
11 want to say -- it was either Kacem or Virginia that
12 was present.
13       Q.   Was Max there too?
14       A.   No.
15       Q.   Okay. And then -- but you told them you
16 hadn't made a decision?
17       A.   Correct.
18       Q.   Did they tell you how they knew that Weli
19 found out about them making statements?
20       A.   I asked and they said, Production talks.
21 There is already a lot of rumors out there and we're
22 getting blamed for submitting statements.
23       Q.   Do you know who was spreading the rumors?
24       A.   I tried to ask them and they said, Oh, just
25 production. They wouldn't say. There was no names to

Page 251

1  go off of.
2        Q.   Okay. And then you also again mentioned
3  that they were afraid of retaliation. Did they express
4  what kind of retaliation was going to occur if Weli
5  came back?
6        A.   I asked them and I told them, you know, I'm
7  the manager. He has no say-so. He doesn't report to
8  you. You shouldn't fear anything. And they said, No,
9  but we already know. We know how he is. And I asked
10 for examples. They didn't tell me anything.
11       Q.   They didn't tell you any examples?
12       A.   They just said, Overall, we just don't feel
13 comfortable and we wouldn't feel comfortable.
14       Q.   Did they tell you why they wouldn't feel
15 comfortable other than the retaliation that they said
16 potentially?
17       A.   They just said, We already know him. We've
18 worked with him. And I tried and I tried asking them
19 for more. They just said, We just don't feel
20 comfortable.
21       Q.   Okay. In your interview of Weli on
22 3/11/2015, did you remember asking him about any
23 potential retaliation that any of these ladies were
24 alluding to?
25       A.   I don't recall.

Page 252

1        Q.   Okay. So March 12, March 13th, you spoke
2  with Marietta and after that, did you speak with
3  anybody else or did anybody else come to your office to
4  discuss Weli?
5        A.   No, not that I can remember.
6        Q.   Okay. And at some point, you told Max that
7  Weli was suspended?
8        A.   Yes.
9        Q.   Do you remember when that was?
10            MS. VICKLES: Objection, asked and answered.
11       A.   I just had those two conversations with him.
12       Q.   (By Mr. Okunade) You can answer my question
13 if you know a date.
14       A.   I'm trying to remember. I know I already
15 answered it. When we were -- we gathered the
16 statements the 10th.
17       Q.   Let me make it easy for you. Between
18 March 11 and March 13, 2015, did you speak with Max?
19       A.   Yes, we spoke.
20       Q.   How many times did you speak with him?
21       A.   I don't know the exact amount.
22       Q.   Approximately how many times?
23       A.   Just depends. Sometimes maybe once,
24 sometimes up to 10 times. It just depends on what
25 issues are going on.

Page 253

1    Q.   I'm only asking about those two dates,
2    March 11th and March 13th.  Do you remember -- and you
3    said you spoke with him.  Do you know how many times
4    you spoke with him during those times?
5    A.   I don't remember.
6    Q.   But you spoke with him at some point during
7    that time?
8    A.   Yes.
9    Q.   And you would have spoken with him about
10   Weli?
11   A.   Correct.
12   Q.   Did you know if Kacem spoke with Max between
13   March 11 and March 13, 2015?
14   A.   I wouldn't know that information.
15   Q.   Did he tell you that he spoke with Max?
16   A.   Not that I can recall.
17   Q.   Okay.  So, then, a decision was made to
18   terminate Weli's employment, correct?
19   A.   Correct.
20   Q.   Who made that decision?
21   A.   I did.
22   Q.   And what did you base that decision on?
23   A.   So initially, you know, the misuse of
24   company time, replacing trainers, replacing employees
25   with trainers to go upstairs, to not -- I mean, not do

Page 254

1    anything.  I didn't get that it was just translating.
2        And then Anab's --
3    Q.   I'm sorry.  You said you didn't get that, it
4    was just translating?
5    A.   Right.
6    Q.   What do you mean by that, you didn't get
7    that it was just for translating?
8    A.   If I would have confirmed that it was just
9    for translating purposes -- and the harassment -- or
10   sexual harassment stuff wouldn't have came up, I don't
11   think Weli would have been termed.  It would have just
12   been, Hey, this is not what we do anymore.  This is
13   what we do, things going forward, and it wouldn't have
14   been a termination of employment.
15       But -- I mean, it was both of those things.
16   Q.   Okay.
17   A.   Misuse of company time and the harassment,
18   stuff that followed.
19   Q.   If Weli had been calling people up, girls,
20   anybody from the production line up to training to help
21   him translate, you are saying that would not have been
22   a terminable offense --
23   A.   Correct.
24   Q.   -- by itself?
25   A.   By itself.

Page 255

1    Q.   Okay.  So, then, you found out about sexual
2    harassment stuff, you said?
3    A.   Correct.
4    Q.   What kinds of sexual harassment stuff
5    factored into your determination to terminate Weli?
6    A.   Anab's statement.
7    Q.   That would be Anab's statement prior to
8    March 13, 2015, correct?
9    A.   Yes.
10   Q.   Okay.  Do you remember anything specifically
11   about Anab's statement that factored into your decision
12   to terminate Weli?
13   A.   Yeah.  I mean, she pretty much told us that
14   he was harassing her constantly.  He would call her up
15   there for personal reasons.  She ended up switching her
16   cell phone number three times so he wouldn't -- you
17   know, to get him to stop going after her.
18   Q.   Okay.  Anything else about Anab's statement
19   that factored into your determination to terminate
20   Weli?
21   A.   She pretty much just told us he kept making
22   advances to her going out on dates.  Especially in
23   Weli's position and then as member of management
24   support and our zero-harassment policy at JBS, we
25   couldn't just put this under the rug and pretend it

Page 256

1    wasn't there.
2    Q.   Did you ask Weli, during your conversation
3    with him specifically, whether he asked for Anab Ali's
4    number?
5    A.   No, because we didn't have that information
6    at that point.  He was already suspended.
7    Q.   Right.  So when you had this information
8    from Anab Ali, did you ask him whether he asked for
9    Anab Ali's number?
10   A.   No.  I don't recall.  Not that I recall
11   because he was already suspended.  We didn't reach out
12   to him while on suspension.
13   Q.   Did you ask him to make another statement
14   based on additional information that you received from
15   Anab Ali and from Efrah?
16   A.   No, not that I recall.
17   Q.   Other than the issues with replacing
18   trainers that you talked about in the harassment, the
19   alleged sexual harassment that led to your decision to
20   terminate Weli, was there anything else specifically
21   that factored into your decision to make that call?
22   A.   The trainers' statements as well, Khin Ou's,
23   that she had already been in that situation, Marietta
24   and Alicia willing to give up their hats if he
25   returned.  Those are all things that came through my

Weli A. Farah vs.                                                      Deposition of Yulibeth Rocha
JBS USA, LLC                                                                        June 22, 2016

Page 257

1  mind for sure.
2      Q.   Okay.  Did you ask Weli about Khin Ou's
3  statement between -- after you got her statement and by
4  the time that Weli was terminated, did you ask him
5  specifically about Khin Ou's statement?
6      A.   No.
7      Q.   Did you ask Weli specifically about any kind
8  of harassment that you, I guess, determined in your
9  interpretation of the statements that was submitted?
10     A.   Can you rephrase that.
11     Q.   Yeah.  That was a bad question.
12     A.   Sorry.
13     Q.   It's getting late.  I'm almost there.
14         My question is whether you asked Weli for
15  his statements relating to any of the alleged
16  harassment that you said your decision was based on.
17  Did you ask him about that prior to the decision to
18  terminate his employment?
19     A.   I did not.
20     Q.   Do you know if Kacem asked about that?
21     A.   I wouldn't know that information.
22     Q.   Okay.  So trainers' statements, Marietta and
23  Alicia coming to your office saying they felt that they
24  couldn't continue on if Weli came back, anything else
25  specifically that you based your decision to terminate

Page 258

1  Weli on?
2      A.   You said the misuse of company time.
3      Q.   And that was based on, by the way -- sorry
4  to interrupt, but that was based on him pulling
5  production employees off the floor, as you testified?
6      A.   Correct.  Misuse of company time, the sexual
7  harassment, the harassment, and the statements.  Yep,
8  that's what we used.
9      Q.   And if Weli had pulled the production
10  employees off the floor for translation, that would not
11  have been a terminable offense?
12     A.   Not on its own.
13     Q.   Okay.  And then once that decision was made
14  by you, did you discuss that with anybody else in HR or
15  any other supervisors?
16     A.   With Kacem.
17     Q.   Okay.
18     A.   Just Kacem.
19     Q.   And when did that discussion occur?
20     A.   Before we decided to call him and terminate
21  him.
22     Q.   Right on March --
23     A.   13th.
24     Q.   How did the conversation go?
25     A.   We were just thinking, you know, What do you

Page 259

1  think?  Is this enough?  Is this the right thing to do?
2  Reviewing all of these statements, is there more we can
3  get?  What else can we do?  We said, Well, with Anab's
4  statement, we can't just pretend that's not there and
5  not do anything about it.  We have Efrah, which at one
6  point we determined that they are still friends and she
7  wasn't going to say anything against Weli.
8      Q.   You are saying that Efrah and Weli were
9  friends?
10     A.   Mm-hmm.
11     Q.   Okay.
12     A.   And then just taking into account
13  everything -- all the other trainers' statements, how
14  they felt, we believed it was the right thing to do,
15  that we had enough to go to termination.
16     Q.   Did you confer with anybody else that you
17  had enough information?
18     A.   No.
19     Q.   Do you know how long Kacem was working in HR
20  at the time that this happened, March 11th?
21     A.   He was promoted sometime before I got to
22  Greeley.
23     Q.   Do you know how long, sometime before you
24  got to Greeley?
25     A.   I don't know exactly.

Page 260

1      Q.   Okay.  Do you know, has he been there for
2  three months, six months, a year before the March 11
3  incident?
4      A.   So I got there in January.  So he was in
5  HR sometime in November, I want to say.
6      Q.   Okay.  So you and him determined that that
7  was enough information?
8      A.   Correct.
9      Q.   How did you know that Efrah and Weli were
10  friends?
11     A.   Weli.  I think Weli said, We know each other
12  outside of work.
13     Q.   And you're referring to Weli's statement?
14     A.   Yes.  She is my friend.  I know her from
15  outside.
16     Q.   Okay.  And did she -- did Weli tell you at
17  that time that he and Efrah hung out outside of work?
18     A.   He just said, I know her from outside of
19  work.
20     Q.   Did he tell you how he knew her from outside
21  of work?
22     A.   I don't recall.
23     Q.   But you didn't ask, though.  You just
24  assumed that they were friends?
25     A.   I don't recall specifically.  I don't

Weli A. Farah vs.
JBS USA, LLC

Deposition of Yulibeth Rocha
June 22, 2016

Page 261

1  recall.
2      Q.   Okay.  Any other reasons that you came to
3  the conclusion that Weli and Efrah were friends?
4          MS. VICKLES:  Objection, asked and answered.
5      A.   Weli's statement.
6      Q.   (By Mr. Okunade)  Okay.  Did you speak to
7  any attorneys prior to terminating Weli?
8      A.   I don't remember.
9      Q.   Did you review any additional documents?  I
10 know we've talked about all the statements.  Anything
11 else that you reviewed to factor in to make a decision
12 to terminate Weli?
13     A.   Not those days specifically.  This was the
14 only stuff.
15     Q.   Did you review HR policies?
16     A.   Yes.
17     Q.   Did you review that with Kacem or just on
18 your own?
19     A.   Kacem always has them on his desk.  And if
20 I remember correctly, we read the ones he had on his
21 desk.
22     Q.   Okay.  So when you determined to fire or
23 terminate Weli's employment, then whose decision was it
24 to call Weli and inform him about it?
25     A.   We both called him.  I don't remember who

Page 262

1  decided.  We both called him.
2      Q.   So at what point did Virginia come into the
3  room after you talked to Kacem?
4      A.   I don't remember.  I mean, since that was
5  her office, I knew she was in and out.  And sometimes
6  she was sitting there working on her stuff.  Sometimes
7  she was out.  So I don't recall specifically.
8      Q.   She wasn't part of the discussion --
9      A.   No.
10     Q.   -- to terminate Weli?
11     A.   No.  She might have made some comments,
12 but it wasn't like, Help us decide, no.
13     Q.   When you got Weli on the phone, who was
14 speaking?
15     A.   Kacem.
16     Q.   And do you remember what was said?
17     A.   Something along the lines, We're calling to
18 inform you that your employment has been terminated as
19 of today, something along those lines, coming from
20 Kacem.
21     Q.   Okay.  Did Kacem ask him to provide an
22 explanation as to the additional information that you
23 received after he was suspended?
24     A.   What I recall is that we asked him, Is there
25 anything else -- do you have any questions?  Is there

Page 263

1  anything else you would like to add?  He said, No.  We
2  were surprised.  We thought he would have questions for
3  sure.
4      Q.   But you didn't bring the specific instances
5  up to him, right?
6      A.   Not at that point, no.
7      Q.   Did you tell him that you were terminating
8  him because of certain employees or just generally that
9  he was being terminated?
10     A.   Generally, for company violation.
11     Q.   Anything else during that phone call that
12 you can remember?
13     A.   No, nothing that I can recall.
14     Q.   And then that conversation ended.  Then what
15 happened?  Did you and Kacem then talk after that?
16 What happened after the conversation with Weli ended?
17     A.   I don't recall what we talked about.
18     Q.   Did you talk to Max after the conversation
19 with Weli?
20     A.   At one point, yes.  I don't remember if it
21 was directly after or not, but in that time frame, yes,
22 I remember talking to him.
23     Q.   Do you remember how you spoke with Max?
24 Was it over the phone, email?
25     A.   Verbal.

Page 264

1      Q.   In person?
2      A.   Mm-hmm.
3      Q.   So it was in the plant?
4      A.   Right.
5      Q.   And you mentioned that Weli's position was
6  now being taken up by a clerk?
7      A.   Correct.
8      Q.   Is there an open position for a classroom
9  trainer that's still available at JBS Greeley today?
10     A.   I am not sure.
11     Q.   Was there an open position that was
12 available at the time that you left the JBS Greeley
13 plant?
14     A.   Yes.
15     Q.   And that wasn't filled at the time you left?
16     A.   No, because she was still clerk.  So I'm
17 unsure if she already took the position as instructor
18 or if she still was a clerk.  I don't know that.
19     Q.   In my last set of questions here, I'm going
20 to ask questions about Max, if you will.
21     A.   Okay.
22     Q.   If I remember correctly, my understanding is
23 that the first time you met Max was when you did that
24 tour of the Grand Island plant, correct?
25     A.   Correct.