# EXHIBIT 8



MAKING YOUR WORLD STRONGER

## Employee Statement

Date: 3/11/2015　　　　　Name: Esibah Abdella

ID: 561654　　HD: 08/25/2014　　　Date of Incident: __/__/____

Statement For: _____　Witnesses: _____

Detailed Description of Events: I went to help for a new employee for translator. Sometime we they need me & they ask me and for a help and any help then thos People asking me by walk.

Signature of Employee: _____　Date: 3-11-2015

Translator: _____　Witness: _____