# EXHIBIT 9

03-10-2015

3060530    Marietta Herrera Lopez

Marietta today.
says: — I came upstairs (Training room) for a co-workers'
birthday.
— Avilly came up and asked me to go take JFrah's
spot so that he can talk to her for 30 minutes.

— I went down and told JFrah that I'm replacing
her, and for her to go upstairs.

— She left the floor around 15:15 and came back
down at 17:00.
— Last Friday (03-06) I was doing her job the
whole day as instructed by Avilly.
— She stayed there all day. (training room)
— We always have supervisors send their employees up,
and not Avilly to call specific people.

— On Thursday I was doing locker audit, this one
girl told me to tell Avilly I miss him, when
I told him, he asked me to go take her place
and send her up to him. She went up around
17:15 and came back down after break, after
18:30.
                                            November/Dec.
— This has been on going since around August.
— I never questioned it because he is my team lead.

One other time, he asked me to replace her because he needed her for translation. It was a Monday and she stayed up there from begining of shift until break. Alicia and Khin were also wondering why she had to be upstairs translating when he speaks Somali and Swahili.

Plus there were many other instances that I couldn't recall the dates for.

Notes taken by Nacem (HR).

Marietta Herrera Lopez
Marietta Herrera Lopez