# EXHIBIT 11

When I came back to B shift like
3 months agos from A shift,
I was ask to go to 4 quater pack
to cover for a girl. Weli said he need
the girl, he would need her up stairs
for translations and that it would be
for like 30min. But she wouldn't
return back for a hour, later.
The white hats around me would
ask me were she was at and would
get mad at me. at first she was
working bagging the inside skirts
then she got move bagging a product
on the trim line. I covered for her
about 5 to 10 time because Weli
would ask me to stay back there
until she return. I wouldnt question him
I would just do what I was
told, and after he wouldn't tell
me why he need the girl he
would just be like go to 4
quater pack and tell her to
come up stairs. and when he
would come to the floor
to get her he would tell her
to go to the other way so
people would see them leave

(Well)

bather On time he touch her elbow
and she reply "again" she last
embrace cause of the other
workers around her were looking at
her and they know where she was going
to go upstairs with Well. ~~~~~~

Alicia Serrano
~~~~~~