# EXHIBIT 12

03/13/15

I' ABDELILAH KARIM have witnessed that SFRAH ABDELLAH refuse to go with melly FARAH to the Training departement to help him to translate. however SFRAH ABDELLAH did assist him in several occasions to translate in the Training office.

ABDELJAH