# EXHIBIT 13

Case No. 1:15-cv-02387-RPM Document 21-13 filed 11/28/16 USDC Colorado pg 1 of 2

03-11-2015

Efilah Abdella
561654
HD: 08-25-2014

- Willy called me on Friday.

- Mom was sick, and I went up to ask Willy for advice on how I can get a lawyer.

- About a month ago, Marietta came and ask me to go to training, I refused because I had a lot of work.

- The trainer replaced me to go upstairs, I had to ask questions.

- Nick Trevino, Karim, Shelby (Pack SV)

- Don't know why he locks the door.
- Admits miss using company time by going up for personal matters.
- Also admits that it's wrong to have the doors closed.
- Karim.