# EXHIBIT 14

03-10-2015

Chandra (3087939) class trainer was called to HR to report a co-worker's miss conduct.

Today, at 15:15, The lady (Ifrah) came to training, and started working in the computer room.
Wily and I were down in HR, and proceeded back up to the training room.

I went to alchemy room to set up the remotes, Yuli ask me to get something from supply.

I came back up stairs to the training room, Miguel (The other trainer) had opened up the Right corner alchemy class room, and closed it right back. After that I heard the door get locked from inside.

About 4 minutes later, Wily and Ifrah opened door and kept talking.

Around 45 minutes later, Daniel Magregory (Floor trainer) called asking for Marietta (another trainer), Wily grabbed the phone and told Daniel that she was up there helping someone. However, in Fact Marietta was Instructed by Wily to replace Ifrah while she was upstairs.

Last Friday, Marieta was instructed to replace Trish Frosh so that she can come up for alchemy.

When Willy was on B-shift, T Frosh used to come up about twice a week, she and Willy will get locked in the alchemy room and stay there for an hour or two.

This has been on going for two or three months.

- Notes taken by Kacem Andalib (AR)

Chandra Acharya

19:49