# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02387-RPM

WELI A. FARAH,

    Plaintiff,

v.

JBS USA, LLC, d/b/a JBS SWIFT COMPANY,

    Defendant.

---

## AFFIDAVIT OF BEREKET GEREZGIHAR

---

The affiant, Bereket Gerezgihar, being first duly sworn upon oath, deposes and states as follows:

    1.    I am over 18 years and competent to testify to the facts set forth herein, having personal knowledge of such facts.

    2.    I was a Production Supervisor at the JBS Greeley plant from 2007 until December 2014. In this capacity, I supervised the day-to-day activities of Anab Ali, Khin Ou, and Alicia Serrano at some point during their employment with JBS.

    3.    Ms. Ali was moved to my department shortly after she started at JBS and I was her supervisor for a period of about 3 or 4 months. Ms. Ali's reputation at JBS was as a troublemaker. During the time I acted as her supervisor, I gave her a number of verbal and written notices for numerous violations of company policy and rules, including but not limited to, harassing other employees, grabbing and touching other employee's buttocks, throwing products towards other employees, taking longer breaks than permitted and returning late to her work station after breaks.

    4.    In particular, I remember Ms. Ali would tell me she was going to the bathroom, but instead would go up to HR or to the training office, without Weli or anyone requesting her to be present there. I did not send Ms. Ali up to training during the time I supervised her.

    5.    Ms. Ali and Khin Ou were known to be friends at JBS. Ms. Ou was also written up a couple of times for violating company policy and rules, including for harassment. As well, I witnessed Ms. Ou on numerous occasions grab and/or touch other employees, including on their buttocks.

Page 1 of 2

6.  I came to know Weli Farah as a Classroom Trainer during my time at the JBS Greeley plant. I did some translating for him in Arabic, Tigrigna (Eritrean language), and Amharic (Ethiopian language). I knew him to be an excellent and fair trainer.

7.  I never witnessed or was told that Weli grabbed, touched, or exposed himself to any employee, including Anab Ali or Khin Ou.

8.  While trainers would sometime close the training room doors during training sessions to minimize noise from the heavily trafficked hallways around the classroom training area, I never witnessed Weli locking the door to the training room at any other time during my tenure at JBS.

9.  During the time I worked for JBS, I witnessed JBS employees, including Human Resources employees, Kacem Andilda and Maxamed ("Max") Xasan, show favor and preference in the hiring, promotion, or firing process to employees from the same tribe and origin as them.

10. Further affiant sayeth naught.

Bereket Gerezgihar

Subscribed and sworn to before me on this 18th day of April, 2016

Witness my hand and official seal.

MELISSA ANN BEAVERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154005435
COMMISSION EXPIRES FEB. 6, 2019

Notary Public

My commission expires: 2/6/2019

Page 2 of 2