# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02387-RPM

WELI A. FARAH,

    Plaintiff,

v.

JBS USA, LLC d/b/a JBS-SWIFT COMPANY,

    Defendant.

---

## DECLARATION OF ADRIANA ESCOBAR

---

I, Adriana Escobar, being duly sworn states as follows:

1. I am over the age of 18 years, have personal knowledge of the matters described below, and am fully competent to testify concerning the matters contained within this Declaration.

2. I am currently employed by the United Food and Commercial Workers International Union, Local 7 ("Union") as the Director of Food Processing. Prior to becoming a Director for the Union, I worked as the Union Representative at JBS' Greeley beef plant. Prior to becoming a Union Representative, I worked as the Union's Executive Secretary at JBS' Greeley plant.

3. I know the Plaintiff in this lawsuit, Mr. Weli Farah. During the time period that Mr. Farah worked for JBS as a Classroom Trainer, I was the Union's Executive Secretary at JBS' Greeley plant.

4. While I was serving as the Union's Executive Secretary, a JBS employee named Anab Ali approached me and asked me to attend an investigatory interview she was scheduled to have with Human Resources Manager Kacem Andalib. The interview concerned Mr. Farah's conduct toward Ms. Ali. Ms. Ali told me that she wanted me to attend the interview with her because she was embarrassed and wanted a female to be present.

5. I was physically present for the entire interview between Mr. Andalib and Ms. Ali on April 1, 2015.

6. During the interview with Mr. Andalib, Ms. Ali reported that in the course of her training with Mr. Farah, he took her into a room alone, closed the door, unzipped his pants, and showed her his private "parts."

7. Ms. Ali also reported that, since she began working at JBS, Mr. Farah had followed her around the plant and harassed her. She said that, as a result of this, she did not want to be alone with Mr. Farah or go upstairs to the training rooms with him.

8. Ms. Ali further stated in the interview that she had been forced to change her personal telephone number approximately four times due to Mr. Farah's harassing and repeated telephone calls.

9. Ms. Ali said that she did not report Mr. Farah's behavior and did not initially want to participate in the investigation because she was afraid he would retaliate against her and terminate her employment.

10. Mr. Andalib requested that Ms. Ali provide a written statement documenting the things she had reported to him during the interview. However, Ms. Ali stated that she did not feel comfortable writing in English and asked if Mr. Andalib could write a statement for her. In

lieu of a written statement, Mr. Andalib read the notes he had taken during the interview to Ms. Ali, who confirmed that the notes were true and accurate and signed them.

11. I have reviewed Mr. Andalib's notes of his interview with Ms. Ali, dated April 1, 2015, attached as *Exhibit 1*. Mr. Andalib's notes accurately reflect my recollection of what Ms. Ali stated during the interview.

12. During the course of the interview, I also took notes regarding Ms. Ali's statements concerning Mr. Farah's conduct. A copy of my notes is attached to this Declaration as *Exhibit 2*. The attached notes are a true and correct copy of the notes I took during Mr. Andalib's interview of Ms. Ali and they accurately reflect Ms. Ali's statements during that interview.

13. Based on my observations, Ms. Ali was not forced, coerced, or threatened to participate in Mr. Andalib's investigatory interview. It certainly appeared to me that Ms. Ali's statements during that interview were completely voluntary and were not made under duress. Ms. Ali was not forced to sign Mr. Andalib's notes.

14. If there had been any impropriety or coercion in Mr. Andalib's interview of Ms. Ali that I observed, the Union would have taken action against the Company and, if necessary, filed a formal grievance. No such grievance was necessary.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 3 day of May, 2016.

s/
Adriana Escobar

3

Present: Adriana Escobar (Union)   07-01-2015
Kareem Andalib (AR SPV)   09-29-2014
Anab Ali

Willie was in training class with myself and a group of worker, he called me to next room he closed the door and he unzipped his pants and showed me his private parts. I got mad and got out of the room.

He follows me everywhere, he started harassing me and I had to change my phone number about 4 times, he always seems to get my number some how.

(Willie) He sent Marietta the trainer to replace me and I told my supervisor that I didn't want to go. (Supv was Karim)

Willie has being harassing me since I started working here, I was scared to say anything.

ANABAL

Anab Ali could not write in english and Asked to sign off on the notes as a formal statement.

In addition to the first statement (Anab Ali) did not feel comfortable stating some of the issues in the initial statement.

**EXHIBIT 1**

— Anab —                                Kacem

AE - what is going on?

K - We are doing an investigation. We need to ask Anab some questions

AE - ok - Anab I will be here the whole time. Don't be afraid to say any thing.

A - ok

K - can you tell me what is going on with Walle?

A - Yes, we are in the ~~seeing~~ training room and he called me to next room. He closed the door and unzipped his pants.

**EXHIBIT 2**

K - ok

A - he showed me his parts

K - then what happened?

A - I get mad and left room. He follows me everywhere. I change my phone number about 4 times. he always gets it.

AE - Do you know how he gets it?

A - No. he has sent marneta trainer to replace me. I told supervizer ~~no~~. I didnt want to go. He has been harassing me.

AE - have you told anyone?

A - I was scared to say anything.

K - ok - thank you.

AE - nothing goes out of this room. Don't say anything to anyone.

A - ok.

Kacem read the info and Anab said it was correct.