# EXHIBIT 17



| Policy: Workplace Investigations | Page: 1 of 2 |
|---|---|
| Subject: Standard Operating Procedure | Last Reviewed: January 2014 |
| Policy Owner: Human Resources | Supersedes: All Prior |

**PURPOSE:**
To establish a process for conducting fair, unbiased and accurately documented workplace investigations. For more information, see the Company's Anti-Harassment policy.

**SCOPE:**
These guidelines are applicable to all employees of JBS USA, LLC and its subsidiaries.

**PROCEDURE:**
The precise nature and scope of any investigation will depend on the facts and circumstances presented to the HR team. The following checklist is provided as a guideline for steps that may be included or considered in any investigation.

- make sure you understand <u>precisely</u> what it is that is being complained of
    - be sure to get the specifics (who?, what?, when?, where?)
    - do not accept conclusions or generalities
- arrange for an interpreter if needed
    - document the interpreter's name and job title in your notes
- document the complaint(s)
- be careful, be specific and do not draw conclusions
- identify witnesses and potential witnesses
- interview the accused early in the process; usually first, and maybe more than once
- determine if there are any documents, recordings, or other tangible evidence
- review and preserve surveillance tapes, if available
- determine which policies and/or rules might have been violated
- explain to witnesses that whatever information they provide -- no matter what it is -- helps you in the investigation
- document all areas of inquiry and the responses -- sign or initial
    - details are important -- time, date, place, circumstances, witnesses
    - date your notes and indicate full names of who was present during each interview
- encourage confidentiality and communicate only to those with a "need to know"
- double-check information with key witnesses -- try to resolve inconsistencies

- o reiterate non-retaliation commitment <u>to all parties and witnesses</u> throughout the process
- o in some cases you may be able to, and should, make credibility determinations when based on multiple indicators of lying. Document why you believe a person may be less credible.
- o document the factual conclusions of the investigation and the reason(s) for those conclusions
- o share the results as appropriate with those directly involved, including the complainant
    - o may ask complainant what they consider appropriate action/response
- o take action proportionate to the offense(s) proven
- o where NO conclusions can be reached, consider issuing a "reminder" or require documented training (Alchemy) of the rules alleged to have been violated and document the action taken

Union Considerations:

- o in the case of unfair labor practice charge
    - o tell witness purpose of questioning before interview begins
    - o assure witness no reprisals for refusing to answer questions or substance of any answers given
    - o obtain witness' voluntary consent to participate
- o employee may have a right to union representation at investigatory interviews
    - o If employee makes clear request for union representation before or during interview: (1) grant request and stop interview until Union rep arrives; or (2) deny request and end the interview; or (3) give employee clear choice between continuing interview without Union rep or ending interview