# EXHIBIT 18



REPUBLIC OF SOMALILAND

MINISTRY OF CIVIL AVIATION

AIRPORT SECURITY CHARGES
SUSD 2
No. 5678

Taariikh: 3/13/17



# REPUBLIC OF SOMALILAND

## ACCOUNTANT GENERAL'S DEPARTMENT  B

### GENERAL RECEIPT G1. B

T. From 10: Ben
Place: Ben
No. 229663
Date: 29/3/11

| HEAD | SUB-HEAD | AMOUNT | SL.shs |
|------|----------|--------|--------|
|      | 1424     | 20 $   |        |
| Passel 29/3/11 | 1418 | 10 $ |   |
|      | TOTAL    | 30 $   |        |

Received From: Wali Cabdi fareh
The Sum (in words): So doll Dollar is
Being (description of Payment):

Original to payer
Duplicate Dep. Of Account
Triplicate remain in the Book

Signature _____
Title of Receiver