# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02387-RPM

WELI A. FARAH,

    Plaintiff,

v.

JBS USA, LLC, d/b/a JBS SWIFT COMPANY,

    Defendant.

## AFFIDAVIT OF CRISTA LEWIS

The affiant, Crista Lewis, being first duly sworn upon oath, deposes and states as follows:

1. I am over 18 years and competent to testify to the facts set forth herein, having personal knowledge of such facts.

2. I met Weli in 1997 when we were introduced through mutual friends and we immediately became close friends.

3. Weli and I began dating in 1999 and we were together for about 5 year. During the span of our relationship, we have a son who was born in 2001. Although our relationship did not work out, Weli and I kept in contact as close friends for the support of our son.

4. After our relationship ended, I remember Weli went back to Somaliland around 2004 and I lost touch with him. However, upon his return back to the United States, Weli contacted me to reconnect with his son and offered to continue support, including financial support of his son. Weli and I also remained close friends upon his return. His financial support of his son continued until he lost his job at JBS.

5. I found out about Weli losing his job when he called me and told me that he was just let go from JBS. At the time I was living in Longmont, Colorado. I remember he called me crying over the telephone and he told me that he did not know or understand why he had been terminated. I also remember him being upset about not being able to financially support his son without any income coming in.

6. Weli and I have known each other for a number of years and I have known Weli to have always kept his work life separate from any private matter. I did not believe any of the

reports or statements against Weli that he told me had allegedly led to his termination from JBS. The allegations he told me about are uncharacteristic of Weli's personality and character that I know and saw for years.

7. After he was terminated from JBS, when he would come to Longmont to see his son, I began noticing that Weli seemed to be under a lot of stress. Whenever I saw him after his termination, Weli did not look well. He had lost weight and had black bags underneath his eyes from lack of sleep or from him not sleeping well. I had not seen Weli like this before. Also, following his termination, when he came over to my house in Longmont, I noticed Weli would pray as soon as he got to the house and again before leaving my house. Weli had never done that before on the occasions he came to my house prior to losing his job.

8. I remember telling Weli to look into getting some counseling help because he kept telling me he did not know what to do and that he needed someone to talk to after he lost his job and was getting so many rejections from the other workplaces he was applying to. In my opinion, Weli seemed to me, during the time following his termination from JBS, as an emotional wreck.

9. Further affiant sayeth naught.

_____
Crista Lewis

Subscribed and sworn to before me on this 25TH day of April, 2016

Witness my hand and official seal.

_____
Notary Public  DANIEL A HILDEBRAND

My commission expires: JUNE 20, 2018

DANIEL A HILDEBRAND
Notary Public
State of Colorado
Notary ID 20144024665
My Commission Expires Jun 20, 2018

2