## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02387-RPM

WELI A. FARAH,

    Plaintiff,

v.

JBS USA, LLC d/b/a SWIFT COMPANY,

    Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Weli A. Farah and Defendant JBS USA, LLC d/b/a Swift Company, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that any and all claims against Defendant are hereby dismissed with prejudice. Each party to pay his or its own costs and attorney fees.

Dated this 2nd day of January, 2018.

| | |
|---|---|
| s/Temitayo "Tayo" O. Okunade | s/Heather Fox Vickles |
| Temitayo "Tayo" O. Okunade | Heather Fox Vickles |
| Okunade, LLP | Jonathon M. Watson |
| 10200 E. Girard Avenue, Suite C250 | Sherman & Howard L.L.C. |
| Denver, Colorado  80231 | 633 Seventeenth Street, Suite 3000 |
| Telephone: (303) 440-7855 | Denver, CO 80202 |
| Facsimile: (303) 416-8800 | Phone: (303) 297-2900 |
| E-mail: tayo@okunadellp.com | Fax: (303) 298-0940 |
| | Email: hvickles@shermanhoward.com |
| *Attorney for Plaintiff* | Email: jwatson@shermanhoward.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 2nd day of January 2018, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Heather Fox Vickles
Jonathon M. Watson
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Phone: (303) 297-2900
Fax: (303) 298-0940
Email: hvickles@shermanhoward.com
Email: jwatson@shermanhoward.com

*Attorneys for Defendant*

                                                          OKUNADE, LLP

                                                          */s/ Tayo O. Okunade*
                                                          _____